%JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

JS 44

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
General Retirement System of the City of Detroit, Individually and on behalf of all others similarly situated

## DEFENDANTS
The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al. (see attached)

**(b)** County of Residence of First Listed Plaintiff  Wayne County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK,
750 B Street, Suite 2770, San Diego, CA  92101, 619-239-4599

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury — Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [x] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus - Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Sections 11, 12 and 15 of the Securities Act of 1933, 15 U.S.C. § 77a et seq.; Private Securities Litigation Reform Act
Brief description of cause:
Violation of sections 11, 12(a)(2) and 15 of the Securities Act of 1933; Private Securities Litigation Reform Act

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[x] SAN FRANCISCO/OAKLAND        [ ] SAN JOSE

DATE
March 27, 2009

SIGNATURE OF ATTORNEY OF RECORD
FRANCIS M. GREGOREK

GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, )
Individually And On Behalf Of All Others Similarly Situated, )
)
                Plaintiff, )
)
vs. )
)
THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 )
TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES )
2006-17 TRUST, THE WELLS FARGO MORTGAGE BACKED )
SECURITIES 2006-15 TRUST, THE WELLS FARGO MORTGAGE )
BACKED SECURITIES 2006-16 TRUST, THE WELLS FARGO )
MORTGAGE BACKED SECURITIES 2006-AR19 TRUST, THE WELLS )
FARGO MORTGAGE BACKED SECURITIES 2006-18 TRUST, THE )
WELLS FARGO MORTGAGE BACKED SECURITIES 2006-20 TRUST, )
THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-19 )
TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES )
2007-1 TRUST, THE WELLS FARGO ALTERNATIVE LOAN 2007-PA1 )
TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES )
2007-2 TRUST, THE WELLS FARGO MORTGAGE BACKED )
SECURITIES 2007-AR3 TRUST, THE WELLS FARGO MORTGAGE )
BACKED SECURITIES 2007-4 TRUST, THE WELLS FARGO )
MORTGAGE BACKED SECURITIES 2007-3 TRUST, THE WELLS )
FARGO MORTGAGE BACKED SECURITIES 2007-5 TRUST, THE )
WELLS FARGO MORTGAGE BACKED SECURITIES 2007-6 TRUST, )
THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-7 )
TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES )
2007-8 TRUST, THE WELLS FARGO MORTGAGE BACKED )
SECURITIES 2007-9 TRUST, THE WELLS FARGO MORTGAGE )
BACKED SECURITIES 2007-10 TRUST, THE WELLS FARGO )
MORTGAGE BACKED SECURITIES 2007-11 TRUST, THE WELLS )
FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST, WELLS )
FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, )
N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, )
DOUGLAS K. JOHNSON, GOLDMAN, SACHS & CO., JPMORGAN )
CHASE, INC., *as successor-in-interest to* BEAR, STEARNS & CO., INC., )
HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES, )
INC., UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., )
GREENWICH CAPITAL MARKETS, INC., BARCLAYS CAPITAL, INC., )
BANC OF AMERICA SECURITIES, LLC, BANK OF AMERICA )
CORPORATION *as successor-in-interest to* MERRILL LYNCH, PIERCE, )
FENNER & SMITH, INC., MOODY'S INVESTOR SERVICES, INC., THE )
MCGRAW-HILL COMPANIES AND FITCH RATINGS, INC., )
)
                Defendants. )
)