1  GREGORY A. MARKEL
   greg.markel@cwt.com
2  RONIT SETTON
   ronit.setton@cwt.com
3  AMANDA KOSOWSKY (SBN 214282)
   amanda.kosowsky@cwt.com
4  CADWALADER, WICKERSHAM & TAFT LLP
   One World Financial Center
5  New York, New York 10281
   Telephone:   (212) 504-6000
6  Facsimile:    (212) 504-6666

7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  (SBN 76342)
8  bruce.ericson@pillsburylaw.com
   50 Fremont Street
9  Post Office Box 7880
   San Francisco, California 94120-7880
10 Telephone:   (415) 983-1000

11 Attorneys for Defendants Wells Fargo Asset Securities
   Corporation, Wells Fargo Bank, N.A., The Wells Fargo
12 Mortgage Backed Securities 2006-AR18, 2006-17, 2006-
   15, 2006-16, 2006-AR19, 2006-18, 2006-20, 2006-19,
13 2007-1, 2007-2, 2007-AR3, 2007-4, 2007-3, 2007-5,
   2007-6, 2007-7, 2007-8, 2007-9, 2007-10, 2007-11, and
14 2007-12 Trusts, The Wells Fargo Alternative Loan 2007-
   PA 1 Trust, David Moskowitz, Franklin Codel, Thomas
15 Neary, and Douglas K. Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.<br><br>Defendants. | No.  C-09-1376 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ACCEPTANCE OF SERVICE OF SUMMONS AND RESPONSE DATE**<br><br>Lodged Herewith:  Proposed Order |

WHEREAS:

1. The complaint in this securities class action was filed on March 27, 2009 (the "Class Action Complaint");

2. This action is the first of two securities class actions filed in this district that this Court has deemed to be related and are pending in this Court;

3. Plaintiffs in this action and the related action filed on June 1, 2009 motions for consolidation of these related securities class actions and for appointment of a lead plaintiff and lead counsel pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1, *et seq.*

4. The parties anticipate that consolidation of these actions will result in the filing of a single consolidated complaint or the designation of one complaint as the operative complaint in the related actions;

5. The undersigned defendants wish to continue the date for any response to the complaint in this action until after a consolidated complaint has been filed or a complaint has been designated as the operative complaint.

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

1. Cadwalader, Wickersham & Taft LLP is authorized to accept on behalf of defendants The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, The Wells Fargo Mortgage Backed Securities 2006-17 Trust, The Wells Fargo Mortgage Backed Securities 2006-15 Trust, The Wells Fargo Mortgage Backed Securities 2006-16 Trust, The Wells Fargo Mortgage Backed Securities 2006-AR19 Trust, The Wells Fargo Mortgage Backed Securities 2006-18 Trust, The Wells Fargo Mortgage Backed Securities 2006-20 Trust, The Wells Fargo Mortgage Backed Securities 2006-19 Trust, The Wells Fargo Mortgage Backed Securities 2007-1 Trust, The Wells Fargo Alternative Loan 2007-PA 1 Trust, The Wells Fargo Mortgage Backed Securities 2007-2 Trust, The Wells Fargo Mortgage Backed Securities 2007-AR3 Trust, The Wells Fargo Mortgage Backed Securities 2007-4 Trust, The Wells Fargo Mortgage Backed Securities 2007-3 Trust, The

1  Wells Fargo Mortgage Backed Securities 2007-5 Trust, The Wells Fargo Mortgage Backed
2  Securities 2007-6 Trust, The Wells Fargo Mortgage Backed Securities 2007-7 Trust, The
3  Wells Fargo Mortgage Backed Securities 2007-8 Trust, The Wells Fargo Mortgage Backed
4  Securities 2007-9 Trust, The Wells Fargo Mortgage Backed Securities 2007-10 Trust, The
5  Wells Fargo Mortgage Backed Securities 2007-11 Trust, The Wells Fargo Mortgage
6  Backed Securities 2007-12 Trust, Wells Fargo Asset Securities Corporation, Wells Fargo
7  Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson,
8  and does hereby accept, service of the summons and complaint in this action without
9  prejudice and without waiver of these defendants' defenses except as to sufficiency of
10  service of process;
11      2.  Fried, Frank, Harris, Shriver & Jacobson LLP is authorized to accept on
12  behalf of defendants Goldman, Sachs & Co., JPMorgan Chase, Inc., *as successor-in-*
13  *interest to* Bear, Stearns & Co., Inc., HSBC Securities (USA), Inc., Deutsche Bank
14  Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Greenwich Capital
15  Markets, Inc., Barclays Capital, Inc., Banc of America Securities, LLC, and Bank of
16  America Corporation, *as successor-in-interest to* Merrill Lynch, Pierce, Fenner & Smith,
17  Inc. ("Underwriter Defendants"), and does hereby accept, service of the summons and
18  complaint in this action without prejudice and without waiver of the Underwriter
19  Defendants' defenses except as to sufficiency of service of process;
20      3.  If a motion for consolidation is granted and Plaintiff is appointed Lead
21  Plaintiff by the Court, Plaintiff shall have 45 days from the appointment of Lead Plaintiff(s)
22  and Lead Counsel pursuant to 15 U.S.C. § 77z-1(a)(3) to file a consolidated amended
23  complaint or to designate one complaint in the consolidated class actions as the operative
24  complaint (the "Operative Complaint");
25      4.  The Defendants shall have no obligation to move, answer, or otherwise
26  respond to the Class Action Complaint in this action unless Plaintiff is appointed Lead
27  Plaintiff by the Court and thereafter designates the Class Action Complaint in this action
28  the Operative Complaint, or the Court denies a motion to consolidate the actions;

