1  GREGORY A. MARKEL (*pro hac vice* application to be submitted); greg.markel@cwt.com
2  RONIT SETTON (*pro hac vice* application to be submitted); ronit.setton@cwt.com
3  AMANDA KOSOWSKY (SBN 214282)
   amanda.kosowsky@cwt.com
4  CADWALADER, WICKERSHAM & TAFT LLP
   One World Financial Center
5  New York, New York 10281
   Telephone:   (212) 504-6000
6  Facsimile:    (212) 504-6666

7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  (SBN 76342)
8  bruce.ericson@pillsburylaw.com
   50 Fremont Street
9  Post Office Box 7880
   San Francisco, California 94120-7880
10 Telephone:   (415) 983-1000

11 Attorneys for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., The Wells Fargo
12 Mortgage Backed Securities 2006-AR18, 2006-17, 2006-15, 2006-16, 2006-AR19, 2006-18, 2006-20, 2006-19,
13 2007-1, 2007-2, 2007-AR3, 2007-4, 2007-3, 2007-5, 2007-6, 2007-7, 2007-8, 2007-9, 2007-10, 2007-11, and
14 2007-12 Trusts, The Wells Fargo Alternative Loan 2007-PA 1 Trust, David Moskowitz, Franklin Codel, Thomas
15 Neary, and Douglas K. Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.<br><br>         Defendants. | No.  C-09-1376 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF CASE MANAGEMENT CONFERENCE**<br><br>Lodged Herewith:  Proposed Order |

1

2     WHEREAS, this action is the first of two securities class actions filed in this district

3 that this Court has deemed to be related and are pending in this Court;

4     WHEREAS, the Private Securities Litigation Reform Act ("PSLRA") provides for

5 the Court to appoint a lead plaintiff to represent the interests of the putative class members

6 and the lead plaintiff shall, subject to the approval of the Court, select and retain counsel to

7 represent the class, 15 U.S.C.§ 77z-1(a)(3)(B);

8     WHEREAS, on June 1, 2009, three motions for consolidation of the two related

9 securities class actions and for appointment of a lead plaintiff and lead counsel were filed

10 pursuant to the PSLRA, 15 U.S.C. § 77z-1, *et seq*., by the following movants: (i)  The

11 General Retirement System of the City of Detroit; (ii) The New Orleans Employees'

12 Retirement System, the Louisiana Sheriffs' Pension and Relief Fund, the Government of

13 Guam Retirement Fund, and the Alameda County Employees' Retirement Association, (ii)

14 the General Retirement System of the City of Detroit; and (iii) The Employees' Retirement

15 System of the Government of the Virgin Islands and the City of Sterling Heights Police &

16 Fire Retirement System.  The latter group of plaintiffs has not filed a complaint.

17     WHEREAS, a lead plaintiff and lead counsel have not yet been appointed in this

18 action;

19     WHEREAS, on June 12, 2009, the Court so ordered a Stipulation Regarding

20 Acceptance of Service of Summons and Response Date which provides that Defendants

21 have no obligation to move, answer, or otherwise respond to the Class Action Complaint in

22 this action until after the Court appoints a Lead Plaintiff and Lead Counsel in his action;

23     WHEREAS, Defendants anticipate that they will move to dismiss the Operative

24 Complaint;

25     WHEREAS, the PSLRA imposes a stay of discovery pending the resolution of a

26 motion to dismiss, 15 U.S.C. § 77z-1(b);

