| | |
|---|---|
| 1 | MARC T.G. DWORSKY (SBN 157413) |
|   | Marc.Dworsky@mto.com |
| 2 | KATHLEEN M. MCDOWELL (SBN 115976) |
|   | Kathleen.McDowell@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue, 25th floor |
| 4 | Los Angeles, CA 90071-1560 |
|   | Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702 |
| 6 | DAVID H. FRY (SBN 189276) |
|   | David.Fry@mto.com |
| 7 | JENNY H. HONG (SBN 251751) |
|   | Jenny.Hong@mto.com |
| 8 | MUNGER, TOLLES & OLSON LLP |
|   | 560 Mission Street, 27th floor |
| 9 | San Francisco, CA 94105-2907 |
|   | Telephone: (415) 512-4000 |
| 10 | Facsimile: (415) 512-4077 |
| 11 | Attorneys for Defendants |
|   | WELLS FARGO DEFENDANTS AND THE |
| 12 | INDIVIDUAL DEFENDANTS |
| 13 | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-17 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-15 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-16 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-<br>(Caption continued on next page) | Civil Case No. 09-1376-SI<br>(Consolidated with 09-CV-1620)<br><br>**REQUEST FOR APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR THE WELLS FARGO DEFENDANTS AND THE INDIVIDUAL DEFENDANTS AND [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston |

| | |
|---|---|
| 1 | AR19 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-18 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-20 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-19 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-1 TRUST, THE WELLS FARGO ALTERNATIVE LOAN 2007-PA1 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-2 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR3 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-4 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-3 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-5 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-6 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-7 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-8 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-9 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-10 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST, WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, GOLDMAN, SACHS & CO., JPMORGAN CHASE, INC., *as successor-in-interest to* BEAR, STEARNS & CO., INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., GREENWICH CAPITAL MARKETS, INC., (Caption continued on next page) | |

- 2 -  REQUEST FOR APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
09-1376-SI (CONSOLIDATED WITH 09-CV-1620)

| | |
|---|---|
| 1 | BARCLAYS CAPITAL, INC., BANC OF AMERICA SECURITIES, LLC, BANK OF AMERICA CORPORATION *as successor-in-interest to* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MOODY'S INVESTOR SERVICES, INC., THE MCGRAW-HILL COMPANIES AND FITCH RATINGS, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Pursuant to Civil L.R. 11-5, defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (collectively, the "Wells Fargo Defendants") hereby provide notice to all parties, and request that the Court approve the substitution of Marc T.G. Dworsky, Kathleen M. McDowell, David H. Fry, and Jenny H. Hong of the law firm of Munger, Tolles & Olson LLP and Thomas O. Jacob of Wells Fargo & Co. as their attorneys of record in place of Gregory A. Markel, Ronit Setton, and Amanda Kosowsky of the law firm of Cadwalader, Wickersham & Taft LLP and Bruce A. Ericson and Andrew D. Lanphere of the law firm of Pillsbury Winthrop Shaw Pittman LLP, who withdraw as counsel of record for the Wells Fargo Defendants.

In addition, defendants David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson (collectively, the "Individual Defendants") hereby provide notice to all parties, and request that the Court approve the substitution of Marc T.G. Dworsky, Kathleen M. McDowell, David H. Fry, and Jenny H. Hong of the law firm of Munger, Tolles & Olson LLP as their attorneys of record in place of Gregory A. Markel, Ronit Setton, and Amanda Kosowsky of the law firm of Cadwalader, Wickersham & Taft LLP and Bruce A. Ericson and Andrew D. Lanphere of the law firm of Pillsbury Winthrop Shaw Pittman LLP, who withdraw as counsel of record for the Individual Defendants.

We are duly admitted to practice in this District pursuant to Civil L.R. 11-1.

DATED: September 16, 2009        MUNGER, TOLLES & OLSON LLP


By: _____/s/ Marc T. G. Dworsky_____
       MARC T.G. DWORSKY (SBN 157413)


By: _____/s/ Kathleen M. McDowell_____
       KATHLEEN M. MCDOWELL (SBN 115976)


By: _____/s/ David H. Fry_____
       DAVID H. FRY (SBN 189276)


By: _____/s/ Jenny H. Hong_____
       JENNY H. HONG (SBN 251751)

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS


DATED: September 16, 2009        WELLS FARGO & CO.
Office of General Counsel
MAC A0194-266
45 Fremont Street, 26th floor
San Francisco, CA 94105
Telephone:    (415) 396-4425
Facsimile:    (415) 975-7864
tojacob@wellsfargo.com


By: _____/s/ Thomas O. Jacob_____
       THOMAS O. JACOB (SBN 125665)

Attorney for Defendants
WELLS FARGO DEFENDANTS

We consent to the above substitution.

DATED: September 16, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105-22228
Telephone:     (415) 983-1000
Facsimile:       (415) 983-1200
Bruce.Ericson@pillsburylaw.com
Andrew.Lanphere@pillsburylaw.com


By: _____/s/ Bruce A. Ericson_____
         BRUCE A. ERICSON (SBN 76342)


By: _____/s/ Andrew D. Lanphere_____
         ANDREW D. LANPHERE (SBN 191479)


DATED: September 16, 2009

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone:     (212) 504-6112
Facsimile:       (212) 504-6666
Greg.Markel@cwt.com
Ronit.Setton@cwt.com
Amanda.Kosowsky@cwt.com


By: _____/s/ Gregory A. Markel_____
         GREGORY A. MARKEL (pro hac vice)


By: _____/s/ Ronit Setton_____
         RONIT SETTON (pro hac vice)


By: _____/s/ Amanda Kosowsky_____
         AMANDA KOSOWSKY (pro hac vice)

REQUEST FOR APPROVAL OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS
09-1376-SI (CONSOLIDATED WITH 09-CV-1620)

**[PROPOSED] ORDER**

PURSUANT TO THE REQUEST, Gregory A. Markel, Ronit Setton, and Amanda Kosowsky of the law firm of Cadwalader, Wickersham & Taft LLP and Bruce A. Ericson and Andrew D. Lanphere of the law firm of Pillsbury Winthrop Shaw Pittman LLP are permitted to withdraw as counsel of record for the Wells Fargo Defendants and the Individual Defendants. Marc T.G. Dworsky, Kathleen M. McDowell, David H. Fry, and Jenny H. Hong of the law firm of Munger, Tolles & Olson LLP shall be substituted as counsel of record for the Wells Fargo Defendants and the Individual Defendants. Thomas O. Jacob of Wells Fargo & Co. shall be substituted as counsel of record for the Wells Fargo Defendants. All future correspondence and materials served as to the Wells Fargo Defendants shall be directed only to Munger, Tolles & Olson LLP and Wells Fargo & Co., and not to Cadwalader, Wickersham & Taft LLP or Pillsbury Winthrop Shaw Pittman LLP. All future correspondence and materials served as to the Individuals Defendants shall be directed only to Munger, Tolles & Olson LLP, and not to Cadwalader, Wickersham & Taft LLP or Pillsbury Winthrop Shaw Pittman LLP.

IT IS SO ORDERED.

DATED: September ____, 2009

_____
SUSAN ILLSTON
UNITED STATED DISTRICT JUDGE

REQUEST FOR APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS
09-1376-SI (CONSOLIDATED WITH 09-CV-1620)