Case3:09-cv-01376-SI Document152 Filed10/02/09 Page1 of 9

MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-17 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-15 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-16 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR19 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-18 TRUST, THE WELLS FARGO
(Caption continued on next page)

Civil Case No. 09-1376-SI
(Consolidated with 09-CV-1620)

**CONSOLIDATED CLASS ACTION ECF**

**STIPULATION AND [PROPOSED] ORDER REGARDING (1) CAPTION; AND (2) BRIEFING SCHEDULE ON MOTION TO DISMISS**

Judge: Hon. Susan Illston

Case5:09-cv-01376-LHK Document155 Filed10/07/09 Page2 of 9

MORTGAGE BACKED SECURITIES 2006-20 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-19 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-1 TRUST, THE WELLS FARGO ALTERNATIVE LOAN 2007-PA1 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-2 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR3 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-4 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-3 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-5 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-6 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-7 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-8 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-9 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-10 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST, WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, GOLDMAN, SACHS & CO., JPMORGAN CHASE, INC., *as successor-in-interest to* BEAR, STEARNS & CO., INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., GREENWICH CAPITAL MARKETS, INC., BARCLAYS CAPITAL, INC., BANC OF AMERICA SECURITIES, LLC, BANK OF

(Caption continued on next page)

AMERICA CORPORATION *as successor-in-interest to* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MOODY'S INVESTOR SERVICES, INC., THE MCGRAW-HILL COMPANIES AND FITCH RATINGS, INC.,

Defendants.

WHEREAS, on March 27, 2009, the initial complaint was filed in the securities class action entitled *General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.*, 09-CV-01376 (SI) ("Detroit Action");

WHEREAS, on April 13, 2009, the initial complaint was filed in the securities class action entitled *New Orleans Employees Retirement System, et al. v. Wells Fargo Asset Securities Corporation, et al.*, No. CV-09-01620 (SI) ("New Orleans Action");

WHEREAS, on June 1, 2009, Lead Plaintiffs (the Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the New Orleans Employees' Retirement System and the Louisiana Sheriffs' Pension and Relief Fund) filed a motion to consolidate all related actions;

WHEREAS, on July 16, 2009, the Court, pursuant to Federal Rule of Civil Procedure 42(a), consolidated the Detroit Action and the New Orleans Action and further ordered that the cases be consolidated under the lower case number, CV-09-01376 (SI);

WHEREAS, the parties agree that assigning a new caption to the case, as set forth below, will be more accurate for the consolidated action than continuing to use the caption of the first-filed case;

WHEREAS, on August 31, 2009, Lead Plaintiffs filed the Consolidated Class Action Complaint For Violations of §§ 11, 12(a)(2) And 15 Of The Securities Act Of 1933 ("Complaint");

WHEREAS, Defendants intend to file motions to dismiss the Complaint;

WHEREAS, the parties met, conferred and agreed upon a schedule for resolving Defendants' motions to dismiss and advised the Court of that proposed schedule;

WHEREAS, six of the Defendants retained new counsel subsequent to the submission of that proposed briefing schedule, which counsel entered their first appearance on September 16, 2009;

WHEREAS, the Court issued an order on September 17, 2009, setting the hearing date for Defendants' motions to dismiss (and a Case Management Conference) for January 29, 2010, the date the parties had previously proposed;

WHEREAS, at the request of the newly appearing counsel, the parties have met, conferred and agreed to revise the previously negotiated schedule, but to retain the January 29, 2010 hearing date set by the Court;

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

1. The files of the consolidated action, and any subsequently consolidated actions, shall be maintained in one file under the Case No. CV-09-01376 (SI). Every pleading filed in the consolidated action shall bear the following caption:

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CIVIL ACTION NO. 09-01376 (SI)<br>**CONSOLIDATED CLASS ACTION**<br>**ECF** |

2. The following briefing schedule shall apply to Defendants' motions to dismiss the Complaint:

a. Defendants shall file and serve any motions to dismiss no later than October 30, 2009;

b. Lead Plaintiffs shall file and serve their oppositions no later than December 15, 2009;

c. Defendants shall file and serve any replies no later than January 15, 2010;

d. The hearing on the motions to dismiss will be set for January 29, 2010 at 9:00 a.m. and a Case Management Conference will be set for January 29, 2010 at 2:30 p.m.

