RECEIVED
2010 JAN 12 P 2: 52

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE WELLS FARGO MORTGAGE-                   )    CASE NO.: 09-CV-1376-SI
     BACKED CERTIFICATES LITIGATION               )
5                                                  )    [PROPOSED] ORDER GRANTING
                                                   )    APPLICATION FOR ADMISSION OF
6                                                  )    ATTORNEY JAMES REGAN *PRO*
                                                   )    *HAC VICE*
7                                                  )
8                                                  )    FILED
                                                   )
9                                                  )    JAN 1 9 2010
                                                   )
10   _____)    RICHARD W. WIEKING
                                                        CLERK, U.S. DISTRICT COURT
11                                                      NORTHERN DISTRICT OF CALIFORNIA

         JAMES REGAN, whose business address and telephone number is 230 Park Avenue,
12
     New York, NY 10169 (212) 818-9200 and who is an active member in good standing of the bar
13
     of the State of New York having applied in the above-entitled actions for admission to practice in
14
     the Northern District of California on a pro hac vice basis, representing Moody's Investors
15
     Service, Inc.
16
         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
17
     conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
18
     *vice*. Service of papers upon and communication with co-counsel designated in the application
19
     will constitute notice to the party. All future filings in this action are subject to the requirements
20
     contained in General Order No. 45, *Electronic Case Filing*.
21

22   Dated: _____          _____
23                                         District Judge Susan Illston
24

25

26

27

28

     _____
                                    -1-                          3766040_1.DOC