MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING  A CONTINUANCE OF THE HEARING ON THE MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE; DECLARATION OF DAVID H. FRY IN SUPPORT THEREOF**<br><br>Judge:        Hon. Susan Illston |

1    WHEREAS, on August 31, 2009, the Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the New Orleans Employees' Retirement System, and the Louisiana Sheriffs' Pension and Relief Fund ("Lead Plaintiffs") filed the Consolidated Class Action Complaint For Violations of §§ 11, 12(a)(2) And 15 Of The Securities Act Of 1933 ("Complaint");

6    WHEREAS, on October 30, 2009, Defendants moved to dismiss the Complaint, Lead Plaintiffs have opposed such motions, and the motions are fully briefed;

8    WHEREAS, the Court issued a notice on January 26, 2010 continuing the hearing and Case Management Conference from January 29, 2010 to February 19, 2010;

10   WHEREAS, Thomas O. Jacob, in-house counsel at Wells Fargo & Co., is counsel of record for Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (the "Wells Fargo Defendants") and will be out of the country on February 19, 2010;

13   WHEREAS, the next date on which all defense counsel are available is March 19, 2010;

14   WHEREAS, the Wells Fargo Defendants requested, and Lead Plaintiffs have agreed, to request to continue the hearing and Case Management Conference to March 19, 2010.

16   THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

18   The parties request that the hearing scheduled for February 19, 2010 be continued to March 19, 2010 at 9:00 a.m. and the Case Management Conference scheduled for February 19, 2010 be continued to March 19, 2010 at 2:30 p.m.

Dated:  February 11, 2010

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

DAVID R. STICKNEY
TIMOTHY A. DeLANGE
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com

　　　　/s/ *David R. Stickney*
　　　　DAVID R. STICKNEY

*Attorneys for Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund,  New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund*

Dated:  February 11, 2010

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
Marc.Dworsky@mto.com
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel:    (213) 683-9100
Fax:    (213) 687-3702

DAVID H. FRY
David.Fry@mto.com
JENNY H. HONG
Jenny.Hong@mto.com
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Tel:    (415) 512-4000
Fax:    (415) 512-4077

　　　　/s/ *David H. Fry*
　　　　DAVID H. FRY

*Attorneys for the Wells Fargo Defendants and the Individual Defendants*

```
                              WELLS FARGO & CO.
                              THOMAS O. JACOB
                              Office of General Counsel
                              MAC A0194-266
                              45 Fremont Street, 26th floor
                              San Francisco, CA  94105
                              Tel:    (415) 396-4425
                              Fax:    (415) 975-7864
                              tojacob@wellsfargo.com
```

*Attorney for the Wells Fargo Defendants*

Dated:  February 11, 2010

```
                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                              BRUCE A. ERICSON
                              bruce.ericson@pillsburylaw.com
                              ANDREW J. LANPHERE
                              andrew.lanphere@pillsburylaw.com
                              50 Fremont Street
                              Post Office Box 2880
                              San Francisco, CA 94120-7880
                              Tel:     (415) 983-1560
                              Fax:     (415) 983-1200


                                   /s/ Bruce A. Ericson
                                   BRUCE A. ERICSON
```

*Attorneys for the Underwriter Defendants*

Dated:  February 11, 2010

```
                              FRIED, FRANK, HARRIS, SHRIVER
                                 & JACOBSON LLP
                              William G. McGuinness (pro hac vice)
                              william.mcguinness@friedfrank.com
                              Stephanie J. Goldstein (pro hac vice)
                              stephanie.goldstein@friedfrank.com
                              Shahzeb Lari (pro hac vice)
                              Shahzeb.Lari@friedfrank.com
                              One New York Plaza
                              New York, New York 10004
                              Telephone:    (212) 859-8000
                              Facsimile:    (212) 859-4000


                                   /s/  Shazeb Lari
                                   SHAHZEB LARI
```

