1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
2  DAVID R. STICKNEY (Bar No. 188574)
   TIMOTHY A. DeLANGE (Bar No. 190768)
3  MATTHEW P. JUBENVILLE (Bar No. 228464)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:    (858) 793-0070
5  Fax:    (858) 793-0323
   davids@blbglaw.com
6  timothyd@blbglaw.com
   matthewj@blbglaw.com
7
   *Attorneys for Lead Plaintiffs Alameda County*
8  *Employees' Retirement Association,*
   *Government of Guam Retirement Fund, New*
9  *Orleans Employees' Retirement System and*
   *Louisiana Sheriffs' Pension and Relief Fund*
10

11              UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13  IN RE WELLS FARGO MORTGAGE-          Civil Action No. 09-cv-01376-SI
    BACKED CERTIFICATES
14  LITIGATION                           CONSOLIDATED CLASS ACTION
                                         ECF
15
                                         STIPULATION AND [PROPOSED] ORDER
16                                       SETTING DATE FOR PLAINTIFFS TO FILE
                                         AMENDED COMPLAINT AND RESCHEDULING
17                                       THE CASE MANAGEMENT CONFERENCE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' AMENDED COMPLAINT
Case No. CV-09-01376-SI

WHEREAS, on March 19, 2010, the Court scheduled a Further Case Management Conference for May 14, 2010, at 2:30 p.m.;

WHEREAS, on April 22, 2010, the Court issued an Order Granting In Part And Denying In Part Defendants' Motions To Dismiss [Dkt. No. 198] ("Order");

WHEREAS, the Order granted the Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the New Orleans Employees' Retirement System, and the Louisiana Sheriffs' Pension and Relief Fund ("Lead Plaintiffs") "leave to amend their claims against the Underwriter Defendants and Wells Fargo Defendants" no later than May 7, 2010;

WHEREAS, Lead Plaintiffs intend to file an Amended Complaint and request an extension until May 28, 2010, to file their complaint;

WHEREAS, the parties have met, conferred and agreed to the date for Lead Plaintiffs to file the Amended Complaint and to a schedule for Defendants to answer or move to dismiss;

WHEREAS, in light of the foregoing, the parties further agreed to continue the Further Case Management Conference until June 18, 2010.

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

1.      Defendants are not required to respond to the existing Complaint;

2.      Lead Plaintiffs shall file their Amended Complaint on or before May 28, 2010;

3.      If any Defendant(s) answer the Amended Complaint, such Defendant(s) shall file the answer(s) on or before July 16, 2010;

4.      If any Defendant(s) file motion(s) to dismiss the Amended Complaint, the following briefing schedule shall apply:

    a.      The Defendant(s) shall file any motion(s) to dismiss no later than June 25, 2010;

    b.      Lead Plaintiffs shall file any opposition(s) no later than July 16, 2010;

    c.      Defendants shall file any reply(ies) no later than August 6, 2010;

    d.      Subject to the Court's availability, the hearing on the motions to dismiss will be set for August 20, 2010, at 9:00 a.m.

5.     Subject to the Court's availability, the Further Case Management Conference is continued to June 18, 2010, at 2:30 p.m.

Dated:  May 4, 2010

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


_____/s/ Timothy A. DeLange_____
TIMOTHY A. DeLANGE

DAVID R. STICKNEY
TIMOTHY A. DELANGE
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:     (858) 793-0323

*Attorneys for Lead Plaintiffs Alameda County Employees'
Retirement Association, Government of Guam Retirement
Fund, New Orleans Employees' Retirement System and
Louisiana Sheriffs' Pension and Relief Fund*

Dated:  May 4, 2010

MUNGER, TOLLES & OLSON, LLP
MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Tel:     (213) 683-9100
Fax:     (213) 687-3702

MUNGER, TOLLES & OLSON LLP
DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Tel:     (415) 512-4000
Fax:     (415) 512-4077


_____/s/ David H. Fry_____
DAVID H. FRY

*Attorneys for the Wells Fargo Defendants and the
Individual Defendants*

---

1   Dated:  May 4, 2010                    PILLSBURY WINTHROP SHAW PITTMAN LLP
2                                           BRUCE A. ERICSON
                                            bruce.ericson@pillsburylaw.com
3                                           ANDREW J. LANPHERE
                                            andrew.lanphere@pillsburylaw.com
4                                           50 Fremont Street
                                            Post Office Box 2880
5                                           San Francisco, CA 94120-7880
                                            Tel:    (415) 983-1560
6                                           Fax:    (415) 983-1200

