UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GENERAL RETIREMENT SYSTEM OF THE
CITY OF DETROIT, ET AL,
        Plaintiff(s)

V.

WELLS FARGO MORTGAGE BACKED
SECURITIES 2006-AR 18 TRUST, ET AL,

        Defendant(s).

Case No: 10-CV-01376LHK

**CLERK'S NOTICE DIRECTING
COUNSEL TO RE-NOTICE
MOTIONS**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Counsel are hereby directed to re-notice the Motion Hearings which were previously calendared before Judge Susan Illston before Judge Lucy H. Koh on Tuesday, September 7, 2010 at 1:30 p.m. in Courtroom 4 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

A Case Management Conference will be heard following the Motion Hearing. The parties are to file Joint Case Management Conference Statements pursuant to paragraphs 10 and 11 of Judge Koh's Reassignment Order.

Dated: 8/6/10

/s/ Martha Parker Brown
_____
Martha Parker Brown
DEPUTY CLERK