**E-Filed 8/12/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: 09-CV-01376-LHK <br><br> ORDER DENYING ADMINISTRATIVE MOTION FOR RELIEF FROM CLERK'S NOTICE <br><br> [re docket no. 221] |

The Court orders that the hearing on Defendants' Motion to Dismiss will go forward as scheduled on September 7, 2010 at 1:30 pm in Courtroom 4 on the 5th Floor of the U.S. District Court, 280 S. First Street, San Jose, California. Counsel for Defendants, including Underwriters, have not alleged or shown that they cannot be represented at the hearing due to the unavailability of two of their counsel at that time. The pleadings show that numerous other attorneys have appeared on behalf of Underwriters in this matter.

The Court will review the record in this case. Thus, the request for additional briefing is denied.

**IT IS SO ORDERED.**

Case No.: 09-CV-01376-LHK
ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF FROM CLERK'S NOTICE

Dated: August 12, 2010

_____
LUCY H. KOH
United States District Judge