Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement System of the City of Detroit*

Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969

*Counsel for the General Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN SUPPORT OF MOTION TO INTERVENE BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT <br><br> Date:             October 7, 2010 <br> Time:            1:30 p.m. <br> Courtroom:   4, 5th Floor <br> Before:         Hon. Lucy H. Koh |

1

[09-cv-01376-LHK] DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN SUPPORT OF MOTION TO INTERVENE BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT

I, Christopher T. Heffelfinger, declare as follows:

1. I am a member in good standing of the bars of the State of California and of this Court. I am a member of the firm of Berman DeValerio, counsel for the General Retirement System of the City of Detroit. I am fully familiar with all the facts and circumstances herein.

2. This declaration is submitted in support of the Motion to Intervene by the General Retirement System of the City of Detroit as a named plaintiff in the above-captioned action.

3. Attached hereto are true and correct copies of the following documents:

<u>Exhibit A</u>: Declaration of Sheila Kneeshaw In Support of Motion to Intervene by the General Retirement System of the City of Detroit; and

<u>Exhibit B</u>: Red-lined copy of proposed additions to the Amended Consolidated Class Action Complaint for Violations of §§ 11, 12(a)(2) and 15 the Securities Act of 1933.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of August, 2010, at San Francisco, California.

                                         s/ Christopher T. Heffelfinger
                                       CHRISTOPHER T. HEFFELFINGER

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-SI<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>DECLARATION OF SHEILA KNEESHAW IN SUPPORT OF MOTION TO INTERVENE BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT |

I, Sheila W. Kneeshaw, declare as follows:

1. I am a Trustee of the General Retirement System of the City of Detroit and am authorized to make this Declaration in support of the General Retirement System of the City of Detroit's ("DGRS") motion to intervene in the above-captioned action (the "Motion to Intervene"). I have personal knowledge of the information in this Declaration.

2. DGRS manages approximately $2.48 billion in net assets. DGRS manages the pension and benefit funds of approximately 22,000 employee members, retirees and beneficiaries.

3. I have reviewed the Order Granting in Part and Denying in Part Defendants' Motion to Dismiss dated April 22, 2010, which dismissed certain claims for lack of standing. Those claims relate to purchases of mortgage-backed certificates ("Certificates") in offerings other than those in which Lead Plaintiffs purchased, including the offering in which DGRS purchased Certificates in: Wells Fargo Mortgage Backed Securities 2006-AR15 Trust (the "2006-AR15 Offering").

4. I have reviewed the Amended Consolidated Class Action Complaint for Violations of §§ 11, 12(a)(2) and 15 of the Securities Act of 1933 filed in this action on May 28, 2010 ("Consolidated Amended Complaint"). While the Consolidated Amended Complaint names additional plaintiffs who purchased in some of the dismissed offerings, it does not include a plaintiff who purchased in the 2006-AR15 Offering. I have discussed the merits of the case with DGRS's counsel.

5. I have the authority to act on behalf of DGRS in connection with this litigation, including providing testimony at deposition and trial, if necessary. DGRS has authorized its

counsel to file the Motion to Intervene in this action to serve as a named-plaintiff on behalf of all persons or entities that purchased Certificates in the 2006-AR15 Offering.

6. DGRS purchased securities in the aforementioned offering and incurred losses, as indicated on the Certification attached hereto as Exhibit A.

7. The Certification (Exhibit A) would be attached to the operative complaint in which DGRS is named should the court grant this motion.

8. I therefore request that this Court grant the accompanying motion to intervene to allow DGRS to represent those persons or entities that purchased Certificates issued in the above offering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2010.

Sheila W. Kneeshaw
Trustee
*General Retirement System of the City of Detroit*

3

## Exhibit A

## CERTIFICATION OF THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT

*In re Wells Fargo Mortgage-Backed Certificates Litig.,*
No. C 09-01376 SI (N.D. Cal.)

I, Sheila W. Kneeshaw, Trustee of the General Retirement System of the City of Detroit ("DGRS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am authorized to make this certification on behalf of DGRS. I have reviewed the complaint filed in this matter.

2. DGRS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

3. DGRS is willing to serve as lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. DGRS's transactions in the securities that are the subject to this action are set forth as follows:

Wells Fargo Mortgage Backed Securities 2006-AR15 Trust

| CUSIP NO. | Transaction | Date | Quantity | Price |
| --- | --- | --- | --- | --- |
| 94985AAC3 | Purchase | 1/18/07 | 377,328.26 | $376,820.78 |

| CUSIP NO. | Transaction | Date | Quantity | Price |
| --- | --- | --- | --- | --- |
| 94985AAC3 | Sale | 4/20/09 | 262,742.10 | $19,346.65 |

5. DGRS has sought to serve and was appointed as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *In re International Rectifier Corp. Securities Litigation*,
> Case No. 07-cv-2544 (C.D. Cal.)
>
> *In re Medtronic, Inc., Securities Litigation*,
> Case No. 07-cv-4564 (D. Minn.)
>
> *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*,
> Case No. 08-cv-2177 (D.N.J.)
>
> *Hoff v. Popular, Inc.*,
> Case No. 09-cv-01428 (D.P.R.)

