Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement*
*System of the City of Detroit*

Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969

*Counsel for the General Retirement*
*System of the City of Detroit*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT** |

1  Movant General Retirement System of the City of Detroit ("DGRS"), having come
2  before the Court and moved pursuant to Rule 24 of the Federal Rules of Civil Procedure seeking
3  leave for DGRS to intervene as an additional named plaintiff, and the Court having duly
4  considered the submissions and arguments of counsel,
5  IT IS HEREBY ORDERED that DGRS's motion to intervene as an additional named
6  plaintiff is GRANTED.
7  Dated: _____

_____
United States District Judge

2

[09-cv-01376-LHK] [PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY
THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT