Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement System of the City of Detroit*

Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis

**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969

*Counsel for the General Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1** |

[09-cv-01376-LHK] CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

- General Retirement System of the City of Detroit

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 13th day of August, 2010, at San Francisco, California.

                        /s Christopher T. Heffelfinger
                        CHRISTOPHER T. HEFFELFINGER

[09-cv-01376-LHK] CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1