1  Joseph J. Tabacco, Jr. (75484)
2  jtabacco@bermandevalerio.com
   Christopher T. Heffelfinger (118058)
3  cheffelfinger@bermandevalerio.com
   Anthony D. Phillips (259688)
4  aphillips@bermandevalerio.com
   **BERMAN DEVALERIO**
5  One California Street, Suite 900
   San Francisco, CA 94111
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7

8  *Local Counsel for the General Retirement
   System of the City of Detroit*

9
   Robin F. Zwerling
10 Jeffrey C. Zwerling
   Justin M. Tarshis
11
   **ZWERLING, SCHACHTER & ZWERLING, LLP**
12 41 Madison Avenue, 32nd Floor
   New York, NY 10010
13 Telephone:  (212) 223-3900
14 Facsimile:   (212) 371-5969

15 *Counsel for the General Retirement
   System of the City of Detroit*
16
17 [Additional counsel on signature page]

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

20

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK<br><br>CLASS ACTION<br><br>**CERTIFICATION OF COUNSEL CHRISTOPHER T. HEFFELFINGER PURSUANT TO CIVIL LOCAL RULE 3-7(D)** |
|---|---|

1  Pursuant to the United States District Court for the Northern District of California Local
2  Rule 3-7(d), I, Christopher T. Heffelfinger declare as follows:
3  Exclusive of securities held through mutual funds or discretionary accounts managed by
4  professional money managers, I do not directly own or otherwise have a beneficial interest in the
5  securities that are the subject of this action.
6  I declare under penalty of perjury pursuant to the laws of the United States that the
7  foregoing is true and correct.
8  Executed this 13th day of August, 2010, at San Francisco, California.

      /s Christopher T. Heffelfinger
    CHRISTOPHER T. HEFFELFINGER