Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement System of the City of Detroit*

Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis

**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969

*Counsel for the General Retirement System of the City of Detroit*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATION OF COUNSEL ANTHONY D. PHILLIPS PURSUANT TO CIVIL LOCAL RULE 3-7(D)** |

1  Pursuant to the United States District Court for the Northern District of California Local
2  Rule 3-7(d), I, Anthony D. Phillips declare as follows:
3  Exclusive of securities held through mutual funds or discretionary accounts managed by
4  professional money managers, I do not directly own or otherwise have a beneficial interest in the
5  securities that are the subject of this action.
6  I declare under penalty of perjury pursuant to the laws of the United States that the
7  foregoing is true and correct.
8  Executed this 13th day of August, 2010, at San Francisco, California.

        /s Anthony D. Phillips
       ANTHONY D. PHILLIPS

[09-cv-01376-LHK] CERTIFICATION OF COUNSEL A. PHILLIPS PURSUANT TO CIVIL L.R. 3-7(D)