MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**PROOF OF SERVICE VIA FEDERAL EXPRESS** |

11448654.1

PROOF OF SERVICE;
CASE NO. 09-1376-SI

**PROOF OF SERVICE VIA FEDERAL EXPRESS**
*In Re Wells Fargo Mortgage-Backed Certificates Litigation*
U.S.D.C. Case No. 09-1376-SI

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On August 17, 2010, I served the foregoing documents described as:

**ADMINISTRATIVE MOTION TO RELATE CASES**

**DECLARATION OF DAVID H. FRY IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES**

by placing them in an addressed sealed envelope clearly labeled to identify the persons being served at the addresses set forth on the attached service list:

**** SEE ATTACHED SERVICE LIST ****

I caused such envelopes to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the Federal Express delivery date is more than one day after dated of deposit with the local Federal Express office, pursuant to this affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I also declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2010, at San Francisco, California.

Maureen Lechwar

11448654.1                          - 1 -                          PROOF OF SERVICE;
                                                                   CASE NO. 09-1376-SI

**SERVICE LIST**
*In Re Wells Fargo Mortgage-Backed Certificates Litigation*
U.S.D.C. Case No. 09-1376-SI

| | |
|---|---|
| Stephanie J. Goldstein<br>William G. McGuinness<br>Shahzeb Lari<br>FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>stephanie.goldstein@friedfrank.com<br>william.mcguinness@friedfrank.com<br>shahzeb.lari@friedfrank.com | *Attorneys for Goldman,*<br>*Sachs & Co.*<br>*Defendant* |
| James J. Coster<br>James Regan<br>Joshua M. Rubins<br>SATTERLEE STEPHEN BURKE & BURKE LLP<br>230 Park Avenue<br>New York, NY 10169-0079<br>jcoster@ssbb.com<br>jregan@ssbb.com<br>jrubins@ssbb.com | *Attorneys for Moody's*<br>*Investor Services, Inc.*<br>*Defendant* |