1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  KATHLEEN M. MCDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
7  JENNY H. HONG (SBN 251751)
   Jenny.Hong@mto.com
8  CAROLYN V. ZABRYCKI (SBN 263541)
   Carolyn.Zabrycki@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street,  27th floor
10 San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
11 Facsimile:    (415) 512-4077

12 Attorneys for Defendants
   WELLS FARGO DEFENDANTS AND THE
13 INDIVIDUAL DEFENDANTS

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18
   |                                          | Civil Action No. 09-01376 (LHK) |
19 | IN RE WELLS FARGO MORTGAGE-              |                                  |
   | BACKED CERTIFICATES                      | **CONSOLIDATED CLASS ACTION**    |
20 | LITIGATION                               | **ECF**                          |
21 |                                          | **CORRECTED ADMINISTRATIVE**     |
   |                                          | **MOTION TO RELATE CASES**       |
22
23

24

25

26

27

28

1    Defendants Wells Fargo Asset Securities Corporation  and Wells Fargo Bank,

2 N.A. file this corrected administrative motion to relate cases to clarify that the Wells Fargo

3 Mortgage Backed Securities Trust at issue in the two cases is not the 2007-12 Trust but the 2007-

4 10 Trust.

5    Pursuant to Civil Local Rule 3-12, Defendants Wells Fargo Asset Securities

6 Corporation  and Wells Fargo Bank, N.A. advise the Court that the above-captioned matter is

7 related to an action removed to the Northern District, *Charles Schwab Corporation v. Banc of*

8 *America Securities LLC, et al.*, No. CV-10-3489-SI ("*Schwab*"), because the cases "both concern

9 substantially the same parties, property, transaction, or event" and "[i]t appears likely that there

10 will be an unduly burdensome duplication of labor and expense or conflicting results if the cases

11 are conducted before different Judges."   More specifically, both cases name Wells Fargo Asset

12 Securities Corporation and Wells Fargo Bank, N.A. as defendants and both cases involve the

13 Wells Fargo Mortgage Backed Securities 2007-10 Trust.  Both cases also involve allegations that

14 the offering documents for this trust included misstatements that violate the Securities Act of

15 1933, 15 U.S.C. § 77a, *et seq.*  In fact, the plaintiff in *Schwab* claims in its complaint to be a

16 "putative member of the proposed class" in the above-caption case with respect to the claims it

17 advances in *Schwab*.  Amended Complaint at ¶ 32.  Despite this claim, the plaintiff in *Schwab*

18 now has declined to stipulate that the two cases are related under Civil Local Rule 3-12.

19

20

21

22

23

24

25

26

27

28

CORRECTED ADMINISTRATIVE MOTION TO
RELATE CASES
NO. 09-01376-LHK

1     To avoid conflicts, discourage forum/judge-shopping, conserve judicial resources,

2 and promote efficient determination of the actions, *Charles Schwab Corporation v. Banc of*

3 *America Securities LLC, et al.*, No. CV-10-3489-SI should be related to this first-filed case, *In re*

4 *Wells Fargo Mortgage-Backed Certificates Litigation*.

5

6 DATED: August 17, 2010    MUNGER, TOLLES & OLSON LLP
                MARC T.G.  DWORSKY
7               KATHLEEN M.  MCDOWELL
                DAVID H.  FRY
8               JENNY H.  HONG
                CAROLYN V.  ZABRYCKI

9             By:  */s/ David H. Fry*
10                DAVID H.  FRY

11          Attorneys for Defendants
            WELLS FARGO DEFENDANTS AND THE
12          INDIVIDUAL DEFENDANTS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED ADMINISTRATIVE MOTION TO
RELATE CASES
NO. 09-01376-LHK