Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
Karl P. Barth
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
karlb@hbsslaw.com

Joseph W. Cotchett (363241)
Nanci Nishimura (152621)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

[Additional counsel on signature page]

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGAITON | Civil Action No. 09-cv-1376-LHK<br><br>DECLARATION OF PETER E. BORKON IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE ORDER RELATING CASES PURSUANT TO LOCAL RULE 3-12.<br><br>Action Filed: August 10, 2010<br><br>DEPT: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

010194-11  388428 v1

1  I, Peter E. Borkon, declare as follows:

2      1.    I am an attorney duly licensed in the State of California and admitted to practice

3  before all courts within that jurisdiction. I am an attorney at Hagens Berman Sobol Shapiro LLP,

4  counsel for Plaintiff, First Star Bank ("Plaintiff") in the recently filed case number 10-cv-3508-RS.

5      2.    I make this declaration in support of Plaintiff's Motion for Administrative Order

6  Relating Cases Pursuant to Local Rule 3-12.

7      3.    Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in the

8  case styled *First Star Bank v. The Wells Fargo Mortgage Backed Securities 2006 AR15 Trust, et*

9  *al.,* Case No. 10-cv-3508-RS, filed August 10, 2010.

10     4.    Pursuant to Local Rules 3-12(b) and 5-1(b) Chambers copies of the Administrative

11 Motion and supporting documentation are being delivered to the Court in both of the related cases

12 listed below:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *In re Wells Fargo Mortgage Backed Certificates Litigation* | 09-cv-1376-LHK | March 27, 2009 |
| *First Star Bank v. The Wells Fargo Mortgage Backed Securities 2006 AR15 Trust, et al.* | 10-cv-3508-RS | August 10, 2010 |

    5.    Plaintiff believes that the above actions concern substantially the same parties and/or events, and it appears likely that there will be an "unduly burdensome duplication of labor and expense" or conflicting results if the cases are conducted before different Judges. *See* Civil L.R. 3-12(a)(2). Both of these cases involve mortgage pass-through certificates issued by Wells Fargo and allege violations of Sections 11 and 15 of the Securities Act, 15 U.S.C. §§ 77k and 77o.

    6.    Counsel for Plaintiff has attempted to obtain a stipulation pursuant to 7-12. The Wells Fargo defendants have consented to relation of the cases. However, Counsel for Plaintiff have not been able to reach all counsel of record. In order to comply with Local Rule 3-12(b), counsel has promptly filed this motion.

- 2 -

1      I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3      Executed this 18th day of August 2010, at Berkeley, California.

                      /s/ Peter E. Borkon
                      PETER E. BORKON

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Peter E. Borkon
          PETER E. BORKON

**Mailing Information for a Case 5:09-cv-01376-LHK**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  FAbrams@cahill.com,FAbrams@cahill.com

- **David T. Biderman**
  dbiderman@perkinscoie.com,docketsflit@perkinscoie.com

- **Stephen McGeorge Bundy**
  sbundy@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com,takeok@blbglaw.com

- **Marc T. Dworsky**
  Marc.Dworsky@mto.com,phillip.signey@mto.com

- **Andrew J. Ehrlich**
  aehrlich@paulweiss.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Farschad Farzan**
  ffarzan@perkinscoie.com,docketsflit@perkinscoie.com,callen@perkinscoie.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com

- **David H. Fry**
  frydh@mto.com,julie.lunsford@mto.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jayesh Sanatkumar Hines-Shah**
  jhinesshah@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,abradley@tcolaw.com

- **Jenny Huang Hong**
  jenny.hong@mto.com,lauren.larocca@mto.com,milvi.giesinger@mto.com

- **Thomas Octavian Jacob**
  tojacob@wellsfargo.com,Merredith.Lloyd@wellsfargo.com

- **Takeo Austin Kellar**
  takeok@blbglaw.com,kristid@blbglaw.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com,efilings@cohenmilstein.com

- **Andrew Dale Lanphere**
  alanphere@pillsburywinthrop.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **David Andrew McCarthy**
  dmccarthy@wsgr.com,vmendoza@wsgr.com

- **Kathleen Marie McDowell**
  kathleen.mcdowell@mto.com,denise.olguin@mto.com

- **Erik David Peterson**
  epeterson@csgrr.com

- **Anthony David Phillips**
  aphillips@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Daniel B. Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Tammy L. Roy**
  TRoy@cahill.com,TRoy@cahill.com

- **Tobias J. Stern**
  tstern@paulweiss.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com,jpatchen@tcolaw.com,sbundy@tcolaw.com

- **David Andrew Thorpe**
  davidt@blbglaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Carolyn Veronica Zabrycki**
  carolyn.zabrycki@mto.com,laurie.stoker@mto.com

- **Adam Zurofsky**
  AZurofsky@cahill.com,AZurofsky@cahill.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Takeo A. Kellar
Bernstein Litwitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

William G. McGuinness
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
Ne wYork, NY 10169

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079
```