1 | MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
2 | KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
4 | Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
5 | Facsimile:     (213) 687-3702

6 | DAVID H. FRY (SBN 189276)
David.Fry@mto.com
7 | JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
8 | CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
9 | MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
10 | San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
11 | Facsimile:     (415) 512-4077

12 | Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
13 | INDIVIDUAL DEFENDANTS

14 | [Additional Counsel Listed on Signature Page]

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> **RE-NOTICE OF WELLS FARGO DEFENDANTS' AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT** <br><br> DATE:    September 7, 2010 <br> TIME:    1:30 p.m. <br> CTRM:   4 |

11498361.1

RE-NOTICE OF MOTION TO DISMISS
NO. 09-01376-LHK

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 7, 2010 at 1:30 p.m.. or as soon thereafter as this matter may be heard, defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (collectively, the "Wells Fargo Defendants") and David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson (collectively, the "Individual Defendants") through their attorneys will move before the Honorable Luch H. Koh, United States District Judge, in Courtroom 4, 5th Floor, 280 South First Street, San Jose, California, for an order dismissing the Amended Consolidated Complaint with prejudice pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6).

This Motion is based on this Re-Notice of Motion, the original Notice of Motion filed on June 25, 2010, the Memorandum of Points and Authorities filed on June 25, 2010, any Reply Memorandum filed in support, all of the papers on file with this Court in this action, and any argument that will be presented at the hearing on this Motion.

DATED: August 19, 2010        MUNGER, TOLLES & OLSON LLP
                              MARC T.G. DWORSKY
                              KATHLEEN M. MCDOWELL
                              DAVID H. FRY
                              JENNY H. HONG


                              By:    */s/ David H. Fry*
                                     DAVID H. FRY

                              Attorneys for Defendants
                              WELLS FARGO DEFENDANTS AND THE
                              INDIVIDUAL DEFENDANTS

11498361.1                    - 1 -                    RE-NOTICE OF MOTION TO DISMISS
                                                       NO. 09-01376-LHK

| | | |
|---|---|---|
| 1 | DATED: August 19, 2010 | WELLS FARGO & CO.<br>Office of General Counsel<br>MAC A0194-266<br>45 Fremont Street, 26th floor<br>San Francisco, CA  94105<br>Telephone:     (415) 396-4425<br>Facsimile:       (415) 975-7864<br>tojacob@wellsfargo.com |

By: _____*/s/ Thomas O. Jacob*_____
           THOMAS O. JACOB

Attorney for Defendants
WELLS FARGO DEFENDANTS