| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  (SBN 76342) |
| 2 | bruce.ericson@pillsburylaw.com |
| | ANDREW D. LANPHERE (SBN 191479) |
| 3 | andrew.lanphere@pillsburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, California 94120-7880 |
| 5 | Telephone:    (415) 983-1000 |
| | Facsimile:     (415) 983-1200 |
| 6 | |
| | WILLIAM G. McGUINNESS (pro hac vice) |
| 7 | william.mcguinness@friedfrank.com |
| | STEPHANIE J. GOLDSTEIN (pro hac vice) |
| 8 | stephanie.goldstein@friedfrank.com |
| | SHAHZEB LARI (pro hac vice) |
| 9 | shahzeb.lari@friedfrank.com |
| | FRIED, FRANK, HARRIS, SHRIVER |
| 10 |   & JACOBSON LLP |
| | One New York Plaza |
| 11 | New York, New York 10004 |
| | Telephone:    (212) 859-8000 |
| 12 | Facsimile:     (212) 859-4000 |
| 13 | Attorneys for Defendants Goldman, Sachs & Co., |
| | JP Morgan Securities, Inc. as successor-in-interest to Bear, |
| 14 | Stearns & Co., Inc. and Bear, Stearns & Co., Inc., Deutsche |
| | Bank Securities, Inc., UBS Securities, LLC, Credit Suisse |
| 15 | Securities (USA) LLC, RBS Securities, Inc., Banc of |
| | America Securities, LLC, Citigroup Global Markets, Inc. |
| 16 | and Merrill Lynch, Pierce, Fenner & Smith, Inc. |

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                              SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | | No.  C-09-1376-LHK |
| 21 | IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | **CONSOLIDATED CLASS ACTION ECF** |
| 22 | | |
| 23 | | **RE-NOTICE OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT** |
| 24 | | |
| 25 | | [Dkts. 219, 220, 223] |
| 26 | | Date:       Sept. 7, 2010 |
| | | Time:       1:30 p.m. |
| | | Courtroom:  4 |
| 27 | | Judge:      Hon. Lucy H. Koh |
| 28 | | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on Tuesday, September 7, 2010, at 1:30 p.m., or as

3  soon thereafter as counsel may be heard, in Courtroom 4 of this Court, located at 280 South

4  First Street, San Jose, California, before the Honorable Lucy H. Koh, United States District

5  Judge, defendants Goldman, Sachs & Co. ("Goldman Sachs"), JP Morgan Securities, Inc.

6  as successor-in-interest to Bear, Stearns & Co., Inc. and Bear, Stearns & Co., Inc. (together,

7  "Bear Stearns"), Deutsche Bank Securities, Inc. ("Deutsche Bank"), UBS Securities, LLC

8  ("UBS"), Credit Suisse Securities (USA) LLC ("Credit Suisse"), RBS Securities, Inc.

9  ("RBS"), Banc of America Securities, LLC ("BofA"), Citigroup Global Markets, Inc.

10  ("Citigroup") and Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch")

11  (collectively, the "Underwriter Defendants") will and hereby do move this Court to dismiss,

12  with prejudice, all purported claims asserted by Plaintiffs[1] against the Underwriter

13  Defendants in Plaintiffs' Amended Consolidated Class Action Complaint, filed May 28,

14  2010 (Dkt. 203) (the "Amended Complaint").

15  This motion is re-noticed pursuant to paragraph 7 of the Reassignment Order filed

16  August 2, 2010 (Dkt. 219), the Clerk's Notice filed August 6, 2010 (Dkt. 220) and the

17  Order filed August 12, 2010 (Dkt. 223).

18  This motion is made pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules

19  of Civil Procedure on the grounds that (i) the Amended Complaint fails to state a claim

20  against the Underwriter Defendants, and (ii) Plaintiffs' claims are barred by the applicable

21  statute of limitations.

22

23

---

24  [1] "Plaintiffs" collectively refers to (i) Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans
25  Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund; and (ii) the new plaintiffs identified in the Amended Complaint, the Vermont Pension
26  Investment Committee, the Public Employees' Retirement System of Mississippi, the Policemen's Annuity & Benefit Fund of the City of Chicago, the Southeastern
27  Pennsylvania Transportation Authority, and the Plumbers & Steamfitters Local 60 Pension Plan (together, the "New Plaintiffs").
28

702425442v1-   - 1 -   RE-NOTICE OF UNDERWRITERS' MOTION TO DISMISS
Case No. C-09-1376 (SI)

1   This motion is based on this Re-Notice of Underwriter Defendants' Motion, the
notice of motion and motion and supporting memorandum filed by the Underwriter
Defendants on June 25, 2010 (Dkt. 212), the notice of motion and motion and supporting
memorandum filed by the Wells Fargo Defendants and the Individual Defendants on
June 25, 2010 (Dkt. 214), the request for judicial notice filed by the Wells Fargo
Defendants and the Individual Defendants on October 30, 2009 (Dkt. 164), the Court's
Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, filed April 22,
2010 (Dkt. 198), any reply papers to be filed in support of this motion, and all other
pleadings and records on file in this consolidated action.

Dated:  August 20, 2010.

WILLIAM G. MCGUINNESS (pro hac vice)
STEPHANIE J. GOLDSTEIN (pro hac vice)
SHAHZEB LARI (pro hac vice)
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
ANDREW D. LANPHERE
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880

By _____/s/ Bruce A. Ericson_____

Attorneys for the Underwriter Defendants