| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | BRUCE A. ERICSON (SBN 76342) |
| 2 | bruce.ericson@pillsburylaw.com |
|   | ANDREW D. LANPHERE (SBN 191479) |
| 3 | andrew.lanphere@pillsburylaw.com |
|   | 50 Fremont Street |
| 4 | Post Office Box 7880 |
|   | San Francisco, California 94120-7880 |
| 5 | Telephone:   (415) 983-1000 |
|   | Facsimile:    (415) 983-1200 |
| 6 | |
|   | WILLIAM G. McGUINNESS (pro hac vice) |
| 7 | william.mcguinness@friedfrank.com |
|   | STEPHANIE J. GOLDSTEIN (pro hac vice) |
| 8 | stephanie.goldstein@friedfrank.com |
|   | SHAHZEB LARI (pro hac vice) |
| 9 | shahzeb.lari@friedfrank.com |
|   | FRIED, FRANK, HARRIS, SHRIVER |
| 10 |   & JACOBSON LLP |
|   | One New York Plaza |
| 11 | New York, New York 10004 |
|   | Telephone:   (212) 859-8000 |
| 12 | Facsimile:    (212) 859-4000 |
| 13 | Attorneys for Defendants Goldman, Sachs & Co., |
|   | JP Morgan Securities, Inc. as successor-in-interest to Bear, |
| 14 | Stearns & Co., Inc. and Bear, Stearns & Co., Inc., Deutsche |
|   | Bank Securities, Inc., UBS Securities, LLC, Credit Suisse |
| 15 | Securities (USA) LLC, RBS Securities, Inc., Banc of |
|   | America Securities, LLC, Citigroup Global Markets, Inc. |
| 16 | and Merrill Lynch, Pierce, Fenner & Smith, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | No.  C-09-1376-LHK |
| 21 | | **CONSOLIDATED CLASS ACTION ECF** |
| 22 | | |
| 23 | | **PROOF OF SERVICE – VIA U.S. MAIL** |
| 24 | | Date:          Sept. 7, 2010 |
|    | | Time:          1:30 p.m. |
| 25 | | Courtroom:     4 |
|    | | Judge:         Hon. Lucy H. Koh |

I, David A. Kramlick, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On August 20, 2010, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>RE-NOTICE OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT [Dkts. 219, 220, 223]</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of August, 2010, at San Francisco, California.

_____
David A. Kramlick

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | |
| 4 | James Regan |
| 5 | Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue |
| 6 | New York, NY 10169 |
| 7 | James J. Coster |
| 8 | Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue |
| 9 | New York, NY 10169 |
| 10 | Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP |
| 11 | 230 Park Avenue<br>New York, NY 10169 |
| 12 | |
| 13 | Shahzeb Lari<br>Fried Frank Harris Shriver & Jacobson LLP |
| 14 | One New York Plaza<br>New York, NY 10004 |
| 15 | |
| 16 | Stephanie J. Goldstein<br>Fried Frank Harris Shriver & Jacobson LLP |
| 17 | One New York Plaza<br>New York, NY 10004 |
| 18 | |
| 19 | Takeo A. Kellar<br>Bernstein Litwitz Berger & Grossmann LLP |
| 20 | 12481 High Bluff Drive<br>Suite 300 |
| 21 | San Diego, CA 92130 |
| 22 | William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP |
| 23 | One New York Plaza<br>New York, NY 10004 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |