```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON (SBN 76342)
 2  bruce.ericson@pillsburylaw.com
    ANDREW D. LANPHERE (SBN 191479)
 3  andrew.lanphere@pillsburylaw.com
    50 Fremont Street
 4  Post Office Box 7880
    San Francisco, California 94120-7880
 5  Telephone:    (415) 983-1000
    Facsimile:    (415) 983-1200
 6
    WILLIAM G. McGUINNESS (pro hac vice)
 7  william.mcguinness@friedfrank.com
    STEPHANIE J. GOLDSTEIN (pro hac vice)
 8  stephanie.goldstein@friedfrank.com
    SHAHZEB LARI (pro hac vice)
 9  shahzeb.lari@friedfrank.com
    FRIED, FRANK, HARRIS, SHRIVER
10    & JACOBSON LLP
    One New York Plaza
11  New York, New York 10004
    Telephone:    (212) 859-8000
12  Facsimile:    (212) 859-4000

13  Attorneys for Defendants Goldman, Sachs & Co.,
    JP Morgan Securities, Inc. as successor-in-interest to Bear,
14  Stearns & Co., Inc. and Bear, Stearns & Co., Inc., Deutsche
    Bank Securities, Inc., UBS Securities, LLC, Credit Suisse
15  Securities (USA) LLC, RBS Securities, Inc., Banc of
    America Securities, LLC, Citigroup Global Markets, Inc.
16  and Merrill Lynch, Pierce, Fenner & Smith, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | No. C-09-1376-LHK<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**PROOF OF SERVICE – VIA U.S. MAIL**<br><br>Date:      Sept. 7, 2010<br>Time:      1:30 p.m.<br>Courtroom: 4<br>Judge:     Hon. Lucy H. Koh |
|---|---|

1    I, Deirdre Campino, the undersigned, hereby declare as follows:

2    1.    I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4.    On August 24, 2010, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>REPLY MEMORANDUM IN FURTHER SUPPORT OF UNDERWRITERS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT [Dkt. 240]</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of August, 2010, at San Francisco, California.

_____
Deirdre Campino

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | |
| 4 | James Regan |
| | Satterlee Stephen Burke & Burke LLP |
| 5 | 230 Park Avenue |
| | New York, NY 10169 |
| 6 | |
| 7 | James J. Coster |
| | Satterlee Stephen Burke & Burke LLP |
| 8 | 230 Park Avenue |
| | New York, NY 10169 |
| 9 | |
| 10 | Joshua M. Rubins |
| | Satterlee Stephen Burke & Burke LLP |
| 11 | 230 Park Avenue |
| | New York, NY 10169 |
| 12 | |
| 13 | Takeo A. Kellar |
| | Bernstein Litwitz Berger & Grossmann LLP |
| 14 | 12481 High Bluff Drive |
| | Suite 300 |
| 15 | San Diego, CA 92130 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |