Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement
System of the City of Detroit*

Dan Drachler
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053

*Counsel for the General Retirement
System of the City of Detroit*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK <br><br> CLASS ACTION <br><br> **CERTIFICATION OF COUNSEL DAN DRACHLER PURSUANT TO CIVIL LOCAL RULE 3-7(D)** |

1  Pursuant to the United States District Court for the Northern District of California Local
2 Rule 3-7(d), I, Dan Drachler, declare as follows:
3  Exclusive of securities held through mutual funds or discretionary accounts managed by
4 professional money managers, I do not directly own or otherwise have a beneficial interest in the
5 securities that are the subject of this action.
6  I declare under penalty of perjury pursuant to the laws of the United States that the
7 foregoing is true and correct.
8  Executed this 19th day of August, 2010, at Seattle, Washington.

_____
Dan Drachler

[09-cv-01376-LHK] CERTIFICATION OF COUNSEL D. DRACHLER PURSUANT TO CIVIL L.R. 3-7(D)