1   Joseph J. Tabacco, Jr. (75484)
    jtabacco@bermandevalerio.com
2   Christopher T. Heffelfinger (118058)
    cheffelfinger@bermandevalerio.com
3   Anthony D. Phillips (259688)
    aphillips@bermandevalerio.com
4   **BERMAN DEVALERIO**
5   One California Street, Suite 900
    San Francisco, CA 94111
6   Telephone: (415) 433-3200
    Facsimile: (415) 433-6382
7
8   *Local Counsel for the General Retirement*
    *System of the City of Detroit*
9
    Robin F. Zwerling
10  Jeffrey C. Zwerling
    Justin M. Tarshis
11  ZWERLING, SCHACHTER & ZWERLING, LLP
    41 Madison Avenue, 32nd Floor
12  New York, NY 10010
    Telephone:  (212) 223-3900
13  Facsimile:  (212) 371-5969
14
    *Counsel for the General Retirement*
15  *System of the City of Detroit*
16
17                UNITED STATES DISTRICT COURT
18      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
19

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATION OF COUNSEL ROBIN F. ZWERLING PURSUANT TO CIVIL LOCAL RULE 3-7(D)** |

28

[09-cv-01376-LHK] CERTIFICATION OF COUNSEL R. ZWERLING PURSUANT TO CIVIL L.R. 3-7(D)

1    Pursuant to the United States District Court for the Northern District of California Local

2  Rule 3-7(d), I, Robin F. Zwerling, declare as follows:

3    Exclusive of securities held through mutual funds or discretionary accounts managed by

4  professional money managers, I do not directly own or otherwise have a beneficial interest in the

5  securities that are the subject of this action.

6    I declare under penalty of perjury pursuant to the laws of the United States that the

7  foregoing is true and correct.

8    Executed this 26th day of August, 2010, at New York, New York.

9

10

Robin F. Zwerling

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[09-cv-01376-LHK] CERTIFICATION OF COUNSEL R. ZWERLING PURSUANT TO CIVIL L.R. 3-7(D)