Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement System of the City of Detroit*

Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

*Counsel for the General Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK<br><br>CLASS ACTION<br><br>**CERTIFICATION OF COUNSEL JUSTIN M. TARSHIS PURSUANT TO CIVIL LOCAL RULE 3-7(D)** |

[09-cv-01376-LHK] CERTIFICATION OF COUNSEL J. TARSHIS PURSUANT TO CIVIL L.R. 3-7(D)

Pursuant to the United States District Court for the Northern District of California Local Rule 3-7(d), I, Justin M. Tarshis, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 26th day of August, 2010, at New York, New York.

_____
Justin M. Tarshis

[09-cv-01376-LHK] CERTIFICATION OF COUNSEL J. TARSHIS PURSUANT TO CIVIL L.R. 3-7(D)