**ORIGINAL**

Robin F. Zwerling
**ZWERLING, SCHACHTER & ZWERLING,** LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900

FILED

2010 AUG 31  P 3: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-cv-01376-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, ROBIN F. ZWERLING, an active member of the Bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing General Retirement System of the City of Detroit in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is

> Christopher T. Heffelfinger
> BERMAN DeVALERIO
> One California Street, Suite 900
> San Francisco, CA 94111
> (415) 433-3200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/24/10                               Robin F. Zwerling