**ORIGINAL**

Dan Drachler
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053

FILED

2010 AUG 31 P 3: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-cv-01376-LHK<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, DAN DRACHLER, an active member of the Bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing General Retirement System of the City of Detroit in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is

Christopher T. Heffelfinger
BERMAN DeVALERIO
One California Street, Suite 900
San Francisco, CA 94111
(415) 433-3200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/15/10