RECEIVED
2010 AUG 31 P 3: 11
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-cv-01376-LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

DAN DRACHLER, whose business address and telephone number is 1904 Third Avenue, Suite 1030, Seattle, WA 98101, (206) 223-2053, and who is an active member in good standing of the Bar of the State of Washington, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing General Retirement System of the City of Detroit,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and condition of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in the action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: _____

_____
Lucy H. Koh
United States District Judge