# Exhibit B

CONSOLIDATED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:08-cv-01713-ERK-WDW

Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust et al v. J.P. Morgan Acceptance Corporation I et al
Assigned to: Senior Judge Edward R. Korman
Referred to: Magistrate Judge William D. Wall
Member case: (View Member Case)
Case in other court: Supreme Court of NYS, County of Suffolk, 5675/08
Cause: 15:77 Securities Fraud

Date Filed: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Movant
**Iron Workers Mid-America Pension Plan**

represented by **David A. Rosenfeld**
Robbins Geller Rudman & Dowd, LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

### Movant
**the Structural Ironworkers Local Union No. 1 Pension Trust Fund**

represented by **David A. Rosenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff
**Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust**

represented by **David A. Rosenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Robbins Geller Rudman & Dowd, LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@rgrdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

| | | |
|---|---|---|
| **Plumbers' & Pipefitters' Local #562 Pension Fund** *on Behalf of Themselves and All Others Similarly Situated* | represented by | **David A. Rosenfeld** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Samuel H. Rudman** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Public Employees' Retirement System of Mississippi** | represented by | **David R. Stickney** 858-793-0070 Fax: 858-793-0323 Email: davids@blbglaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Gerald Harlan Silk** Bernstein Litowitz Berger & Grossmann LLP 1285 Avenue of the Americas New York, NY 10019 (212) 554-1282 Fax: (212) 554-1444 Email: Jerry@blbglaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James A. Harrod, III** Wolf Popper, LLP 845 Third Avenue New York, NY 10022 212-759-4600 Fax: 212-486-2093 Email: jharrod@wolfpopper.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew P. Jubenville** 858-793-0070 Fax: 858-793-0323 Email: matthewj@blbglaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Timothy A. DeLange** 858-793-0070 Fax: 858-793-0323 Email: timothyd@blbglaw.com |

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**J.P. Morgan Acceptance Corporation I**   represented by   **Dorothy Jane Spenner**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5300
Email: dspenner@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. McGuirk**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5300
Fax: 212-839-5599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Morgan Alternative Loan Trust 2006-A1**

**Defendant**

**J.P. Morgan Alternative Loan Trust 2006-A2**

**Defendant**

**J.P. Morgan Alternative Loan Trust 2006-A3**

**Defendant**

**J.P. Morgan Alternative Loan Trust 2006-A4**

**Defendant**

**J.P. Morgan Alternative Loan Trust 2006-A5**

**Defendant**

**J.P. Morgan Alternative Loan Trust 2006-A6**

**Defendant**

J.P. Morgan Alternative Loan Trust 2006-A7

Defendant

J.P. Morgan Alternative Loan Trust 2006-S1

Defendant

J.P. Morgan Alternative Loan Trust 2006-S2

Defendant

J.P. Morgan Alternative Loan Trust 2006-S3

Defendant

J.P. Morgan Alternative Loan Trust 2006-S4

Defendant

J.P. Mortgage Acquisition Trust 2006-A3

Defendant

J.P. Morgan Mortgage Acquisition Trust 2006-A4

Defendant

J.P. Morgan Mortgage Acquisition Trust 2006-A5

Defendant

J.P. Morgan Mortgage Acquisition Trust 2006-A6

Defendant

J.P. Morgan Acquisition Trust 2006-A7

Defendant

J.P. Morgan Mortgage Acquisition Trust 2006-ACC1

Defendant

J.P. Morgan Mortgage Acquisition Trust 2006-CH2

Defendant

J.P. Morgan Mortgage Acquisition

Trust 2006-HE2

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-HE3

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-NC1

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-RM1

**Defendant**

J.P. Morgan Acquisition Trust 2006-S2

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-WF1

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-WMC2

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-WMC3

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2006-WMC4

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2007-A1

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2007-A2

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2007-CH1

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2007-CH2

**Defendant**

J.P. Morgan Mortgage Acquisition Trust 2007-S1

**Defendant**

J.P. Morgan Securities Inc.     represented by     **Dorothy Jane Spenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. McGuirk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

