| | |
|---|---|
| 1 | MARC T.G. DWORSKY (SBN 157413) |
| | Marc.Dworsky@mto.com |
| 2 | KATHLEEN M. MCDOWELL (SBN 115976) |
| | Kathleen.McDowell@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 25th floor |
| 4 | Los Angeles, CA  90071-1560 |
| | Telephone:     (213) 683-9100 |
| 5 | Facsimile:     (213) 687-3702 |
| 6 | DAVID H. FRY (SBN 189276) |
| | David.Fry@mto.com |
| 7 | JENNY H. HONG (SBN 251751) |
| | Jenny.Hong@mto.com |
| 8 | CAROLYN V. ZABRYCKI (SBN 263541) |
| | Carolyn.Zabrycki@mto.com |
| 9 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street,  27th floor |
| 10 | San Francisco, CA 94105-2907 |
| | Telephone:     (415) 512-4000 |
| 11 | Facsimile:     (415) 512-4077 |
| 12 | Attorneys for Defendants |
| | WELLS FARGO DEFENDANTS AND THE |
| 13 | INDIVIDUAL DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) |
| | **CONSOLIDATED CLASS ACTION ECF** |
| | **NOTICE OF FAILURE TO SERVE** |

1    Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A
2  (collectively "Wells Fargo") file this Notice of Failure to Serve to notify this Court that Wells
3  Fargo inadvertently failed to serve a copy of its Administrative Motion To Relate Cases
4  ("Motion") on all known parties to the related action, *Charles Schwab Corporation v. Banc of
5  America Securities LLC, et al.*, No. CV-10-3489-SI, as required by Civil Local Rule 3-12.
6  Specifically, Wells Fargo did not serve The Charles Schwab Corporation ("Schwab") with the
7  Motion.

8    Wells Fargo deeply regrets this error and any inconvenience it has caused or may
9  cause either to this Court or to Schwab.  As a result of the error, Schwab did not have notice of
10 the pending Motion.  Schwab therefore did not timely file an opposition to that Motion.  The
11 Court then issued its Related Case Order on September 2, 2010 (Dkt. 252) without any opposition
12 having been filed.   While Wells Fargo continues to believe, for the reasons stated in the Motion,
13 that *Charles Schwab Corporation v. Banc of America Securities LLC, et al.*, No. CV-10-3489-SI
14 is related to the above-captioned case, it also believes that any objections that Schwab may have
15 should be considered on their merits and that Schwab's ability to present any such objection
16 should not be prejudiced by Wells Fargo's error.  Accordingly, Wells Fargo requests that this
17 Court consider any motion or opposition filed by Schwab related to the Motion.

DATED: September 9, 2010           MUNGER, TOLLES & OLSON LLP
                                   MARC T.G. DWORSKY
                                   KATHLEEN M. MCDOWELL
                                   DAVID H. FRY
                                   JENNY H. HONG
                                   CAROLYN V. ZABRYCKI


                                   By:        */s/ David H. Fry*
                                              DAVID H. FRY

                                   Attorneys for Defendants
                                   WELLS FARGO DEFENDANTS AND THE
                                   INDIVIDUAL DEFENDANTS

- 1 -                              NOTICE OF FAILURE TO SERVE
                                   NO. 09-01376-LHK