MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Laurie Stoker, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On September 8, 2010, I served true copies of the attached documents entitled

**NOTICE OF FAILURE TO SERVE**

**CORRECTED ADMINISTRATIVE MOTION TO RELATE CASES**

**DECLARATION OF DAVID H. FRY IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES**

by placing them in an addressed sealed envelope clearly labeled to identify the persons being served at the addresses set forth on the attached service list:

**\*\* SEE ATTACHED SERVICE LIST \*\***

I caused such envelopes to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on the same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the Federal Express delivery date is more than one day after dated of deposit with the local Federal Express office, pursuant to this affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2010, at San Francisco, California.

_Laurie Stoker_
Laurie Stoker

**Service List**

| | |
|---|---|
| Robert A. Goodin<br>Francine T. Radford<br>Anne H. Hartman<br>Goodin, MacBride, Squeri, Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111<br>Tel: (415) 392-7900; Fax: (415) 398-4321<br><br>**Attorneys for Plaintiff** | David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022<br>Tel: (212) 755-0100; Fax: (212) 755-0052<br><br>**Attorneys for Plaintiff** |
| Meredith E. Kotler<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2130; Fax: (212) 225-3999<br><br>**Attorneys for Banc of America Defendants** | Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105<br>Tel: (415) 667-0622<br><br>**Plaintiff** |
| Dane H. Butswinkas<br>R. Hackney Wiegmann<br>Anna-Rose Mathieson<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 434-5000; Fax: (202) 434-5029<br><br>**Attorneys for Defendant UBS Securities LLC** | James Regan<br>James J. Coster<br>Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 |
| Shahzeb Lari<br>Stephanie J. Goldstein<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br><br>William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | Takeo A. Kellar<br>Bernstein Litwitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |