UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 45min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE           DATE: 9/7/10
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #: C 09-01376LHK

CASE TITLE: GEN. RETIREMENT SYSTEM CITY OF DETROIT, ET AL VS. WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, ET AL

**Appearances for Plaintiff(s)**                    **Appearances for Defendant(s)**

DAVID R. STICKNEY                                    DAVID H. FRY, JERRY ROTH

TIMOTHY A. DELANGE                                   WM. MCGUINNESS, BRUCE A. ERICSON

MATTHEW P. JUBENVILLE                                MARK MOLUMPHY

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   {X} CASE MANAGEMENT CONF.     { X} MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{ }      { }      { }    1.
{ }      { }      { }    2.
{ }      { }      { }    3.
{ }      { }      { }    4.

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED       [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ X } Cont'd to   10/7/10 @ 1:30 p.m.   For FURTHER CASE MANAGEMENT CONFERENCE

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: MOTIONS ARE ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.