```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  (SBN 76342)
 2  bruce.ericson@pillsburylaw.com
    ANDREW D. LANPHERE (SBN 191479)
 3  andrew.lanphere@pillsburylaw.com
    50 Fremont Street
 4  Post Office Box 7880
    San Francisco, California 94120-7880
 5  Telephone:    (415) 983-1000
    Facsimile:    (415) 983-1200
 6
    FRIED, FRANK, HARRIS, SHRIVER
 7    & JACOBSON LLP
    WILLIAM G. MCGUINNESS (pro hac vice)
 8  william.mcguinness@friedfrank.com
    STEPHANIE J. GOLDSTEIN (pro hac vice)
 9  stephanie.goldstein@friedfrank.com
    SHAHZEB LARI (pro hac vice)
10  shahzeb.lari@friedfrank.com
    One New York Plaza
11  New York, New York 10004
    Telephone:    (212) 859-8000
12  Facsimile:    (212) 859-4000

13  Attorneys for Defendants Goldman, Sachs & Co., JP
    Morgan Securities, Inc. as successor-in-interest to
14  Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc.,
    Deutsche Bank Securities, Inc., UBS Securities, LLC,
15  Credit Suisse Securities (USA) LLC, RBS Securities,
    Inc., Banc of America Securities, LLC, Citigroup
16  Global Markets, Inc. and Merrill Lynch, Pierce, Fenner
    & Smith, Inc.
17
    [ADDITIONAL COUNSEL LISTED ON
18  SIGNATURE PAGE]
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  C-09-1376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION - ECF**<br><br>**PROOF OF SERVICE – VIA U.S.MAIL**<br><br>Date:         October 7, 2010<br>Time:        1:30 P.M.<br>Courtroom:  4, 5th Floor<br>Judge:       Hon. Lucy H. Koh |

I, <u>David A. Kramlick</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On September 16, 2010, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>[CORRECTED] DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO INTERVENE [ADDING G.O. 45, X.B. DECLARATION]</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

[See Attached Service List]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2010, at San Francisco, California.

*[signature]*
David A. Kramlick

PROOF OF SERVICE – VIA U.S.MAIL
Case No. C-09-1376 (SI)

## Service List

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
Ne wYork, NY 10169

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Takeo A. Kellar
Bernstein Litwitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

William G. McGuinness
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 1000

PROOF OF SERVICE – VIA U.S.MAIL
Case No. C-09-1376 (SI)