*E-FILED 09-21-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE BACKED CERTIFICATES SECURITIES LITIGATION | No. C09-01376 LHK (HRL)<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another magistrate judge for discovery purposes.

Dated: September 21, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-01376-LHK Notice has been electronically mailed to:

2  Adam Zurofsky    AZurofsky@cahill.com, AZurofsky@cahill.com
Andrew Dale Lanphere    andrew.lanphere@pillsburylaw.com
3  Andrew J. Ehrlich    aehrlich@paulweiss.com
Anthony David Phillips    aphillips@bermandevalerio.com, ysoboleva@bermandevalerio.com
4  Betsy Carol Manifold    manifold@whafh.com
Bruce A. Ericson    bruce.ericson@pillsburylaw.com, docket@pillsburylaw.com
5  Carolyn Veronica Zabrycki    carolyn.zabrycki@mto.com, laurie.stoker@mto.com
Christopher Lometti    clometti@cohenmilstein.com, efilings@cohenmilstein.com
6  Christopher T. Heffelfinger    cheffelfinger@bermandevalerio.com, ysoboleva@bermandevalerio.com
7  Dan Drachler    ddrachler@zsz.com
Daniel B. Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com
8  Darren Jay Robbins    e_file_sd@csgrr.com
David Andrew McCarthy    dmccarthy@wsgr.com, vmendoza@wsgr.com
9  David H. Fry    frydh@mto.com, julie.lunsford@mto.com, lauren.larocca@mto.com
David Ronald Stickney    davids@blbglaw.com
10 David T. Biderman    dbiderman@perkinscoie.com, docketsflit@perkinscoie.com
Erik David Peterson    epeterson@csgrr.com
11 Farschad Farzan    ffarzan@perkinscoie.com, callen@perkinscoie.com, docketsflit@perkinscoie.com
12 Floyd Abrams    FAbrams@cahill.com, FAbrams@cahill.com
Francis M. Gregorek    gregorek@whafh.com
13 Jayesh Sanatkumar Hines-Shah    hinesshahj@howrey.com, chicagolitdocket@howrey.com, vossm@howrey.com
14 Jenny Huang Hong    jenny.hong@mto.com, lauren.larocca@mto.com, milvi.giesinger@mto.com
15 Joel P Laitman    jlaitman@cohenmilstein.com, efilings@cohenmilstein.com
Joseph J. Tabacco , Jr    jtabacco@bermandevalerio.com, ysoboleva@bermandevalerio.com
16 Kathleen Marie McDowell    kathleen.mcdowell@mto.com, denise.olguin@mto.com
Marc T. Dworsky    Marc.Dworsky@mto.com, phillip.signey@mto.com
17 Martin Flumenbaum    mflumenbaum@paulweiss.com
Peter E. Borkon    peterb@hbsslaw.com
18 Rachele R. Rickert    rickert@whafh.com
Robert A. Goodin    rgoodin@gmssr.com, dalbano@gmssr.com
19 Robin F. Zwerling    rzwerling@zsz.com
Shawn A. Williams    shawnw@rgrdlaw.com, cwood@rgrdlaw.com, e_file_sd@rgrdlaw.com,
20 e_file_sf@rgrdlaw.com, jdecena@rgrdlaw.com, khuang@rgrdlaw.com, travisd@rgrdlaw.com
Stephen E. Taylor    staylor@tcolaw.com, cdunbar@tcolaw.com, cwoodrich@tcolaw.com,
21 jpatchen@tcolaw.com, mcianfrani@tcolaw.com, sbundy@tcolaw.com
Stephen McGeorge Bundy    sbundy@tcolaw.com, cdunbar@tcolaw.com,
22 cwoodrich@tcolaw.com, mcianfrani@tcolaw.com
Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
23 Takeo Austin Kellar    takeok@blbglaw.com, kristid@blbglaw.com
Tammy L. Roy    TRoy@cahill.com, TRoy@cahill.com
24 Thomas Octavian Jacob    tojacob@wellsfargo.com, Merredith.Lloyd@wellsfargo.com
Timothy Alan DeLange    timothyd@blbglaw.com, kayem@blbglaw.com,
25 kristinas@blbglaw.com, takeok@blbglaw.com
Tobias J. Stern    tstern@paulweiss.com

26

27 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

28

**United States District Court**
For the Northern District of California

2