MARTIN FLUMENBAUM (Admitted *Pro Hac Vice*)
ANDREW J. EHRLICH (Admitted *Pro Hac Vice*)
TOBIAS J. STERN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990
E-mail: mflumenbaum@paulweiss.com
E-mail: aehrlich@paulweiss.com
E-mail: tstern@paulweiss.com

STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
STEPHEN MCG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: sbundy@tcolaw.com

Attorneys for Defendant FITCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: CV-09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**NOTICE OF APPEARANCE**<br><br>Honorable Lucy H. Koh |

NOTICE OF APPEARANCE: CASE NO. CV-09-01376 (LHK)

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel from Taylor & Company Law Offices, LLP has been added to this case and will be appearing as counsel of record for defendant Fitch, Inc. (sued as Fitch Ratings, Inc.):

>   Jonathan A. Patchen (SBN 237346)
>   Taylor & Company Law Offices, LLP
>   One Ferry Building, Suite 355
>   San Francisco, California 94111
>   Telephone: (415) 788-8200
>   Facsimile: (415) 788-8208
>   E-mail: jpatchen@tcolaw.com

Dated: September 22, 2010            Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By:      /s/ Jonthan A. Patchen
           Jonathan A. Patchen
Attorneys for Defendant FITCH, INC.

---

TAYLOR & CO.
LAW OFFICES, LLP

1.

NOTICE OF APPEARANCE: CASE NO. CV-09-01376 (LHK)