1  MARTIN FLUMENBAUM (Admitted *Pro Hac Vice*)
   ANDREW J. EHRLICH (Admitted *Pro Hac Vice*)
2  TOBIAS J. STERN (Admitted *Pro Hac Vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  1285 Avenue of the Americas
   New York, New York 10019-6064
4  Telephone: (212) 373-3000
   Facsimile:  (212) 757-3990
5  E-mail: mflumenbaum@paulweiss.com
   E-mail: aehrlich@paulweiss.com
6  E-mail: tstern@paulweiss.com

7  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
8  STEPHEN MCG. BUNDY (SBN 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
9  One Ferry Building, Suite 355
   San Francisco, California  94111
10 Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
11 E-mail: staylor@tcolaw.com
   E-mail: jpatchen@tcolaw.com
12 E-mail: sbundy@tcolaw.com

13 Attorneys for Defendant FITCH, INC.

14

15              UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 IN RE WELLS FARGO MORTGAGE-          Case No.: CV-09-01376 (LHK)
   BACKED CERTIFICATES LITIGATION
19                                       **CONSOLIDATED CLASS ACTION ECF**

20                                       **NOTICE OF CHANGE IN COUNSEL**

21                                       Honorable Lucy H. Koh

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

1       TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS

2 OF RECORD:

3       PLEASE TAKE NOTICE that pursuant to General Order No. 45 of this Court, Jayesh

4 Hines-Shah (SBN 214256), formerly affiliated with Taylor & Company Law Offices, LLP, is no

5 longer representing defendant Fitch, Inc. as counsel of record in this action, and should be

6 removed from the Court's records.

7

8 Dated: September 22, 2010           Respectfully submitted,

9                         TAYLOR & COMPANY LAW OFFICES, LLP

10

11

12                         By:     */s/ Jonathan A. Patchen*

                                      Jonathan A. Patchen

13                         Attorneys for Defendant FITCH, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28