**E-Filed 9/22/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: 09-CV-01376-LHK<br><br>ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION |

On August 17, 2010, Wells Fargo submitted an administrative motion to relate the above-captioned matter with another case, No. 10-cv-03489 under Local Rule 3-12. The Court related the cases in an Order dated September 2, 2010. On September 9, 2010, Wells Fargo submitted a notice that it had inadvertently failed to serve Charles Schwab with its motion to relate, thereby depriving Charles Schwab of an opportunity to object. In light of this, the Court grants Charles Schwab leave to file a Motion for Reconsideration of the September 2, 2010 Order relating these cases.

**IT IS SO ORDERED.**

Dated: September 22, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 09-CV-01376-LHK
ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION