MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION**<br>**ECF**<br><br>**DECLARATION OF DAVID H. FRY IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES** |

I, DAVID H. FRY, declare under penalty of perjury as follows:

1. I am a member of the law firm Munger, Tolles & Olson, LLP and counsel of record for the Wells Fargo Defendants. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify competently to them.

2. Wells Fargo Defendants were unable to submit a stipulation for this administrative motion because counsel for The Charles Schwab Corporation would not agree that these cases are related. I spoke with counsel for The Charles Schwab Corporation by telephone on September 20, 2010. I informed counsel that Wells Fargo Defendants would file an administrative notice to relate cases under Civil Local Rule 3-12 and asked if Schwab would stipulate to the motion. Schwab's counsel informed me that they would not stipulate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September 2010 at San Francisco, California.

*/s/ David H. Fry*
DAVID H. FRY

- 1 -

DECLARATION ISO ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 09-01376-LHK