| | |
|---|---|
| 1 | MARC T.G. DWORSKY (SBN 157413) |
| | Marc.Dworsky@mto.com |
| 2 | KATHLEEN M. MCDOWELL (SBN 115976) |
| | Kathleen.McDowell@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 25th floor |
| 4 | Los Angeles, CA  90071-1560 |
| | Telephone:     (213) 683-9100 |
| 5 | Facsimile:     (213) 687-3702 |
| 6 | DAVID H. FRY (SBN 189276) |
| | David.Fry@mto.com |
| 7 | JENNY H. HONG (SBN 251751) |
| | Jenny.Hong@mto.com |
| 8 | CAROLYN V. ZABRYCKI (SBN 263541) |
| | Carolyn.Zabrycki@mto.com |
| 9 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street,  27th floor |
| 10 | San Francisco, CA 94105-2907 |
| | Telephone:     (415) 512-4000 |
| 11 | Facsimile:     (415) 512-4077 |
| 12 | Attorneys for Defendants |
| | WELLS FARGO DEFENDANTS AND THE |
| 13 | INDIVIDUAL DEFENDANTS |
| 14 | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Laurie Stoker, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On September 22, 2010, I served true copies of the attached documents entitled

**ADMINISTRATIVE MOTION TO RELATE CASES**

**DECLARATION OF DAVID H. FRY IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**

by placing them in an addressed sealed envelope clearly labeled to identify the persons being served at the addresses set forth on the attached service list:

**\*\* SEE ATTACHED SERVICE LIST \*\***

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2010, at San Francisco, California.

_____
Laurie Stoker

**Service List**

| | |
|---|---|
| Shahzeb Lari<br>Stephanie J. Goldstein<br>William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | James Regan<br>James J. Coster<br>Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>NewYork, NY 10169 |
| David Andrew Thorpe<br>Takeo A. Kellar<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | Robert A. Goodin<br>Francine T. Radford<br>Anne Hayes Hartman<br>Goodin, MacBride, Squeri Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111 |
| Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105 | David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022 |
| Mitchell A. Lowenthal<br>Meredith E. Kotler<br>Patrick J. Hurford<br>Jared M. Gerber<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Dane H. Butswinkas<br>R. Hackney Wiegmann<br>Anna-Rose Mathieson<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 |
| Ragesh K. Tangri<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111 | Stephen D. Hibbard<br>Jared R. Sams<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |
| John B. Sullivan<br>Regina J. McClendon<br>Jonah S. Van Zandt<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Edward W. Swanson<br>August Gugelmann<br>Swanson & McNamara LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104 |
| Peter A. Wald<br>Timothy P. Crudo<br>Latham & Watkins LLP<br>San Francisco Office<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 | Dean Joel Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |

| | | |
|---|---|---|
| 1 | Susanna M. Buergel<br>Paul, Weiss | Richard L. Seabolt<br>Duane Morris LLP |
| 2 | 1285 Avenue of the Americas<br>New York, NY 10019 | One Market, Spear Tower, Suite 2200<br>San Francisco, CA  94105 |
| 3 | | |
| 4 | Richard W. Clary<br>Cravath, Swaine & Moore LLP | Robert J. Stumpf, Jr.<br>Sheppard Mullin Richter & Hampton LLP |
| 5 | 825 8th Avenue<br>New York, NY 10019 | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| 6 | Brendan P. Cullen | Richard H. Klapper |
| 7 | Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA  94303 | Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 |
| 8 | | |
| 9 | James P. Rouhandeh<br>Davis Polk & Wardwell LLP | |
| 10 | 450 Lexington Ave.<br>New York, NY  10017 | |

- 3 -

PROOF OF SERVICE
NO. 09-01376-LHK