MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Laurie Stoker, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On September 23, 2010, I served true copies of the attached documents entitled

**CORRECTED ADMINISTRATIVE MOTION TO RELATE CASES**

by placing them in an addressed sealed envelope clearly labeled to identify the persons being served at the addresses set forth on the attached service list:

**\*\* SEE ATTACHED SERVICE LIST \*\***

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2010, at San Francisco, California.

*/s/ Laurie Stoker*
Laurie Stoker

**Service List**

| | |
|---|---|
| Shahzeb Lari<br>Stephanie J. Goldstein<br>William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | James Regan<br>James J. Coster<br>Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>NewYork, NY 10169 |
| David Andrew Thorpe<br>Takeo A. Kellar<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | Robert A. Goodin<br>Francine T. Radford<br>Anne Hayes Hartman<br>Goodin, MacBride, Squeri Day & Lamprey, LLP<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111 |
| Lowell Haky<br>The Charles Schwab Corporation<br>211 Main Street<br>San Francisco, CA 94105 | David J. Grais<br>Kathryn C. Ellsworth<br>Owen L. Cyrulnik<br>Leanne M. Wilson<br>Grais & Ellsworth LLP<br>70 East 55th Street<br>New York, NY 10022 |
| Mitchell A. Lowenthal<br>Meredith E. Kotler<br>Patrick J. Hurford<br>Jared M. Gerber<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Dane H. Butswinkas<br>R. Hackney Wiegmann<br>Anna-Rose Mathieson<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 |
| Ragesh K. Tangri<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111 | Stephen D. Hibbard<br>Jared R. Sams<br>Shearman & Sterling, LLP<br>525 Market Street<br>San Francisco, CA 94105 |
| John B. Sullivan<br>Regina J. McClendon<br>Jonah S. Van Zandt<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Edward W. Swanson<br>August Gugelmann<br>Swanson & McNamara LLP<br>300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104 |
| Peter A. Wald<br>Timothy P. Crudo<br>Latham & Watkins LLP<br>San Francisco Office<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 | Dean Joel Kitchens<br>Alexander K. Mircheff<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |

- 3 -

| | | |
|---|---|---|
| 1 | Susanna M. Buergel<br>Paul, Weiss<br>1285 Avenue of the Americas<br>New York, NY 10019 | Richard L. Seabolt<br>Duane Morris LLP<br>One Market, Spear Tower, Suite 2200<br>San Francisco, CA  94105 |

Susanna M. Buergel
Paul, Weiss
1285 Avenue of the Americas
New York, NY 10019

Richard L. Seabolt
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA  94105

Richard W. Clary
Cravath, Swaine & Moore LLP
825 8th Avenue
New York, NY 10019

Robert J. Stumpf, Jr.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Brendan P. Cullen
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA  94303

Richard H. Klapper
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

James P. Rouhandeh
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY  10017