Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement*
*System of the City of Detroit*

Robin F. Zwerling (admitted *pro hac vice*)
Jeffrey C. Zwerling
Justin M. Tarshis
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:  (212) 371-5969

*Counsel for the General Retirement*
*System of the City of Detroit*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK<br><br>CLASS ACTION<br><br>**GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT'S RESPONSE TO, AND REQUEST TO STRIKE, FIRST STAR BANK'S UNAUTHORIZED FILING**<br><br>Date:            October 7, 2010<br>Time:           1:30 p.m.<br>Courtroom:   4, 5th Floor<br>Before:         Hon. Lucy H. Koh |

General Retirement System of the City of Detroit ("DGRS") submits the following response to, and request to strike, First Star Bank's Memorandum in Opposition to Plaintiff Detroit Retirement's Motion to Intervene (Dkt. No. 268) (the "First Star Brief").

## ARGUMENT

Despite the fact that First Star Bank is not, and does not seek to be, a plaintiff in the above-captioned action, it nevertheless filed an unauthorized response to DGRS' motion to intervene. Not only is First Star Bank not a named party to this action, it has opposed consolidation of its action with the present action (*see* Dkt. No. 265), further disassociating itself from any purported interest it claims to have in this action. First Star Bank's spontaneous and unsolicited "opposition" is not only untimely, but also unauthorized under any Federal Rule of Civil Procedure, Local Rule, or court order, and accordingly should be stricken. *See Machado v. Kane*, No. C 05-01632, 2005 WL 3299885 WHA, at *1 (N.D. Cal. Dec. 6, 2005) (refusing to accept response brief that "was not requested or authorized" and where no request was made for "permission to file it").

First Star Bank's response—at best—can only be considered an *amicus* brief. However, First Star Bank never requested leave to file an *amicus* brief. *See Io Group, Inc. v. Veoh Networks, Inc.*, No. C06-03926 HRL, 2007 WL 2433385, at *1 (N.D. Cal. Aug. 22, 2007) (explaining that "an amicus curiae is not a party and has no control over the litigation and no right to institute any proceedings in it, nor can it file any pleadings or motions in the case.") (citation omitted).

More fundamentally, First Star Bank's purported opposition clearly does not qualify as an *amicus* brief. An *amicus* brief is intended to provide "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (quoting *NGV Gaming, Ltd. v. Upstream Point Molate, LLC,* 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005)). First Star Bank's brief is nothing of the sort. Rather, it rests entirely on the arguments that Defendants have already raised in their opposition to DGRS' motion to intervene.

As a non-party in an as yet uncertified class action, First Star Bank has no interest in a motion to intervene in a case where it is not, and does not seek to be, a plaintiff. Further, First Star Bank's brief does not provide any "unique information or perspective" that may assist the Court. Because the

filing of the First Star Brief was never authorized and does not satisfy the requirements for an *amicus* brief, the brief should be stricken.

Alternatively, the First Star Brief must be stricken as untimely. The deadline for any opposition to DGRS' motion to intervene was September 16, 2010. First Star Bank filed its purported opposition five days later on September 21, 2010—only two days before DGRS' reply brief is due. First Star Bank never sought leave to file any brief, let alone an untimely brief. *See Herman Miller, Inc. v. Alphaville Design, Inc.*, No. C 08-03437 WHA, 2009 WL 86587, at *1 (N.D. Cal. Jan. 13, 2009) (granting request to strike opposition brief as untimely because it was filed four days late); *Woodfin Suite Hotels, LLC v. City of Emeryville*, Nos. C 07-1719 SBA, C 06-1254 SBA, 2007 WL 1655792, at *4 (N.D. Cal. June 7, 2007) (refusing to receive or consider opposition filed six days after required deadline); *Machado*, 2005 WL 3299885, at *1 (refusing to accept reply brief filed three days late without any motion to extend deadline).[1]

## CONCLUSION

For the foregoing reasons, DGRS respectfully requests that the Court strike the First Star Brief in its entirety.

