MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Laurie Stoker, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On September 27, 2010, I served true copies of the attached document entitled

**OPPOSITION TO MOTION FOR RECONSIDERATION**

by placing them in an addressed sealed envelope clearly labeled to identify the persons being served at the addresses set forth on the attached service list:

**** SEE ATTACHED SERVICE LIST ****

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2010, at San Francisco, California.

_____
Laurie Stoker

1 | **Service List**

2  Shahzeb Lari
   Stephanie J. Goldstein
3  William G. McGuinness
   Fried Frank Harris Shriver & Jacobson LLP
4  One New York Plaza
   New York, NY 10004
5
   James Regan
   James J. Coster
   Joshua M. Rubins
   Satterlee Stephen Burke & Burke LLP
   230 Park Avenue
   NewYork, NY 10169

6  Mitchell A. Lowenthal
   Meredith E. Kotler
7  Patrick J. Hurford
   Jared M. Gerber
8  Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
   New York, NY 10006
9
   David J. Grais
   Kathryn C. Ellsworth
   Owen L. Cyrulnik
   Leanne M. Wilson
   Grais & Ellsworth LLP
   70 East 55th Street
   New York, NY 10022

10 Lowell Haky
   The Charles Schwab Corporation
11 211 Main Street
   San Francisco, CA 94105

   David Andrew Thorpe
   Bernstein Litowitz Berger & Grossmann LLP
   12481 High Bluff Drive, Suite 300
   San Diego, CA 92130

12 Mitchell A. Lowenthal
   Meredith E. Kotler
13 Patrick J. Hurford
   Jared M. Gerber
14 Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
15 New York, NY 10006

   Dane H. Butswinkas
   R. Hackney Wiegmann
   Anna-Rose Mathieson
   Williams & Connolly LLP
   725 Twelfth Street, N.W.
   Washington, D.C.  20005

16

17

18

19

20

21

22

23

24

25

26

27

28