GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
   rgoodin@goodinmacbride.com
FRANCINE T. RADFORD, State Bar No. 168269
   fradford@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
   ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

THE CHARLES SCHWAB CORPORATION
LOWELL HAKY, State Bar No. 178526
211 Main Street
San Francisco, California 94105
Telephone:   (415) 667-0622
Facsimile:   (415) 6671638

GRAIS & ELLSWORTH LLP
DAVID J. GRAIS
   dgrais@graisellsworth.com
KATHRYN C. ELLSWORTH
   kellsworth@graisellsworth.com
OWEN L. CYRULNIK
   ocyrulnik@graisellsworth.com
LEANNE M. WILSON
   lwilson@graisellsworth.com
40 East 52nd Street
New York, New York 10022
Telephone:   (212) 755-0100
Facsimile:   (212) 755-0052

Attorneys for Plaintiff
The Charles Schwab Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE WELLS FARGO MORTGAGE BACKED CERTIFICATES LITIGATION | No. 09-cv-01376-LHK<br><br>**PROOF OF SERVICE** |
|---|---|

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BNP PARIBAS SECURITIES CORP., et al.,<br>Defendants. | No. 10-CV-4030 SI |

I, Danielle Albano, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 505 Sansome Street, Suite 900, San Francisco, CA 94111. On September 27, 2010, I served the within documents:

**THE CHARLES SCHWAB CORPORATION'S OPPOSITION TO ADMINISTRATIVE MOTION TO RELATE CASES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**PLEASE SEE ATTACHED SERVICE LIST.**

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 27, 2010, at San Francisco, California.

                              /s/Danielle Albano
                              Danielle Albano

PROOF OF SERVICE

-2-

No. 09-CV-01376-LHK
No. 10-CV-04030 SI

**MANUAL NOTICE SERVICE LIST**

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

Takeo A. Kellar
Bernstein Litwitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

William G. McGuinness
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY  10169-0079

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA  92130

3435/001/X122567.v1

PROOF OF SERVICE

-3-

No. 09-CV-01376-LHK
No. 10-CV-04030 SI