\*\*E-Filed: 10/05/2010\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GREEN VALLEY CORPORATION, | Case No.: 09-cv-04028-LHK |
| Plaintiff, | ORDER REGARDING CASE MANAGEMENT STATEMENT |
| v. | |
| CALDO OIL COMPANY, et al., | |
| Defendants. | |

On November 18, 2010, the parties shall file a Joint Case Management Statement with proposed case schedule including deadlines for discovery and expert discovery, dispositive motions, pretrial conference, trial, and estimated trial length.  A further continuation of the Case Management Conference from December 9, 2010 will be disfavored.

**IT IS SO ORDERED.**

Dated: October 5, 2010

_____
LUCY H. KOH
United States District Judge