1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  KATHLEEN M. MCDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
5  Facsimile:    (213) 687-3702

6  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
7  JENNY H. HONG (SBN 251751)
   Jenny.Hong@mto.com
8  CAROLYN V. ZABRYCKI (SBN 263541)
   Carolyn.Zabrycki@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street,  27th floor
10 San Francisco, CA 94105-2907
   Telephone:    (415) 512-4000
11 Facsimile:    (415) 512-4077

12 Attorneys for Defendants
   WELLS FARGO DEFENDANTS AND THE
13 INDIVIDUAL DEFENDANTS

14 [Additional Counsel Listed on Signature Page]

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18

19 | IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) |
   | --- | --- |
   |  | **CONSOLIDATED CLASS ACTION ECF** |
   |  | **PROOF OF SERVICE** |

11885568.1

PROOF OF SERVICE
NO. 09-01376-LHK

**PROOF OF SERVICE VIA U.S. MAIL**

I, Julie W. Lunsford, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On October 8, 2010, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**DEFENDANTS' REPLY TO FIRST STAR BANK'S RESPONSE TO THE COURT'S TENTATIVE ORDER GRANTING UNDERWRITER DEFENDANTS' MOTION TO DISMISS**

☒   By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the service list.

☒   **BY MAIL (AS INDICATED ON THE SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2010, at San Francisco, California.

*/s/ Julie W. Lunsford*
Julie W. Lunsford

11885568.1

- 1 -

PROOF OF SERVICE
NO. 09-01376-LHK

**SERVICE LIST**
*In Re Wells Fargo Mortgage-Backed Certificates Litigation*
U.S.D.C. Northern District Case No. 09-01376 LHK

| | |
|---|---|
| Shahzeb Lari<br>Stephanie J. Goldstein<br>William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | Takeo A. Kellar<br>Bernstein Litwitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130 |