UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 45min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE         DATE: 10/7/10
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                        CASE #: C 09-01376LHK;10-03489;10-03508

CASE TITLE: GENERAL RETIREMENT SYSTEM, ET AL VS. WELLS FARGO MORTGAGE BACKED SECURITIES, ET AL

**Appearances for Plaintiff(s)**                **Appearances for Defendant(s)**

**DAVID R. STICKNEY; TIMOTHY DELANGE**          **BRUCE A. ERICSON and STEPHANIE J.**
**MATTHEW P. JUBENVILLE; ROBT A.**              **GOLDSTEIN for UNDERWRITERS**
**GOODIN; LOWELL H. HAKY; DAVID J.**            **DAVID H. FRY for WELLS FARGO**
**GRAIS; SEAN R. MATT; MARK MOLUMPHY**

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.    { X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { X }   { }   1. TO CONSOLIDATE (DOCKET 255)
{ X }  { }     { }   2. TO INTERVENE (DOCKET 224)
{ }    { }     { }   3. SCHWAB MTN TO RECONSIDER (DOCKET 275)
{ }    { }     { }   4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED       [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS**:

{ X } Cont'd to 10/20/10   @ 2:00PM   For   FURTHER CASE MANAGEMENT CONFERENCE

**ORDER TO BE PREPARED BY:**    [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: THE MOTIONS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.