| | |
|---|---|
| 1 | |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON  (SBN 76342) |
| 3 | bruce.ericson@pillsburylaw.com<br>ANDREW D. LANPHERE (SBN 191479) |
| 4 | andrew.lanphere@pillsburylaw.com<br>50 Fremont Street |
| 5 | Post Office Box 7880<br>San Francisco, California 94120-7880 |
| 6 | Telephone:    (415) 983-1000<br>Facsimile:     (415) 983-1200 |
| 7 | FRIED, FRANK, HARRIS, SHRIVER |
| 8 |   & JACOBSON LLP<br>WILLIAM G. McGUINNESS (pro hac vice) |
| 9 | william.mcguinness@friedfrank.com<br>STEPHANIE J. GOLDSTEIN (pro hac vice) |
| 10 | stephanie.goldstein@friedfrank.com<br>SHAHZEB LARI (pro hac vice) |
| 11 | shahzeb.lari@friedfrank.com<br>One New York Plaza |
| 12 | New York, New York 10004<br>Telephone:    (212) 859-8000 |
| 13 | Facsimile:     (212) 859-4000 |
| 14 | Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities, Inc. *as successor-in-interest to* |
| 15 | Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, |
| 16 | Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC, Citigroup |
| 17 | Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  C-09-1376-LHK<br><br>**CONSOLIDATED CLASS ACTION - ECF**<br><br>**REQUEST OF UNDERWRITERS' COUNSEL TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:           October 20, 2010<br>Time:           2:00 P.M.<br>Courtroom:  4, 5th Floor<br>Judge:          Hon. Lucy H. Koh |

702537049v1

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 16-10(a), the Underwriter Defendants (Defendants Goldman, Sachs & Co., JP Morgan Securities, Inc. as successor-in-interest to Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC, Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.) hereby respectfully request that their New York counsel (Messrs. McGuinness and Lari, and Ms. Goldstein, as listed below) be permitted to appear telephonically at the further case management conference currently set for Wednesday, October 20, 2010 at 2:00 p.m. (the undersigned, their San Francisco counsel, will appear in person).

Dated: October 13, 2010.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        BRUCE A. ERICSON
        ANDREW D. LANPHERE
        50 Fremont Street
        San Francisco, California  94105-2228


        By    /s/    Bruce A. Ericson
               Bruce A. Ericson

        FRIED, FRANK, HARRIS, SHRIVER
          & JACOBSON LLP
        WILLIAM G. McGUINNESS
        STEPHANIE J. GOLDSTEIN
        SHAHZEB LARI
        One New York Plaza
        New York, New York  10004

        Attorneys for Underwriter Defendants