| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON (SBN 76342) |
| 2 | bruce.ericson@pillsburylaw.com |
| | ANDREW D. LANPHERE (SBN 191479) |
| 3 | andrew.lanphere@pillsburylaw.com |
| | 50 Fremont Street |
| 4 | Post Office Box 7880 |
| | San Francisco, California 94120-7880 |
| 5 | Telephone:    (415) 983-1000 |
| | Facsimile:      (415) 983-1200 |
| 6 | |
| 7 | FRIED, FRANK, HARRIS, SHRIVER |
| |   & JACOBSON LLP |
| | WILLIAM G. McGUINNESS (pro hac vice) |
| 8 | william.mcguinness@friedfrank.com |
| | STEPHANIE J. GOLDSTEIN (pro hac vice) |
| 9 | stephanie.goldstein@friedfrank.com |
| | SHAHZEB LARI (pro hac vice) |
| 10 | shahzeb.lari@friedfrank.com |
| | One New York Plaza |
| 11 | New York, New York 10004 |
| | Telephone:    (212) 859-8000 |
| 12 | Facsimile:      (212) 859-4000 |

13  Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities, Inc. *as successor-in-interest to* Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC, Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. C-09-1376-LHK |
| | **CONSOLIDATED CLASS ACTION - ECF** |
| | **PROOF OF SERVICE – VIA U.S. MAIL** |
| | Date:         October 20, 2010 |
| | Time:        2:00 P.M. |
| | Courtroom: 4, 5th Floor |
| | Judge:        Hon. Lucy H. Koh |

1  I, Bruce A. Ericson, the undersigned, hereby declare as follows:

2  1. I am over the age of 18 years and am not a party to the within cause. I am

3  employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

4  California.

5  2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

6  My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

7  3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

8  collection and processing of correspondence for mailing with the United States Postal

9  Service; in the ordinary course of business, correspondence placed in interoffice mail is

10  deposited with the United States Postal Service with first class postage thereon fully

11  prepaid on the same day it is placed for collection and mailing.

12  4. On October 13, 2010, at 50 Fremont Street, San Francisco, California, I

13  served a true copy of the attached document(s) titled exactly <u>REQUEST OF</u>

14  <u>UNDERWRITERS' COUNSEL TO APPEAR TELEPHONICALLY AT FURTHER</u>

15  <u>CASE MANAGEMENT CONFERENCE</u> by placing it/them in an addressed, sealed

16  envelope clearly labeled to identify the person being served at the address shown below and

17  placed in interoffice mail for collection and deposit in the United States Postal Service on

18  that date following ordinary business practices:

19  <u>SEE ATTACHED SERVICE LIST</u>

20  I declare under penalty of perjury that the foregoing is true and correct. Executed

21  this 14th day of October, 2010, at San Francisco, California.

23      /s/ Bruce A. Ericson  
        Bruce A. Ericson

## SERVICE LIST

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY 10169-0079

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 1004

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 1004

Takeo A. Kellar
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

William G. McGuinness
Fried Frank Harris Sriver & Jacobson LLP
One New York Plaza
New York, NY  10004