1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermandevalerio.com
2  Christopher T. Heffelfinger (118058)
   cheffelfinger@bermandevalerio.com
3  Anthony D. Phillips (259688)
   aphillips@bermandevalerio.com
4  **BERMAN DEVALERIO**
   One California Street, Suite 900
5  San Francisco, CA 94111
   Telephone: (415) 433-3200
6  Facsimile: (415) 433-6382

7
   *Local Counsel for the General Retirement*
8  *System of the City of Detroit*

9  Robin F. Zwerling (admitted *pro hac vice*)
   Jeffrey C. Zwerling
10 Justin M. Tarshis
   **ZWERLING, SCHACHTER & ZWERLING,** LLP
11 41 Madison Avenue, 32nd Floor
   New York, NY 10010
12 Telephone:  (212) 223-3900
   Facsimile:   (212) 371-5969
13

14 *Counsel for the General Retirement*
   *System of the City of Detroit*
15

16 [Additional counsel on signature page]

**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No.  09-cv-01376-LHK<br><br>CLASS ACTION<br><br>**REQUEST OF COUNSEL FOR THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:           October 20, 2010<br>Time:          2:00 p.m.<br>Courtroom: 4, 5th Floor<br>Before:        Hon. Lucy H. Koh |

[09-cv-01376-LHK] REQUEST OF COUNSEL FOR THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE

1 **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 16-10(a), counsel for The

3 General Retirement System of the City of Detroit hereby respectfully request that Robin F.

4 Zwerling, their New York counsel, and Dan Drachler, their counsel in Seattle, Washington, both

5 of whom have been admitted to this case *pro hac vice*, be permitted to appear telephonically at the

6 further case management conference currently set for Wednesday, October 20, 2010 at 2:00 p.m.

7 Their San Francisco counsel will appear in person at the case management conference.

8 Dated: October 14, 2010        **BERMAN DEVALERIO**

By:  s/
      Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Local Counsel for the General Retirement System of the City of Detroit*

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone:  (212) 223-3900
Facsimile:   (212) 371-5969
rzwerling@zsz.com
jzwerling@zsz.com
jtarshis@zsz.com

- and -

Dan Drachler (admitted *pro hac vice*)
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone:  (206) 223-2053

1

[09-cv-01376-LHK] CERTIFICATE OF SERVICE

1
2
        Facsimile:  (206) 343-9636
        ddrachler@zsz.com

3
        *Counsel for the General Retirement System*
        *of the City of Detroit*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[09-cv-01376-LHK] NOTICE OF MOTION AND MOTION TO INTERVENE BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, P&A ISO

## CERTIFICATE OF SERVICE BY MAIL

I, TYLER KELLY, declare that I am over the age of 18 years and not a party to this action. My business address is One California Street, Suite 900, San Francisco, CA 94111. On October 14, 2010, I served the within REQUEST OF COUNSEL FOR THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE on the following, by placing same in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California.

David Andrew Thorpe
Takeo A. Kellar
Bernstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

James Regan
James J. Coster
Joshua M. Rubins
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Shahzeb Lari
Stephanie J. Goldstein
William G. McGuiness
Fried Frank Harris Sriver & Jacobson LLP
One New York Plaza
New York, NY 10004

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on October 14, 2010.

Tyler Kelly