UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.:09-CV-01376-LHK<br><br>MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown                                  Reporter:  Lee-Anne Shortridge
Length of Hearing:   55 minutes
Plaintiff Attorneys:  David Stickney, Timothy DeLange
Defendants Attorneys: David H. Fry, Bruce Ericson, Shahzeb Lari (telephonic appearance), Stephanie J. Goldstein (telephonic appearance)

A case management conference was held on October 20, 2010.  The Case Management Statement and Proposed Order filed by the parties are hereby adopted by the Court as the Case Management Order for the case, except as may be noted below.

The parties are to exchange proposals for Protective Order by October 29, 2010, and to finalize the Protective Order by November 19, 2010.

The parties are to report on their progress in selecting a mediator and a date for mediation by November 19, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for March 2, 2011, at 2 p.m.

ADDITIONAL CASE MANAGEMENT CONFERENCE is set to following the hearing set for May 19, 2011 at 1:30 p.m.

The Court sets the following deadlines:

Answer due:    November 23, 2010

Initial Disclosures:     By Wells Fargo and Plaintiffs: November 23, 2010

                                        By Underwriters:  December 10, 2010

Class Certification Motion Schedule:

    Opening Motions:  February 11, 2011

    Oppositions:  April 7, 2011

    Replies:  April 28, 2011

    Hearing: May 19, 2011 at 2 p.m.

Substantial Completion of Document Production:     June 15, 2011

Parties with Burden of Proof Identify Experts and Subjects of Testimony:  July 15, 2011

Parties Identify Subjects of Rebuttal Testimony and Rebuttal Experts:  August 15, 2011

Fact Discovery Cut-off: September 15, 2011

Parties with Burden of Proof Provide Expert Reports:  October 14, 2011

Parties Provide Rebuttal Expert Reports:         November 14, 2011

Case No.: 09-CV-01376-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

Expert Discovery Cut-off:  December 14, 2011

Summary Judgment Motions:

    Opening:  January 13, 2012

    Oppositions:  February 27, 2012

    Replies:  March 27, 2012

    Hearing:  April 26, 2012

Joint Pretrial Conference Statement:  June 21, 2012

Pretrial Conference:   July 12, 2012

Jury Trial:       August 27, 2012 at 9 a.m. in courtroom 4, 5th floor with a 3 week estimate.

**IT IS SO ORDERED.**

Dated: October 20, 2010

                                               _____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-01376-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER