UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**

Short Case Title:  <u>GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT</u>-v- <u>THE</u>
<u>WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST ET AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge Lucy H. Koh</u>
Criminal and/or Civil Case No.:  <u>CV 09-01376 LHK </u>
Date Complaint/Indictment/Petition Filed: <u>3/27/2009</u>
Date Appealed order/judgment *entered* <u>10/19/2010</u>
Date NOA *filed* <u>11/17/2010</u>

COA Status (check one):     ☐  granted in full (attach order)          ☐  denied in full (send record)
                            ☐  granted in part (attach order)          ☐  pending

Court Reporter(s) Name & Phone Number: <u>Lee-Anne Shortridge 408-287-4580</u>

---

***Magistrate Judge's Order?  If so, please attach.***

---

**FEE INFORMATION**
Date Docket Fee Paid: <u>11/17/2010</u>                          Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

---

***Please attach copy of any order granting, denying or revoking FP.***

---

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Anthony D. Phillips              Appellee Counsel: David H. Fry
    Berman Devalerio                              Munger, Tolles & Olson LLP
    One California Street, Suite 900              560 Mission Street, 27th Floor
    San Francisco, California 94111               San Francisco, California 94105
    415-433-3200                                  415-512-4082
    aphillips@bermandevalerio.com                 frydh@mto.com

PLEASE SEE ATTACHED FOR ADDITIONAL COUNSEL INFORMATION
X retained  ☐ CJA  ☐ FPD ☐ Pro Se  ☐ Other     ***Please attach appointment order.***

---

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

---

Name & Phone Number of Person Completing this Form: <u>Diane Miyashiro</u>
                              408-535-5373

**Plaintiff** **General Retirement System of the City of Detroit**

 represented by **Betsy Carol Manifold**
Wolf Haldenstein Adler Freeman & Herz
Symphony Towers
750 B Street Suite 2770
San Diego, CA 92101
619-239-4599
Email: manifold@whafh.com

**Francis M. Gregorek**
Wolf Haldenstein Adler Freeman & Herz LLP
Symphony Towers
750 B Street
Suite 2770
San Diego, CA 92101
619-239-4599
Email: gregorek@whafh.com

**Rachele R. Rickert**
Wolf Haldenstein Adler Freeman & Herz LLP
Symphony Towers
750 B Street
Suite 2770
San Diego, CA 92101
619-239-4599
Fax: 619-234-4599
Email: rickert@whafh.com

**Christopher T. Heffelfinger**
Berman DeValerio
One California Street, Suite 900
San Francisco, CA 94111
415-433-3200
Fax: 415-433-6382
Email: cheffelfinger@bermandevalerio.com

**Dan Drachler**
Attorney at Law
1904 Third Avenue
Suite 1030
Seattle, WA 98101-1170
206-223-2053
Email: ddrachler@zsz.com

**Jeffrey C. Zwerling**
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010
212-223-3900
Fax: 212-371-5969


**Joseph J. Tabacco , Jr.**
Berman DeValerio
One California Street
Suite 900
San Francisco, CA 94111
415-433-3200
Fax: 415-433-6382
Email: jtabacco@bermandevalerio.com


**Justin M. Tarshis**
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010
212/223-3900
Fax: 212/371-5969


**Robin F. Zwerling**
Zwerling Schachter and Zwerling LLP
41 Madison Ave
32nd Fl
New York, NY 10010-2283
(212) 223-3900
Fax: 212-371-5969
Email: rzwerling@zsz.com

**Plaintiff** **New Orleans Employees' Retirement System**

represented by **David Ronald Stickney**
Bernstein, Litowitz, Berger & Grossmann
Lead Counsel
12481 High Bluff Drive, Suite 300

San Diego, CA 92130
858-793-0070
Fax: 858-793-0323
Email: davids@blbglaw.com


**David Andrew Thorpe**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858-793-0070


**Timothy Alan DeLange**
Bernstein Litowitz Berger & Grossmann LLP
Lead Counsel
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-0070
Email: timothyd@blbglaw.com

