UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MMORTGAGE BACKED CERTIFICATES LITIGATION | Case No.: C 09-1376 LHK (PVT)<br><br>**ORDER re Parties' Proposed Form of Protective Order**<br><br>**(Re: Docket No. 305)** |

On November 19, 2010, the parties filed a proposed form of stipulated protective order. Some of the provisions of the proposed form of order are not acceptable to the court.[1] Rather than spend time identifying all of the problems with the proposed form of order, the court finds it more efficient to direct the parties to use the one of the court's model forms of protective order. Therefore,

IT IS HEREBY ORDERED that, no later than December 1, 2010, the parties shall submit a revised form of protective order that uses the wording of the court's model "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/or Trade Secrets" available in the "Forms" section of the court's website (www.cand.uscourts.gov). If the

---

[1] For example, the proposed form of order does not reflect the correct standards regarding what kind of information may be protected as either "Confidential" or "Confidential – Attorneys Eyes Only" under Federal Rules of Civil Procedure 26(c).

ORDER, *page 1*

parties believe that modification[2] of the court's model form of order is reasonably necessary for the present action, they shall also submit a joint brief explaining what modification they seek, and why it is reasonably necessary for the present action.

     IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/or Trade Secrets."

Dated:  *11/22/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] As used herein, "modification" does not include merely selecting one of two or more optional provisions so long as the wording of the option selected accurately reflects the wording in the court's model form of order.