# ORIGINAL

FILED

2010 NOV 17 P 3: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N...

1  Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
2  Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
3  Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
4  **BERMAN DEVALERIO**
One California Street, Suite 900
5  San Francisco, CA 94111
Telephone: (415) 433-3200
6  Facsimile: (415) 433-6382

7  *Local Counsel for the General Retirement*
*System of the City of Detroit*
8

9  Robin F. Zwerling (admitted *pro hac vice*)
Jeffrey C. Zwerling
10  Justin M. Tarshis
**ZWERLING, SCHACHTER & ZWERLING, LLP**
11  41 Madison Avenue, 32nd Floor
New York, NY 10010
12  Telephone: (212) 223-3900
Facsimile: (212) 371-5969
13

14  *Counsel for the General Retirement*
*System of the City of Detroit*
15
[Additional counsel on signature page]
16

17  UNITED STATES DISTRICT COURT

18  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

19

| | |
|---|---|
| 20  IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK |
| 21 | CLASS ACTION |
| 22 | **DECLARATION OF SERVICE** |

23

24

25

26

27

28

[09-cv-01376-LHK] NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH
CIRCUIT BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT

1

2 **DECLARATION OF SERVICE**

3 I, Kirill Levashov, hereby declare as follows:

4 I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco,

5 California, 94111. I am over the age of 18 years and am not a party to this action. On November 17,

6 2010, I filed true and correct copies of the foregoing **NOTICE OF APPEAL TO THE UNITED**

7 **STATES COURT OF APPEALS FOR THE NINTH CIRCUIT BY THE GENERAL**

8 **RETIREMENT SYSTEM OF THE CITY OF DETROIT; REPRESENTATION**

9 **STATEMENT.**

10 I further declare that on November 17, 2010, I served a true and correct copy of foregoing

11 document listed above on the following attorneys and/or parties, by placing a true copy thereof

12 enclosed in a sealed envelope, addressed as shown below, affixing proper first class postage, and

13 depositing the envelope in the United States Mail at San Francisco, California, in accordance with

14 Berman DeValerio's ordinary business practices:

15 **SEE ATTACHED SERVICE LIST**

16 I declare under penalty of penalty of perjury pursuant to the laws of the United States that the

17 foregoing is true and correct.

18 Executed at San Francisco, California, on November 17, 2010.

19 *Kirill Levashov*

20 Kirill Levashov

21

22

23

24

25

26

27

28

[09-cv-01376-LHK] NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH
CIRCUIT BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT

1

1

2 *IN RE WELLS FARGO MORTGAGEBACKED CERTIFICATES LITIGATION,*
**Civil Action No. 09-cv-01376-LHK**

3

4 **SERVICE LIST**

5

6 *Attorneys Movant DGRS*

7 Robin F. Zwerling
Jeffrey C. Zwerling
8 Justin M. Tarshis
**ZWERLING, SCHACHTER & ZWERLING, LLP**
9 41 Madison Avenue, 32nd Floor
New York, NY 10010
10 Telephone: (212) 223-3900
11 Facsimile: (212) 371-5969

12 Dan Drachler
**ZWERLING, SCHACHTER & ZWERLING, LLP**
13 1904 Third Avenue
14 Suite 1030
Seattle, WA 98101-1170
15 Telephone: (206) 223-2053
Facsimile: (206) 343-9636
16

17 *Attorneys for Lead Plaintiffs and the Class and Plaintiffs Public Employees' Retirement System of Mississippi and Vermont Pension Investment Committee*

18

19 David R. Stickney
Timothy A. DeLange
Matthew P. Jubenville
20 **BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
21 12481 High Bluff Drive, Suite 300
San Diego, CA 92130
22 Telephone: (858) 793-0070
Facsimile: (858) 793-0323

23 *Attorneys for Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund*

24

25 Robert D. Klausner
Stuart A. Kaufman
**KLAUSNER & KAUFMAN, P.A.**
26 10059 Northwest 1st Court
Plantation, FL 33324
27 Telephone: (954) 916-1202
28 Facsimile: (954) 916-1232

1    *Attorneys for Plaintiff The Policemen's Annuity and Benefit Fund of the City of Chicago*

2

3    Carol V. Gilden
     **COHEN MILSTEIN SELLERS & TOLL PLLC**
     190 South LaSalle Street, Suite 1705
4    Chicago, IL 60603
     Telephone: (312) 357-0370
5    Facsimile: (312) 357-0369

6

7    Steven J. Toll
     **COHEN MILSTEIN SELLERS & TOLL PLLC**
     1100 New York Avenue, NW
8    Suite 500 West
     Washington, DC 20005
9    Telephone: (202) 408-4600
     Facsimile: (202) 408-4699
10

11   *Attorneys for Plaintiff Southeastern Pennsylvania Transportation Authority*

12   Kimberly Donaldson Smith
     **CHIMICLES & TIKELLIS LLP**
13   361 West Lancaster Avenue
     Haverford, PA 19041
14   Telephone: (610) 642-8500
     Facsimile: (610) 649-3633
15

16   *Attorneys for Plaintiff Plumbers & Steamfitters Local 60 Pension Plan*

17   Christopher J. Keller
     **LABATON SUCHAROW LLP**
18   140 Broadway
     New York, NY 10005
19   Telephone: (212) 907-0700
     Facsimile: (212) 818-0477
20

21

22

23

24

25

26

27

28

[09-cv-01376-LHK] NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH
CIRCUIT BY THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT                        3

1   *Attorneys for Defendants Goldman, Sachs & Co.; JP Morgan Securities, Inc. as successor-in-interest to Bear, Stearns & Co., Inc.; Bear, Stearns & Co., Inc.; Deutsche Bank Securities, Inc.; UBS Securities, LLC; Credit Suisse Securities (USA) LLC; RBS Securities, Inc.; Banc of America Securities, LLC; Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.*

2

3   Bruce A. Ericson
4   Andrew D. Lanphere
    **PILLSBURY WINTHROP SHAW PITTMAN LLP**
5   50 Fremont Street
    P.O. Box 7880
6   San Francisco, CA 94120-7880
    Telephone: (415) 983-1000
7   Facsimile: (415) 983-1200

8   William G. McGuinness
    Stephanie J. Goldstein
9   Shahzeb Lari
    **FRIED, FRANK, HARRIS, SHRIVER**
10    **& JACOBSON LLP**
11  One New York Plaza
    New York, NY 10004
12  Telephone: (212) 859-8000
    Facsimile: (212) 859-4000
13

14  *Attorneys for Wells Fargo Asset Securities Corporation; Wells Fargo Bank, N.A.; David Moskowitz; Franklin Codel; Douglas K. Johnson; Thomas Neary*

15

16  David H. Fry
    **MUNGER, TOLLES & OLSON LLP**
17  560 Mission Street
    San Francisco, CA 94105
18  Telephone:  (415) 512-4000

19

20

21

22

23

24

25

26

27

28