MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> **DEFENDANTS' NOTICE OF RECENT RULING DENYING REQUEST FOR RULE 54(B) JUDGMENT** <br><br> Judge:     Hon. Lucy H. Koh |

On November 22, 2010, the court in *In re Morgan Stanley Mortgage Pass-Through Certificates Litigation* ("*In re Morgan Stanley*"), another mortgage-backed securities case, issued an order <u>denying</u> a request for a Rule 54(b) judgment under circumstances almost identical to those here. *See In re Morgan Stanley*, 09-Civ-2137 (LTS), Docket No. 102 (S.D.N.Y. Nov. 22, 2010).[1]

The *In re Morgan Stanley* court had dismissed with prejudice the plaintiff's claims for violations of Sections 11, 12, and 15 of the Securities Act of 1933 as they related to a certain mortgage-backed securities offering. *In re Morgan Stanley*, 09-Civ-2137 (LTS), Docket No. 81, at 13-19 (S.D.N.Y. Aug. 17, 2010).[2] The court held, among other things, that these claims were barred by the statute of limitations because the plaintiff was on inquiry notice of its claims well before the one-year limitations period. *Id.* at 13-16. With other claims remaining in the complaint, the plaintiff moved for a Rule 54(b) judgment on the claims that had been dismissed with prejudice. On November 22, the court denied the request for a Rule 54(b) judgment:

> The circumstances of this case do not warrant Rule 54(b) certification. The dismissed and remaining claims here arise from many of the same factual allegations; judicial economy will best be served if multiple appellate panels do not have to familiarize themselves with this case in piecemeal appeals. . . . A court should use its discretion to enter a Rule 54(b) final judgment "only in the infrequent harsh case . . . where there exists some danger of hardship or injustice through delay which would be alleviated by immediate appeal. [Plaintiff] has made no such showing.

*In re Morgan Stanley*, 09-Civ-2137 (LTS), Docket No. 102, at 2 (S.D.N.Y. Nov. 22, 2010). The *In re Morgan Stanley* court's reasoning applies with equal force here and provides additional authority for denial of Movants' Administrative Motion for entry of a Rule 54(b) judgment.

Dated:  November 23, 2010               MUNGER, TOLLES & OLSON LLP

                                         /s/ *Kathleen M. McDowell*
                                         KATHLEEN M. McDOWELL

---

[1] Attached hereto as Exhibit 1.

[2] Attached hereto as Exhibit 2.

- 1 -     DEFENDANTS' NOTICE OF RECENT RULING
12395425.2                              DENYING REQUEST FOR RULE 54(B) JUDGMENT

Attorneys for the Wells Fargo Defendants and the Individual Defendants

Dated: November 23, 2010

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
bruce.ericson@pillsburylaw.com
ANDREW J. LANPHERE
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 2880
San Francisco, CA 94120-7880
Tel:   (415) 983-1560
Fax:   (415) 983-1200

           /s/ *Bruce A. Ericson*
              BRUCE A. ERICSON

*Attorneys for the Underwriter Defendants*

Dated: November 23, 2010

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
William G. McGuinness (*pro hac vice*)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (*pro hac vice*)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (*pro hac vice*)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:     (212) 859-8000
Facsimile:     (212) 859-4000

           /s/ *Stephanie J. Goldstein*
           STEPHANIE J. GOLDSTEIN

*Attorneys for the Underwriter Defendants*

12395425.2

- 2 -

DEFENDANTS' NOTICE OF RECENT RULING
DENYING REQUEST FOR RULE 54(B)
JUDGMENT

1           Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding

2 signatures, I attest under penalty of perjury that concurrence in the filing of the document has

3 been obtained from each of the other signatories listed above.

4

5 DATED: November 23, 2010         MUNGER, TOLLES & OLSON LLP

6

7                                   By:        /s/ *Kathleen M. McDowell*
                                              KATHLEEN MCDOWELL

8

9                                *Attorney for the Wells Fargo Defendants and the Individual Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12395425.2                              - 3 -       DEFENDANTS' NOTICE OF RECENT RULING DENYING REQUEST FOR RULE 54(B) JUDGMENT