MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On November 23, 2010, a true and correct copy of the following document(s):

**DEFENDANTS' NOTICE OF RECENT RULING DENYING REQUEST FOR RULE 54(B) JUDGMENT**

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2010, at San Francisco, California.

_____
Angela Balestrieri

# SERVICE LIST

*Co-Counsel for Defendants Goldman Sachs & Co., JP Morgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Bank Of America Securities, LLC, and Bank of America Corporation as successor-in-interest To Merrill Lynch, Pierce, Fenner & Smith, Inc.*

| | |
|---|---|
| Shahzeb Lari<br>Stephanie J. Goldstein<br>William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br><br>Shahzeb.lari@friedfrank.com<br>Stephanie.goldstein@friedfrank.com<br>William.mcguinness@friedfrank.com | James Regan<br>James J. Coster<br>Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>NewYork, NY 10169<br><br>jregan@ssbb.com<br>jcoster@ssbb.com<br>jrubins@ssbb.com |
| Jeffrey C. Zwerling<br>Justin M. Tarshis<br>Zwerling Schachter & Zwerling, LLP<br>41 Madison Avenue<br>32nd Floor<br>New York, N.Y. 10010<br><br>jzwerling@zsz.com<br>jtarshis@zsz.com | Takeo A. Kellar<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br><br>takeok@blbglaw.com |

**\*NON-ECF REGISTRANTS WILL BE SERVED VIA EMAIL**

11/23/10

12386247.1

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK