1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
3  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  JEROME C. ROTH (SBN 159483)
   Jerome.Roth@mto.com
6  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
7  CAROLYN V. ZABRYCKI (SBN 263541)
   Carolyn.Zabrycki@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street,  27th floor
9  San Francisco, CA 94105-2907
   Telephone:     (415) 512-4000
10 Facsimile:     (415) 512-4077

11 Attorneys for Defendants
   WELLS FARGO DEFENDANTS AND THE
12 INDIVIDUAL DEFENDANTS

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 IN RE WELLS FARGO MORTGAGE-        Civil Action No. 09-01376 LHK (PVT)
   BACKED CERTIFICATES LITIGATION
18                                    **CONSOLIDATED CLASS ACTION ECF**

19                                    **STIPULATION AND ORDER TO
                                      EXTEND TIME TO SERVE
                                      INITIAL DISCLOSURES**

20

21

22

23

24

25

26

27

28

1            WHEREAS, Lead Plaintiffs filed the Amended Consolidated Class Action

2    Complaint on May 28, 2010;

3            WHEREAS, the Court issued an order on October 5, 2010 granting in part and

4    denying in part the motion to dismiss filed by the Wells Fargo Bank, N.A., Wells Fargo Asset

5    Securities Corporation and Individual Defendants (collectively, "Wells Fargo Defendants");

6            WHEREAS, the Court issued an order on October 19, 2010 granting the

7    Underwriter Defendants' motion to dismiss;

8            WHEREAS, the parties agreed that Defendants shall answer the Amended

9    Complaint on or before November 23, 2010;

10           WHEREAS, this Court set the deadline for Wells Fargo Defendants' initial

11   disclosures as November 23, 2010;

12           WHEREAS, the week of the Thanksgiving holiday is November 22, 2010;

13           WHEREAS, Wells Fargo Defendants request a one week extension to November

14   30, 2010 to serve their initial disclosures;

15           WHEREAS, Plaintiffs do not oppose a one week extension to November 30, 2010

16   for the Wells Fargo Defendants and Plaintiffs to serve their initial disclosures;

17           THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned

18   counsel for the parties herein, that:

19           The deadline for Wells Fargo Defendants and Plaintiffs to serve their initial

20   disclosures is November 30, 2010.

21   Dated:  November 22, 2010        BERNSTEIN LITOWITZ BERGER
                                             & GROSSMANN LLP
22
                                             DAVID R. STICKNEY
23                                           TIMOTHY A. DELANGE
                                             MATTHEW P. JUBENVILLE
24                                           TAKEO A. KELLAR
                                             12481 High Bluff Drive, Suite 300
25                                           San Diego, CA 92130
                                             Tel:    (858) 793-0070
26                                           Fax:    (858) 793-0323

27                                           *Lead Counsel for the Class*

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
                                     TIME TO SERVE INITIAL DISCLOSURES
                                     CASE NO. 09-1376-LHK

1

_David R. Stickney_
DAVID R. STICKNEY

2

3    Dated:  November 22, 2010

4

5

6

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
Marc.Dworsky@mto.com
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel:    (213) 683-9100
Fax:    (213) 687-3702

7

8

9

10

11

12

JEROME C. ROTH
Jerome.Roth@mto.com
DAVID H. FRY
David.Fry@mto.com
CAROLYN V. ZABRYCKI
Carolyn.Zabrycki@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Tel:    (415) 512-4000
Fax:    (415) 512-4077

13

_Carolyn V. Zabrycki_
CAROLYN V. ZABRYCKI

14

15

_Attorneys for the Wells Fargo Defendants and the
Individual Defendants_

16    Dated:  November 22, 2010

17

18

19

20

21

22

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
William G. McGuinness (_pro hac vice_)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (_pro hac vice_)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (_pro hac vice_)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

23

_Stephanie J. Goldstein_
STEPHANIE J. GOLDSTEIN

24

_Attorneys for the Underwriter Defendants_

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO SERVE INITIAL DISCLOSURES
CASE NO. 09-1376-LHK

1

2

3          Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding

4   signatures, I attest under penalty of perjury that concurrence in the filing of the document has

5   been obtained from each of the other signatories listed above.

6

7                                        *Carolyn V. Zabrycki*
                                    CAROLYN V. ZABRYCKI

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
                                                 TIME TO SERVE INITIAL DISCLOSURES
                                                 CASE NO. 09-1376-LHK

1

<u>**ORDER**</u>

2

In accordance with the parties' stipulation, it is hereby ORDERED that:

3

The deadline for Wells Fargo Defendants' and Plaintiffs' initial disclosures shall be

4

November 30, 2010.

5

IT IS SO ORDERED.

6

DATED: _____*11/24/*_____, 2010

7

United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO SERVE INITIAL DISCLOSURES
CASE NO. 09-1376-LHK