# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 10-17647     U.S. District Court Case No. 5-09-cv-1376-LHK

Short Case Title   Gen. Ret. Sys. of the City of Detroit v. Wells Fargo Mortg. Backed Sec. 2006-AR18 Trust

Date Notice of Appeal Filed by Clerk of District Court   11/22/10

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 09/07/10 | Lee-Anne Shortridge | Other (specify) Motion to Dismiss |
| 10/07/10 | Lee-Anne Shortridge | Other (specify) Motion to Intervene |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Anthony D. Phillips
Berman DeValerio
1 California Street, Suite 900
San Francisco, CA 94111
(415)-433-3200

Date Transcript Ordered 11/22/2010

_(signature)_
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## CERTIFICATE OF SERVICE

I, Kirill Levashov, hereby declare as follows:

I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On November 29 2010, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Anthony D. Phillips and at his direction, I filed and served true and correct copies of the forgoing **TRANSCRIPT DESIGNATION AND ORDERING FORM.**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, following are those who are currently on the list to receive e-mail notices for this case:

**SEE ATTACHED MAILING INFORMATION
FOR A CASE 5:09-CV-01376-LHK**

I further declare that on November 29, 2010, I served a true and correct copy of foregoing document listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by placing a true copy thereof enclosed in a sealed envelope, addressed as shown below, affixing proper first class postage, and depositing the envelope in the United States Mail at San Francisco, California, in accordance with Berman DeValerio's ordinary business practices:

**SEE ATTACHED MAILING INFORMATION
FOR A CASE 5:09-CV-01376-LHK**

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on November 29, 2010.

*/s/ Kirill Levashov*
Kirill Levashov

# Mailing Information for a Case 5:09-cv-01376-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  FAbrams@cahill.com,FAbrams@cahill.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **David T. Biderman**
  dbiderman@perkinscoie.com,docketsflit@perkinscoie.com

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Stephen McGeorge Bundy**
  sbundy@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com

- **Timothy Alan DeLange**
  timothyd@blbglaw.com,kayem@blbglaw.com,kristinas@blbglaw.com,takeok@blbglaw.com

- **Dan Drachler**
  ddrachler@zsz.com

- **Marc T. Dworsky**
  Marc.Dworsky@mto.com,phillip.signey@mto.com

- **Andrew J. Ehrlich**
  aehrlich@paulweiss.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Farschad Farzan**
  ffarzan@perkinscoie.com,docketsflit@perkinscoie.com,callen@perkinscoie.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com

- **David H. Fry**
  frydh@mto.com,lauren.larocca@mto.com,julie.lunsford@mto.com

- **Robert A. Goodin**
  rgoodin@gmssr.com,dalbano@gmssr.com

- **Francis M. Gregorek**
  gregorek@whafh.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jenny Huang Hong**
  jenny.hong@mto.com,lauren.larocca@mto.com,milvi.giesinger@mto.com

- **Thomas Octavian Jacob**
  tojacob@wellsfargo.com,Merredith.Lloyd@wellsfargo.com

- **Takeo Austin Kellar**
  takeok@blbglaw.com,kristid@blbglaw.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com,efilings@cohenmilstein.com

- **Andrew Dale Lanphere**
  andrew.lanphere@pillsburylaw.com

- **Christopher Lometti**
  clometti@cohenmilstein.com,efilings@cohenmilstein.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **David Andrew McCarthy**
  dmccarthy@wsgr.com,vmendoza@wsgr.com

- **Kathleen Marie McDowell**
  kathleen.mcdowell@mto.com,denise.olguin@mto.com

- **Jonathan Alan Patchen**
  jpatchen@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com

- **Erik David Peterson**
  epeterson@csgrr.com

- **Anthony David Phillips**
  aphillips@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Daniel B. Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Rachele R. Rickert**
  rickert@whafh.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Tammy L. Roy**
  TRoy@cahill.com,TRoy@cahill.com

- **Tobias J. Stern**
  tstern@paulweiss.com

- **David Ronald Stickney**
  davids@blbglaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com,cwoodrich@tcolaw.com,mcianfrani@tcolaw.com,jpatchen@tcolaw.com,sbundy@tcolaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Carolyn Veronica Zabrycki**
  carolyn.zabrycki@mto.com,Angela.Balestrieri@mto.com

- **Adam Zurofsky**
  AZurofsky@cahill.com,AZurofsky@cahill.com

- **Robin F. Zwerling**
  rzwerling@zsz.com,jtarshis@zsz.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
```

New York, NY 10169

**Stephanie J. Goldstein**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**Takeo A. Kellar**
Bernstein Litwitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

**Shahzeb Lari**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**William G. McGuinness**
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

**James Regan**
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
Ne wYork, NY 10169

**Joshua M. Rubins**
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

**David Andrew Thorpe**
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130