| | |
|---|---|
| 1 | MARC T.G. DWORSKY (SBN 157413) |
| | Marc.Dworsky@mto.com |
| 2 | KATHLEEN M. MCDOWELL (SBN 115976) |
| | Kathleen.McDowell@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 25th floor |
| 4 | Los Angeles, CA  90071-1560 |
| | Telephone:     (213) 683-9100 |
| 5 | Facsimile:      (213) 687-3702 |
| 6 | DAVID H. FRY (SBN 189276) |
| | David.Fry@mto.com |
| 7 | JENNY H. HONG (SBN 251751) |
| | Jenny.Hong@mto.com |
| 8 | CAROLYN V. ZABRYCKI (SBN 263541) |
| | Carolyn.Zabrycki@mto.com |
| 9 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street,  27th floor |
| 10 | San Francisco, CA 94105-2907 |
| | Telephone:     (415) 512-4000 |
| 11 | Facsimile:      (415) 512-4077 |
| 12 | Attorneys for Defendants |
| | WELLS FARGO DEFENDANTS AND THE |
| 13 | INDIVIDUAL DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) |
| | **CONSOLIDATED CLASS ACTION ECF** |
| | **DECLARATION OF SERVICE** |

12513332.1

DECLARATION OF SERVICE
NO. 09-01376-LHK

**DECLARATION OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 S. Grand Ave., 35th Floor, Los Angeles, CA 90071-1560.

On December 10, 2010, a true and correct copy of the following document(s):

**OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF RULE 54(B) JUDGMENT BY WELLS FARGO DEFENDANTS, INDIVIDUAL DEFENDANTS AND UNDERWRITER DEFENDANTS**

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2010, at Los Angeles, California.

_____
Denise Olguin

# SERVICE LIST

*Co-Counsel for Defendants Goldman Sachs & Co., JP Morgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Bank Of America Securities, LLC, and Bank of America Corporation as successor-in-interest To Merrill Lynch, Pierce, Fenner & Smith, Inc.*

| | |
|---|---|
| Shahzeb Lari<br>Stephanie J. Goldstein<br>William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br><br>Shahzeb.lari@friedfrank.com<br>Stephanie.goldstein@friedfrank.com<br>William.mcguinness@friedfrank.com | James Regan<br>James J. Coster<br>Joshua M. Rubins<br>Satterlee Stephen Burke & Burke LLP<br>230 Park Avenue<br>NewYork, NY 10169<br><br>jregan@ssbb.com<br>jcoster@ssbb.com<br>jrubins@ssbb.com |
| Jeffrey C. Zwerling<br>Justin M. Tarshis<br>Zwerling Schachter & Zwerling, LLP<br>41 Madison Avenue<br>32nd Floor<br>New York, N.Y. 10010<br><br>jzwerling@zsz.com<br>jtarshis@zsz.com | Takeo A. Kellar<br>Bernstein Litowitz Berger & Grossmann LLP<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br><br>takeok@blbglaw.com |

**\*NON-ECF REGISTRANTS WILL BE SERVED VIA EMAIL**

12/10/10