UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 7, 2011

**CASE INFORMATION:**
Short Case Title:  GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT -v- THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST ET AL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose Division, Judge Lucy H. Koh
Criminal and/or Civil Case No.:  CV 09-01376 LHK
Date Complaint/Indictment/Petition Filed: 3/27/2009
Date Appealed order/judgment *entered* 10/19/2010, 12/27/2010
Date NOA *filed* 12/30/2010

COA Status (check one):  ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: Lee-Anne Shortridge 408-287-4580

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 12/30/2010                    Date Docket Fee Billed:
Date FP granted:                                     Date FP denied:
Is FP pending?  ☐ yes   ☐ no                         Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: David R. Stickney                 Appellee Counsel: David H. Fry
  Timothy A. DeLane, Matthew P. Jubenville, Takeo A Kellar    Jenny Huang Hong,
  12481 High Bluff Drive, Suite 300                  560 Mission Street, 27th Floor
  San Diego, CA.  92130                              San Francisco, CA.  94105-2907
 davids@blbglaw.com timothyd@blbglaw.com             frydh@mto.com  jenny.hong@mto.com
 matthewj@blbglaw.com  takeok@blbglaw.com
 jonathanu@blbglaw.com

X retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                      9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Diane Miyashiro
                                                     408-535-5373