UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE BACKED CERTIFICATES LITIGATION | Case No.: C 09-1376 LHK (PSG)<br><br>**ORDER DENYING STIPULATED REQUEST TO SHORTEN TIME**<br><br>**(Re: Docket No. 333)** |

On January 10, 2011, the parties filed a stipulation and proposed order to shorten time for briefing and hearing Plaintiffs' anticipated motion for a protective order and/or to quash subpoenas. Based on the stipulation and proposed order, and the file herein,

IT IS HEREBY ORDERED that the parties' stipulated request to shorten time is DENIED. The proposed briefing and hearing schedule would leave the court only one court day after the close of briefing to review the papers submitted and prepare to hear a motion for protection and/or to quash 17 subpoenas. The parties make no showing that such a truncated schedule is warranted. Further, Plaintiffs have not yet filed the motion, and the parties do not include in their stipulation any information regarding the scope and complexity of the anticipated motion.

IT IS FURTHER ORDERED that this order is without prejudice to either a stipulation or motion to shorten time, filed concurrently with Plaintiffs' motion for protective order and/or to quash subpoenas, that shows good cause for shortening time.

Dated: *January 11, 2011*

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*