1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  KATHLEEN M. MCDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
7  JENNY H. HONG (SBN 251751)
   Jenny.Hong@mto.com
8  CAROLYN V. ZABRYCKI (SBN 263541)
   Carolyn.Zabrycki@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th floor
10 San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
11 Facsimile:   (415) 512-4077

12 Attorneys for Defendants
   WELLS FARGO DEFENDANTS AND THE
13 INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**AMENDED DECLARATION OF SERVICE** |

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the City and County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

On February 9, 2011, a true and correct copy of the following document(s):

1. **OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS; and**

2. **DECLARATION OF DANIEL MCCARTHY IN SUPPORT OF OPPOSITION TO MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS**

were electronically served on those attorneys not registered with the Court's ECF System (see attached service list).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2011, at San Francisco, California.

_____
Julie W. Lunsford

# SERVICE LIST

| Counsel for Underwriter-Defendants | |
|---|---|
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**Fried Frank Harris Shriver & Jacobson LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br>Email: william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |

\*NON-ECF REGISTRANTS WILL BE SERVED VIA EMAIL