KLAPACH & KLAPACH
  Joseph S. Klapach (SB# 206345)
8200 Wilshire Boulevard, Suite 300
Beverly Hills, CA  90211-2328
(310) 525-3724, (310) 728-1779 (fax)
joseph@klapachlaw.com

Attorneys for Defendants,
WELLS FARGO BANK, N.A. and
WELLS FARGO ASSET SECURITIES
CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

1  TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that the undersigned of the law office of Klapach
3  & Klapach enters this Notice of Appearance in the above-referenced action as
4  counsel for Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities
5  Corporation.

6  DATED: February 11, 2011                       KLAPACH & KLAPACH

By: _____/s_ *Joseph S. Klapach*_____
       Joseph S. Klapach

Attorneys for Defendants
WELLS FARGO BANK, N.A. AND
WELLS FARGO ASSET SECURITIES
CORPORATION

- 1 -

CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on February 11, 2011, with a copy of this document via the Court's CM/ECF system. Counsel of record are as follows:

| *Counsel for Lead Plaintiffs* | |
|---|---|
| David R. Stickney<br>Timothy A. DeLange<br>Matthew J. Jubenville<br>Takeo A. Kellar<br>Jonathan D. Uslaner<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>Email: davids@blbglaw.com,<br>takeok@blbglaw.com, timothyd@blbglaw.com<br>matthewj@blbglaw.com, jonthanu@blbglaw.com | |

| *Counsel for Underwriter Defendants* | |
|---|---|
| Bruce A. Ericson<br>Andrew D. Lanphere<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Tel: (415) 983-1000<br>Fax: (415) 983-1200<br>Email: bruce.ericson@pillsburylaw.com<br>andrew.lanphere@pillsburylaw.com | William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**Fried Frank Harris Shriver & Jacobson LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br>Email: william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2011, at Beverly Hills, California.

            _____/s__*Joseph S. Klapach*_____
                 Joseph S. Klapach