MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com, carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.,
WELLS FARGO ASSET SECURITIES CORPORATION,
FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID
MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**[PROPOSED] ORDER GRANTING WELLS FARGO DEFENDANTS' MOTION TO COMPEL DISCOVERY**<br><br>[Notice of Motion and Motion with attached Memorandum of Points and Authorities, and Declaration of James C. Rutten filed concurrently herewith]<br><br>Judge: Honorable Paul S. Grewal<br>Date: March 22, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5 |

1    On March 22, 2011 at 10:00 a.m., the Motion to Compel Discovery filed by Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary (collectively, the "Wells Fargo Defendants") came on for hearing in Courtroom 5 of the above-captioned Court, The Honorable Paul S. Grewal presiding.  The Court, having considered the papers and arguments submitted in support of and in opposition to the motion, and good cause appearing, hereby GRANTS the motion and ORDERS that the following shall take place within ten days of this Order:

   1.   Plaintiffs shall provide full and complete responses to Interrogatories 1, 2, and 4, and promptly shall produce all non-privileged documents that are responsive to Request for Production ("RFP") 56.

   2.   Plaintiffs shall provide full and complete responses to Interrogatories 5 and 6.

   3.   Plaintiffs shall produce all non-privileged documents that are responsive to RFP 60.

   4.   Plaintiffs shall produce all non-privileged documents that are responsive to RFPs 3, 4, 12, 13, 26, 27, 36, 64, 65, 70, 71, and 72.

   5.   Plaintiffs shall use all available means to obtain information and documents that are responsive to the Wells Fargo Defendants' interrogatories and document requests from Plaintiffs' investment managers, investment advisors, investment consultants, auditors, and accountants.  Plaintiffs shall produce all such non-privileged information and documents.

IT IS SO ORDERED.

DATED:                                              _____
                                                    The Honorable Paul S. Grewal
                                                    United States Magistrate Judge

1  Submitted by:

2  MUNGER, TOLLES & OLSON LLP

3

4  By:_____/s/ James C. Rutten_____
              James C. Rutten
5
   Attorneys for Defendants WELLS FARGO
6  BANK, N.A., WELLS FARGO ASSET
   SECURITIES CORPORATION,
7  FRANKLIN CODEL, DOUGLAS
   JOHNSON, DAVID MOSKOWITZ, and
8  THOMAS NEARY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28