MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com, carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.,
WELLS FARGO ASSET SECURITIES CORPORATION,
FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID
MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PSG) <br><br> CONSOLIDATED CLASS ACTION ECF <br><br> **DECLARATION OF JAMES C. RUTTEN IN SUPPORT OF WELLS FARGO DEFENDANTS' MOTION TO COMPEL DISCOVERY** <br><br> [Notice of Motion and Motion with attached Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith] <br><br> Judge: Honorable Paul S. Grewal <br> Date: March 22, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 5 |

13073774.1

DECLARATION OF JAMES C. RUTTEN
CASE NO. 09-1376-LHK (PSG)

I, James C. Rutten, declare:

1.I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary (collectively, the "Wells Fargo Defendants"). I have personal knowledge of the facts stated in this declaration and could testify to them competently if called upon to do so. I make this declaration in support of the Wells Fargo Defendants' Motion to Compel Discovery.

2.On November 16, 2010, Wells Fargo Bank, N.A. served its First Set of Interrogatories, and the Wells Fargo Defendants served their First Set of Requests for the Production of Documents. On December 20, 2010, Plaintiffs served their Responses and Objections to the First Set of Interrogatories, and their Responses and Objections to the First Set of Requests for the Production of Documents. True and correct copies of Plaintiffs' discovery responses (which recite the requests) are attached hereto as Exhibits 1 and 2, respectively.

3.Because Plaintiffs' discovery responses contained numerous objections and did not respond fully to the interrogatories or commit to produce all responsive documents, the parties met and conferred in an attempt to resolve their areas of disagreement. This meet-and-confer process was protracted, and entailed lengthy telephone conferences on at least January 4 and January 27, 2011. The meet-and-confer process also involved significant written correspondence, true and correct copies of which are attached hereto as follows:

Exhibit 3:Letter from me to Plaintiffs' counsel dated December 21, 2010.
Exhibit 4:Letter from me to Plaintiffs' counsel dated January 11, 2011.
Exhibit 5:Letter from Plaintiffs' counsel to me dated January 20, 2011.
Exhibit 6:Letter from me to Plaintiffs' counsel dated January 21, 2011.
Exhibit 7:Letter from me to Plaintiffs' counsel dated January 31, 2011.
Exhibit 8:Letter from Plaintiffs' counsel to me dated February 2, 2011.

4.Attached hereto are true and correct copies of the following additional exhibits:

| | | |
|---|---|---|
| Exhibit 9: | Excerpts of Prospectus Supplement for Wells Fargo Mortgage-Backed Securities 2007-11 Trust. |
| Exhibit 10: | Excerpts of the First Amended Complaint, dated January 3, 2011, in *Trust Company of the West v. Gundlach*, Los Angeles County Superior Court, Case No. BC429385. |
| Exhibit 11: | A Bloomberg transcript, dated October 15, 2009, of a conference call for the TCW Strategic Income Fund, including statements by Jeffrey Gundlach, the Chief Investment Officer of the fund. |
| Exhibit 12: | Excerpts from a document produced by Plaintiffs in this action entitled Investment Management Agreement Between Brandywine Asset Management and Alameda County Employees' Retirement Association. |

5. In addition to the discovery served on Plaintiffs, the Wells Fargo Defendants served third-party subpoenas for documents on Plaintiffs' various investment managers in late December 2010 and early January 2011. Only two investment managers have produced any documents in response to the subpoenas, and the categories of documents produced are significantly less than what the subpoenas sought.

6. Attached hereto as Exhibit 13 is a true and correct copy of a letter dated January 14, 2011 from counsel for one of Plaintiffs' investment managers. The letter contains objections to the subpoena the Wells Fargo Defendants served on that investment manager. Among other things, the letter objects on page 1 that "[t]he documents and information requested by the subpoena include documents and information that would appear to be available from a party."

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on February 11, 2011 at Los Angeles, California.

*/s/ James C. Rutten*
James C. Rutten