MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com, carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.,
WELLS FARGO ASSET SECURITIES CORPORATION,
FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID
MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR WELLS FARGO DEFENDANTS' MOTION TO COMPEL**<br><br>Judge: Honorable Paul S. Grewal |

13072888.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. 09-1376-LHK (PSG)

1    WHEREAS on February 8, 2011, Lead Plaintiffs filed a motion to compel documents from Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation and noticed their motion for a hearing on March 15, 2011, in accordance with the Local Rules;

4    WHEREAS Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary (collectively, the "Wells Fargo Defendants") had been preparing their own motion to compel, and are filing it concurrently with this stipulation;

8    WHEREAS the Wells Fargo Defendants are noticing their motion to be heard on March 22, 2011, the first hearing date that is 35 or more days after filing;

10    WHEREAS the Wells Fargo Defendants believe that it would serve the cause of judicial efficiency to have both motions heard on March 15, 2011 and would conserve the resources of the parties to have both motions heard together, particularly given that counsel otherwise would have to travel from out of town for two hearings a week apart;

14    WHEREAS the Wells Fargo Defendants believe that their motion should be heard at the earliest opportunity given their April 7, 2011 deadline to oppose Plaintiffs' class certification motion;

17    WHEREAS Lead Plaintiffs do not object to shortening time for the Wells Fargo Defendants' Motion on the terms set forth herein;

19    WHEREAS the parties therefore submit this stipulation to shorten time on the Wells Fargo Defendants' motion to 32 days, to set a briefing schedule, and to reschedule the noticed hearing date from March 22, 2011 to March 15, 2011;

22    WHEREAS under this stipulation, the motion would be fully briefed 12 days before the hearing on the motion;

24    NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT (a) the 35-day notice requirement of Local Rule 7-2 shall be shortened to 32 days with respect to the Wells Fargo Defendants' motion to compel; (b) Plaintiffs' papers in opposition to the motion shall be due by February 25, 2011

(*i.e.*, 14 days later); (c) Defendants' reply papers shall be due by March 3, 2011 (*i.e.*, 6 days later); and (d) the hearing on the motion shall be held on March 15, 2011 at 10:00 a.m.

DATED: 2/11/2011  MUNGER, TOLLES & OLSON LLP

By: /s/ James C. Rutten
James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A., WELLS FARGO ASSET SECURITIES CORPORATION, FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID MOSKOWITZ, and THOMAS NEARY

DATED: 2/11/2011  BERSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ Jonathan D. Uslaner
Jonathan D. Uslaner

Attorneys for Lead Plaintiffs ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, GOVERNMENT OF GUAM RETIREMENT FUND, NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, and LOUISIANA SHERIFFS' PENSION AND RELIEF FUND

* * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____
The Honorable Paul S. Grewal
United States Magistrate Judge

13072888.1

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. 09-1376-LHK (PSG)

## FILER'S ATTESTATION

I, James C. Rutten, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Continuing Case Management Conference. In compliance with General Order 45, Paragraph X.B, I hereby attest that the attorneys listed as signatories above have concurred in this filing.

DATED: 2/11/2011          By:        /s/ James C. Rutten
                                         James C. Rutten