MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com, carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.,
WELLS FARGO ASSET SECURITIES CORPORATION,
FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID
MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PSG) <br><br> CONSOLIDATED CLASS ACTION ECF <br><br> **DECLARATION OF JAMES C. RUTTEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON WELLS FARGO DEFENDANTS' MOTION TO COMPEL** <br><br> Judge: Honorable Paul S. Grewal |

I, James C. Rutten, declare:

1. I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary (collectively, the "Wells Fargo Defendants"). I have personal knowledge of the facts stated in this declaration and could testify to them competently if called upon to do so. I make this declaration in support of the parties' Stipulation and Proposed Order Shortening Time on the Wells Fargo Defendants' Motion to Compel.

2. On February 8, 2011, Plaintiffs filed a motion to compel the production of documents from Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation. Plaintiffs noticed their motion to be heard on March 15, 2011, exactly 35 days after its filing.

3. At the time Plaintiffs filed their motion, the Wells Fargo Defendants had been preparing their own motion, which is being filed concurrently herewith. The Wells Fargo Defendants have noticed the motion for March 22, 2011, the first available hearing date that is 35 or more days after its filing.

4. The Wells Fargo Defendants believe that it would serve the cause of judicial efficiency to have both motions heard on March 15, 2011, and would conserve the resources of the parties to have both motions heard together, particularly given that counsel otherwise would have to travel from out of town for two hearings a week apart. The Wells Fargo Defendants also believe that their motion should be heard at the earliest opportunity given their April 7, 2011 deadline to oppose Plaintiffs' class certification motion.

5. Accordingly, the parties are submitting herewith a stipulation to shorten time on the Wells Fargo Defendants' motion to 32 days, to set a briefing schedule, and to reschedule the noticed hearing date from March 22, 2011 to March 15, 2011. Specifically, the parties' stipulation provides that (a) the 35-day notice requirement of Local Rule 7-2 shall be shortened to 32 days with respect to the Wells Fargo Defendants' motion to compel; (b) Plaintiffs' papers in opposition to the motion shall be due by February 25, 2011 (*i.e.*, 14 days later); (c) the Wells

1  Fargo Defendants' reply papers shall be due by March 3, 2011 (*i.e.*, 6 days later); and (d) the
2  hearing on the motion shall be held on March 15, 2011 at 10:00 a.m. Under this stipulation, the
3  Wells Fargo Defendants' motion would be fully briefed 12 days prior to the hearing on the
4  motion.

5        6.     This stipulation does not request an extension of any deadline. To the contrary, it
6  seeks to accelerate the hearing of the Wells Fargo Defendants' motion. The stipulation, if
7  approved, would not affect any deadline in the case.

8        7.     The District Court entered a Case Management Order setting various case
9  deadlines on October 20, 2010. The parties have not obtained an extension of any of those dates
10 other than the deadline to serve initial disclosures, which have since been served.

11     I declare under penalty of perjury under the laws of the United States and of the State of
12 California that the foregoing is true and correct, and that this declaration was executed on
13 February 11, 2011 at Los Angeles, California.

_____
James C. Rutten