1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:       Hon. Lucy H. Koh<br>Date:        May 19, 2011<br>Time         2:00 p.m.<br>Courtroom:   4, 5th Floor |

**[PROPOSED] ORDER**

This matter is before the Court upon the Motion for Class Certification (the "Motion") brought by Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund (collectively, "Lead Plaintiffs").  Having considered this Motion and all other papers, as well as the pertinent portions of the record in this case, and for good cause appearing, Lead Plaintiffs' Motion is GRANTED.

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), this action is certified as a class action, as follows:

> All persons or entities who purchased or otherwise acquired Wells Fargo Mortgage-Backed Securities 2006-1, 2006-2, 2006-3, 2006-4, 2006-6, 2006-AR1, 2006-AR2, 2006-AR4, 2006-AR5, 2006-AR6, 2006-AR8, 2006-AR10, 2006-AR11, 2006-AR12, 2006-AR14, 2006-AR17 or 2007-11, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants and their respective officers, affiliates and directors at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

IT IS FURTHER ORDERED that Lead Plaintiffs are appointed as Class Representatives, and Bernstein Litowitz Berger & Grossmann LLP is appointed Class Counsel

IT IS SO ORDERED.

DATED: _____, 2011        _____
                                        THE HONORABLE LUCY H. KOH
                                        United States District Judge

[PROPOSED] ORDER
Case No. 09-cv-01376-LHK (PSG)