BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
MATTHEW J. JUBENVILLE (Bar No. 228464)
TAKEO A. KELLAR (Bar No. 234470)
JONATHAN D. USLANER (Bar No. 256898)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com
takeok@blbglaw.com
jonthanu@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2. That on February 11, 2011, the following documents:

- Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities in Support Thereof (REDACTED);

- Declaration of David R. Stickney in Support of Motion for Class Certification (REDACTED):

| | |
|---|---|
| Exhibit 1: | Expert Report of Joseph R. Mason, Ph.D. |
| Exhibit 2: | Excerpts of the 2007 Wells Fargo and Company Annual Report |
| Exhibit 3: | TO BE FILED UNDER SEAL |
| Exhibit 4: | TO BE FILED UNDER SEAL |
| Exhibit 5: | TO BE FILED UNDER SEAL |
| Exhibit 6: | Excerpts from January 2011 Report prepared by Financial Crisis Inquiry Commission |
| Exhibit 7: | TO BE FILED UNDER SEAL |
| Exhibit 8: | TO BE FILED UNDER SEAL |
| Exhibit 9: | Wells Fargo Defendants' Responses to Lead Plaintiffs' First Set of Requests for Admissions, dated January 7, 2011 |
| Exhibit 10: | Excerpts from Wells Fargo Asset Securities Corporation's Registration Statements, dated July 29, 2005, October 20, 2005, and September 27, 2006 |
| Exhibit 11: | Excerpts from Wells Fargo Asset Securities Corporation's Prospectus Supplements for the Offerings |
| Exhibit 12: | Excerpts from Wells Fargo Asset Securities Corporation's Prospectuses for the Offerings |
| Exhibit 13: | Lead Plaintiffs' previously-filed PSLRA certifications |
| Exhibit 14: | Custodial bank records from Lead Plaintiff Alameda County Employees' Retirement Association |
| Exhibit 15: | Custodial bank records from Lead Plaintiff New Orleans Employees' Retirement System |
| Exhibit 16: | Custodial bank records from Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund |
| Exhibit 17: | Custodial bank records from Lead Plaintiff Government of Guam Retirement Fund |
| Exhibit 18: | TO BE FILED UNDER SEAL |
| Exhibit 19: | TO BE FILED UNDER SEAL |
| Exhibit 20: | TO BE FILED UNDER SEAL |
| Exhibit 21: | Firm Resume of Bernstein Litowitz Berger & Grossmann LLP |

- [Proposed] Order Granting Motion for Class Certification; and
- Declaration of Service

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

3. I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**scac@law.stanford.edu**

**Note**: Unredacted copies of the documents that were filed above as "redacted" and copies of the documents to be filed under seal will be served in hard copy only on those parties listed on the service list below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 11th day of February 2011.



KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

SERVICE LIST

| Counsel for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary and Douglas K. Johnson ||
|---|---|
| David H. Fry<br>Jenny Huang Hong<br>**Munger Tolles & Olson LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>415-512-4082<br>frydh@mto.com<br>jenny.hong@mto.com | Kathleen Marie McDowell<br>Marc T. Dworsky<br>**Munger, Tolles & Olson LLP**<br>355 S. Grand Avenue, Suite 3500<br>Los Angeles, CA 90071<br>213-683-9134<br>kathleen.mcdowell@mto.com<br>marc.dworsky@mto.com |
| **Counsel for Defendants Goldman Sachs & Co., J.P. Morgan Chase Inc., as successor-in-interest to Bear Stearns & Co., Inc., Morgan Stanley & Co., Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc., Barclays Capital, Inc., Bank of America Securities, LLC, Credit Suisse Securities (USA), LLC, Morgan Stanley & Co., Inc., Countrywide Securities Corporation, Merrill Lynch, Pierce, Fenner & Smith Inc. and Bank of America Corporation as successor-in-interest to Countrywide Financial Corporation** ||
| Bruce A. Ericson<br>Andrew D. Lanphere<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Tel: (415) 983-1000<br>bruce.ericson@pillsburylaw.com<br>andrew.lanphere@pillsburylaw.com | |
| **Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.** ||
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**\*FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |

2/11/2011

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)