# EXHIBIT A

PAGE   1                      DERWRITING SCREEN               DATE 03/28/05
                                                              TIME 09:01:57

LOAN NUMBER 
NAME                                               UNDERWRITER PMBRTAIT

                              *** COMMENTS ***
    03/21/05 PMB/SASPAAS/ CREDIT APPROVED. $ 800,000 PURCHASE
    PRIMARY NEW CONST. FIXED 15 REDUCED DOC.            *Listing agreement*
    1. MAX D/I = 41%
    2. MAX LTV/CLTV = 80%
    3. BANKER TO EDIT APPLICAITON WITH CHANGES/CORRECTIONS AND R
    ESUBMIT LOAN TO DECISION SERVER.
    4. MIN. PCL = $ 6,830,791.00 FOR ASSET DISSIPATION.

                          *** CLOSING CONDITIONS ***

1)  BORROWER(S) TO SIGN FINAL TYPED 1003, 92900A OR 1802A AT OR
    PRIOR TO CLOSING.

17) OWNER OCCUPANCY STATEMENT SIGNED BY BORROWER(S).

21) SIGNED AND COMPLETED IRS FORM #4506.

49) CREDIT DOCUMENTS MUST BE UPDATED AND REVIEWED IF LOAN IS
    NOT CLOSED BY  05/30/05 .

28) OTHER
    1. MORTGAGE SPECIALIST TO ENSURE THAT THE PRELIMINARY TITLE,
    PURCHASE AGREEMENT, AND APPRAISAL ALL SHOW THE SAME SELLER. IF
    THEY DO NOT MATCH MS TO CONTACT THE FRAUD HOTLINE.

                          *** APPROVAL CONDITIONS ***

                                *** CREDIT ***

                                *** ASSETS ***

  ✓ LENDER TO RECEIVE A COMPLETE COPY OF THE MOST RECENT   1 MONTH(S)
    ASSET STATEMENTS FROM THE FOLLOWING   INSTITUTION(S):
    CURRENT BALANCE: $      7,531,522 INSTITUTION: PER APPLICATION
    CURRENT BALANCE: $                INSTITUTION:
    CURRENT BALANCE: $                INSTITUTION:
    CURRENT BALANCE: $                INSTITUTION:
    THE SOURCE OF ALL LARGE DEPOSITS MUST BE VERIFIED AND ACCEPTABLE TO
    LENDER.

                          *** EMPLOYMENT-INCOME ***

                         *** PROPERTY-TRANSACTION ***

23) ✓ LENDER TO RECEIVE A FULLY EXECUTED PURCHASE AGREEMENT, INCLUDING ALL
    ADDENDUMS (IF NEW CONSTRUCTION INCLUDE ALL UPGRADE-OPTION INFORMA-
    TION), WITH A MINIMUM SALES PRICE OF $   1,475,000 . ALL TERMS
    MUST BE ACCEPTABLE TO THE LENDER.

28) ALL CONDITIONS SUBJECT TO REVIEW AND ACCEPTANCE BY LENDER.

 1. SATISFACTORY LISTING AGREEMENT ON THE DEPARTURE RESIDENCE
 2. SATISFACTORY RECEIPT AND REVIEW OF ONE APPRAISAL TO SUPPORT
    A VALUE OF $ 1,475,000
 3. NO SUBORDINATE FINANCING ALLOWED.

LOAN NUMBER ▮▮▮▮▮
NAME ▮▮▮▮▮▮▮▮▮▮                              UNDERWRITER PMBRTAIT

4. UPDATE ALL LOAN DOCUMENTS, INCLUDING INCOME, CREDIT AND
ASSETS WITHIN 180 DAYS OF CLOSING WITH NO MATERIAL ADVERSE
CHANGES.

