MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Jenny H. Hong (SB# 251751)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
jenny.hong@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendant WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)(PSG)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Julie W. Lunsford, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105. On February 22, 2011, I served the foregoing document described as:

1. **OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE WELLS FARGO DEFENDANTS;**

2. **DECLARATION OF KATHLEEN M. MCDOWELL IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL; and**

3. **DECLARATION OF ALLYSON KNUDSEN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows: **(SEE ATTACHED SERVICE LIST)**

[x] By delivering ☐ the original [x] true copies thereof as stated on the attached service list.

[x] **BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused such document to be sent by electronic mail for instantaneous transmittal via telephone line.

[x] **BY REGULAR U.S. MAIL:** As indicated on attached Service List. I placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, 27th Floor, San Francisco, California 94105, on that same date, following ordinary business practices

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

[x] **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2011, at San Francisco, California.

_Julie W. Lunsford_
Julie W. Lunsford

13169944.1    - 1 -    PROOF OF SERVICE;
09-01376 (LHK)(PWG)

| | |
|---|---|
| **SERVICE LIST** | |
| ***Counsel for Lead Plaintiffs*** | |
| David R. Stickney<br>Timothy A. DeLange<br>Matthew J. Jubenville<br>Takeo A. Kellar<br>Jonathan D. Uslaner<br>**Bernstein Litowitz Berger & Grossmann LLP**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br>Email: davids@blbglaw.com,<br>takeok@blbglaw.com, timothyd@blbglaw.com<br>matthewj@blbglaw.com, jonthanu@blbglaw.com<br><br>Served via ECF | |
| ***Counsel for Underwriter Defendants*** | |
| Bruce A. Ericson<br>Andrew D. Lanphere<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Tel: (415) 983-1000<br>Fax: (415) 983-1200<br>Email: bruce.ericson@pillsburylaw.com<br>andrew.lanphere@pillsburylaw.com<br><br>Served via ECF | William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**Fried Frank Harris Shriver & Jacobson LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br>Email: william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com<br><br>Served via E-mail and U.S. Mail |