UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|  |  |  |
|---|---|---|
| | ) | |
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT | ) ) | Court of Appeals Docket No. 10-17470 for C10-3508 LHK |
| Plaintiff(s), (Petitioner) | ) ) | 11-15087 for C09-1376 LHK |
| v. | ) ) | Docket Number(s) of Court of Appeals Companion and/or Cross Appeals (if |
| THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST ET AL | ) ) ) | known) District Court Docket Number |
| Defendant(s), (Respondent) | ) ) | CV 09-01376 LHK , CV10-3508 LHK |
| | ) | Date Transcript(s) Filed: |
| _____ | | **12/17/2010 Transcripts Electronically filed in case # C09-1376 LHK** |

CERTIFICATE OF RECORD

This certificate is submitted in conformance with Rule 11-2 of the Local Rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal. This record is available in the Clerk's Office of the U.S. District Court identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil cases (including habeas corpus cases). All parties in civil cases will receive separate notification of this filing date. In criminal cases, the briefing schedule is set by a Time Schedule Order from the U.S. Court of Appeals.

DATED: February 24, 2011

RICHARD W. WIEKING
CLERK


by: /s/ Diane Miyashiro
Deputy Clerk