PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone:    (415) 983-1000
Facsimile:    (415) 983-1200

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
WILLIAM G. McGUINNESS (pro hac vice)
william.mcguinness@friedfrank.com
STEPHANIE J. GOLDSTEIN (pro hac vice)
stephanie.goldstein@friedfrank.com
SHAHZEB LARI (pro hac vice)
shahzeb.lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities, Inc. *as successor-in-interest to* Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC, Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  C-09-1376-LHK<br><br>**CONSOLIDATED CLASS ACTION - ECF**<br><br>**REQUEST OF UNDERWRITERS' COUNSEL TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:           March 2, 2011<br>Time:          2:00 P.M.<br>Courtroom:  4, 5th Floor<br>Judge:         Hon. Lucy H. Koh |

702537049v1

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 16-10(a), the Underwriter Defendants (Defendants Goldman, Sachs & Co., JP Morgan Securities, Inc. as successor-in-interest to Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC, Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.) hereby respectfully request that their New York counsel (Messrs. McGuinness and Lari, and Ms. Goldstein, as listed below) be permitted to appear telephonically at the further case management conference currently set for Wednesday, March 2, 2011 at 2:00 p.m. (the undersigned, their San Francisco counsel, will appear in person).

Dated: February 28, 2011.

```
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                            BRUCE A. ERICSON
                            ANDREW D. LANPHERE
                            50 Fremont Street
                            San Francisco, California  94105-2228


                            By   /s/   Bruce A. Ericson
                                   Bruce A. Ericson

                            FRIED, FRANK, HARRIS, SHRIVER
                                 & JACOBSON LLP
                            WILLIAM G. McGUINNESS
                            STEPHANIE J. GOLDSTEIN
                            SHAHZEB LARI
                            One New York Plaza
                            New York, New York  10004

                            Attorneys for Underwriter Defendants
```