PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone:     (415) 983-1000
Facsimile:      (415) 983-1200

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
WILLIAM G. McGUINNESS (pro hac vice)
william.mcguinness@friedfrank.com
STEPHANIE J. GOLDSTEIN (pro hac vice)
stephanie.goldstein@friedfrank.com
SHAHZEB LARI (pro hac vice)
shahzeb.lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:     (212) 859-8000
Facsimile:      (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities, Inc. *as successor-in-interest to* Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC, Citigroup Global Markets, Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  C-09-1376-LHK<br><br>**CONSOLIDATED CLASS ACTION - ECF**<br><br>**PROOF OF SERVICE – VIA U.S. MAIL**<br><br>Date:          March 2, 2011<br>Time:          2:00 P.M.<br>Courtroom:  4, 5th Floor<br>Judge:         Hon. Lucy H. Koh |

I, <u>David A. Kramlick</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On February 28, 2011, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>REQUEST OF UNDERWRITERS' COUNSEL TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February, 2011, at San Francisco, California.

*[signature]*
David A. Kramlick

- 1 -

# SERVICE LIST

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Jeffrey C. Zwerling
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

Justin M. Tarshis
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

1  Takeo A. Kellar
   Bernstein Litwitz Berger & Grossmann LLP
2  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
3
4  William G. McGuinness
   Fried Frank Harris Shriver & Jacobson LLP
5  One New York Plaza
   New York, NY 10004
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -