**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: March 1, 2011                               Time in Court: [9:56 to 10:42 (46)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: In Re: Wells Fargo Mortgage Backed Certificates Litigation**
**CASE NUMBER**: CV09-01376 LHK
Plaintiff Attorney(s) present: Jonathan D. Uslaner, David R. Stickney
Defendant Attorney(s) present: David H. Fry

**PROCEEDINGS: Motion for Protective Order and to Quash Subpoenas [Docket 336]**

Parties make arguments.

The Court takes matter under submission; written order after hearing to be issued.

///