MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
  Erin J. Cox (SB# 267954)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com, erin.cox@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com, carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.,
WELLS FARGO ASSET SECURITIES CORPORATION,
FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID
MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**SUPPLEMENTAL DECLARATION OF JAMES C. RUTTEN IN SUPPORT OF WELLS FARGO DEFENDANTS' MOTION TO COMPEL DISCOVERY**<br><br>[Reply in Support of Motion to Compel filed concurrently herewith]<br><br>Judge: Honorable Paul S. Grewal<br>Date: March 15, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5 |

I, James C. Rutten, declare:

1. I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary (collectively, the "Wells Fargo Defendants"). I have personal knowledge of the facts stated in this declaration and could testify to them competently if called upon to do so. I make this supplemental declaration in further support of the Wells Fargo Defendants' Motion to Compel Discovery.

2. Attached hereto as Exhibit A is an example of a monthly remittance report for Wells Fargo Mortgage Backed Securities 2006-AR17 Trust, one of the mortgage-backed securities offerings at issue in this case.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on March 3, 2011 at Los Angeles, California.

_____
James C. Rutten

# **<u>EXHIBIT A</u>**

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:   26-Nov-2007

23-Nov-2007   10:48:42AM

Contact:   Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:   240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Certificateholder Distribution Summary

| Class | CUSIP | Record Date | Certificate Pass-Through Rate | Beginning Certificate Balance | Interest Distribution | Principal Distribution | Current Realized Loss | Ending Certificate Balance | Total Distribution | Cumulative Realized Losses |
|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 94984LAA4 | 10/31/2007 | 5.33993 % | 268,577,773.15 | 1,194,281.60 | 3,870,162.94 | 0.00 | 264,707,610.20 | 5,064,444.54 | 0.00 |
| A-2 | 94984LAB2 | 10/31/2007 | 5.83993 % | 180,120,269.99 | 875,933.93 | 2,595,504.41 | 0.00 | 177,524,765.59 | 3,471,438.34 | 0.00 |
| A-3 | 94984LAC0 | 10/31/2007 | 5.33993 % | 14,135,672.27 | 62,856.93 | 203,692.79 | 0.00 | 13,931,979.48 | 266,549.72 | 0.00 |
| A-4 | 94984LAD8 | 10/31/2007 | 5.83993 % | 9,480,088.61 | 46,102.15 | 136,606.57 | 0.00 | 9,343,482.04 | 182,708.72 | 0.00 |
| A-IO | 94984LAE6 | 10/31/2007 | 0.50000 % | 0.00 | 117,711.17 | 0.00 | 0.00 | 0.00 | 117,711.17 | 0.00 |
| A-R | 94984LAF3 | 10/31/2007 | 5.82576 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B-1 | 94984LAG1 | 10/31/2007 | 5.83993 % | 14,254,226.45 | 69,319.02 | 1,571.18 | 0.00 | 14,252,655.27 | 70,890.20 | 0.00 |
| B-2 | 94984LAH9 | 10/31/2007 | 5.83993 % | 5,214,863.45 | 25,360.14 | 574.81 | 0.00 | 5,214,288.64 | 25,934.95 | 0.00 |
| B-3 | 94984LAJ5 | 10/31/2007 | 5.83993 % | 2,780,727.80 | 13,522.82 | 306.51 | 0.00 | 2,780,421.29 | 13,829.33 | 0.00 |
| B-4 | 94984LAK2 | 10/31/2007 | 5.83993 % | 2,085,545.85 | 10,142.11 | 229.88 | 0.00 | 2,085,315.97 | 10,371.99 | 0.00 |
| B-5 | 94984LAL0 | 10/31/2007 | 5.83993 % | 1,737,954.88 | 8,451.76 | 191.57 | 0.00 | 1,737,763.31 | 8,643.33 | 0.00 |
| B-6 | 94984LAM8 | 10/31/2007 | 5.83993 % | 1,738,377.86 | 8,453.82 | 191.61 | 0.00 | 1,738,186.24 | 8,645.43 | 0.00 |
| Totals | | | | 500,125,500.31 | 2,432,135.45 | 6,809,032.27 | 0.00 | 493,316,468.03 | 9,241,167.72 | 0.00 |

All Record Dates are based upon the governing documents and logic set forth as of closing.

