1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ) | Case No.: 09-CV-01376-LHK |
| ) | |
| ) | |
| ) | ORDER REGARDING |
| In Re WELLS FARGO MORTGAGE-BACKED) | ADMINISTRATIVE REQUEST TO |
| CERTIFICATES LITIGATION                      ) | SEAL |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

17        On February 11, 2011, plaintiffs filed an Administrative Motion to File Under Seal (Dkt.

18   No. 347).  In the Motion, plaintiffs request sealing of certain documents that were designated

19   Confidential or Highly Confidential by defendants or third parties under the Protective Order in

20   this matter.   Pursuant to Local Rule 79-5(d), when a party moves to seal documents designated as

21   sealable by another party, the designating party must file a supporting declaration within 7 days, or

22   the sealing motion will be denied.  No supporting declaration was filed by any Defendant in

23   response to the February 11, 2011 Sealing Motion.

24        As noted in the operative Protective Order, simply designating information as confidential

25   does not entitle the parties to file it under seal.  *See* Stipulated Protective Order for Litigation

26   Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets, ¶ 1.  If any

27   defendant objects to the public filing of the documents identified in plaintiffs' Sealing Motion, they

28   shall file a declaration stating the basis for asserting confidentiality of each exhibit plaintiffs seek

1

Case No.: 09-CV-01376-LHK
ORDER REGARDING SEALING

1    to seal.   These declarations must be filed by March 17, 2011.  If no declarations are received, the

2    Court will publicly file the relevant documents without redaction.

3    IT IS SO ORDERED.

4    Dated: March 10, 2011

5    _____
     LUCY H. KOH
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

Case No.: 09-CV-01376-LHK
ORDER REGARDING SEALING