UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION

Case No.: C 09-01376 LHK (PSG)

**ORDER DENYING MOTION TO SEAL**

**(Re: Docket No. 360)**

On March 1, 2011, Lead Plaintiffs filed a motion to file under seal (1) Exhibits 22-24 attached to the Supplemental Declaration of Jonathan D. Uslaner in Support of Lead Plaintiffs' Motion To Compel Production of Documents from The Wells Fargo Defendants ("Wells Fargo") and (2) portions of the Reply in Further Support of Lead Plaintiffs' Motion To Compel Production of Documents from Wells Fargo which quote or refer to the exhibits. Lead Plaintiffs move to file these documents under seal because Wells Fargo claims the exhibits are confidential or highly confidential.

Pursuant to Civil Local Rule 79-5(d), Wells Fargo "must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record."

Wells Fargo was required to file the declaration and a proposed sealing order or to withdraw

ORDER, *page 1*

the confidentiality designation from the documents, no later March 8, 2011. It did not do so. Accordingly,

IT IS HEREBY ORDERED that the motion to seal is DENIED. Exhibits 22-24 attached to the Supplemental Declaration of Jonathan D. Uslaner in Support of Lead Plaintiffs' Motion To Compel Production of Documents from The Wells Fargo Defendants ("Wells Fargo") and the portions of the Reply in Further Support of Lead Plaintiffs' Motion To Compel Production of Documents from Wells Fargo which quote or refer to the exhibits will be made part of the public record.

Dated: March 10, 2011

PAUL S. GREWAL
United States Magistrate Judge