MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION RELATING TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND TO QUASH SUBPOENAS**<br><br>Judge: Hon. Paul S. Grewal |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corp., David Moskowitz, Franklin Codel, Thomas Neary and Douglas K. Johnson respectfully submit this State of Recent Decision Relating to Plaintiffs' Motion for a Protective Order and to Quash Subpoenas.  Dkt. No. 336.

On March 11, 2010, the court in *In re IndyMac Mortgage-Backed Securities Litigation* ("*In re IndyMac*"), another mortgage-backed securities case, issued an order *denying* a motion to quash subpoenas of exactly the same sort as those at issue here.  *See In re IndyMac*, 09-Civ-04583 (LAK), Docket No. 298 (S.D.N.Y. Mar. 11, 2011) (Kaplan, J.).  A copy of the order is attached hereto as Exhibit A.

The motion denied by Judge Kaplan presented substantially the same issues and arguments that Plaintiffs have presented here in their Motion for a Protective Order or to Quash.  *See* Exhibit B at 1-5.  The content of the subpoenas was nearly identical to those at issue here.  *See*, *e.g.*, Exhibit C.  A copy of the opposition brief filed in that action is also attached for the Court's reference.  Exhibit D.

Dated:  March 11, 2011                                  MUNGER, TOLLES & OLSON LLP

                                                        /s/ *David H. Fry*
                                                        DAVID H. FRY

                                                        Attorneys for the Wells Fargo Defendants and the
                                                        Individual Defendants

- 1 -   DEFTS.' STATEMENT OF RECENT DEC. RE: MOT.
FOR PROT. ORDER AND TO QUASH
CASE NO. 09-1376-LHK (PSG)