# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

------------------------------------x

IN RE INDYMAC MORTGAGE-BACKED
SECURITIES LITIGATION

Master Docket No.
09 Civ. 04583 (LAK)

------------------------------------

THIS DOCUMENT RELATES TO:
ALL ACTIONS

------------------------------------x

## LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENAS ISSUED TO ABSENT CLASS MEMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 3/11/11

Denied.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/11/11