MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com, carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.,
WELLS FARGO ASSET SECURITIES CORPORATION,
FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID
MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**STIPULATED ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF SEALING CONFIDENTIAL MATERIAL**<br><br>Judge: Honorable Paul S. Grewal |

1   WHEREAS on March 1, 2011, Lead Plaintiffs filed a reply memorandum in support of their motion to compel documents from Defendants Wells Fargo Bank, N.A. and Wells Fargo Asset Securities Corporation (set for hearing on March 15, 2011);

WHEREAS the Declaration of Jonathan Uslaner submitted in support of the reply memorandum included three exhibits (Exhibits 22-24) that had been produced and designated by Wells Fargo as "Confidential" or "Sensitive Highly Confidential" and were therefore submitted with an administrative motion for a sealing order;

WHEREAS, on March 3, 2011, this Court issued an Order concerning a proposed protective order governing discovery that had been stipulated to and submitted by the parties which referenced Local Rule 79-5;

WHEREAS Local Rule 79-5 requires a party designating documents produced in discovery as confidential to submit a declaration within seven days after the administrative motion is filed, Wells Fargo inadvertently failed to comply with this deadline, and therefore seeks an extension of time (three days) to permit it to file the supporting declaration today;

WHEREAS Lead Plaintiffs and the underwriter defendants do not object to this short extension of time within which Wells Fargo may file the supporting declaration;

WHEREAS, Lead Plaintiffs non-objection to an extension of time is not an agreement that all or parts of Exhibits 22-24 are necessarily sealable pursuant to Rule 79-5, and Lead Plaintiffs note that Wells Fargo publicly filed an "Objection" [ECF 367] to the Exhibits which purports to describe them;

WHEREAS the parties therefore submit this stipulation to allow Wells Fargo to file a declaration supporting the continued sealing of Exhibits 22-24;

NOW THEREFORE, IT IS HEREBY STIPULATED by and among the parties hereto and their counsel of record that Wells Fargo be permitted a three-day extension of time to file the declaration contemplated by Rule 79-5(d) in support of sealing Exhibits 22-24 attached to the Uslaner Declaration, such that Wells Fargo may file that declaration on March 11, 2011.

| | | |
|---|---|---|
| 1 | DATED: 3/11/2011 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:     /s/ *David H. Fry* <br> David H. Fry |
| 4 | | |
| 5 | | Attorneys for Defendants WELLS FARGO BANK, N.A., WELLS FARGO ASSET SECURITIES CORPORATION, FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID MOSKOWITZ, and THOMAS NEARY |
| 7 | DATED: 3/11/2011 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 10 | | By:     /s/ *David Stickney* <br> David Stickney |
| 11-14 | | Attorneys for Lead Plaintiffs ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, GOVERNMENT OF GUAM RETIREMENT FUND, NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, and LOUISIANA SHERIFFS' PENSION AND RELIEF FUND |
| 15 | DATED: 3/11/2011 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 16 | | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
| 18 | | By:     /s/ *Shahzeb Lari* <br> Shahzeb Lari |
| 19-22 | | Attorneys for Defendants GOLDMAN, SACHS & CO., JP MORGAN SECURITIES LLC, BEAR, STEAMS & CO., INC., DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES, LLC, CREDIT SUISSE SECURITIES (USA) LLC, RBS SECURITIES INC. AND CITIGROUP GLOBAL MARKETS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 11, 2011

                                        *Paul S. Grewal* <br>
The Honorable Paul S. Grewal <br>
United States Magistrate Judge

## FILER'S ATTESTATION

I, David H. Fry, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Continuing Case Management Conference. In compliance with General Order 45, Paragraph X.B, I hereby attest that the attorneys listed as signatories above have concurred in this filing.

DATED: 3/11/2011        By:    /s/ *David H. Fry*
                                                       David H. Fry