MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) (PSG)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE WELLS FARGO DEFENDANTS**<br><br>Judge:        Hon. Paul S. Grewal<br>Date:         March 15, 2011<br>Time:        10:00 a.m.<br>Ctrm:         5 |

The Wells Fargo Defendants respectfully request that the Supplemental Memorandum submitted by Plaintiffs in support of their motion to compel, as well as the Declaration of Jonathan D. Uslaner submitted therewith, be stricken from the record. Each of these documents was filed in flagrant disregard of Civil Local Rule 7-3(d), which bars the submission, without prior Court approval, of any "additional memoranda, papers or letters" after the filing of a reply brief. Civil Local Rule 7-3(d) permits two limited exceptions: (i) objections to evidence submitted with the reply memorandum; and (ii) newly-published authority. Plaintiffs' submission is neither.

As it is, Defendants were barred by Civil Local Rule 7-3(d) from filing a brief responding to the Reply submitted by Plaintiffs or to submit any further evidence in response to evidence. It is wholly unfair for Plaintiffs to disregard the rules in order to submit yet a third brief on this motion when Defendants were permitted only one, and to do so the day before the scheduled hearing. Plaintiffs' submissions of March 14, 2011 should be stricken as improper.

If the Court were to consider these submissions, the Wells Fargo Defendants request the opportunity to respond on the merits in writing.

DATED: March 14, 2011

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
DAVID H. FRY
KATHLEEN M. McDOWELL
CAROLYN V. ZABRYCKI

By: */s/ David. H. Fry*
DAVID H. FRY

Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO ASSET SECURITIES CORP., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, and DOUGLAS K. JOHNSON