# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

# Civil Minute Order

Date: March 15, 2011                                      Time in Court: 10:32 to 11:06 (34)

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: In Re: Wells Fargo Mortgage-Backed Certificates Litigation**
**CASE NUMBER**: CV09-01376 LHK
Plaintiff Attorney(s) present: Jonathan D. Uslaner, Timothy DeLange
Defendant Attorney(s) present: James C. Rutten, David Fry, Bruce Ericson

## PROCEEDINGS
**1.) Lead Plaintiff's Motion to Compel Production of Documents [Docket 340]**
**2.) Defendant's Motion to Compel Discovery [Docket 343]**

Parties make arguments.

The Court takes matters under submission; written order after hearing to be issued.

///