PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street, Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (pro hac vice)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities LLC, Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc. and Citigroup Global Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>[Declaration of Shahzeb Lari filed concurrently herewith] |

1  Upon consideration of Plaintiffs' Administrative Motion dated February 11, 2011 to file the
2  following document under seal and the Declaration of Shahzeb Lari, counsel for RBS
3  Securities, Inc., submitted in support of the sealing application, and good cause appearing for
4  the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under
5  seal:

6
7  - Exhibit 3 attached to the Declaration of David R. Stickney in Support of Lead
   Plaintiffs' Motion for Class Certification.
8
9  - Portions of the Declaration of David R. Stickney in Support of Lead Plaintiffs'
10   Motion for Class Certification which quote or refer to Exhibit 3.
11
12 IT IS SO ORDERED
13 DATED:                                                    _____
                                                             The Honorable Lucy H. Koh
14                                                           United States District Judge
15 Submitted by:
16
17 PILLSBURY WINTHROP SHAW PITTMAN LLP

   By:    *Bruce A. Ericson*___
18          Bruce A. Ericson
19
20
21
22
23 8028593
24
25
26
27
28