PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street, Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (pro hac vice)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Banc of America Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  09-CV-01376 (LHK) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION <br><br> [Declaration of Stephanie J. Goldstein filed concurrently herewith] |

1  Upon consideration of Plaintiffs' Administrative Motion dated February 11, 2011 to file the
2  following documents under seal and the Declaration of Stephanie J. Goldstein, counsel for
3  Banc of America Securities LLC, submitted in support of the sealing application, and good
4  cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following
5  documents be filed under seal:

6
7  - Exhibit 19 attached to the Declaration of David R. Stickney in Support of Lead
   Plaintiffs' Motion for Class Certification.
8
9  - Portions of the Declaration of David R. Stickney in Support of Lead Plaintiffs'
10    Motion for Class Certification which quote or refer to Exhibit 19.

11

12 IT IS SO ORDERED

13 DATED: _____
                                                    The Honorable Lucy H. Koh
14                                                  United States District Judge

15 Submitted by:

16

17 PILLSBURY WINTHROP SHAW PITTMAN LLP

   By:    *Bruce A. Ericson*___
18          Bruce A. Ericson

19

20

21

22

23 8029230

24

25

26

27

28