PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street, Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (pro hac vice)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities LLC, Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc. and Citigroup Global Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION**<br>**ECF**<br><br>PROOF OF SERVICE VIA U.S. MAIL |

1            Docket No. 09-CV-01376 LHK

2            PROOF OF SERVICE BY MAIL

3    I, Winnifred J. Girard, the undersigned, hereby declare as follows:

4    1.    I am over the age of 18 years and am not a party to the within cause. I am

5 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6 California.

7    2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8 My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9    3.    I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

10 collection and processing of correspondence for mailing with the United States Postal

11 Service; in the ordinary course of business, correspondence placed in interoffice mail is

12 deposited with the United States Postal Service with first class postage thereon fully

13 prepaid on the same day it is placed for collection and mailing.

14    4.    On March 17, 2011, at 50 Fremont Street, San Francisco, California, I

15 served a true copy of the attached documents titled exactly

16-17      DECLARATION OF SHAHZEB LARI IN SUPPORT OF CONTINUED SEALING OF EXHIBITS CONTAINING BORROWER AND OTHER CONFIDENTIAL INFORMATION ON BEHALF OF RBS SECURITIES, INC.

18-20      [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

21 by placing them in an addressed, sealed envelope clearly labeled to identify the person

22 being served at the address shown below and placed in interoffice mail for collection and

23 deposit in the United States Postal Service on that date following ordinary business

24 practices:

25            **[See Attached Service List]**

26

27

28

Document8

1   I declare under penalty of perjury that the foregoing is true and correct. Executed
2  this 17th day of March, 2011, at San Francisco, California.

_____
Winnifred J. Girard

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Document8

## SERVICE LIST

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Jeffrey C. Zwerling
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

Justin M. Tarshis
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

PROOF OF SERVICE – VIA U.S. MAIL
Case No. C-09-1376 (LHK)

| | |
|---|---|
| 1 | Takeo A. Kellar |
| | Bernstein Litwitz Berger & Grossmann LLP |
| 2 | 12481 High Bluff Drive, Suite 300 |
| | San Diego, CA 92130 |
| 3 | |
| 4 | William G. McGuinness |
| | Fried Frank Harris Shriver & Jacobson LLP |
| 5 | One New York Plaza |
| | New York, NY 10004 |

- 3 -

PROOF OF SERVICE – VIA U.S. MAIL
Case No. C-09-1376 (LHK)