PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street, Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (pro hac vice)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Banc of America Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>PROOF OF SERVICE – VIA U.S. MAIL |

1                      Docket No. 09-CV-01376 LHK

2                      <u>PROOF OF SERVICE BY MAIL</u>

3      I, Winnifred J. Girard, the undersigned, hereby declare as follows:

4      1.      I am over the age of 18 years and am not a party to the within cause. I am

5 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6 California.

7      2.      My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8 My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9      3.      I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for

10 collection and processing of correspondence for mailing with the United States Postal

11 Service; in the ordinary course of business, correspondence placed in interoffice mail is

12 deposited with the United States Postal Service with first class postage thereon fully

13 prepaid on the same day it is placed for collection and mailing.

14      4.      On March 17, 2011, at 50 Fremont Street, San Francisco, California, I

15 served a true copy of the attached documents titled exactly

16      <u>DECLARATION OF STEPHANIE J. GOLDSTEIN IN SUPPORT OF
17      CONTINUED SEALING OF EXHIBITS CONTAINING CUSTOMER AND
          OTHER CONFIDENTIAL INFORMATION ON BEHALF O BANC OF
18      AMERICA SECURITIES LLC</u>

19      <u>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE
          UNDER SEAL MATERIALS IN CONNECTION WITH LEAD PLAINTIFFS'
20      MOTION FOR CLASS CERTIFICATION</u>

21

22 by placing them in an addressed, sealed envelope clearly labeled to identify the person

23 being served at the address shown below and placed in interoffice mail for collection and

24 deposit in the United States Postal Service on that date following ordinary business

25 practices:

26                     **[See Attached Service List]**

27

28

Document8

1  I declare under penalty of perjury that the foregoing is true and correct. Executed
2  this 17th day of March, 2011, at San Francisco, California.

_____
/Winnifred J. Girard

<pre>
 1                              SERVICE LIST
 2

 3    David Andrew Thorpe
      Bernstein Litowitz Berger & Grossmann LLP
 4    12481 High Bluff Drive
      Suite 300
 5    San Diego, CA 92130
 6
      James Regan
 7    Satterlee Stephen Burke & Burke LLP
      230 Park Avenue
 8    New York, NY 10169

 9
      James J. Coster
10    Satterlee Stephen Burke & Burke LLP
      230 Park Avenue
11    New York, NY 10169

12
      Jeffrey C. Zwerling
13    Zwerling Schachter & Zwerling, LLP
      41 Madison Avenue
14    32nd Floor
      New York, NY 10010
15

16    Joshua M. Rubins
      Satterlee Stephens Burke & Burke
17    230 Park Ave
      New York, NY 10169-0079
18

19    Justin M. Tarshis
      Zwerling Schachter & Zwerling, LLP
20    41 Madison Avenue
      32nd Floor
21    New York, NY 10010

22
      Shahzeb Lari
23    Fried Frank Harris Shriver & Jacobson LLP
      One New York Plaza
24    New York, NY 10004

25    Stephanie J. Goldstein
      Fried Frank Harris Shriver & Jacobson LLP
26    One New York Plaza
      New York, NY 10004
27

28
</pre>

1 | Takeo A. Kellar
Bernstein Litwitz Berger & Grossmann LLP
2 | 12481 High Bluff Drive, Suite 300
San Diego, CA 92130
3 |
4 | William G. McGuinness
Fried Frank Harris Shriver & Jacobson LLP
5 | One New York Plaza
New York, NY 10004

- 3 -

PROOF OF SERVICE – VIA U.S. MAIL
Case No. C-09-1376 (LHK)