UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**[CIV. L. R. 7-11, 79-5]**<br><br>Judge: Hon. Lucy H. Koh<br>Date: May 19, 2011<br>Time: 2:00 p.m.<br>Courtroom: 4, 5th Floor |

1  The Court, having read and considered the Administrative Motion of Lead Plaintiffs, Alameda
2  County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans
3  Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund, to File Under Seal
4  Materials In Connection With Their Motion For Class Certification, and the Declaration of David R.
5  Stickney filed in support of the motion to file under seal, and good cause appearing, the motion is
6  hereby GRANTED.

7  The following materials filed in support of their Motion For Class Certification shall be filed
8  under seal:

9  a.  Exhibits 3, 4, 5, 7, 8 and 18-20 attached to the Declaration Of David R.
10 Stickney In Support Of Motion For Class Certification ("Stickney Declaration");

11 b.  Portions of the Memorandum Of Points And Authorities In Support Of Lead
12 Plaintiffs' Motion For Class Certification and the Stickney Declaration which quote or refer to
13 materials claimed to be "Confidential" or "Highly Confidential."

14
15 IT IS SO ORDERED.
16 Dated: _March 22, 2011_                    _____
17                                             THE HONORABLE LUCY H. KOH
                                                United States District Court Judge
18
19
20
21
22
23
24
25
26
27
28