MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. McDOWELL
kathleen.mcdowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376-LHK (PVT)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**JOINT STATEMENT RE REVISED PROPOSED FORM OF PROTECTIVE ORDER** |

13709798.1

1    In response to the March 3, 2011 Order re Parties' Proposed Form of Protective Order
2    ("March 3 Order") (Docket #364), counsel for the parties herein submit this Joint Statement Re
3    Revised Proposed Form of Protective Order to address the three issues identified by the Court in
4    its March 3 Order.  Attached hereto as Exhibit A is the <u>revised</u> proposed stipulated protective
5    order ("Stipulated Protective Order"), which has been marked to show the location and content
6    of the proposed modifications made in response to the March 3 Order.  Attached hereto as
7    Exhibit B is a clean version of the revised proposed Stipulated Protective Order.  An explanation
8    of each of the changes is set out below:

9    <u>Page 3, line 14</u> (Section 2.9, former section 2.8.1 deleted):  The revised Stipulated
10   Protective Order eliminates any automatic or advance classification of particular categories of
11   documents as SENSITIVE HIGHLY CONFIDENTIAL.  Instead, just as paragraph 2.9 in the
12   Model Protective Order for Litigation Involving Patents, Highly Confidential Sensitive
13   Information and/or Trade Secrets describes "Source Code," the new Paragraph 2.9 describes
14   "Personally Identifiable Information" without any additional language automatically designating
15   such information as SENSITIVE HIGHLY CONFIDENTIAL.

16   <u>Page 5, lines 24-28 & page 6, lines 1-5</u> (Paragraph 5.1):  The parties have added language
17   to address the Court's concern expressed in the March 3 Order.  The new language sets out a
18   procedure to "de-designate" or redact, in consultation with the designating party, protected
19   documents prior to their submission to the Court.

20   <u>Page 15, line 14</u> (Paragraph 14.1):  The parties have deleted the language that appeared in
21   the earlier version that would have permitted them to alter the contents of the Stipulated
22   Protective Order without further Order of the Court.

23

24   Dated:  April 14, 2011                MUNGER, TOLLES & OLSON, LLP
                                            MARC T.G. DWORSKY (SBN 157413)
25                                          Marc.Dworsky@mto.com
                                            KATHLEEN M. McDOWELL (SBN 115976)
26                                          Kathleen.McDowell@mto.com
                                            355 South Grand Avenue, 25th floor
27                                          Los Angeles, CA 90071-1560
                                            Tel:    (213) 683-9100
28                                          Fax:    (213) 687-3702

13709798.1                              - 1 -

JOINT STATEMENT RE REVISED PROPOSED FORM OF PROTECTIVE ORDER

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | DAVID H. FRY (SBN 189276)<br>David.Fry@mto.com |
| 3 | JENNY H. HONG (SBN 251751)<br>Jenny.Hong@mto.com |
| 4 | 560 Mission Street, 27th floor<br>San Francisco, CA 94105-2907 |

Tel:   (415) 512-4000
Fax:   (415) 512-4077

_____/s/ Kathleen M. McDowell_____
KATHLEEN M. McDOWELL

*Attorneys for the Wells Fargo Defendants and the Individual Defendants*

Dated:  April 14, 2011

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
bruce.ericson@pillsburylaw.com
ANDREW J. LANPHERE
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 2880
San Francisco, CA 94120-7880
Tel:   (415) 983-1560
Fax:   (415) 983-1200

_____/s/ Bruce A. Ericson_____
BRUCE A. ERICSON

*Attorneys for the Underwriter Defendants*

Dated:  April 14, 2011

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
William G. McGuinness (*pro hac vice*)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (*pro hac vice*)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (*pro hac vice*)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:   (212) 859-8000
Facsimile:   (212) 859-4000

_____/s/ Shahzeb Lari_____
SHAHZEB LARI

*Attorneys for the Underwriter Defendants*

13709798.1

- 2 -

JOINT STATEMENT RE REVISED PROPOSED FORM OF PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Dated: April 14, 2011 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY
TIMOTHY A. DeLANGE
MATTHEW P. JUBENVILLE
TAKEO A. KELLAR
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for Lead Plaintiffs and the Class*

KLAUSNER & KAUFMAN, P.A.
ROBERT D. KLAUSNER
STUART A. KAUFMAN
10059 Northwest 1st Court
Plantation, FL 33324
Tel:   (954) 916-1202
Fax:   (954) 916-1232

*Additional Counsel for Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from David Stickney, Bruce A. Ericson and Shahzeb Lari.

*/s/ David H. Fry*
DAVID H. FRY

13709798.1

- 3 -