MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
kathleen.mcdowell@mto.com
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

WELLS FARGO & CO.
  Thomas O. Jacob (SB# 125665)
Office of the General Counsel
MAC A0194-266
45 Fremont Street, 26th Floor
San Francisco, California  94105
(415) 396-4425; (415) 975-7864 (fax)
tojacob@wellsfargo.com

Attorneys for Defendants WELLS FARGO BANK, N.A.; WELLS FARGO ASSET SECURITIES CORPORATION; FRANKLIN CODEL; DOUGLAS JOHNSON; DAVID MOSKOWITZ; and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON CLASS CERTIFICATION MOTION**<br><br>Judge: Honorable Lucy H. Koh<br>Courtroom: 4 |

1  WHEREAS Lead Plaintiffs filed their Motion for Class Certification on February 11, 2011;

2  WHEREAS Defendants' papers in opposition to the motion are due by May 5, 2011;

3  WHEREAS Defendants consist of two separately represented groups: the Wells Fargo Defendants and the Underwriter Defendants;

4  WHEREAS Defendants believe that each group of separately represented Defendants is entitled under the Local Rules to file a separate opposition brief of 25 pages, for an aggregate total of 50 pages; and further believe that Lead Plaintiffs would be entitled to respond to such separate briefs with two reply briefs of 15 pages each, for an aggregate total of 30 pages;

5  WHEREAS Defendants request leave to file a joint brief to present the briefing in a way that Defendants believe will facilitate the orderly and efficient presentation of the issues;

6  WHEREAS Lead Plaintiffs do not object to Defendants' request for leave to file a joint opposition brief of no more than 40 pages provided, however, that Lead Plaintiffs are entitled to file a reply brief of no more than 24 pages;

7  NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO THAT (a) Defendants may file a consolidated brief of no more than 40 pages in opposition to Lead Plaintiffs' Motion for Class Certification; and (b) Lead Plaintiffs may file a reply brief in support of the motion of no more than 24 pages.

Date: April 27, 2011

MUNGER, TOLLES & OLSON LLP

By:   /s/ James C. Rutten
         James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A., WELLS FARGO ASSET SECURITIES corporation, FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID MOSKOWITZ, and THOMAS NEARY

Date: April 27, 2011     PILLSBURY WINTHROP SHAW PITTMAN LLP

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By:    /s/ Bruce A. Ericson
         Bruce A. Ericson

Attorneys for Defendants DEUTSCHE BANK SECURITIES, INC.; GOLDMAN SACHS & CO.; JP MORGAN SECURITIES LLC; BEAR, STEARNS & CO., INC.; UBS SECURITIES LLC; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES INC. and CITIGROUP GLOBAL MARKETS, INC.

Date: April 27, 2011     BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By:    /s/ David R. Stickney
         David R. Stickney

Attorneys for Plaintiffs ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION, GOVERNMENT OF GUAM RETIREMENT FUND, NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, and LOUISIANA SHERIFFS' PENSION & RELIEF FUND

\*   \*   \*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____

    The Honorable Lucy H. Koh
    United States District Court Judge

13850312.1      - 2 -      STIPULATION AND [PROPOSED] ORDER CASE NO. 09-1376-LHK

1  FILER'S ATTESTATION

2    I, James C. Rutten, am the ECF user whose ID and password are being used to file this
3 Stipulation and Proposed Order Continuing Case Management Conference.  In compliance with
4 General Order 45, Paragraph X.B, I hereby attest that the attorneys listed as signatories above
5 have concurred in this filing.

6
  DATED: 4/27/2011              By:       /s/ James C. Rutten
7                                              James C. Rutten

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13850312.1                              - 3 -                      STIPULATION AND [PROPOSED] ORDER
                                                                   CASE NO. 09-1376-LHK