UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: 09-CV-01376-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

Defendants contacted the Court regarding a hearing date for a motion under Federal Rule of Civil Procedure 12(c). The Court sets the following schedule regarding this motion:

Defendants shall file the motion by May 5, 2011.

Opposition is due by May 26, 2011; Reply is due by June 2, 2011.

The matter shall be set for hearing on July 21, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 29, 2011

_____
LUCY H. KOH
United States District Judge