UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**ORDER GRANTING LEAD PLAINTIFFS' REQUEST FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS**<br>[Proposed Order as Modified by the Court]<br><br>Judge: Magistrate Judge Paul S. Grewal<br>Courtroom: 5, 4th Floor |

**ORDER**

This matter is before the Court upon the request of Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund (collectively, "Lead Plaintiffs") for leave to file a Statement of Recent Decisions in connection with the Motion to Compel filed by Wells Fargo Defendants [ECF No. 343] and Lead Plaintiffs' Motion for Protective Order and to Quash Subpoenas [ECF No. 336].

Having considered the request of Lead Plaintiffs, and for good cause appearing, Lead Plaintiffs' request is GRANTED. Lead Plaintiffs may file a 3-page statement no later than May 4, 2011. Defendants may file a 3-page response no later than May 6, 2011.

IT IS SO ORDERED.

DATED: May 2, 2011

_____
THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER
Case No. 09-cv-01376-LHK (PSG)