MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
kathleen.mcdowell@mto.com
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

WELLS FARGO & CO.
  Thomas O. Jacob (SB# 125665)
Office of the General Counsel
MAC A0194-266
45 Fremont Street, 26th Floor
San Francisco, California  94105
(415) 396-4425; (415) 975-7864 (fax)
tojacob@wellsfargo.com

Attorneys for Defendants WELLS FARGO BANK, N.A.; WELLS FARGO ASSET SECURITIES CORPORATION; FRANKLIN CODEL; DOUGLAS JOHNSON; DAVID MOSKOWITZ; and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CASE NO. 09-01376 (LHK)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**DECLARATION OF JAMES C. RUTTEN IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>[Opposition to Motion for Class Certification filed concurrently herewith]<br><br>Date: June 23, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Lucy H. Koh<br>Courtroom: 4 |
|---|---|

13907301.1

DECLARATION OF JAMES C. RUTTEN
CASE NO. 09-CV-1376(LHK)

I, James C. Rutten, declare:

I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary in the above-captioned action. I have personal knowledge of the facts stated herein, and could testify to them competently if called upon to do so. I submit this declaration in opposition to Plaintiffs' Motion for Class Certification.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Stephen Prowse, dated May 5, 2011, along with supporting exhibits.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Bradford Cornell, dated May 5, 2011, along with supporting exhibits.

3. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Prospectus Supplement and Prospectus for the Wells Fargo Mortgage Backed Securities 2006-AR10 Trust.

4. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Prospectus Supplement and Prospectus for the Wells Fargo Mortgage Backed Securities 2006-1 Trust.

5. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the Prospectus Supplement and Prospectus for the Wells Fargo Mortgage Backed Securities 2007-11 Trust.

6. Attached hereto as **Exhibit 6** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

7. Attached hereto as **Exhibit 7** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

1       8.       Attached hereto as **Exhibit 8** is a true and correct copy of ███████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████.

      9.       Attached hereto as **Exhibit 9** is a true and correct copy of ███████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████.

      10.      Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of Lead Plaintiffs' Responses and Objections to Wells Fargo's First Set of Interrogatories in this action.

      11.      Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of Lead Plaintiffs' Responses and Objections to Wells Fargo's Third Set of Interrogatories in this action.

      12.      Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of Lead Plaintiffs' Supplemental Responses and Objections to Wells Fargo's Third Set of Interrogatories in this action.

      13.      Attached hereto as **Exhibit 13** is a true and correct copy of an article entitled The Fingerprints of Fraud in the Mortgage Mess, appearing in a newsletter published by lead counsel, Bernstein Litowitz Berger & Grossmann LLP, for the fourth quarter of 2007, *available at* http://www.blbglaw.com/news/publications/data/00016/_res/id=sa_File1/4Q2007Worm.pdf.

      14.      Attached hereto as **Exhibit 14** is a true and correct copy of ███████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████.

      15.      Attached hereto as **Exhibit 15** is a true and correct copy of a document entitled Market Perspectives published by Brandywine, dated August 17, 2007, *available at* http://www.brandywineglobal.com/usa/pdf/849968142.pdf.

      16.      Attached hereto as **Exhibit 16** is a true and correct copy of ███████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████.

1    17.    Attached hereto as **Exhibit 17** is a true and correct copy of a document entitled Investing in Non-Agency Mortgages dated June 19, 2009. This document was produced by Brandywine in discovery in this action in response to a subpoena duces tecum served by Defendants, bearing Bates numbers BGIM 111 - BGIM 115.

18.    Attached hereto as **Exhibit 18** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19.    Attached hereto as **Exhibit 19** is a true and correct copy of a document entitled ACERA Board of Retirement Offsite Minutes, dated October 25, 2007. This document was produced by ACERA in this action bearing Bates numbers A00001398 - A00001401.

20.    Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21.    Attached hereto as **Exhibit 21** is a true and correct copy of a document entitled Investment Report, Government of Guam Retirement Fund, June 30, 2007. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

22.    Attached hereto as **Exhibit 22** is a true and correct copy of a document entitled Investment Report, City of New Orleans Employee Retirement System, June 30, 2007. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

23.    Attached hereto as **Exhibit 23** is a true and correct copy of a document entitled Investment Report, Government of Guam Retirement Fund, September 30, 2007. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

24.    Attached hereto as **Exhibit 24** is a true and correct copy of a document entitled Investment Report, City of New Orleans Employee Retirement System, September 30, 2007. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

25. Attached hereto as **Exhibit 25** is a true and correct copy of a document entitled Investment Report, Government of Guam Retirement Fund, December 31, 2007. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

26. Attached hereto as **Exhibit 26** is a true and correct copy of a document entitled Investment Report, City of New Orleans Employee Retirement System, December 31, 2007. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

27. Attached hereto as **Exhibit 27** is a true and correct copy of a document entitled Investment Report, Government of Guam Retirement Fund, March 31, 2008. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

28. Attached hereto as **Exhibit 28** is a true and correct copy of a document entitled Investment Report, City of New Orleans Employee Retirement System, March 31, 2008. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

29. Attached hereto as **Exhibit 29** is a true and correct copy of a document entitled Investment Report, City of New Orleans Employee Retirement System, December 31, 2008. This document was produced by Aberdeen in response to a subpoena duces tecum served by Defendants.

