| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| | Marc T.G. Dworsky (SB# 157413) |
| 2 | Kathleen M. McDowell (SB# 115976) |
| | James C. Rutten (SB# 201791) |
| 3 | 355 South Grand Avenue, 35th floor |
| | Los Angeles, California 90071-1560 |
| 4 | (213) 683-9100; (213) 687-3702 (fax) |
| | marc.dworsky@mto.com |
| 5 | kathleen.mcdowell@mto.com |
| | james.rutten@mto.com |
| 6 | |
| | MUNGER, TOLLES & OLSON LLP |
| 7 | David H. Fry (SB# 189276) |
| | Carolyn V. Zabrycki (SB# 263541) |
| 8 | 560 Mission Street, 27th floor |
| | San Francisco, California 94105-2907 |
| 9 | (415) 512-4000; (415) 512-4077 (fax) |
| | david.fry@mto.com |
| 10 | carolyn.zabrycki@mto.com |
| 11 | WELLS FARGO & CO. |
| | Thomas O. Jacob (SB# 125665) |
| 12 | Office of the General Counsel |
| | MAC A0194-266 |
| 13 | 45 Fremont Street, 26th Floor |
| | San Francisco, California 94105 |
| 14 | (415) 396-4425; (415) 975-7864 (fax) |
| | tojacob@wellsfargo.com |
| 15 | |
| | Attorneys for Defendants WELLS FARGO |
| 16 | BANK, N.A.; WELLS FARGO ASSET SECURITIES CORPORATION; |
| 17 | FRANKLIN CODEL; DOUGLAS JOHNSON; DAVID MOSKOWITZ; and |
| 18 | THOMAS NEARY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CASE NO. 09-01376 (LHK) <br><br> CONSOLIDATED CLASS ACTION ECF <br><br> **PROOF OF SERVICE** |

13930364.1

- 1 -

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On May 5, 2011, I served upon the interested party(ies) in this action the following document(s) described as:

(1) OPPOSITION TO MOTION FOR CLASS CERTIFICATION

(2) DECLARATION OF JAMES C. RUTTEN IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

☐ By placing ☐ the original(s) ☐ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused such documents to be sent by electronic mail for instantaneous transmittal via telephone line. Exhibits to the aforementioned declaration were uploaded to a secure FTP site, and e-mails with hyperlinks to permit download of the exhibits were transmitted to counsel via e-mail.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ (STATE) I declare under penalty of perjury that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 5, 2011, at Los Angeles, California.

*/s/ James C. Rutten* (by express authority)
James C. Rutten

13930364.1                                  - 2 -

PROOF OF SERVICE

# SERVICE LIST
*In Re Wells Fargo Mortgage-Backed Certificates Litigation*
Case No. 09-01376 (LHK)

| *Attorneys for Plaintiffs, Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund* ||
|---|---|
| David Ronald Stickney<br>Timothy Alan DeLange<br>Jonathan Uslaner<br>**Bernstein, Litowitz, Berger & Grossmann**<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: 858-793-0070<br>Fax: 858-793-0323<br>Email: davids@blbglaw.com<br>Email: timothyd@blbglaw.com<br>E-mail: jonathanu@blbglaw.com | |
| *Attorneys for the Underwriter Defendants* ||
| Stephanie J. Goldstein<br>Fried Frank Harris Shriver<br> & Jacobson LLP<br>One New York Plaza<br>Telephone: (212) 859-8000<br>Fax: (212) 859-4000<br>stephanie.goldstein@friedfrank.com | Bruce A. Ericson<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Telephone: (415) 983-1000<br>bruce.ericson@pillsburylaw.com |

13930364.1

- 3 -

PROOF OF SERVICE