UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**ORDER GRANTING LEAD PLAINTIFFS' REQUEST FOR LEAVE TO FILE ADDITIONAL STATEMENT OF RECENT DECISION**<br><br>Judge: Magistrate Judge Paul S. Grewal<br>Courtroom: 5, 4th Floor |

**ORDER**

This matter is before the Court upon the request of Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund (collectively, "Lead Plaintiffs") for leave to file the Additional Statement of Recent Decision in connection with the Motion to Compel filed by Wells Fargo Defendants [ECF No. 343] and Lead Plaintiffs' Motion for Protective Order and to Quash Subpoenas [ECF No. 336];

Having considered the Request, and for good cause appearing, Lead Plaintiffs' request for leave to file is GRANTED. Lead Plaintiffs' Additional Statement of Recent Decision, which is attached as Exhibit A to the Request, and Exhibit B thereto, are deemed filed. Defendants may file a response, not to exceed five pages, to this statement no later than May 17, 2011.

DATED:  May 10, 2011

THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge

-1-

ORDER
Case No. 09-cv-01376-LHK (PSG)