UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.:09-CV-01376-LHK<br><br>MINUTE ORDER AND FURTHER CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown          Reporter:  Lee-Anne Shortridge
Length of Hearing:  24 minutes
Plaintiff Attorneys:  David Stickney
Defendants Attorneys: Marc Dworsky

At the parties' request, a telephonic conference was held on June 1, 2011.

The parties represented that they have reached a settlement in principle and requested that the Court suspend all deadlines while the parties prepare a Motion for Preliminary Approval of Settlement.

The Court modifies the case schedule as set forth below:

The parties shall file reply briefs tomorrow, June 2, 2011, on Plaintiff's Motion for Class Certification and on Defendants' 12(c) Motion, as previously scheduled.  The hearing for both of these motions will be consolidated on July 21, 2011 at 1:30 p.m.  The June 23, 2011 hearing is hereby vacated.

All other case deadlines previously set are hereby suspended.

The parties shall file a Motion for Preliminary Approval of Settlement by July 6, 2011.

The hearing on the Motion for Preliminary Approval of Settlement is set for July 21, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
LUCY H. KOH
United States District Judge