1  5. (a) If a motion for consolidation is granted and Plaintiff is appointed
2 Lead Plaintiff, Defendants' last day to move, answer or otherwise respond to the Operative
3 Complaint shall be extended to the date 60 days after the filing or designation of the
4 Operative Complaint;
5  (b) in the event that Defendants move to dismiss the Operative
6 Complaint:
7  (i) Plaintiff shall have 60 days from the date such motion is
8 served to serve opposition papers; and
9  (ii) Defendants shall have 30 days from the date opposition
10 papers are served by Plaintiff to serve reply papers.
11  (c) If a motion for consolidation is not granted, Defendants' last day to
12 move, answer or otherwise respond to the Class Action Complaint shall be extended to the
13 date 60 days from the date on which a motion for consolidation and to appoint a lead
14 plaintiff is denied.
15
16 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**
17  I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I
18 have obtained the concurrence in the filing of this document from each of the other
19 signatories listed below.
20  I declare under penalty of perjury that the foregoing declaration is true and correct.
21  Executed on June 5, 2009, at San Francisco, California.
22
23  _/s/ Bruce A. Ericson_
    Bruce A. Ericson
24
25
26
27
28

| | |
|---|---|
| Dated: June 5, 2009 | GREGORY MARKEL (*pro hac vice* application to be submitted)<br>RONIT SETTON (*pro hac vice* application to be submitted)<br>AMANDA KOSOWSKY<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, California 94120-7880<br><br>By     /s/ *Bruce A. Ericson*<br><br>*Attorneys for Defendants The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, The Wells Fargo Mortgage Backed Securities 2006-17 Trust, The Wells Fargo Mortgage Backed Securities 2006-15 Trust, The Wells Fargo Mortgage Backed Securities 2006-16 Trust, The Wells Fargo Mortgage Backed Securities 2006-AR19 Trust, The Wells Fargo Mortgage Backed Securities 2006-18 Trust, The Wells Fargo Mortgage Backed Securities 2006-20 Trust, The Wells Fargo Mortgage Backed Securities 2006-19 Trust, The Wells Fargo Mortgage Backed Securities 2007-1 Trust, The Wells Fargo Alternative Loan 2007-PA 1 Trust, The Wells Fargo Mortgage Backed Securities 2007-2 Trust, The Wells Fargo Mortgage Backed Securities 2007-AR3 Trust, The Wells Fargo Mortgage Backed Securities 2007-4 Trust, The Wells Fargo Mortgage Backed Securities 2007-3 Trust, The Wells Fargo Mortgage Backed Securities 2007-5 Trust, The Wells Fargo Mortgage Backed Securities 2007-6 Trust, The Wells Fargo Mortgage Backed Securities 2007-7 Trust, The Wells Fargo Mortgage Backed Securities 2007-8 Trust, The Wells Fargo Mortgage Backed Securities 2007-9 Trust, The Wells Fargo Mortgage Backed Securities 2007-10 Trust, The Wells Fargo Mortgage Backed Securities 2007-11 Trust, The Wells Fargo Mortgage Backed Securities 2007-12 Trust, Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson*<br><br>WILLIAM G. MCGUINNESS (*pro hac vice* application to be submitted)<br>william.mcguinness@friedfrank.com<br>STEPHANIE J. GOLDSTEIN (*pro hac vice* application to be submitted) |