27

28

1  WHEREAS, on June 12, 2009, the Underwriter Defendants[1] filed a Notice of
2  Motion and Motion for Change of Venue Pursuant to 28 U.S.C. § 1404(a);
3  WHEREAS, on June 16, 2009, the Court entered an order granting the
4  Administrative Motion of Underwriter Defendants to Schedule Motion to Change Venue
5  and scheduling the hearing for both the Underwriter Defendants' Motion for Change of
6  Venue Pursuant to 28 U.S.C. § 1404(a) and Plaintiffs' motions for consolidation and
7  appointment of a lead plaintiff on Friday, July 17, 2009, at 9:00 a.m; and
8  WHEREAS, on June 16, 2009, as part of the same order, this Court scheduled the
9  Initial Case Management Conference in this action for July 17, 2009, at 2:30 p.m.;
10  WHEREAS, pursuant to Civil Local Rule 16-9 and the Standing Order for All
11  Judges of the Northern District of California, prior to the Initial Case Management
12  Conference, the parties must confer and submit a Joint Case Management Statement
13  regarding, among other things, discovery, the potential amendment of the complaint, and
14  prospects for settlement;
15  WHEREAS, the parties cannot confer and submit a Joint Case Management
16  Statement regarding these issues, and Plaintiff's counsel is not in a position to make any
17  binding commitments, until a lead plaintiff and lead counsel are appointed;
18  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
19  counsel for the parties herein, and subject to the Court's approval, that:
20  The Initial Case Management Conference scheduled for July 17, 2009 at 2:30 p.m.
21  is continued until after a lead plaintiff is appointed and the anticipated motion to dismiss is
22  resolved, due to the applicability of the PSLRA to this case.
23
24  _____
25  [1] The Underwriter Defendants are: Defendants Goldman, Sachs & Co., JPMorgan Chase,
   Inc. as successor-in-interest to Bear Stearns & Co., Inc., HSBC Securities (USA), Inc.,
26  Deutsche Bank Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc.,
   Greenwich Capital Markets, Inc., Barclays Capital Inc., Banc of America Securities LLC,
27  and Bank of America Corporation, as successor-in-interest to Merrill Lynch, Pierce,
   Fenner & Smith, Inc.
28

| | |
|---|---|
| 1 | **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B** |
| 2 | I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I |
| 3 | have obtained the concurrence in the filing of this document from each of the other |
| 4 | signatories listed below. |
| 5 | I declare under penalty of perjury that the foregoing declaration is true and correct. |
| 6 | Executed on June 23, 2009, at San Francisco, California. |
| 7 | |
| 8 |      */s/ Bruce A. Ericson*<br>     Bruce A. Ericson |

| | |
|---|---|
| Dated: June 23, 2009 | GREGORY MARKEL (*pro hac vice* application to be submitted)<br>RONIT SETTON (*pro hac vice* application to be submitted)<br>AMANDA KOSOWSKY (SBN 214282)<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  (SBN 76342)<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, California 94120-7880<br><br>By _____/s/ *Bruce A. Ericson*_____<br><br>*Attorneys for Defendants The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, The Wells Fargo Mortgage Backed Securities 2006-17 Trust, The Wells Fargo Mortgage Backed Securities 2006-15 Trust, The Wells Fargo Mortgage Backed Securities 2006-16 Trust, The Wells Fargo Mortgage Backed Securities 2006-AR19 Trust, The Wells Fargo Mortgage Backed Securities 2006-18 Trust, The Wells Fargo Mortgage Backed Securities 2006-20 Trust, The Wells Fargo Mortgage Backed Securities 2006-19 Trust, The Wells Fargo Mortgage Backed Securities 2007-1 Trust, The Wells Fargo Alternative Loan 2007-PA 1 Trust, The Wells Fargo Mortgage Backed Securities 2007-2 Trust, The Wells Fargo Mortgage Backed Securities 2007-AR3 Trust, The Wells Fargo Mortgage Backed Securities 2007-4 Trust, The Wells Fargo Mortgage Backed Securities 2007-3 Trust, The Wells Fargo Mortgage Backed Securities 2007-5 Trust, The Wells Fargo Mortgage Backed Securities 2007-6 Trust, The Wells Fargo Mortgage Backed Securities 2007-7 Trust, The Wells Fargo Mortgage Backed Securities 2007-8 Trust, The Wells Fargo Mortgage Backed Securities 2007-9 Trust, The Wells Fargo Mortgage Backed Securities 2007-10 Trust, The Wells Fargo Mortgage Backed Securities 2007-11 Trust, The Wells Fargo Mortgage Backed Securities 2007-12 Trust, Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson* |