Dated: October 5, 2009

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

DAVID R. STICKNEY
TIMOTHY A. DELANGE
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Lead Counsel for the Class*

*/s/ David R. Stickney*
DAVID R. STICKNEY

Dated: October 5, 2009

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
Marc.Dworsky@mto.com
KATHLEEN M. McDOWELL
Kathleen.McDowell@mto.com
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

DAVID H. FRY
David.Fry@mto.com
JENNY H. HONG
Jenny.Hong@mto.com
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Tel: (415) 512-4000
Fax: (415) 512-4077

*/s/ David H.Fry*
DAVID H. FRY

*Attorneys for the Wells Fargo Defendants and the Individual Defendants*

Dated: October 5, 2009

WELLS FARGO & CO.
THOMAS O. JACOB
Office of General Counsel
MAC A0194-266
45 Fremont Street, 26th floor
San Francisco, CA 94105
Tel: (415) 396-4425
Fac: (415) 975-7864
tojacob@wellsfargo.com

*/s/ Thomas O. Jacob*
THOMAS O. JACOB

*Attorney for Wells Fargo Defendants*

Dated: October 5, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
bruce.ericson@pillsburylaw.com
ANDREW J. LANPHERE
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 2880
San Francisco, CA 94120-7880
Tel: (415) 983-1560
Fax: (415) 983-1200

*/s/ Bruce A. Ericson*
BRUCE A. ERICSON

*Attorneys for the Underwriter Defendants*

Dated: October 5, 2009

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
William G. McGuinness (*pro hac vice*)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (*pro hac vice*)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (*pro hac vice*)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*/s/ Stephanie J. Goldstein*
STEPHANIE J. GOLDSTEIN

*Attorneys for the Underwriter Defendants*

Case3:09-cv-01376-SI Document152 Filed10/05/09 Page7 of 9

Dated: October 5, 2009

SATTERLEE STEPHENS BURKE & BURKE LLP
JAMES J. COSTER (*pro hac vice*)
JOSHUA M. RUBINS
230 Park Avenue, Suite 1130
New York, NY 10169-0079
Tel.: (212) 818-9200
Fax: (212) 818-9606

WILSON SONSINI GOODRICH & ROSATI
KEITH E. EGGLETON
DAVID McCARTHY
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 320-4893
Fax: (650) 565-5100

*/s/ David McCarthy*
DAVID McCARTHY

*Attorneys for Defendant Moody's Investors Service, Inc.*

Dated: October 5, 2009

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
ADAM ZUROFSKY (*pro hac vice*)
TAMMY ROY (*pro hac vice*)
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

PERKINS COIE LLP
DAVID T. BIDERMAN
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000
Fax: (415) 344-7050

*/s/ David T. Biderman*
DAVID T. BIDERMAN

*Attorneys for Defendant*
*The McGraw-Hill Companies, Inc.*

Dated: October 5, 2009

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
MARTIN FLUMENBAUM (*pro hac vice*)
ANDREW J. EHRLICH (*pro hac vice*)
TOBIAS J. STERN (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 373-3990

TAYLOR & COMPANY LAW OFFICES, LLP
STEPHEN E. TAYLOR
JAY HINES-SHAH
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel: (415) 788-8200
Fax: (415) 788-8208

*/s/ Jay Hines-Shah*
JAY HINES-SHAH

*Attorneys for Defendant Fitch, Inc. (d/b/a Fitch Ratings)*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from David R. Stickney, Bruce A. Ericson, David McCarthy, David T. Biderman, and Jay Hines-Shah.

/s/
DAVID H. FRY

**[PROPOSED] ORDER**

In accordance with the parties' stipulation, it is hereby ORDERED that:

1. The files of the consolidated action, and any subsequently consolidated actions, shall be maintained in one file under the Case No. CV-09-01376 (SI). Every pleading filed in the consolidated action shall bear the following caption:

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI)<br><br>**CONSOLIDATED CLASS ACTION ECF** |
|---|---|

2. The following briefing schedule shall apply to Defendants' motions to dismiss the Complaint:

a. Defendants shall file and serve any motions to dismiss no later than October 30, 2009;

b. Lead Plaintiffs shall file and serve their oppositions no later than December 15, 2009;

c. Defendants shall file and serve any replies no later than January 15, 2010;

d. The hearing on the motions to dismiss will be set for January 29, 2010 at 9:00 a.m. and a Case Management Conference will be set for January 29, 2010 at 2:30 p.m.

IT IS SO ORDERED.

DATED: ________________, 2009

Susan Illston

THE HONORABLE SUSAN ILLSTON
United States District Court Judge

e.