*Attorneys for the Underwriter Defendants*

| | | |
|---|---|---|
| 1 | Dated: February 11, 2010 | SATTERLEE STEPHENS BURKE & BURKE LLP |
| | | JAMES J. COSTER (*pro hac vice*) |
| 2 | | JOSHUA M. RUBINS |
| | | 230 Park Avenue, Suite 1130 |
| 3 | | New York, NY 10169-0079 |
| | | Tel.: (212) 818-9200 |
| 4 | | Fax: (212) 818-9606 |

WILSON SONSINI GOODRICH & ROSATI
KEITH E. EGGLETON
DAVID McCARTHY
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 320-4893
Fax: (650) 565-5100

　　　/s/ *David McCarthy*
　　　DAVID McCARTHY

*Attorneys for Defendant Moody's Investors Service, Inc.*

Dated: February 11, 2010

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
ADAM ZUROFSKY (*pro hac vice*)
TAMMY ROY (*pro hac vice*)
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

PERKINS COIE LLP
DAVID T. BIDERMAN
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000
Fax: (415) 344-7050

　　　/s/ *David T. Biderman*
　　　DAVID T. BIDERMAN

*Attorneys for Defendant*
*The McGraw-Hill Companies, Inc.*

- 5 -

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

| | |
|---|---|
| Dated: February 11, 2010 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>MARTIN FLUMENBAUM (*pro hac vice*)<br>ANDREW J. EHRLICH (*pro hac vice*)<br>TOBIAS J. STERN (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel:   (212) 373-3000<br>Fax:  (212) 373-3990<br><br>          /s/ *Andrew J. Ehrlich*<br>          ANDREW J. EHRLICH<br><br>TAYLOR & COMPANY LAW OFFICES, LLP<br>STEPHEN E. TAYLOR<br>JAY HINES-SHAH<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br>Tel:   (415) 788-8200<br>Fax:  (415) 788-8208<br><br>*Attorneys for Defendant Fitch, Inc.*<br>*(d/b/a Fitch Ratings)* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

          /s/ *David H. Fry*
          DAVID H. FRY

# DECLARATION OF DAVID H. FRY

I, DAVID H. FRY, DECLARE AS FOLLOWS:

1. I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California. I am an attorney with the law firm of Munger, Tolles & Olson LLP, and counsel of record for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Douglas K. Johnson, and Thomas Neary in the above-captioned action. I have personal knowledge of the matters stated below except those matters stated on information and belief which I am informed and believe are true. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

1. On September 17, 2009, the Court issued an order setting a hearing for Defendants' motions to dismiss and a Case Management Conference on January 29, 2010. On October 5, 2009, the parties filed a stipulation agreeing to revise the previously negotiated briefing schedule but retaining the January 29, 2010 date set by the Court, and the Court signed an order to this effect on October 7, 2009. On January 26, 2010, the Court issued a notice continuing the hearing and Case Management Conference to February 19, 2010;

2. I am informed and believe that Thomas O. Jacob, in-house counsel at Wells Fargo & Co. and counsel of record for Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A., will be out of the country on February 19, 2010. I have communicated via electronic mail with all defense counsel, and based on their various responses, I am informed and believe that the next Friday on which all are available is March 19, 2010.

3. Continuing the hearing on the motions to dismiss and the Case Management Conference would not affect or displace other deadlines in this case, as none has been set yet.

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration was electronically executed this 11th day of February 2010, in San Francisco,
3  California.

5  DATED: February 11, 2010                MUNGER, TOLLES & OLSON LLP

7                                          By:     /s/ David H. Fry
                                                    DAVID H. FRY

9                                          *Attorney for the Wells Fargo Defendants and the Individual Defendants*

1 **[PROPOSED] ORDER**

2 In accordance with the parties' stipulation, it is hereby ORDERED that:

3 The hearing scheduled for February 19, 2010 is continued to March 19, 2010 at

4 9:00 a.m. and the Case Management Conference scheduled for February 19, 2010 is continued to

5 March 19, 2010 at 2:30 p.m.

6 IT IS SO ORDERED.

7

8 DATED: _____, 2010   _____
THE HONORABLE SUSAN ILLSTON
9 United States District Court Judge