7                                                  _____/s/ Bruce A. Ericson_____
                                                        BRUCE A. ERICSON
8
                                            *Attorneys for the Underwriter Defendants*
9

10  Dated:  May 4, 2010                    FRIED, FRANK, HARRIS, SHRIVER
                                              & JACOBSON LLP
11                                          William G. McGuinness (*pro hac vice*)
                                            william.mcguinness@friedfrank.com
12                                          Stephanie J. Goldstein (*pro hac vice*)
                                            stephanie.goldstein@friedfrank.com
13                                          Shahzeb Lari (*pro hac vice*)
                                            Shahzeb.Lari@friedfrank.com
14                                          One New York Plaza
                                            New York, New York 10004
15                                          Telephone:    (212) 859-8000
                                            Facsimile:    (212) 859-4000
16

17                                                 _____/s/ William G. McGuinness_____
                                                      WILLIAM G. MCGUINNESS
18
                                            *Attorneys for the Underwriter Defendants*
19

20

21

22

23

24  Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest under

25  penalty of perjury that concurrence in the filing of the document has been obtained from David H. Fry,

26  Bruce A. Ericson and William G. McGuinness.

27                                                 _____/s/ Timothy A. DeLange_____
                                                        TIMOTHY A. DeLANGE
28

**[PROPOSED] ORDER**

In accordance with the parties' stipulation, it is hereby ORDERED that:

1.      Defendants are not required to respond to the existing Complaint;

2.      Lead Plaintiffs shall file their Amended Complaint on or before May 28, 2010;

3.      If any Defendant(s) answer the Amended Complaint, such Defendant(s) shall file the answer(s) on or before July 16, 2010;

4.      If any Defendant(s) file motion(s) to dismiss the Amended Complaint, the following briefing schedule shall apply:

   a.      The Defendant(s) shall file any motion(s) to dismiss no later than June 25, 2010;

   b.      Lead Plaintiffs shall file any opposition(s) no later than July 16, 2010;

   c.      Defendants shall file any reply(ies) no later than August 6, 2010;

   d.      Subject to the Court's availability, the hearing on the motions to dismiss will be set for August 20, 2010, at 9:00 a.m.

5.      The Further Case Management Conference is continued to ~~June 18~~ July 2, 2010, at 2:30 p.m.


IT IS SO ORDERED.

DATED: _____, 2010      _____
                                       THE HONORABLE SUSAN ILLSTON
                                       United States District Court Judge

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
MATTHEW J. JUBENVILLE (Bar No. 228464)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees'*
*Retirement Association, Government of Guam Retirement*
*Fund, New Orleans Employees' Retirement System and*
*Louisiana Sheriffs' Pension and Relief Fund*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf Of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>    v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-17 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-15 TRUST, et al.,<br><br>                 Defendants. | Case No. 09-CV-1376-SI<br>(Consolidated with 09-CV-1620)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF SERVICE</u>

I, the undersigned, declare:

1.      That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2.      That on May 4, 2010, true and correct copies of the following documents:

- STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR PLAINTIFFS TO FILE AMENDED COMPLAINT AND RESCHEDULING THE CASE MANAGEMENT CONFERENCE; and

- Declaration of Service

were filed with the Court electronically.  Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System.  Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Dated this 4th day of May 2010.

_____
KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

1

<u>SERVICE LIST</u>

2

3

4

*Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc., Barclays Capital, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.*

5

6

7

8

9

10

11

12

William G. McGuinness
Stephanie J. Goldstein
Shahzeb Lari
**\*FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP**
One New York Plaza
New York, NY 10004-1980
Tel:   (212) 859-8000
Fax:  (212) 859-4000

william.mcguinness@friedfrank.com
stephanie.goldstein@friedfrank.com
shahzeb.lari@friedfrank.com

13

14

15

**\*NON-ECF REGISTRANTS WILL BE SERVED VIA EMAIL**

16

5/4/2010

17

18

19

20

21

22

23

24

25

26

27

28