6. DGRS has sought to serve as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

> *In re Amgen, Inc. Securities Litigation*,
> Case No. 07-cv-2536 (C.D. Cal.)
>
> *In re Aetna, Inc. Securities Litigation*,
> Case No. 07-cv-4451 (E.D. Pa.)
>
> *In re UBS AG Securities Litigation*,
> Case No. 07-cv-11225 (S.D.N.Y.)
>
> *Rubin v. MF Global, Ltd. et al.*,
> Case No. 08-cv-2233 (S.D.N.Y.)
>
> *In re American International Group, Inc. Securities Litigation*,
> Case No. 08-cv-4772 (S.D.N.Y.)
>
> *General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.*,
> Case No. 09-cv-1376 (N.D. Cal.)
>
> *In re IndyMac Mortgage-Backed Sec. Litig.*,
> Case No. 09-cv-4583 (S.D.N.Y.)

7. DGRS will not accept any payment for serving as a representative party on behalf of the class beyond DGRS's *pro rata* share of any recovery, except as ordered or approved by the court, such reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2010.

/s/ Sheila W. Kneeshaw
Sheila W. Kneeshaw
Trustee
*General Retirement System of the City of Detroit*

3

# Exhibit B

20(a).   The General Retirement System of the City of Detroit ("DGRS") is a pension plan and trust established by the Charter and Municipal Code of the City of Detroit, Michigan.  DGRS has approximately $2.48 billion of net assets held in trust for the benefit of the employees of the City of Detroit, Michigan.  DGRS acquired Certificates pursuant and/or traceable to the Offering Documents, as reflected in the attached certification.

43.   The Issuing Trusts, were created and structured by the Depositor to issue billions of dollars worth of Certificates pursuant to the Registration Statements. For each offering, Wells Fargo Asset Securities Corporation served as the "depositor" and Wells Fargo Bank served as the "sponsor." The following chart identifies (1) each Issuing Trust; (2) the Registration Statement and Prospectus Supplement dates pursuant to which the Certificates were issued and sold; (3) the stated value of the Certificates issued; and (4) the Underwriter(s).

* * *

**[Addition to chart]**

| Issuing Trust | Registration Statement | Prospectus Supplement Date | Principal Amount | Underwriter(s) |
|---|---|---|---|---|
| Wells Fargo Mortgage Backed Securities 2006-AR15 Trust | October 2005 | 9/22/2006 | $400,300,198 | Deutsche Bank |

117.   Each Prospectus Supplement contained identical, or substantially similar, language.  As summarized by page number in the Table of False Statements below, each Prospectus Supplement contained similar untrue statements of material fact, or omissions regarding:  (1) the underwriting standards of Wells Fargo Bank; (2) the underwriting standards of additional originators; (3) the loan-to-value ratios and appraisals of the properties; and (4) the ratings of the Certificates.

* * *

PROPOSED ADDITIONS TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
FOR VIOLATIONS OF §§ 11, 12(a)(2) AND 15 OF THE SECURITIES ACT OF 1933

**[Addition to chart]**

| | (1) Wells Fargo Bank's Underwriting Standards | (2) Additional Originator's Underwriting Standards | (3) LTV Ratios And Appraisals | (4) Ratings of The Certificates |
|---|---|---|---|---|
| Wells Fargo Mortgage Backed Securities 2006-AR15 Trust | S-41 | | S-40-41 | S-6 |

118. The ratings on virtually all of the Certificates within each of the Issuing Trusts have since been downgraded. As reflected in the chart below, which reflects the Trusts in which the Plaintiffs purchased interests, virtually all of the Certificates that were originally rated "AAA" have been downgraded below investment grade.

\* \* \*

**[Addition to charts]**

| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tranche | Initial Rating | | | First Downgrade | | | Current Rating | | |
| | Moody's | S&P | Fitch | Moody's | S&P | Fitch | Moody's | S&P | Fitch |
| WFMBS 2006-AR15 | Aaa | | AAA | Baa1 | | AA*- | C | | CCC |

**[Addition to Signature Block]**

ROBIN F. ZWERLING
JEFFREY C. ZWERLING
JUSTIN M. TARSHIS
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel:  (212) 223-3900
Fax:  (212) 371-5969

-and-

DAN DRACHLER
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Tel: (206) 223-2053
Fax: (206) 343-9636

PROPOSED ADDITIONS TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
FOR VIOLATIONS OF §§ 11, 12(a)(2) AND 15 OF THE SECURITIES ACT OF 1933

JOSEPH J. TABACCO, JR.
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Tel: (415) 433-3200
Fax: (415) 433-6382

*Counsel for the General Retirement System of the City of Detroit*