David M. Duzyk     represented by     **Dorothy Jane Spenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. McGuirk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Louis Schioppo, Jr.     represented by     **Dorothy Jane Spenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. McGuirk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Christine E. Cole     represented by     **Dorothy Jane Spenner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. McGuirk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Edwin F. McMichael** | represented by | **Dorothy Jane Spenner**<br>Sidley Austin Brown & Wood LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>212-839-5300<br>Email: dspenner@sidley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick M. McGuirk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The McGraw-Hill Companies, Inc** | represented by | **Adam Nelson Zurofsky**<br>Cahill Gordan & Reindel, LLP<br>80 Pine Street<br>New York, NY 10005<br>212-701-3137<br>Fax: 212-269-5420<br>Email: azurofsky@cahill.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Floyd Abrams**<br>Cahill Gordon & Reindel<br>80 Pine Street<br>New York, NY 10005<br>212-701-3621<br>Fax: 212-269-5420<br>Email: fabrams@cahill.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah P. Windle**<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>212-701-3693<br>Fax: 212-269-5420<br>Email: pwindle@cahill.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Tammy Lynn Roy**<br>Chaill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>212-701-3000<br>Fax: 212-269-5420<br>Email: troy@cahill.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
**Moody's Investors Service, Inc.**                represented by **James J. Coster**
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, NY 10169
212-818-9200
Fax: 212-818-9606
Email: jcoster@ssbb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Moody's Corp.**                                  represented by **James J. Coster**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Fitch, Inc.**                                    represented by **Andrew James Ehrlich**
Paul Weiss Rifkind Wharton &
Carrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3166
Fax: 212-492-0166
Email: aehrlich@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Flumenbaum**
Paul, Weiss, Rifkind, Wharton &
Garrison
1285 Avenue Of The Americas
New York, NY 10019
212-373-3191
Fax: 212-492-0191
Email: mflumenbaum@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roberta Ann Kaplan**
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
212-373-3166
Fax: 212-757-3990
Email: rkaplan@paulweiss.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tobias James Stern**
Paul Weiss Rifkind Wharton &
Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
212-373-3172
Fax: 212-492-0172
Email: tstern@paulweiss.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2008 | 1 | NOTICE OF REMOVAL by J.P.Morgan Acceptance Corporation I, J.P. Morgan Securities, Inc., David M. Duzyk, Louis Schioppo, Jr., Christine E. Cole, Edwin F. McMichael from Supreme Court NYS, County of Nassau, case number 5675/08. ( Filing fee $ 350) (Attachments: # 1 Notice of Removal Part 1, # 2 Notice of Removal Part 2) Modified on 5/1/2008 (Carine, Sandra). (Entered: 04/25/2008) |
| 04/25/2008 | 2 | DISCLOSURE of Interested Parties by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc. Modified on 5/1/2008 (Carine, Sandra). (Entered: 04/25/2008) |
| 04/28/2008 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 04/28/2008) |
| 05/09/2008 | 3 | NOTICE by Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust, Plumbers' & Pipefitters' Local #562 Pension Fund *of Statement in Response to Notice of Removal of Bankruptcy Related Case* (Rosenfeld, David) (Entered: 05/09/2008) |
| 05/09/2008 | 4 | Letter *from A. Robert Pietrzak to Judge Korman enclosing for approval a scheduling Stipulation and Order* by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael (McGuirk, Patrick) (Entered: 05/09/2008) |
| 05/09/2008 | 5 | STIPULATION *Scheduling Stipulation and Order* by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael (McGuirk, Patrick) (Entered: 05/09/2008) |
| 05/14/2008 | 6 | Notice of MOTION to Change Venue by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael. (McGuirk, Patrick) (Entered: 05/14/2008) |
| 05/14/2008 | 7 | DECLARATION re 6 Notice of MOTION to Change Venue by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael (McGuirk, Patrick) (Entered: 05/14/2008) |
| 05/14/2008 | 8 | MEMORANDUM in Support re 6 Notice of MOTION to Change Venue filed |