Dated: September 23, 2010

**BERMAN DEVALERIO**

By:  s/ Christopher T. Heffelfinger
CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement System of the City of Detroit*

---

[1] First Star Bank's ludicrous assertion that it was "never served" with DGRS' motion (First Star Brief at 1 n.1) cannot excuse its delay. Quite simply, DGRS had no obligation to serve a non-party who had never appeared in the action.

|   |   |
|---|---|
| 1 | **ZWERLING, SCHACHTER** |
| 2 | **& ZWERLING, LLP** |
|   | Robin F. Zwerling (admitted *pro hac vice*) |
| 3 | Jeffrey C. Zwerling |
|   | Justin M. Tarshis |
| 4 | 41 Madison Avenue, 32nd Floor |
|   | New York, NY 10010 |
| 5 | Telephone:  (212) 223-3900 |
| 6 | Facsimile:   (212) 371-5969 |
|   | rzwerling@zsz.com |
| 7 | jzwerling@zsz.com |
|   | jtarshis@zsz.com |

- and -

Dan Drachler (admitted *pro hac vice*)
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone:  (206) 223-2053
Facsimile:   (206) 343-9636
ddrachler@zsz.com

*Counsel for the General Retirement System
of the City of Detroit*

[09-cv-01376-LHK] GEN. RET. SYS. OF THE CITY OF DETROIT'S RESP. TO, AND REQUEST TO STRIKE, FIRST STAR BANK'S UNAUTHORIZED FILING    3

## CERTIFICATE OF SERVICE

I, Katie P. Umpierre, hereby declare as follows:

I am employed by Berman DeValerio, One California Street, Suite 2100, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On September 23, 2010, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Christopher T. Heffelfinger, and at his direction, I filed and served true and correct copies of the forgoing **GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT'S RESPONSE TO, AND REQUEST TO STRIKE, FIRST STAR BANK'S UNAUTHORIZED FILING**.

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, following are those who are currently on the list to receive e-mail notices for this case:

**SEE ATTACHED MAILING INFORMATION
FOR A CASE 5:09-CV-01376-LHK**

I further declare that on September 23, 2010, I served a true and correct copy of foregoing document listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by placing a true copy thereof enclosed in a sealed envelope, addressed as shown below, affixing proper first class postage, and depositing the envelope in the United States Mail at San Francisco, California, in accordance with Berman DeValerio's ordinary business practices:

**SEE ATTACHED MAILING INFORMATION
FOR A CASE 5:09-CV-01376-LHK**

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on September 23, 2010.

_Katie P. Umpierre_
Katie P. Umpierre

# Mailing Information for a Case 5:09-cv-01376-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  FAbrams@cahill.com,FAbrams@cahill.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **David T. Biderman**
  dbiderman@perkinscoie.com,docketsflit@perkinscoie.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Stephen McGeorge Bundy**
  sbundy@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com,takeok@blbglaw.com

- **Dan Drachler**
  ddrachler@zsz.com

- **Marc T. Dworsky**
  Marc.Dworsky@mto.com,phillip.signey@mto.com

- **Andrew J. Ehrlich**
  aehrlich@paulweiss.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Farschad Farzan**
  ffarzan@perkinscoie.com,docketsflit@perkinscoie.com,callen@perkinscoie.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com

- **David H. Fry**
  frydh@mto.com,lauren.larocca@mto.com,julie.lunsford@mto.com

- **Robert A. Goodin**
  rgoodin@gmssr.com,dalbano@gmssr.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jayesh Sanatkumar Hines-Shah**
  hinesshahj@howrey.com,vossm@howrey.com,chicagolitdocket@howrey.com

- **Jenny Huang Hong**
  jenny.hong@mto.com,lauren.larocca@mto.com,milvi.giesinger@mto.com

- **Thomas Octavian Jacob**
  tojacob@wellsfargo.com,Merredith.Lloyd@wellsfargo.com

- **Takeo Austin Kellar**
  takeok@blbglaw.com,kristid@blbglaw.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com,efilings@cohenmilstein.com

- **Andrew Dale Lanphere**
  andrew.lanphere@pillsburylaw.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **David Andrew McCarthy**
  dmccarthy@wsgr.com,vmendoza@wsgr.com

- **Kathleen Marie McDowell**
  kathleen.mcdowell@mto.com,denise.olguin@mto.com

- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com

- **Erik David Peterson**
  epeterson@csgrr.com

- **Anthony David Phillips**
  aphillips@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Daniel B. Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Tammy L. Roy**
  TRoy@cahill.com,TRoy@cahill.com

- **Tobias J. Stern**
  tstern@paulweiss.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com,jpatchen@tcolaw.com,sbundy@tcolaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Carolyn Veronica Zabrycki**
  carolyn.zabrycki@mto.com,laurie.stoker@mto.com

- **Adam Zurofsky**
  AZurofsky@cahill.com,AZurofsky@cahill.com

- **Robin F. Zwerling**
  rzwerling@zsz.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169
```

**Stephanie J. Goldstein**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**Takeo A. Kellar**
Bernstein Litwitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

**Shahzeb Lari**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**William G. McGuinness**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**James Regan**
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
Ne wYork, NY 10169

**Joshua M. Rubins**
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

**David Andrew Thorpe**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130