**Plaintiff Government of Guam Retirement Fund**

**Plaintiff Alameda County Employees' Retirement Association**

**Plaintiff Louisiana Sheriffs' Pension and Relief Fund**

represented by **David Ronald Stickney**
Bernstein, Litowitz, Berger & Grossmann
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858-793-0070
Fax: 858-793-0323
Email: davids@blbglaw.com


**Takeo Austin Kellar**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92127
858-793-0070
Fax: 858-793-0323
Email: takeok@blbglaw.com

**Timothy Alan DeLange**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-0070
Email: timothyd@blbglaw.com

**Plaintiff** **Plumbers & Steamfitters Local 60 Pension Plan**
**Plaintiff** **Southeastern Pennsylvania Transportation Authority**
**Plaintiff** **Vermont Pension Investment Committee**
**Plaintiff** **Public Employees' Retirement System of Mississippi**

represented by

**Timothy Alan DeLange**
Bernstein Litowitz Berger & Grossmann LLP
Lead Counsel
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-0070
Email: timothyd@blbglaw.com

**David Ronald Stickney**
Bernstein, Litowitz, Berger & Grossmann
Lead Counsel
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858-793-0070
Fax: 858-793-0323
Email: davids@blbglaw.com

**Plaintiff** **Policemen's Annuity & Benefit Fund of the City of Chicago**

 represented by **Christopher Lometti**
Cohen Milstein Sellers and Toll PLLC
88 Pine Street
14th Floor
New York, NY 10005
212-838-7797
Fax: 212-838-7745
Email: clometti@cohenmilstein.com

**Daniel B. Rehns**

Cohen Milstein Sellers & Toll PLLC
88 Pine Street
14th Floor
New York, NY 10005
212-838-7797
Email: drehns@cohenmilstein.com

**Joel P Laitman**
Cohen Milstein Sellers and Toll PLLC
88 Pine Street
14th Floor
New York, NY 10005
212-838-7797
Fax: 212-838-7745
Email: jlaitman@cohenmilstein.com

**Timothy Alan DeLange**
Bernstein Litowitz Berger & Grossmann LLP
Lead Counsel
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-0070
Email: timothyd@blbglaw.com

**David Ronald Stickney**
Bernstein, Litowitz, Berger & Grossmann
Lead Counsel
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
858-793-0070
Fax: 858-793-0323
Email: davids@blbglaw.com

**<u>Plaintiff</u> First Star Bank**

represented by **Peter E. Borkon**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
510-725-3000
Fax: 510-725-3001
Email: peterb@hbsslaw.com

**Steve W. Berman**

Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com

**Plaintiff** **The Charles Schwab Corporation**

 represented by **Robert A. Goodin**
Goodin, MacBride ,Squeri, Day & Lamprey, L.L.P.
505 Sansome Street, Suite 900
San Francisco, CA 94111
415/392-7900
Fax: (415) 398-4321
Email: rgoodin@gmssr.com


**Defendant** **The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2006-17 Trust**

**Defendant** **The Wells Fargo Morgage Backed Secuirites 2006-15 Trust**

**Defendant** **The Wells Fargo Morgage Backed Securities 2006-16 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2006-AR19 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2006-18 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2006-19 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-1 Trust**

**Defendant** **The Wells Fargo Alternative Loan 2007-PA1 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-2 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-AR3 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-4 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-3 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-5 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-7 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-8 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-9 Trust**


**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-10 Trust**

**Defendant** **The Wells Fargo Mortgage Backed Securities 2007-11 Trust**

**Defendant** The Wells Fargo Mortgage Backed Securities 2007-12 Trust
**Defendant** Wells Fargo Asset Securities Corporation
**Defendant** Wells Fargo Bank, N.A.


represented by

**Carolyn Veronica Zabrycki**
Munger Tolles et al
560 Mission St
27th Fl
SF, CA 94105
415-512-4058
Email: carolyn.zabrycki@mto.com