WFLP00000512

```
PAGE   1                        LOAN NUMBER  ███████            DATE 03/28/05
                                                                 TIME 09:01:57


******************LOAN SUMMARY********************
        Borrower Information
Borrower Name:
Total Monthly Income:              $47600.00
Qualifying PITI:                   $8953.34
Total Monthly Debt:                $366.05
Housing Ratio:                     18.81%
Debt Ratio:                        19.58%
        Loan Information
Loan Purpose:                      Purchase
Loan Amount:                       $800000.00
Estimated Purchase Price or Value: $1475000.00
Note Rate:                         5.5%
Loan Type:                         Conv
Product Type:                      FIX15
Program:                           MOP    RTL625
Property Type:                     SFD
Occupancy:                         Owner Occupied
Loan Term:                         180
Loan To Value:                     54.24%
Combined Loan To Value:            54.24%
        Transaction Information
Key #                              D0505000247316
Transaction #                      00000002
Date/Time of Evaluation:           200503142118
Loan #                             ███████
Number of Submissions:             02
        Loan Evaluation Results
Automated Credit Decision          Referred
Min. Doc. Type                     Reduced
ECS Risk Grade                     1
Rapid Value Eligible               No
******************TRANSACTION RISK MESSAGES********************

          General Risk Messages

Ensure reserve requirements are met.

Borrower(s) employment tenure is limited.  Ensure employment history
is satisfactory per Ncyclopedia.

Ensure that 365 day documentation requirements are met per the Ncyclopedia
or that age of documentation for Retail Construction Loan
Modification Program requirements are met.

******************DOCUMENTATION REQUIREMENTS********************
```

WFLP00000513

```
PAGE    2                       LOAN NUMBER  [redacted]          DATE 03/28/05
                                                                 TIME 09:01:57
```

## General Documentation Requirements

Borrower to sign final typed Loan Application (1003, 92900A, 1802A) at or prior to closing.

If a loan is a purchase transaction, then provide fully executed purchase contract with all addendums.

If property is new construction, total acquisition cost verification may be required. Refer to commitment letter.

## Employment/Income Documentation Requirements

Salaried Income:
Lender to receive most recent year_to_date paystub or salary voucher covering at least 1 full month earnings and W_2(S) for most recent tax year. If only base pay is used, Lender to receive most recent year_to_date paystub or salary voucher covering at least 1 full month earnings and Lender to obtain verbal verification of employment to confirm the borrower has been with the same employer for at least 1 year.

Other Income:
If 'other income' is used to qualify, Home Mortgage Consultant to provide borrower with documentation requirements based on lender guidelines.

If tax returns are used to qualify, borrower to sign IRS Form 4506 at closing.

## Asset Documentation Requirements

Depository Accounts:
Lender to receive a complete copy of most recent month bank or brokerage statement for all assets disclosed. All large deposits must be verified and acceptable to lender.

Retirement Funds:
If retirement funds are disclosed as an asset, lender to receive a complete copy of most recent retirement statement verifying amount available to borrower.

Other Assets:
If 'other assets' are disclosed, Home Mortgage Consultant to provide borrower with documentation requirements based on lender guidelines.

WFLP00000514

# EXHIBIT B

McLellan, Melissa

| | |
|---|---|
| From: | Sherwood, Eugenia |
| Sent: | Thursday, October 20, 2005 3:48 PM |
| To: | Robinson, Brenda E |
| Cc: | Hilton, Kenneth T; Villalobos, Monique; McLellan, Melissa |
| Subject: | Redacted |

Hi Brenda,

We wanted to ask you to help us move this purchase. As you know we passed the original closing date of 10/15 because we had to add a borrower to this loan. The borrower has been added and we are now looking to close on 10/25. Please help us meet our closing date. All conditions have been sent to Melissa Mclellan except for the ATC.

Please let me know if you have any questions.

Thank you,

**Eugenia Sherwood**
Mortgage Associate
Wells Fargo Home Mortgage
MAC E2102-011
10789 W. Pico Blvd.
Los Angeles, CA 90064
310.470.6913 Tel
310.470.3916 Fax
eugenia.sherwood@wellsfargo.com

1

Redacted    WFMBS000031854

Shelton, Thomas

From: Shelton, Thomas
Sent: Monday, September 19, 2005 5:46 PM
To: Hilton, Kenneth T
Cc: Robinson, Brenda E; Mason, Jerry; Hunter, Stewart; Villalobos, Monique
Subject: REVISED SUSPENSE NOTIFICATION [Redacted]

Kenneth,

Below are updated suspense conditions for the above-mentioned file as they appear in loan notes:

THE FOLLOWING ITEMS HAVE BEEN REVIEWED & NOT ACCEPTED:

SUSPENSE COND#2--VOD PROVIDED REFLECTS THAT TIME
DEPOSIT ACCT IS PLEDGED FUNDS FOR LOAN-LENDER TO
OBTAIN SATIS REPAYMENT TERMS OF LOAN PER VOD AND HMC
TO ADVISE IF ADDITIONAL NON-PLEDGED ASSETS W/BE
AVAILABLE AS BORR IS SHORT TO CLOSE WITHOUT THIS
ASSET

Please feel free to contact me at your convenience, should you have any questions or comments regarding this matter...