Page 1

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007   10:48:42AM

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Principal Distribution Statement

| Class | Original Face Amount | Beginning Certificate Balance | Scheduled Principal Distribution | Unscheduled Principal Distribution | Accretion | Realized Loss | Total Principal Reduction | Ending Certificate Balance | Ending Certificate Percentage | Total Principal Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 380,000,000.00 | 268,577,773.15 | 29,604.11 | 3,840,558.83 | 0.00 | 0.00 | 3,870,162.94 | 264,707,610.20 | 0.69659897 | 3,870,162.94 |
| A-2 | 254,845,000.00 | 180,120,269.99 | 19,853.84 | 2,575,650.57 | 0.00 | 0.00 | 2,595,504.41 | 177,524,765.59 | 0.69659897 | 2,595,504.41 |
| A-3 | 20,000,000.00 | 14,135,672.27 | 1,558.11 | 202,134.68 | 0.00 | 0.00 | 203,692.79 | 13,931,979.48 | 0.69659897 | 203,692.79 |
| A-4 | 13,413,000.00 | 9,480,088.61 | 1,044.95 | 135,561.62 | 0.00 | 0.00 | 136,606.57 | 9,343,482.04 | 0.69659897 | 136,606.57 |
| A-IO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| A-R | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00000000 | 0.00 |
| B-1 | 14,271,000.00 | 14,254,226.45 | 1,571.18 | 0.00 | 0.00 | 0.00 | 1,571.18 | 14,252,655.27 | 0.99871454 | 1,571.18 |
| B-2 | 5,221,000.00 | 5,214,863.45 | 574.81 | 0.00 | 0.00 | 0.00 | 574.81 | 5,214,288.64 | 0.99871455 | 574.81 |
| B-3 | 2,784,000.00 | 2,780,727.80 | 306.51 | 0.00 | 0.00 | 0.00 | 306.51 | 2,780,421.29 | 0.99871454 | 306.51 |
| B-4 | 2,088,000.00 | 2,085,545.85 | 229.88 | 0.00 | 0.00 | 0.00 | 229.88 | 2,085,315.97 | 0.99871455 | 229.88 |
| B-5 | 1,740,000.00 | 1,737,954.88 | 191.57 | 0.00 | 0.00 | 0.00 | 191.57 | 1,737,763.31 | 0.99871455 | 191.57 |
| B-6 | 1,740,423.48 | 1,738,377.86 | 191.61 | 0.00 | 0.00 | 0.00 | 191.61 | 1,738,186.24 | 0.99871454 | 191.61 |
| Totals | 696,102,523.48 | 500,125,500.31 | 55,126.57 | 6,753,905.70 | 0.00 | 0.00 | 6,809,032.27 | 493,316,468.03 | 0.70868364 | 6,809,032.27 |