30. Attached hereto as **Exhibit 30** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

31. Attached hereto as **Exhibit 31** is a true and correct copy of a document entitled Government of Guam Retirement Fund, Performance Meetings & Annual Manager Reviews, dated March 24, 2010. This document was produced by Guam in discovery in this action bearing Bates numbers G00002009 - G00002047.

1      32.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the First Amended Complaint filed in *Trust Company of the West v. Gundlach, et al.*, Case No. BC 429385 (Super. Ct. Los Angeles County).

       33.     Attached hereto as **Exhibit 33** is a true and correct copy of what I understand to be a conference call transcript for a business update call by Trust Company of the West, dated October 15, 2009.

       34.     Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the deposition transcript of Travis Carr in the case *New Mexico State Investment Council v. Countrywide Financial Corp., et al.*, No. D-0101-cv-2008-002289 (Dist. Ct. Santa Fe County).

       35.     Attached hereto as **Exhibit 35** is a true and correct copy of a document entitled Subprime Mortgages dated March 2007, with certain text highlighted.  This document was submitted as Exhibit G to the declaration of Jason Meltzer in the action *N.J. Carpenters Vacation Fund, et al. v. Royal Bank of Scotland Group, et al.*, Case No. 08-cv-5093(HB) (S.D.N.Y. Dkt. No. 146).

       36.     Attached hereto as **Exhibit 36** is a true and correct copy of a document entitled Update on the Subprime Mortgage Market dated July 2007, with certain text highlighted.  This document was submitted as Exhibit H to the declaration of Jason Meltzer in the action *N.J. Carpenters Vacation Fund, et al. v. Royal Bank of Scotland Group, et al.*, Case No. 08-cv-5093(HB) (S.D.N.Y. Dkt. No. 146).

       37.     Attached hereto as **Exhibit 37** is a true and correct copy of a document entitled Why We Are Buying Mortgages, dated September 2007, with certain text highlighted.  This document was submitted as Exhibit I to the declaration of Jason Meltzer in the action *N.J. Carpenters Vacation Fund, et al. v. Royal Bank of Scotland Group, et al.*, Case No. 08-cv-5093(HB) (S.D.N.Y. Dkt. No. 146).

       38.     Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the transcript of testimony before the Financial Crisis Inquiry Commission.

39. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the Consolidated Amended Class Action Complaint filed in *In re Citigroup Inc. Bond Litigation*, Case No. 08 Civ. 9522(SHS) (S.D.N.Y.).

40. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of the Amended Consolidated Class Action Complaint filed in *In re Wachovia Preferred Securities and Bond/Notes Litigation*, Case No. 09 Civ. 6351(RJS) (S.D.N.Y.).

41. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of the Third Amended Class Action Complaint filed in *In re Lehman Bros. Securities and ERISA Litigation*, Case No. 09 MD 2017 (S.D.N.Y.).

42. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of the Complaint filed in *Union Central Life Insurance Co., et al. v. Credit Suisse First Boston Mortgage Securities Corp.*, Case No. 11-cv-2890 (S.D.N.Y.).

43. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts of the Amended Complaint filed in *Charles Schwab Corp. v. BNP Paribas Securities Corp., et al.*, Case No. CGC-10-501610 (Super. Ct. San Francisco County).

44. Attached hereto as **Exhibit 44** is a true and correct copy of excerpts of the Complaint filed in *Charles Schwab Corp. v. Merrill Lynch, et al.*, Case No. CGC-10-501151 (Super. Ct. San Francisco County).

45. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts of the Complaint filed in *Federal Home Loan Bank of Indianapolis v. Banc of America Mortgage Securities, Inc., et al.*, Case No. 49005 10 10 PL 045071 (Super. Ct. Marion County).

46. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts of the Complaint filed in *Federal Home Loan Bank of Chicago v. Banc of America Securities LLC*, et al., Case No. L0091499 (Super. Ct. Los Angeles County).

47. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts of the Amended Complaint filed in *Federal Home Loan Bank of Chicago v. Banc of America Funding Corp., et al.*, Case No. 10 CH 45033 (Ch. Cir. Ct. Cook County).

48. Attached hereto as **Exhibit 48** is a true and correct copy of [REDACTED]

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on May 5, 2011 at Los Angeles, California.

_/s/ James C. Rutten_
James C. Rutten