| | |
|---|---|
| 1 | stephanie.goldstein@friedfrank.com |
| | FRIED, FRANK, HARRIS, SHRIVER |
| 2 | & JACOBSON LLP |
| | One New York Plaza |
| 3 | New York, New York 10004 |
| 4 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON |
| 5 | 50 Fremont Street |
| | Post Office Box 7880 |
| 6 | San Francisco, California 94120-7880 |
| 7 | By _____ /s/ *Bruce A. Ericson* _____ |
| 8 | |
| 9 | *Attorneys for Defendants Goldman, Sachs & Co., JPMorgan Chase, Inc.* as successor-in-interest to *Bear Stearns & Co., Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc.*, *Barclays Capital, Inc., Banc of America Securities LLC,* and *Bank of America Corporation,* as successor-in-interest to *Merrill Lynch, Pierce, Fenner & Smith, Inc.* |

| | |
|---|---|
| 1 | DAVID T. BIDERMAN, SBN 101577 |
| | DBiderman@perkinscoie.com |
| 2 | JUDITH B. GITTERMAN, SBN 115661 |
| | JGitterman@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1620 26th Street |
| 4 | Sixth Floor, South Tower |
| | Santa Monica, California 90404 |
| 5 | Telephone: (310) 788-9900 |
| | Facsimile: (310) 788-3399 |
| 6 | |
| | FLOYD ABRAMS (*pro hac vice* application |
| 7 | pending) |
| | ADAM ZUROFSKY (*pro hac vice* application |
| 8 | pending) |
| | TAMMY L. ROY (*pro hac vice* application |
| 9 | pending) |
| | CAHILL GORDON & REINDEL LLP |
| 10 | 80 Pine Street |
| | New York, New York 10005 |
| 11 | Telephone: (212) 701-3000 |
| | Facsimile: (212) 269-5420 |
| 12 | |
| | By __/s/_____ |
| 13 | |
| | *Attorneys for Defendant The McGraw-Hill* |
| 14 | *Companies, Inc.* |
| 15 | KEITH E. EGGLETON, SBN 159842 |
| | KEggleton@wsgr.com |
| 16 | DAVID A. MCCARTHY, SBN 226415 |
| | DMcCarthy@wsgr.com |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 18 | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| 19 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 20 | |
| | JAMES J. COSTER (*pro hac vice* application to be |
| 21 | submitted) |
| | JOSHUA M. RUBINS (*pro hac vice* application to |
| 22 | be submitted) |
| | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 23 | 230 Park Avenue |
| | New York, NY 10169 |
| 24 | |
| | *By* __/s/_____ |
| 25 | |
| | *Attorneys for Defendant* |
| 26 | *Moody's Investors Service, Inc.* |
| 27 | |
| 28 | |

701542619v1     - 6 -     STIPULATION REGARDING ACCEPTANCE OF SERVICE OF SUMMONS
Case No. C-09-1376 (SI)

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | MARTIN FLUMENBAUM |
| | ANDREW J. EHRLICH |
| 3 | TOBIAS J. STERN |
| | 1285 Avenue of the Americas |
| 4 | New York, NY  10019 |
| | Telephone:  (212) 373-3000 |
| 5 | Facsimile:  (212) 757-3990 |
| 6 | |
| | TAYLOR & COMPANY LAW OFFICES, LLP |
| 7 | STEPHEN E. TAYLOR (SBN 58452) |
| | JAYESH HINES-SHAH (SBN 214256) |
| 8 | JONATHAN A. PATCHEN (SBN 237346) |
| | One Ferry Building, Suite 355 |
| 9 | San Francisco, CA 94111 |
| | Telephone:   (415) 788-8200 |
| 10 | Facsimile:    (415) 788-8208 |
| 11 | By  __/s/_____ |
| 12 | *Attorneys for Defendant Fitch, Inc.* |
| 13 | FRANCIS M. GREGOREK |
| | (gregorek@whafh.com) |
| 14 | BETSY C. MANIFOLD (manifold@whafh.com) |
| | RACHELE R. RICKERT (rickert@whafh.com) |
| 15 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 16 | 750 B Street, Suite 2770 |
| | San Diego, California 92101 |
| 17 | Telephone:   (619) 239-4599 |
| | Facsimile:    (619) 234-4599 |
| 18 | |
| 19 | JOSEPH C. KOHN |
| | DENIS F. SHEILS |
| 20 | WILLIAM E. HOESE |
| | NEIL L. GLAZER |
| 21 | **KOHN, SWIFT, & GRAF, P.C.** |
| | One South Broad Street, Suite 2100 |
| 22 | Philadelphia, Pennsylvania 19107 |
| | Telephone:   (215) 238-1700 |
| 23 | Facsimile:    (215) 238-1968 |
| 24 | By  __/s/_____ |
| 25 | *Attorneys for Plaintiff* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | Dated: June ___, 2009. |
| 4 | _____ |
| 5 | The Honorable Susan Illston<br>United States District Judge |