| | |
|---|---|
| 1 | WILLIAM G. MCGUINNESS (*pro hac vice* application to be submitted) |
| 2 | william.mcguinness@friedfrank.com |
| | STEPHANIE J. GOLDSTEIN (*pro hac vice* application to be submitted) |
| 3 | stephanie.goldstein@friedfrank.com |
| 4 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 5 | One New York Plaza |
| | New York, New York 10004 |
| 6 | |
| 7 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON |
| | 50 Fremont Street |
| 8 | Post Office Box 7880 |
| | San Francisco, California 94120-7880 |
| 9 | |
| | By _____/s/ *Bruce A. Ericson*_____ |
| 10 | |
| 11 | *Attorneys for Defendants Goldman, Sachs & Co., JPMorgan Chase, Inc.* as successor-in-interest to *Bear Stearns & Co., Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc.*, *Barclays Capital Inc., Banc of America Securities LLC,* and *Bank of America Corporation,* as successor-in-interest to *Merrill Lynch, Pierce, Fenner & Smith, Inc.* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | DAVID T. BIDERMAN, SBN 101577 |
| | DBiderman@perkinscoie.com |
| 17 | JUDITH B. GITTERMAN, SBN 115661 |
| | JGitterman@perkinscoie.com |
| 18 | PERKINS COIE LLP |
| | 1620 26th Street |
| 19 | Sixth Floor, South Tower |
| | Santa Monica, California 90404 |
| 20 | Telephone:  (310) 788-9900 |
| | Facsimile:  (310) 788-3399 |
| 21 | |
| 22 | FLOYD ABRAMS (admitted *pro hac vice*) |
| | ADAM ZUROFSKY (admitted *pro hac vice*) |
| | TAMMY L. ROY (admitted *pro hac vice*) |
| 23 | CAHILL GORDON & REINDEL LLP |
| | 80 Pine Street |
| 24 | New York, New York  10005 |
| | Telephone:  (212) 701-3000 |
| 25 | Facsimile:  (212) 269-5420 |
| 26 | By __/s/_____ |
| 27 | *Attorneys for Defendant The McGraw-Hill Companies, Inc.* |
| 28 | |

| | |
|---|---|
| 1 | KEITH E. EGGLETON, SBN 159842 |
|   | KEggleton@wsgr.com |
| 2 | DAVID A. MCCARTHY, SBN 226415 |
|   | DMcCarthy@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304 |
| 5 | Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 6 | |
|   | JAMES J. COSTER (*pro hac vice* application to be |
| 7 | submitted) |
|   | JOSHUA M. RUBINS (*pro hac vice* application to |
| 8 | be submitted) |
|   | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 9 | 230 Park Avenue |
|   | New York, NY 10169 |
| 10 | |
|    | By   /s/_____ |
| 11 | |
|    | *Attorneys for Defendant* |
| 12 | *Moody's Investors Service, Inc.* |
| 13 | PAUL, WEISS, RIFKIND, WHARTON & |
|    | GARRISON LLP |
| 14 | MARTIN FLUMENBAUM |
|    | ANDREW J. EHRLICH |
| 15 | TOBIAS J. STERN |
|    | 1285 Avenue of the Americas |
| 16 | New York, NY  10019 |
|    | Telephone:  (212) 373-3000 |
| 17 | Facsimile:  (212) 757-3990 |
| 18 | |
|    | TAYLOR & COMPANY LAW OFFICES, LLP |
| 19 | STEPHEN E. TAYLOR (SBN 58452) |
|    | JAYESH HINES-SHAH (SBN 214256) |
| 20 | JONATHAN A. PATCHEN (SBN 237346) |
|    | One Ferry Building, Suite 355 |
| 21 | San Francisco, CA 94111 |
|    | Telephone:  (415) 788-8200 |
| 22 | Facsimile:   (415) 788-8208 |
| 23 | By   /s/_____ |
| 24 | *Attorneys for Defendant Fitch, Inc.* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | FRANCIS M. GREGOREK (gregorek@whafh.com) |
| 2 | BETSY C. MANIFOLD (manifold@whafh.com) |
| | RACHELE R. RICKERT (rickert@whafh.com) |
| 3 | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 4 | 750 B Street, Suite 2770 |
| | San Diego, California 92101 |
| 5 | Telephone: (619) 239-4599 |
| | Facsimile: (619) 234-4599 |
| 6 | |
| 7 | JOSEPH C. KOHN |
| | DENIS F. SHEILS |
| 8 | WILLIAM E. HOESE |
| | NEIL L. GLAZER |
| 9 | **KOHN, SWIFT, & GRAF, P.C.** |
| | One South Broad Street, Suite 2100 |
| 10 | Philadelphia, Pennsylvania 19107 |
| | Telephone: (215) 238-1700 |
| 11 | Facsimile: (215) 238-1968 |
| 12 | By /s/_____ |
| 13 | *Attorneys for Plaintiff* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2009.

_____
The Honorable Susan Illston
United States District Judge

The case management conference has been continued to 9/18/09 at 2:30 p.m. A joint statement must be filed one week prior to the conference.