| | | |
|---|---|---|
| | | by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael. (McGuirk, Patrick) (Entered: 05/14/2008) |
| 05/14/2008 | 9 | AFFIDAVIT/AFFIRMATION re 6 Notice of MOTION to Change Venue, 8 Memorandum in Support, 7 Declaration *Affidavit of service* by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael (McGuirk, Patrick) (Entered: 05/14/2008) |
| 05/28/2008 | 10 | STIPULATION by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael (McGuirk, Patrick) (Entered: 05/28/2008) |
| 05/28/2008 | 11 | Letter by J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., David M. Duzyk, Louis Schioppo, Jr, Christine E. Cole, Edwin F. McMichael (McGuirk, Patrick) (Entered: 05/28/2008) |
| 01/08/2009 | 12 | Stipulation and Scheduling Order: Plaintiffs will not file a motion to remand action to the Supreme Court of the State of New York, Nassau County; Stipulation Defendants hereby withdraw with prejudice the 6 Motion to Transfer (Change) Venue that was filed with this Court on 5/14/2008. Plaintiffs shall have sixty (60) days from the date that this Stipulation is so ordered within which to file an amended complaint. See document for further scheduling and complete detail. Ordered by Senior Judge Edward R. Korman. (Lee, Tiffeny) (Entered: 01/08/2009) |
| 01/08/2009 | 13 | Scheduling Stipulation and Order regarding filing of amended complaint. See document for details. Ordered by Senior Judge Edward R. Korman. (Lee, Tiffeny) (Entered: 01/08/2009) |
| 01/26/2009 | 14 | MOTION for Extension of Time to Amend *Time to File Complaint and Balance of this Court's 1/8/09 Scheduling Order* by Plumbers' & Pipefitters' Local #562 Pension Fund. (Attachments: # 1 Exhibit A - Press release) (Rosenfeld, David) (Entered: 01/26/2009) |
| 01/29/2009 | | ORDER REFERRING MOTION: 14 MOTION for Extension of Time to Amend *Time to File Complaint and Balance of this Court's 1/8/09 Scheduling Order* filed by Plumbers' & Pipefitters' Local #562 Pension Fund. Ordered by Senior Judge Edward R. Korman on 1/29/2009. Motions referred to William D. Wall. (Susi, PaulaMarie) (Entered: 01/29/2009) |
| 02/05/2009 | | ELECTRONIC ORDER granting 14 Motion for Extension of Time to Amend. The So Ordered Stipulation and Scheduling Order 12 is amended to the extent that plaintiffs' time to serve an amended complaint is extended to 4/10/09. Ordered by Judge William D. Wall on 2/5/2009. (Disbrow, Sandra) (Entered: 02/05/2009) |
| 03/23/2009 | 15 | MOTION to Appoint Counsel *and Lead Plaintiff* by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Attachments: # 1 Exhibit A) (Rosenfeld, David) (Entered: 03/23/2009) |

| | | |
|---|---|---|
| 03/23/2009 | 16 | MEMORANDUM in Support *of Motion to Appoint Lead Plaintiff and Lead Counsel* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Rosenfeld, David) (Entered: 03/23/2009) |
| 03/23/2009 | 17 | AFFIDAVIT/DECLARATION in Support re 15 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Rosenfeld, David) (Entered: 03/23/2009) |
| 03/23/2009 | 18 | MOTION to Appoint Counsel *and Lead Plaintiff* by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Proposed Order Proposed Order) (Harrod, James) (Entered: 03/23/2009) |
| 03/23/2009 | 19 | MEMORANDUM in Support re 18 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Public Employees' Retirement System of Mississippi. (Harrod, James) (Entered: 03/23/2009) |
| 03/23/2009 | 20 | AFFIDAVIT/DECLARATION in Support re 18 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Exhibit A (Certification), # 2 Exhibit B (Schedule of financial interest), # 3 Exhibit C - Class Action Notice, # 4 Exhibit D - Neville Declaration, # 5 Exhibit F - WP Firm Resume, # 6 Exhibit F - BLBG Firm Resume) (Harrod, James) (Entered: 03/23/2009) |
| 03/25/2009 | 21 | AFFIDAVIT/DECLARATION in Support re 18 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Exhibit A) (Harrod, James) (Entered: 03/25/2009) |
| 03/31/2009 | 22 | MOTION for Extension of Time to Amend *Complaint until after a Lead Plaintiff is appointed* by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Rosenfeld, David) (Entered: 03/31/2009) |
| 04/07/2009 | 23 | Letter *(regarding delivery of courtesy copies)* by Public Employees' Retirement System of Mississippi (Harrod, James) (Entered: 04/07/2009) |
| 04/09/2009 | | ELECTRONIC ORDER granting 22 Motion for Extension of Time to Amend to thirty days after Lead Plaintiffs' counsel is appointed. Ordered by Judge William D. Wall on 4/9/2009. (Disbrow, Sandra) (Entered: 04/09/2009) |
| 04/09/2009 | 24 | MEMORANDUM in Support re 15 MOTION to Appoint Counsel *and Lead Plaintiff*, MEMORANDUM in Opposition re 18 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Attachments: # 1 Exhibit A) (Rosenfeld, David) (Entered: 04/09/2009) |
| 04/09/2009 | 25 | MEMORANDUM in Opposition re 15 MOTION to Appoint Counsel *and Lead Plaintiff*, 18 MOTION to Appoint Counsel *and Lead Plaintiff MEMORANDUM OF LAW (1) IN FURTHER SUPPORT OF THE MOTION TO APPOINT THE PUBLIC EMPLOYEES RETIREMENT SYSTEM OF* |