**David H. Fry**
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
415-512-4082
Fax: 415-699-6982
Email: frydh@mto.com


**Jenny Huang Hong**
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
415-512-4049
Fax: 415-644-6949
Email: jenny.hong@mto.com


**Kathleen Marie McDowell**
Munger, Tolles & Olson LLP
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071
213-683-9134
Fax: 213-687-3702
Email: kathleen.mcdowell@mto.com

**Marc T. Dworsky**
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
213-683-9100
Fax: 213-687-3702
Email: Marc.Dworsky@mto.com

**Thomas Octavian Jacob**
Wells Fargo Law Department
MAC A0194-266
45 Fremont Street
26th Floor
San Francisco, CA 94105
415-396-4425
Fax: 415-975-7864
Email: tojacob@wellsfargo.com

**Defendant David Moskowitz**

 represented by

**David T. Biderman**
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: dbiderman@perkinscoie.com

**Farschad Farzan**
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: ffarzan@perkinscoie.com

**Adam Zurofsky**

Cahill Gordon & Reindell LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: AZurofsky@cahill.com


**Carolyn Veronica Zabrycki**
Munger Tolles et al
560 Mission St
27th Fl
SF, CA 94105
415-512-4058
Email: carolyn.zabrycki@mto.com

**David H. Fry**
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
415-512-4082
Fax: 415-699-6982
Email: frydh@mto.com


**Jenny Huang Hong**
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
415-512-4049
Fax: 415-644-6949
Email: jenny.hong@mto.com




**Defendant Franklin Codel**, **Defendant Thomas Neary**, **Defendant Douglas K. Johnson**
represented by

**Carolyn Veronica Zabrycki**

Munger Tolles et al
560 Mission St
27th Fl
SF, CA 94105
415-512-4058
Email: carolyn.zabrycki@mto.com

**David H. Fry**
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
415-512-4082
Fax: 415-699-6982
Email: frydh@mto.com

**Jenny Huang Hong**
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
415-512-4049
Fax: 415-644-6949
Email: jenny.hong@mto.com

**Kathleen Marie McDowell**
Munger, Tolles & Olson LLP
355 S. Grand Avenue
Suite 3500
Los Angeles, CA 90071
213-683-9134
Fax: 213-687-3702
Email: kathleen.mcdowell@mto.com

**Marc T. Dworsky**
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
213-683-9100
Fax: 213-687-3702
Email: Marc.Dworsky@mto.com

**<u>Defendant</u> Goldman, Sachs & Co.**

represented by
**Shahzeb Lari**

Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Fax: 212-859-4000


**Stephanie J. Goldstein**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Fax: 212-859-4000


**William G. McGuinness**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Fax: 212-859-4000


**Defendant JPMorgan Chase, Inc.** , **Defendant HSBC Securities (USA), Inc.**,
**Defendant Deutsche Bank Securities, Inc.**, **Defendant UBS Securities, LLC**,
**Defendant CitiGroup Global Merkets, Inc.**, **Defendant Greenwich Capital Markets, Inc.**,
**Defendant Barclays Capital, Inc.**, **Defendant Banc of America Securities, LLC**
**Defendant Bank of America Corporation**


represented by

**Bruce A. Ericson**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St.
Post Office Box 7880
San Francisco, CA 94120-7880
(415) 983-1000
Fax: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com


**Andrew Dale Lanphere**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880

San Francisco, CA 94120-7880
(415) 983-1000
Fax: (415) 983-1200
Email: andrew.lanphere@pillsburylaw.com


**Shahzeb Lari**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Fax: 212-859-4000


**Stephanie J. Goldstein**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Fax: 212-859-4000


**William G. McGuinness**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Fax: 212-859-4000


**<u>Defendant</u> Moody's Investor Services, Inc.**
 represented by **David Andrew McCarthy**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-849-3011
Fax: 650-565-5100
Email: dmccarthy@wsgr.com