Thanks,
*Tom Shelton*
**Wells Fargo | Home Mortgage**
*Underwriter - L. A. West Side Coastal*
*Region 37/MacMail:X0601-019*
*1595 Spruce Street*
*Riverside, CA 92507*
*Phone: (951) 786-7288*
*Fax:    (866) 863-5435*
*email: thomas.shelton@wellsfargo.com*

Redacted                                                                WFMBS000031754

**Segobia, Trinidee**

| | |
|---|---|
| From: | Segobia, Trinidee |
| Sent: | Monday, January 09, 2006 9:24 AM |
| To: | Curtis, Mackenzie K. |
| Cc: | Ard, Sara; Runyan, Jennifer |
| Subject: | Redacted |

Good Morning

I did received the escrow instructions w/ vesting and the cash out letter that you sent to me. I left a voice mail message for the escrow officer requesting the title report and the estimated hud1 this morning.

Per our previous discussion these are the pending approval conditions for this file:
 -Letter of explanation for the credit report inquiries from the borrower evidencing no new debt. This
  can be signed with the docs.
 -Most recent asset stmts for washington mutual (convert to US dollars)
 -Most recent asset stmts for Citibank (convert to US dollars)
 -ATC
 -Inusurance (you were going to email the borrower for this information)
 -Acceptable proof of a minimu of $30,991 in US dollars to satisfy the minimum 6 month pymt reserve
  requirement (you were going to be making a phone call to the bank to see if you can get
  documentation either a vod or an explanation stating that this statement is in US dollars)

Please advise to any updates you may have. Thank you and have a wonderful day.


Trinidee Segobia
Mortgage Specialist - Region 31



Riverside Fulfillment Center
MAC# X0601-019 (MAP Center)
Trinidee.Segobia@wellsfargo.com
Phone Direct: (951) 786-7235
Fax: (866) 865-8599

http://recognition.wfhm.homestead.wellsfargo.com/ (**Service Excellence Form / Nomination Forms**)

*This message is confidential and may be privileged, and is intended for the use of the addressee only. If you are not the addressee (or a person responsible for delivering this transmission to the addressee), do not use, disseminate, or copy this transmission in any way, but promptly contact me by telephone.*

Redacted

WFMBS000042549

Lewis, Lisa A.

| | |
|---|---|
| From: | Bandoszeski, Christina |
| Sent: | Friday, August 12, 2005 11:35 AM |
| To: | Lewis, Lisa A. |
| Subject: | Redacted |

The borrower is changing to an interest-only for 120 months on this loan. Still a 30 yr. Fixed but interest only now. Doesn't require a reapproval but I did send an email to the underwriter. Please update LIS so the commitment letter will get done correctly. Thanks

**Chris Bandoszeski**
Sales Associate
Wells Fargo Home Mortgage
S4035-017
8601 N. Scottsdale Rd. #160
Scottsdale, AZ 85253
480.348.5097 Tel
480.443.0535 Fax
christina.a.bandoszeski@wellsfargo.com

For your protection, we remind you that this is an unsecured email service, which is not intended for sending confidential or sensitive information. Please do not include your social security number, account number, or any other personal or financial information in the content of the email. To see our privacy policy regarding how we use and protect customer Information, please select the following link:
http://www.wellsfargo.com/privacy/privacy.jhtml. To discontinue receiving all emails containing solicitation materials from Wells Fargo Bank N.A., including Wells Fargo Home Mortgage, please send an email to NoEmailRequest@wellsfargo.com with your name and email address.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2005 Wells Fargo Bank. All rights reserved. Equal Housing Lender.