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:   26-Nov-2007

23-Nov-2007   10:48:42AM

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

Contact:  Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:   240-586-8675

### Principal Distribution Factors Statement

| Class | Original Face Amount | Beginning Certificate Balance | Scheduled Principal Distribution | Unscheduled Principal Distribution | Accretion | Realized Loss | Total Principal Reduction | Ending Certificate Balance | Ending Certificate Percentage | Total Principal Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 380,000,000.00 | 706.78361355 | 0.07790555 | 10.10673376 | 0.00000000 | 0.00000000 | 10.18463932 | 696.59897421 | 0.69659897 | 10.18463932 |
| A-2 | 254,845,000.00 | 706.78361353 | 0.07790555 | 10.10673378 | 0.00000000 | 0.00000000 | 10.18463933 | 696.59897424 | 0.69659897 | 10.18463933 |
| A-3 | 20,000,000.00 | 706.78361350 | 0.07790550 | 10.10673400 | 0.00000000 | 0.00000000 | 10.18463950 | 696.59897400 | 0.69659897 | 10.18463950 |
| A-4 | 13,413,000.00 | 706.78361366 | 0.07790576 | 10.10673377 | 0.00000000 | 0.00000000 | 10.18463953 | 696.59897413 | 0.69659897 | 10.18463953 |
| A-IO | 0.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-R | 100.00 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| B-1 | 14,271,000.00 | 998.82464088 | 0.11009600 | 0.00000000 | 0.00000000 | 0.00000000 | 0.11009600 | 998.71454488 | 0.99871454 | 0.11009600 |
| B-2 | 5,221,000.00 | 998.82464087 | 0.11009577 | 0.00000000 | 0.00000000 | 0.00000000 | 0.11009577 | 998.71454511 | 0.99871455 | 0.11009577 |
| B-3 | 2,784,000.00 | 998.82464080 | 0.11009698 | 0.00000000 | 0.00000000 | 0.00000000 | 0.11009698 | 998.71454382 | 0.99871454 | 0.11009698 |
| B-4 | 2,088,000.00 | 998.82464080 | 0.11009579 | 0.00000000 | 0.00000000 | 0.00000000 | 0.11009579 | 998.71454502 | 0.99871455 | 0.11009579 |
| B-5 | 1,740,000.00 | 998.82464368 | 0.11009770 | 0.00000000 | 0.00000000 | 0.00000000 | 0.11009770 | 998.71454598 | 0.99871455 | 0.11009770 |
| B-6 | 1,740,423.48 | 998.82464238 | 0.11009390 | 0.00000000 | 0.00000000 | 0.00000000 | 0.11009390 | 998.71454274 | 0.99871454 | 0.11009390 |

NOTE: All classes per $1,000 denomination.

Page 3

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:   26-Nov-2007

23-Nov-2007   10:48:42AM

Contact:  Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:   240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Interest Distribution Statement

| Class | Accrual Dates | Accrual Days | Current Certificate Rate | Beginning Certificate/ Notional Balance | Current Accrued Interest | Payment of Unpaid Interest Shortfall(1) | Current Interest Shortfall(1) | Non- Supported Interest Shortfall | Total Interest Distribution | Remaining Unpaid Interest Shortfall(1) | Ending Certificate/ Notional Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 10/01/07 - 10/30/07 | 30 | 5.33993 % | 268,577,773.15 | 1,195,155.18 | 0.00 | 0.00 | 873.57 | 1,194,281.60 | 0.00 | 264,707,610.20 |
| A-2 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 180,120,269.99 | 876,574.64 | 0.00 | 0.00 | 640.71 | 875,933.93 | 0.00 | 177,524,765.59 |
| A-3 | 10/01/07 - 10/30/07 | 30 | 5.33993 % | 14,135,672.27 | 62,902.90 | 0.00 | 0.00 | 45.98 | 62,856.93 | 0.00 | 13,931,979.48 |
| A-4 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 9,480,088.61 | 46,135.87 | 0.00 | 0.00 | 33.72 | 46,102.15 | 0.00 | 9,343,482.04 |
| A-IO | 10/01/07 - 10/30/07 | 30 | 0.50000 % | 282,713,445.42 | 117,797.27 | 0.00 | 0.00 | 86.10 | 117,711.17 | 0.00 | 278,639,589.69 |
| A-R | N/A | N/A | 5.82576 % | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B-1 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 14,254,226.45 | 69,369.72 | 0.00 | 0.00 | 50.70 | 69,319.02 | 0.00 | 14,252,655.27 |
| B-2 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 5,214,863.45 | 25,378.69 | 0.00 | 0.00 | 18.55 | 25,360.14 | 0.00 | 5,214,288.64 |
| B-3 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 2,780,727.80 | 13,532.71 | 0.00 | 0.00 | 9.89 | 13,522.82 | 0.00 | 2,780,421.29 |
| B-4 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 2,085,545.85 | 10,149.53 | 0.00 | 0.00 | 7.42 | 10,142.11 | 0.00 | 2,085,315.97 |
| B-5 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 1,737,954.88 | 8,457.94 | 0.00 | 0.00 | 6.18 | 8,451.76 | 0.00 | 1,737,763.31 |
| B-6 | 10/01/07 - 10/30/07 | 30 | 5.83993 % | 1,738,377.86 | 8,460.00 | 0.00 | 0.00 | 6.18 | 8,453.82 | 0.00 | 1,738,186.24 |
| Totals | | | | | 2,433,914.45 | 0.00 | 0.00 | 1,779.00 | 2,432,135.45 | 0.00 | |

(1) Amount also includes Coupon Cap or Basis Risk Shortfalls, if applicable.