| | | MISSISSIPPI AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFFS CHOICE OF COUNSEL, AND (2) IN OPPOSITION TO THE COMPETING MOTION OF THE IRON WORKERS MID-AMERICA PENSION PLAN AND THE STRUCTURAL IRONWORKERS LOCAL UNION NO. 1 PENSION TRUST FUND filed by Public Employees' Retirement System of Mississippi. (Harrod, James) (Entered: 04/09/2009) |
|---|---|---|
| 04/09/2009 | 26 | AFFIDAVIT/DECLARATION in Opposition re 15 MOTION to Appoint Counsel *and Lead Plaintiff*, 18 MOTION to Appoint Counsel *and Lead Plaintiff SUPPLEMENTAL DECLARATION OF JAMES A. HARROD* filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Exhibit A) (Harrod, James) (Entered: 04/09/2009) |
| 04/20/2009 | 27 | REPLY in Support re 15 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Rosenfeld, David) (Entered: 04/20/2009) |
| 04/20/2009 | 28 | MEMORANDUM in Support re 15 MOTION to Appoint Counsel *and Lead Plaintiff*, 18 MOTION to Appoint Counsel *and Lead Plaintiff [REPLY MEMORANDUM OF LAW]* filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Harrod, James) (Entered: 04/20/2009) |
| 04/21/2009 | 29 | Letter *regarding delivery of courtesy copies* by Public Employees' Retirement System of Mississippi (Harrod, James) (Entered: 04/21/2009) |
| 04/24/2009 | 30 | MOTION for Leave to File *Sur-Reply Memorandum* by Public Employees' Retirement System of Mississippi. (Harrod, James) (Entered: 04/24/2009) |
| 04/24/2009 | 31 | MOTION for Leave to File *Sur-Reply* by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Exhibit 1 - Sur-Reply Memorandum, # 2 Exhibit 2 - Declaration of James A. Harrod, # 3 Exhibit A to Declaration, # 4 Exhibit B to Declaration) (Harrod, James) (Entered: 04/24/2009) |
| 04/24/2009 | | Motions terminated, docketed incorrectly: 30 MOTION for Leave to File *Sur-Reply Memorandum* filed by Public Employees' Retirement System of Mississippi. DUPLICATE - SEE DOCUMENT #31 (Greene, Donna) (Entered: 04/24/2009) |
| 04/27/2009 | 32 | Letter *Regarding Courtesy Copies* by Public Employees' Retirement System of Mississippi (Harrod, James) (Entered: 04/27/2009) |
| 05/12/2009 | 33 | MEMORANDUM in Opposition re 31 MOTION for Leave to File *Sur-Reply* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund. (Rosenfeld, David) (Entered: 05/12/2009) |
| 05/20/2009 | | ORDER granting 31 Motion for Leave to File. Ordered by Senior Judge Edward R. Korman on 5/20/2009. (Susi, PaulaMarie) (Entered: 05/20/2009) |
| 05/20/2009 | | ORDER REFERRING MOTION: 15 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund, 18 MOTION to Appoint |