**Adam Zurofsky**
Cahill Gordon & Reindell LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: AZurofsky@cahill.com

**Andrew J. Ehrlich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: aehrlich@paulweiss.com

**David T. Biderman**
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: dbiderman@perkinscoie.com

**Farschad Farzan**
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: ffarzan@perkinscoie.com

**Floyd Abrams**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
212-701-3000
Email: FAbrams@cahill.com

**James J. Coster**
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169
212-818-9200

**James Regan**
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
Ne wYork, NY 10169
212-818-9200

**Joshua M. Rubins**
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079
212-818-9200


**Martin Flumenbaum**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: mflumenbaum@paulweiss.com


**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com


**Tammy L. Roy**
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: TRoy@cahill.com

**Tobias J. Stern**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: tstern@paulweiss.com

<u>**Defendant**</u> **The McGraw-Hill Companies**

represented by

**David T. Biderman**
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111

415-344-7000
Fax: 415-344-7050
Email: dbiderman@perkinscoie.com

**Farschad Farzan**
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: ffarzan@perkinscoie.com

**Adam Zurofsky**
Cahill Gordon & Reindell LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: AZurofsky@cahill.com

**Andrew J. Ehrlich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: aehrlich@paulweiss.com

**David Andrew McCarthy**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-849-3011
Fax: 650-565-5100
Email: dmccarthy@wsgr.com

**Floyd Abrams**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
212-701-3000
Email: FAbrams@cahill.com

**James J. Coster**
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169
212-818-9200


**Joshua M. Rubins**
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079
212-818-9200


**Martin Flumenbaum**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: mflumenbaum@paulweiss.com


**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com


**Tammy L. Roy**
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: TRoy@cahill.com


**Tobias J. Stern**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: tstern@paulweiss.com

**Defendant Fitch Ratings, Inc.**

represented by

**Adam Zurofsky**
Cahill Gordon & Reindell LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: Azurofsky@cahill.com

**Andrew J. Ehrlich**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: aehrlich@paulweiss.com

**David T. Biderman**
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: dbiderman@perkinscoie.com

**David Andrew McCarthy**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
650-849-3011
Fax: 650-565-5100
Email: dmccarthy@wsgr.com

**Farschad Farzan**
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
415-344-7000
Fax: 415-344-7050
Email: ffarzan@perkinscoie.com


**Floyd Abrams**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
212-701-3000
Email: Fabrams@cahill.com

**James J. Coster**
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169
212-818-9200


**Jonathan Alan Patchen**
Taylor & Company Law Offices, LLP
One Ferry Building
Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: jpatchen@tcolaw.com

**Joshua M. Rubins**
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079
212-818-9200


**Martin Flumenbaum**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Email: mflumenbaum@paulweiss.com

**Stephen McGeorge Bundy**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
(415) 788-8200
Fax: (415) 788-8208
Email: sbundy@tcolaw.com


**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com

**Tammy L. Roy**
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Email: TRoy@cahill.com


**Tobias J. Stern**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: tstern@paulweiss.com


**Defendant Credit Suisse Securities (USA), LLC**., **Defendant Bear, Stearns & Co. Inc.**,

**Defendant Countrywide Securities Corporation**, **Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated**, **Defendant RBS Securities, Inc.**, **Morgan Stanley & Co., Inc.** *09-1620*

represented by

**Bruce A. Ericson**
Pillsbury Winthrop Shaw Pittman LLP

50 Fremont St.
Post Office Box 7880
San Francisco, CA 94120-7880
(415) 983-1000
Fax: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com

**Andrew Dale Lanphere**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
(415) 983-1000
Fax: (415) 983-1200
Email: andrew.lanphere@pillsburylaw.com


**<u>Movant</u> Institutional Investor Group**

represented by **Darren Jay Robbins**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: e_file_sd@csgrr.com




**Erik David Peterson**
Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Email: epeterson@csgrr.com

**Shawn A. Williams**
Robbins Geller Rudman & Dowd LLP

Post Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, CA 94104
415-288-4545
Fax: 415-288-4534
Email: shawnw@rgrdlaw.com