Wells Fargo Home Mortgage-2701 Wells Fargo Way-Minneapolis, MN 55467-8000

Redacted

WFMBS000051222

Nelson, Sherry

From: Abbe, Sarah A.
Sent: Friday, January 14, 2005 10:03 AM
To: Nelson, Sherry
Subject: [Redacted] ~ Friendly Monthly Reminder

Hello Sherry.

This file is not set to close until 04/20/05. There are a couple things we will need for this app.

- Closing e-form 3 days prior to close date.
- New Credit Bureau pulled and faxed in since commit letter expired on 11/09/04

Please let me know if anything changes.

Thank you!

**Sarah A. Abbe**
**Wells Fargo**
Region 15
Sales Processing Specialist at Briargate II
Phone ~866-452-3913 x7823
Fax ~888-667-5244

"A day without sunshine is like, well, night"

This e-mail is for Wells Fargo use only. It may contain confidential and restricted information and is not to be shared externally.

1

Redacted

WFMBS000052051

# EXHIBIT C

| | |
|---|---|
| From: | Kohlberg, Jeffrey T. |
| Sent: | Tuesday, July 03, 2007 2:18 PM |
| To: | Wang, Dawei; Gill, Meredith R.; Curtis, Jacqueline; Marsh, Darby; Schroeder, Kristine; Speckhals, Kevin; Zuro, Bill; Bellone, Bud |
| Subject: | RE: WFMBS 2007-11; HFI HFS Verification |

I agree. I am seeing loan Redacted as paid off and loan Redacted as cancelled.

Thanks,
Jeff

---

**From:** Wang, Dawei
**Sent:** Tuesday, July 03, 2007 1:09 PM
**To:** Gill, Meredith R.; Curtis, Jacqueline; Kohlberg, Jeffrey T.; Marsh, Darby; Schroeder, Kristine; Speckhals, Kevin; Zuro, Bill
**Subject:** RE: WFMBS 2007-11; HFI HFS Verification

No HFI.  No redes.

Thanks,

Dawei Wang
Wells Fargo Home Mortgage
ABS Trading, Investment & Analytics
7911 Forsyth Blvd
Saint Louis, MO 63105
Tel: 314-719-8337
Dawei.Wang@WellsFargo.com

---

| | |
|---|---|
| From: | Gill, Meredith R. |
| Sent: | Tuesday, July 03, 2007 12:56 PM |
| To: | Curtis, Jacqueline; Kohlberg, Jeffrey T.; Marsh, Darby; Schroeder, Kristine; Speckhals, Kevin; Wang, Dawei; Zuro, Bill |
| Subject: | WFMBS 2007-11; HFI HFS Verification |

Settlement: 7/30/07.   Please note this is the full file.

Thank you,
 << File: wf0711v2_HFI_HFS_Verification.xls >>

Meredith R. Gill   | Capital Markets, Structured Finance | Wells Fargo Home Mortgage | 301.846.9607 |
meredith.r.gill@wellsfargo.com |

Redacted

WFMBS003641889

| | |
|---|---|
| From: | Creadick, Wayne |
| Sent: | Friday, March 17, 2006 10:53 AM |
| To: | Secondary Marketing System Team |
| Cc: | Koepp, Steve; Zanylo, Kathryn; Miller, Michael; Leff, Gretchen |
| Subject: | FW: 2006-AR6 FICOs |
| Attachments: | Mikes_UpdatedFICOsforSMSLoad.xls |

SMS Team, we need these Current FICO Score values updated to the loans in the attached spreadsheet. This is only needed for this group of loans at this time. We need these updated this morning, so we can move forward today with processing this pool that is scheduled to settle March 23rd.

This is associated with the APE to SMS Current FICO Score issue currently being addressed by several parties.

Please call me with any questions and as always, thank you.