Page 4

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:   26-Nov-2007

23-Nov-2007   10:48:42AM

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Series 2006-AR17

Contact:  Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:              240-586-8675

## Interest Distribution Factors Statement

| Class | Original Face Amount | Current Certificate Rate | Beginning Certificate/ Notional Balance | Current Accrued Interest | Payment of Unpaid Interest Shortfall(1) | Current Interest Shortfall(1) | Non-Supported Interest Shortfall | Total Interest Distribution | Remaining Unpaid Interest Shortfall(1) | Ending Certificate/ Notional Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 380,000,000.00 | 5.33993 % | 706.78361355 | 3.14514521 | 0.00000000 | 0.00000000 | 0.00229887 | 3.14284632 | 0.00000000 | 696.59897421 |
| A-2 | 254,845,000.00 | 5.83993 % | 706.78361353 | 3.43963837 | 0.00000000 | 0.00000000 | 0.00251412 | 3.43712425 | 0.00000000 | 696.59897424 |
| A-3 | 20,000,000.00 | 5.33993 % | 706.78361350 | 3.14514500 | 0.00000000 | 0.00000000 | 0.00229900 | 3.14284650 | 0.00000000 | 696.59897400 |
| A-4 | 13,413,000.00 | 5.83993 % | 706.78361366 | 3.43963841 | 0.00000000 | 0.00000000 | 0.00251398 | 3.43712443 | 0.00000000 | 696.59897413 |
| A-IO | 0.00 | 0.50000 % | 706.78361355 | 0.29449317 | 0.00000000 | 0.00000000 | 0.00021525 | 0.29427792 | 0.00000000 | 696.59897422 |
| A-R | 100.00 | 5.82576 % | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| B-1 | 14,271,000.00 | 5.83993 % | 998.82464088 | 4.86088711 | 0.00000000 | 0.00000000 | 0.00355266 | 4.85733445 | 0.00000000 | 998.71454488 |
| B-2 | 5,221,000.00 | 5.83993 % | 998.82464087 | 4.86088680 | 0.00000000 | 0.00000000 | 0.00355296 | 4.85733384 | 0.00000000 | 998.71454511 |
| B-3 | 2,784,000.00 | 5.83993 % | 998.82464080 | 4.86088721 | 0.00000000 | 0.00000000 | 0.00355244 | 4.85733477 | 0.00000000 | 998.71454382 |
| B-4 | 2,088,000.00 | 5.83993 % | 998.82464080 | 4.86088602 | 0.00000000 | 0.00000000 | 0.00355364 | 4.85733238 | 0.00000000 | 998.71454502 |
| B-5 | 1,740,000.00 | 5.83993 % | 998.82464368 | 4.86088506 | 0.00000000 | 0.00000000 | 0.00355172 | 4.85733333 | 0.00000000 | 998.71454598 |
| B-6 | 1,740,423.48 | 5.83993 % | 998.82464238 | 4.86088593 | 0.00000000 | 0.00000000 | 0.00355086 | 4.85733507 | 0.00000000 | 998.71454274 |

(1) Amount also includes Coupon Cap or Basis Risk Shortfalls, if applicable.

NOTE: All classes per $1,000 denomination.

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007   10:48:42AM

Contact:   Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:         240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Certificateholder Account Statement

| CERTIFICATE ACCOUNT | |
|---|---:|
| Beginning Balance | 0.00 |
| Deposits | |
| Payments of Interest and Principal | 9,210,859.68 |
| Reserve Funds and Credit Enhancements | 0.00 |
| Proceeds from Repurchased Loans | 0.00 |
| Servicer Advances | 204,350.04 |
| Gains & Subsequent Recoveries (Realized Losses) | 0.00 |
| Total Deposits | 9,415,209.72 |
| Withdrawals | |
| Reserve Funds and Credit Enhancements | 0.00 |
| Reimbursement for Servicer Advances | 68,873.93 |
| Total Administration Fees | 105,168.08 |
| Payment of Interest and Principal | 9,241,167.71 |
| Total Withdrawals (Pool Distribution Amount) | 9,415,209.72 |
| Ending Balance | 0.00 |