| | | |
|---|---|---|
| | | Counsel *and Lead Plaintiff* filed by Public Employees' Retirement System of Mississippi. Ordered by Senior Judge Edward R. Korman on 5/20/2009. Motions referred to William D. Wall. (Susi, PaulaMarie) (Entered: 05/20/2009) |
| 07/24/2009 | 34 | Notice of Related Case (Duong, Susan) (Entered: 07/28/2009) |
| 09/09/2009 | 35 | MOTION to Consolidate Cases by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order) (Harrod, James) (Entered: 09/09/2009) |
| 09/22/2009 | 36 | Letter *from A. Robert Pietrzak* by Christine E. Cole, David M. Duzyk, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Edwin F. McMichael, Louis Schioppo, Jr (Spenner, Dorothy) (Entered: 09/22/2009) |
| 10/21/2009 | | ORDER granting 35 Motion to Consolidate Cases. Ordered by Senior Judge Edward R. Korman on 10/21/2009. (Susi, PaulaMarie) (Entered: 10/21/2009) |
| 11/05/2009 | 37 | REPORT AND RECOMMENDATIONS re 15 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Iron Workers Mid-America Pension Plan, the Structural Ironworkers Local Union No. 1 Pension Trust Fund, 18 MOTION to Appoint Counsel *and Lead Plaintiff* filed by Public Employees' Retirement System of Mississippi. For the reasons set forth in the attached report, it is recommended that MPERS' motion 18 be granted and that Iron Workers Funds' motion 15 be denied. Entered by Magistrate Judge William D. Wall on 11/5/2009. c/e (Disbrow, Sandra) (Entered: 11/05/2009) |
| 11/17/2009 | | Case Consolidated. (Greene, Donna) (Entered: 11/17/2009) |
| 11/17/2009 | 38 | ORDER that case number 09 cv 3209 be consolidated into lead case 08 cv 1713 as related actions. It is ordered that case 09 cv 3209 be administratively closed and all further entries be made on the lead case, 08 cv 1713. The clerk is directed to reassign 09 cv 3209 from MJ Boyle to MJ Wall, as noted in the lead docket. Ordered by Senior Judge Edward R. Korman on 11/13/2009. (Greene, Donna) (Entered: 11/17/2009) |
| 11/24/2009 | | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 37 Report and Recommendations,*** The recommendation of the US Magistrate Judge that MPERS' motion (18) be granted and that Iron Workers Funds' motion (15) be denied is adopted. Ordered by Senior Judge Edward R. Korman on 11/24/2009. (Susi, PaulaMarie) (Entered: 11/24/2009) |
| 12/10/2009 | 39 | STIPULATION *and Proposed Order* by Public Employees' Retirement System of Mississippi (Attachments: # 1 Cover Letter) (Harrod, James) (Entered: 12/10/2009) |
| 12/17/2009 | 40 | STIPULATION AND (PROPOSED)ORDER that no deft. shall have any obligation to respond to the initial complaints filed in the above-captioned cases; Lead pltf. will file and serve a consolidated amended complaint on or before 3/8/10; defts. shall answer to the consolidated amended complaint on or before 5/7/10; If motion to dismiss are filed, lead pltf. shall file opposition papers on or before 6/21/10 and stipulating defts. shall file reply papers on or before 7/21/10. Ordered by Senior Judge Edward R. Korman on undated. (Greene, Donna) (Entered: 12/17/2009) |
| | | |