**Wayne S. Creadick, Jr.**
Risk Management Manager, Structured Finance Department
Wells Fargo Home Mortgage
MAC X3906-012
7430 New Technology Way
Frederick, Maryland 21703
(301) 846-8452 Tel
(301) 846-8152 Fax
wayne.creadick@wellsfargo.com

This message is confidential and may be privileged, and is intended for the use of the addressee only. If you are not the addressee (or a person responsible for delivering this transmission to the addressee), do not use, disseminate, or copy this transmission in any way, but promptly contact me by telephone. If you would prefer not to receive further messages from this sender, please reply to this email with "REMOVE" in the subject line.

| | |
|---|---|
| From: | Miller, Michael |
| Sent: | Friday, March 17, 2006 10:33 AM |
| To: | Creadick, Wayne |
| Cc: | Leff, Gretchen |
| Subject: | 2006-AR6 FICOs |

Wayne, here's the file with the Updated FICOs to load to SMS. It is a little different than the file Gretchen sent you yesterday in that it only has FICOs for loans that are >6 months seasoned.



Mikes_UpdatedFIC
OsforSMSLoad.x...

Thanks,
Shortimer

Michael Miller
Structured Finance
Wells Fargo Home Mortgage
7430 New Technology Way
Frederick, MD 21703

Redacted                                                                                                                WFMBS003682387

| | |
|---|---|
| From: | LaVallee, Greg |
| Sent: | Thursday, June 07, 2007 4:21 PM |
| To: | Mckenney, Alan; Mavis, Angela C; Wintemberg, Barbara; Jordan, Benjamin F.; Davis, Bradley; Capital Markets-Operations; zy.Miller, Caroline H.; Marsh, Darby; Rice, Debbie; Hine, Derek; Manan, Emilia M.; Leff, Gretchen; Ahlert, Jack; Peters, Jason; White, Joe; Anthofer, John J.; Faulkner, Kathy; zz.Heller, Katie; Hopkins, Keith J; Butler, Kelly Lynn; Lackey, Laurel K.; Rapp, Linda; Maller, Lori; Best, Mary C; Gill, Meredith R.; Miller, Michael D.; Higgs, Nancy K; Greene, Patrick; Chrissinger, Peter; Hoover, Randy; Leffler, Raymond; Wright, Sally; Donini, Samanthia; Patterson, Scott A; Hurst, Stacey; Roderick, Stacie; Kuhns, Steve; Jeannotte, Tammy; Mankus, Tim; Knight, Timothy W; Creadick, Wayne; Eyler, Wayne |
| Subject: | Traded WFMBS 2007-11 $1.5B N/C 30 Yr |
| Attachments: | WFMBS 2007-11 30yr Profile.xls; Trade Stips 2007-11 30 YR.xls; gtl060702.xls; gtl060701.xls; gtl060703.xls |

See attached information.

   

WFMBS 2007-11    Trade Stips    gtl060702.xls (81    gtl060701.xls (81
30yr Profile.xls... 2007-11 30 YR.xls..    KB)    KB)

Hedge Buyback:



gtl060703.xls (81
KB)

Redacted

WFMBS003808052

| | |
|---|---|
| From: | Byrd, Austin |
| Sent: | Tuesday, February 21, 2006 12:49 PM |
| To: | Heller, Katie; Thomas, Sandra L; Byrd, Austin; Brower, Virginia; Barrett, Matthew J; Carroll, Cheryl; Saunders, Sue; Miller, Patty; Ceneviva, Greg; Carroll, Mark F; Creadick, Wayne; Hoover, Randy; Donini, Samanthia; Watson, Lisa; Loch, Gale; Crockett, Beverly; Parent, Joann; Kruckow, Debra; Jordan, Benjamin F.; Miller, Caroline H.; Harris, Barbara M.; Roderick, Stacie; Butler, Kelly Lynn; Miller, Michael; Leff, Gretchen; Bussard, Nicole; Knight, Timothy W; Girard, Krista L; Wright, Virginia Renee; Hamilton, Joyce; Sturges, Kathy |
| Subject: | Greenwich 06-04 |
| Attachments: | Greenwich 06-04.txt |

Good day,

Attached is the due diligence sample for the above mentioned transaction.

The sample consists of 126 loans.

Due diligence has been scheduled to begin on Monday, March 6 concluding Friday, March 10 - subject to change.

Please obtain all loan files and deliver prior to start date.

Thank you

Greenwich
06-04.txt (5 KB)

**Austin Byrd**
Structured Finance
Wells Fargo Home Mortgage
7430 New Technology Way
Frederick, MD 21703
301.815.6617 tel
301.846.8152 fax
Austin.Byrd@wellsfargo.com

Redacted

WFMBS003733117