Servicer Advances are calculated as delinquent scheduled principal and interest.

| PREPAYMENT/CURTAILMENT INTEREST SHORTFALL | |
|---|---:|
| Total Prepayment/Curtailment Interest Shortfall | 4,893.20 |
| Servicing Fee Support | 3,114.20 |
| Non-Supported Prepayment/Curtailment Interest Shortfall | 1,779.00 |

| ADMINISTRATION FEES | |
|---|---:|
| Gross Servicing Fee* | 104,117.58 |
| Master Servicing Fee - Wells Fargo Bank, N.A. | 4,164.70 |
| Supported Prepayment/Curtailment Interest Shortfall | 3,114.20 |
| Total Administration Fees | 105,168.08 |

*Servicer Payees include: Wells Fargo Bank, N.A.

Page 6

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:   26-Nov-2007

23-Nov-2007   10:48:42AM

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:             240-586-8675

# Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Collateral Statement

| Group | Total |
|---|---|
| Collateral Description | 5/1 CMT ARM |
| Weighted Average Coupon Rate | 6.099877 |
| Weighted Average Net Rate | 5.839877 |
| Weighted Average Pass-Through Rate | 5.839877 |
| Weighted Average Remaining Term | 345 |
| Principal And Interest Constant | 2,595,544.30 |
| Beginning Loan Count | 737 |
| Loans Paid in Full | 7 |
| Ending Loan Count | 730 |
| Beginning Scheduled Balance | 500,125,500.30 |
| Ending Scheduled Balance | 493,316,468.04 |
| Actual Ending Collateral Balance | 496,692,217.40 |
| Scheduled Principal | 55,126.57 |
| Unscheduled Principal | 6,753,905.69 |
| Scheduled Interest | 2,540,417.73 |
| Servicing Fees | 104,117.58 |
| Master Servicing Fees | 4,164.70 |
| Trustee Fee | 0.00 |
| FRY Amount | 0.00 |
| Special Hazard Fee | 0.00 |
| Other Fee | 0.00 |
| Pool Insurance Fee | 0.00 |
| Spread 1 | 0.00 |
| Spread 2 | 0.00 |
| Spread 3 | 0.00 |
| Net Interest | 2,432,135.45 |
| Realized Loss Amount | 0.00 |
| Cumulative Realized Loss | 0.00 |
| Percentage of Cumulative Losses | 0.0000 |
| Special Servicing Fee | 0.00 |
| Class A Optimal Amount | 9,104,532.56 |
| Ending Scheduled Balance for Premium Loans | 493,316,468.04 |
| Outstanding Mortgage Loans with Orig. LTV | |
| Less than or equal to 80% | 490,960,946.55 |
| Greater than 80%, less than or equal to 85% | 0.00 |
| Greater than 85%, less than or equal to 95% | 2,350,152.51 |
| Greater than 95% | 0.00 |

The Weighted Average Remaining Term is utilizing a step-down method.

Page 7

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007   10:48:42AM

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Delinquency Status

| DELINQUENT | No. of Loans | Actual Balance |
|---|---|---|
| 30 Days | 4 | 2,547,088.12 |
| 60 Days | 2 | 1,130,000.00 |
| 90 Days | 1 | 502,000.00 |
| 120 Days | 0 | 0.00 |
| 150 Days | 1 | 499,823.60 |
| 180+ Days | 0 | 0.00 |
| | 8 | 4,678,911.72 |
| | 1.095890 % | 0.942014 % |

| | No. of Loans | Actual Balance |
|---|---|---|
| 30 Days | 0.547945 % | 0.512810 % |
| 60 Days | 0.273973 % | 0.227505 % |
| 90 Days | 0.136986 % | 0.101069 % |
| 120 Days | 0.000000 % | 0.000000 % |
| 150 Days | 0.136986 % | 0.100630 % |
| 180+ Days | 0.000000 % | 0.000000 % |