| | | |
|---|---|---|
| 01/15/2010 | 41 | MOTION for Leave to Appear Pro Hac Vice ; *Affidavit of Gerald H. Silk; Proposed Order* Filing fee $ 25, receipt number 0207-3937605. by Public Employees' Retirement System of Mississippi. (Silk, Gerald) (Entered: 01/15/2010) |
| 01/15/2010 | 42 | MOTION for Leave to Appear Pro Hac Vice ; *Affidavit of Gerald H. Silk; Proposed Order* Filing fee $ 25, receipt number 0207-3937630. by Public Employees' Retirement System of Mississippi. (Silk, Gerald) (Entered: 01/15/2010) |
| 01/15/2010 | 43 | MOTION for Leave to Appear Pro Hac Vice ; *Affidavit of Gerald H. Silk, Proposed Order* Filing fee $ 25, receipt number 0207-3937642. by Public Employees' Retirement System of Mississippi. (Silk, Gerald) (Entered: 01/15/2010) |
| 01/19/2010 | | ELECTRONIC ORDER granting 41 , 42 , 43 Motions for Leave to Appear pro hac vice, David R. Stickney, Timothy A. DeLange, Matthew P. Jubenville for plaintiffs. Counsel are directed to register for ECF and to electronically file notices of appearance as soon as practicable. Ordered by Judge William D. Wall on 1/19/2010. (Disbrow, Sandra) (Entered: 01/19/2010) |
| 01/22/2010 | 44 | NOTICE of Appearance by David R. Stickney on behalf of Public Employees' Retirement System of Mississippi (aty to be noticed) (Stickney, David) (Lee, Tiffeny). (Entered: 01/22/2010) |
| 01/22/2010 | 45 | NOTICE of Appearance by Timothy A. DeLange on behalf of Public Employees' Retirement System of Mississippi (aty to be noticed) (DeLange, Timothy) (Lee, Tiffeny). (Entered: 01/22/2010) |
| 01/22/2010 | 46 | NOTICE of Appearance by Matthew P. Jubenville on behalf of Public Employees' Retirement System of Mississippi (aty to be noticed) (Jubenville, Matthew) (Lee, Tiffeny). (Entered: 01/22/2010) |
| 03/08/2010 | 47 | AMENDED COMPLAINT against Fitch Group, Inc., Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., Christine E. Cole, David M. Duzyk, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Edwin F. McMichael, Louis Schioppo, Jr, filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Appendix, # 2 Certificate of Service)Associated Cases: 2:08-cv-01713-ERK-WDW, 2:09-cv-03209-ERK-WDW (Harrod, James) (Entered: 03/08/2010) |
| 03/09/2010 | 48 | Letter *Regarding Courtesy Copies* by Public Employees' Retirement System of Mississippi (Harrod, James) (Entered: 03/09/2010) |
| 05/03/2010 | 49 | Corporate Disclosure Statement by The McGraw-Hill Companies, Inc (Abrams, Floyd) (Entered: 05/03/2010) |
| 05/03/2010 | 50 | NOTICE of Appearance by Floyd Abrams on behalf of The McGraw-Hill Companies, Inc (aty to be noticed) (Abrams, Floyd) (Entered: 05/03/2010) |
| 05/03/2010 | 51 | NOTICE of Appearance by Tammy Lynn Roy on behalf of The McGraw-Hill Companies, Inc (aty to be noticed) (Roy, Tammy) (Entered: 05/03/2010) |
| 05/03/2010 | 52 | NOTICE of Appearance by Adam Nelson Zurofsky on behalf of The McGraw- |

| | | |
|---|---|---|
| | | Hill Companies, Inc (aty to be noticed) (Zurofsky, Adam) (Entered: 05/03/2010) |
| 05/04/2010 | 53 | NOTICE of Appearance by Sarah P. Windle on behalf of The McGraw-Hill Companies, Inc (aty to be noticed) (Windle, Sarah) (Entered: 05/04/2010) |
| 05/07/2010 | 54 | MOTION to Dismiss by The McGraw-Hill Companies, Inc, Moody's Investors Service,Inc., Moody's Corp., Fitch, Inc.. Responses due by 6/21/2010 (Attachments: # 1 Memorandum in Support, # 2 Declaration of Floyd Abrams, # 3 Declaration of Joshua M. Rubins, # 4 Certificate of Service) (Abrams, Floyd) (Entered: 05/07/2010) |
| 05/07/2010 | 55 | AFFIDAVIT/DECLARATION in Support re 54 MOTION to Dismiss filed by Fitch, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Affidavit of Service) (Ehrlich, Andrew) (Entered: 05/07/2010) |
| 05/07/2010 | 56 | AFFIDAVIT/DECLARATION in Support re 54 MOTION to Dismiss *(Appendix to Abrams Declaration)* filed by Fitch, Inc., Moody's Corp., Moody's Investors Service,Inc., The McGraw-Hill Companies, Inc. (Abrams, Floyd) (Entered: 05/07/2010) |
| 05/07/2010 | 57 | MOTION to Dismiss *the Amended Complaint* by Christine E. Cole, David M. Duzyk, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Edwin F. McMichael, Louis Schioppo, Jr. (Spenner, Dorothy) (Entered: 05/07/2010) |
| 05/07/2010 | 58 | MEMORANDUM in Support re 57 MOTION to Dismiss *the Amended Complaint* filed by Christine E. Cole, David M. Duzyk, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Edwin F. McMichael, Louis Schioppo, Jr. (Spenner, Dorothy) (Entered: 05/07/2010) |
| 05/07/2010 | 59 | AFFIDAVIT/DECLARATION in Support re 57 MOTION to Dismiss *the Amended Complaint of Dorothy J. Spenner* filed by Christine E. Cole, David M. Duzyk, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Edwin F. McMichael, Louis Schioppo, Jr. (Attachments: # 1 Exhibit C-D, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H-I, # 6 Exhibit J-L, # 7 Exhibit M-R, # 8 Exhibit S-BB, # 9 Exhibit CC-FF) (Spenner, Dorothy) (Entered: 05/07/2010) |
| 05/11/2010 | 60 | NOTICE of Appearance by Martin Flumenbaum on behalf of Fitch, Inc. (aty to be noticed) (Flumenbaum, Martin) (Entered: 05/11/2010) |
| 05/11/2010 | 61 | NOTICE of Appearance by Roberta Ann Kaplan on behalf of Fitch, Inc. (aty to be noticed) (Kaplan, Roberta) (Entered: 05/11/2010) |
| 05/11/2010 | 62 | NOTICE of Appearance by Andrew James Ehrlich on behalf of Fitch, Inc. (aty to be noticed) (Ehrlich, Andrew) (Entered: 05/11/2010) |
| 05/11/2010 | 63 | NOTICE of Appearance by Tobias James Stern on behalf of Fitch, Inc. (aty to be noticed) (Stern, Tobias) (Entered: 05/11/2010) |
| 05/11/2010 | 64 | Corporate Disclosure Statement by Fitch, Inc. identifying Corporate Parent Fimalac for Fitch, Inc.. (Flumenbaum, Martin) (Entered: 05/11/2010) |
| | | |