| BANKRUPTCY | | No. of Loans | Actual Balance |
|---|---|---|---|
| | 0-29 Days | 0 | 0.00 |
| | 30 Days | 0 | 0.00 |
| | 60 Days | 0 | 0.00 |
| | 90 Days | 0 | 0.00 |
| | 120 Days | 0 | 0.00 |
| | 150 Days | 0 | 0.00 |
| | 180+ Days | 0 | 0.00 |
| | | 0 | 0.00 |
| | | 0.000000 % | 0.000000 % |

| | No. of Loans | Actual Balance |
|---|---|---|
| 0-29 Days | 0.000000 % | 0.000000 % |
| 30 Days | 0.000000 % | 0.000000 % |
| 60 Days | 0.000000 % | 0.000000 % |
| 90 Days | 0.000000 % | 0.000000 % |
| 120 Days | 0.000000 % | 0.000000 % |
| 150 Days | 0.000000 % | 0.000000 % |
| 180+ Days | 0.000000 % | 0.000000 % |

| FORECLOSURE | | No. of Loans | Actual Balance |
|---|---|---|---|
| | 0-29 Days | 0 | 0.00 |
| | 30 Days | 0 | 0.00 |
| | 60 Days | 0 | 0.00 |
| | 90 Days | 1 | 785,000.00 |
| | 120 Days | 1 | 440,000.00 |
| | 150 Days | 1 | 604,999.33 |
| | 180+ Days | 1 | 450,000.00 |
| | | 4 | 2,279,999.33 |
| | | 0.547945 % | 0.459037 % |

| | No. of Loans | Actual Balance |
|---|---|---|
| 0-29 Days | 0.000000 % | 0.000000 % |
| 30 Days | 0.000000 % | 0.000000 % |
| 60 Days | 0.000000 % | 0.000000 % |
| 90 Days | 0.136986 % | 0.158046 % |
| 120 Days | 0.136986 % | 0.088586 % |
| 150 Days | 0.136986 % | 0.121806 % |
| 180+ Days | 0.136986 % | 0.090599 % |

| REO | | No. of Loans | Actual Balance |
|---|---|---|---|
| | 0-29 Days | 0 | 0.00 |
| | 30 Days | 0 | 0.00 |
| | 60 Days | 0 | 0.00 |
| | 90 Days | 0 | 0.00 |
| | 120 Days | 0 | 0.00 |
| | 150 Days | 0 | 0.00 |
| | 180+ Days | 1 | 580,000.00 |
| | | 1 | 580,000.00 |
| | | 0.136986 % | 0.116773 % |

| | No. of Loans | Actual Balance |
|---|---|---|
| 0-29 Days | 0.000000 % | 0.000000 % |
| 30 Days | 0.000000 % | 0.000000 % |
| 60 Days | 0.000000 % | 0.000000 % |
| 90 Days | 0.000000 % | 0.000000 % |
| 120 Days | 0.000000 % | 0.000000 % |
| 150 Days | 0.000000 % | 0.000000 % |
| 180+ Days | 0.136986 % | 0.116773 % |

| TOTAL | | No. of Loans | Actual Balance |
|---|---|---|---|
| | 0-29 Days | 0 | 0.00 |
| | 30 Days | 4 | 2,547,088.12 |
| | 60 Days | 2 | 1,130,000.00 |
| | 90 Days | 2 | 1,287,000.00 |
| | 120 Days | 1 | 440,000.00 |
| | 150 Days | 2 | 1,104,822.93 |
| | 180+ Days | 2 | 1,030,000.00 |
| | | 13 | 7,538,911.05 |

| | No. of Loans | Actual Balance |
|---|---|---|
| 0-29 Days | 0.000000 % | 0.000000 % |
| 30 Days | 0.547945 % | 0.512810 % |
| 60 Days | 0.273973 % | 0.227505 % |
| 90 Days | 0.273973 % | 0.259114 % |
| 120 Days | 0.136986 % | 0.088586 % |
| 150 Days | 0.273973 % | 0.222436 % |
| 180+ Days | 0.273973 % | 0.207372 % |
| | 1.780822 % | 1.517823 % |

Current Period Class A Insufficient Funds  0.00   Principal Balance of Contaminated Properties  0.00   Periodic Advance  193,996.57

### SUBORDINATION LEVEL/CREDIT ENHANCEMENT/CLASS PERCENTAGE AND PREPAYMENT PERCENTAGE

| | Original $ | Original % | Current $ | Current % | Current Class % | Prepayment % |
|---|---|---|---|---|---|---|
| Class B-1 | 27,844,423.48 | 4.00004634 % | 27,808,630.72 | 5.63707732 % | 94.362923 % | 100.000000 % |
| Class B-2 | 13,573,423.48 | 1.94991729 % | 13,555,975.45 | 2.74792680 % | 2.889151 % | 0.000000 % |
| Class B-3 | 8,352,423.48 | 1.19988410 % | 8,341,686.81 | 1.69094027 % | 1.056987 % | 0.000000 % |
| Class B-4 | 5,568,423.48 | 0.79994301 % | 5,561,265.52 | 1.12732209 % | 0.563618 % | 0.000000 % |
| Class B-5 | 3,480,423.48 | 0.49998719 % | 3,475,949.55 | 0.70460846 % | 0.422714 % | 0.000000 % |
| Class B-6 | 1,740,423.48 | 0.25002402 % | 1,738,186.24 | 0.35234709 % | 0.352261 % | 0.000000 % |
| | 0.00 | 0.00000000 % | 0.00 | 0.00000000 % | 0.352347 % | |

Please Refer to the Prospectus Supplement for a Full Description of Loss Exposure

Page 8

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:    26-Nov-2007

23-Nov-2007    10:48:42AM

Contact:  Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526
Fax:          240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### 180+ Delinquency Summary

| Days Delinquent | Summary | | |
|---|---|---|---|
| | Number Of Loans | Outstanding Actual Balance($) | Percentage Of Balance(%) |
| 180 - 209 | 1 | 450,000.00 | 0.091 |
| 210 - 239 | 1 | 580,000.00 | 0.118 |
| Total | 2 | 1,030,000.00 | 0.209 |

This report includes all loans greater than 180 days delinquent regardless of status (REO, Foreclosure, Bankruptcy)

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:    26-Nov-2007

Contact:  Customer Service - SecuritiesLink
          Wells Fargo Bank, N.A.
          Securities Administration Services
          8480 Stagecoach Circle
          Frederick, MD 21701-4747
          www.ctslink.com
          Telephone:   1-866-846-4526
          Fax:         240-586-8675

23-Nov-2007    10:48:42AM

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### REO Loan Detail - All Mortgage Loans in REO during Current Period

| Group | Loan Number | First Payment Date | State | LTV at Origination | Original Principal Balance | Current Actual Balance | Paid To Date | Months Delinquent | Current Loan Rate | Approximate Delinquent Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| Summary | 0153141916 | 01-Sep-2006 | NV | 75.30 | 580,000.00 | 580,000.00 | 01-Mar-2007 | 7 | 6.500% | 24,831.26 |

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date:   26-Nov-2007

23-Nov-2007   10:48:42AM

Contact:   Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:   240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Foreclosure Loan Detail - All Mortgage Loans in Foreclosure during Current Period

| Group | Loan Number | First Payment Date | State | LTV at Origination | Original Principal Balance | Current Actual Balance | Paid To Date | Months Delinquent | Current Loan Rate | Approximate Delinquent Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| Summary | 0065811572 | 01-Aug-2006 | CA | 74.80 | 785,000.00 | 785,000.00 | 01-Jul-2007 | 3 | 6.500% | 17,008.32 |
| Summary | 0065891681 | 01-Sep-2006 | CA | 80.00 | 440,000.00 | 440,000.00 | 01-Jul-2007 | 4 | 6.250% | 11,458.35 |
| Summary | 0066258831 | 01-Aug-2006 | CA | 77.60 | 605,000.00 | 604,999.33 | 01-Jun-2007 | 5 | 6.250% | 18,906.24 |
| Summary | 0066961608 | 01-Aug-2006 | CA | 79.60 | 450,000.00 | 450,000.00 | 01-Apr-2007 | 6 | 6.250% | 16,406.25 |

Page 11

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007    10:48:42AM

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526
Fax:          240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Bankruptcy Detail - All Mortgage Loans in Bankruptcy during Current Period

| Group | Loan Number | First Payment Date | State | LTV at Origination | Original Principal Balance | Current Actual Balance | Paid To Date | Months Delinquent | Current Loan Rate | Approximate Delinquent Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No Bankruptcy Loans this Period | | | | | |

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007  10:48:42AM

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

# Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
### Series 2006-AR17

### Modifications

| Loan Number | Beginning Scheduled Balance | Current Scheduled Balance | Prior Rate | Modified Rate | Prior Payment | Modified Payment |
|---|---|---|---|---|---|---|

No Modifications this Period

### Substitutions

| Loan Number | Current Scheduled Balance | Current Payment | Loan Number | Current Scheduled Balance | Current Rate | Current Payment |
|---|---|---|---|---|---|---|

No Substitutions this Period

#### Loans Repurchased

#### Loans Substituted

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007   10:48:42AM

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax: 240-586-8675

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Series 2006-AR17

### Repurchases Due to Breaches

| Loan Number | Beginning Scheduled Balance | Payoff Balance | Current Rate | Current Payment |
|---|---|---|---|---|

No Repurchases Due to Breaches this Period

### Repurchases Due To Other

| Loan Number | Beginning Scheduled Balance | Payoff Balance | Current Rate | Current Payment |
|---|---|---|---|---|

No Repurchases Due to Other this Period

Page 14


Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007    10:48:42AM

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Series 2006-AR17

Contact: Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:         240-586-8675

## Interest Rate Stratification

| Current Interest Rate Range (%) | | Number Of Loans | Summary Outstanding Scheduled Balance($) | Percentage Of Balance(%) |
|---|---|---|---|---|
| | < 4.250 | 0 | 0.00 | 0.000 |
| 4.250 | 4.499 | 0 | 0.00 | 0.000 |
| 4.500 | 4.749 | 1 | 953,832.29 | 0.193 |
| 4.750 | 4.999 | 0 | 0.00 | 0.000 |
| 5.000 | 5.249 | 3 | 1,510,893.12 | 0.306 |
| 5.250 | 5.499 | 11 | 7,721,453.35 | 1.565 |
| 5.500 | 5.749 | 31 | 24,219,027.90 | 4.909 |
| 5.750 | 5.999 | 127 | 91,979,525.24 | 18.645 |
| 6.000 | 6.249 | 237 | 162,292,082.15 | 32.898 |
| 6.250 | 6.499 | 314 | 200,658,163.06 | 40.675 |
| 6.500 | 6.749 | 5 | 2,981,490.93 | 0.604 |
| 6.750 | 6.999 | 1 | 1,000,000.00 | 0.203 |
| >= 7.000 | | 0 | 0.00 | 0.000 |
| Total | | 730 | 493,316,468.04 | 100.000 |

Page 15

Wells Fargo Asset Securities Corporation
Mortgage Pass-Through Certificates
Distribution Date: 26-Nov-2007

23-Nov-2007   10:48:42AM

Contact:  Customer Service - SecuritiesLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone: 1-866-846-4526
Fax:       240-586-8675

## Wells Fargo Asset Securities Corporation
## Mortgage Pass-Through Certificates
## Series 2006-AR17

### Supplemental Reporting

**Cut-Off Date:**

The Cut-Off Date for the Certificates is September 1, 2006.

**Closing Date:**

The Closing Date is September 28, 2006.

**Distribution Date:**

The 25th day of any month, beginning in the month following the month of initial issuance of the Certificates, or if such 25th day is not a Business Day, the Business Day following such 25th day.

**Record Date:**

The last Business Day of the month preceding the month of the related Distribution Date.

**Business Day:**

Any day other than (i) a Saturday or a Sunday, or (ii) a legal holiday in the City of New York, State of New York, State of Maryland, State of Minnesota or State of Iowa or (iii) a day on which banking institutions in the City of New York, or the State of Maryland, State of Minnesota or State of Iowa are authorized or obligated by law or executive order to be closed.

**Determination Date:**

The 17th day of the month in which the related Remittance Date occurs, or if such 17th day is not a Business Day, the Business Day preceding such 17th day.

**Remittance Date:**

The 24th day of each month (or the preceding Business Day if the 24th day is not a Business Day). Each month, the Servicer must transfer all required funds from the Custodial P&I Account to the Certificate Account on or before the Remittance Date.

Page 16