| | | |
|---|---|---|
| 06/21/2010 | 65 | MEMORANDUM in Opposition re 54 MOTION to Dismiss *[LEAD PLAINTIFF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM OF MISSISSIPPIS OPPOSITION TO THE RATING AGENCIES MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT]* filed by Public Employees' Retirement System of Mississippi. (Harrod, James) (Entered: 06/21/2010) |
| 06/21/2010 | 66 | MEMORANDUM in Opposition re 57 MOTION to Dismiss *the Amended Complaint [LEAD PLAINTIFF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM OF MISSISSIPPIS MEMORANDUM OF LAW IN OPPOSITION TO THE JPMORGAN DEFENDANTS MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT]* filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Appendix) (Harrod, James) (Entered: 06/21/2010) |
| 06/21/2010 | 67 | AFFIDAVIT/DECLARATION in Opposition re 57 MOTION to Dismiss *the Amended Complaint [DECLARATION OF JAMES A. HARROD IN SUPPORT OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM OF MISSISSIPPIS MEMORANDUM OF LAW IN OPPOSITION TO THE JPMORGAN DEFENDANTS MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT]* filed by Public Employees' Retirement System of Mississippi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Harrod, James) (Entered: 06/21/2010) |
| 06/21/2010 | 68 | CERTIFICATE OF SERVICE by Public Employees' Retirement System of Mississippi re 66 Memorandum in Opposition, 67 Affidavit in Opposition to Motion, 65 Memorandum in Opposition, (Harrod, James) (Entered: 06/21/2010) |
| 06/23/2010 | 69 | NOTICE of Appearance by James J. Coster on behalf of Moody's Corp., Moody's Investors Service,Inc. (aty to be noticed) Associated Cases: 2:08-cv-01713-ERK-WDW, 2:09-cv-03209-ERK -WDW (Coster, James) (Entered: 06/23/2010) |
| 06/23/2010 | 70 | Corporate Disclosure Statement by Moody's Corp., Moody's Investors Service,Inc. identifying Corporate Parent Moody's Corporation for Moody's Investors Service,Inc.. Associated Cases: 2:08-cv-01713-ERK-WDW, 2:09-cv-03209-ERK -WDW (Coster, James) (Entered: 06/23/2010) |
| 07/21/2010 | 71 | REPLY in Support re 54 MOTION to Dismiss filed by Fitch, Inc., Moody's Corp., The McGraw-Hill Companies, Inc. (Attachments: # 1 Certificate of Service) (Abrams, Floyd) (Entered: 07/21/2010) |
| 07/21/2010 | 72 | REPLY in Support , *Memorandum of Law in Further Support of the JP Morgan Defendants' Motion to Dismiss The Consolidated Class Action Complaint* filed by Christine E. Cole, David M. Duzyk, J.P. Morgan Acceptance Corporation I, J.P. Morgan Securities Inc., Edwin F. McMichael, Louis Schioppo, Jr. (Spenner, Dorothy) (Entered: 07/21/2010) |

| PACER Service Center |
|---|
| Transaction Receipt |

|   | 09/06/2010 18:35:11 |   |   |
|---|---|---|---|
| **PACER Login:** | mt0045 | **Client Code:** | dhf-07840-00228 |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-01713-ERK-WDW |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |