```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  (SBN 76342)
 2  bruce.ericson@pillsburylaw.com
    ANDREW D. LANPHERE (SBN 191479)
 3  andrew.lanphere@pillsburylaw.com
    50 Fremont Street
 4  Post Office Box 7880
    San Francisco, California 94120-7880
 5  Telephone:    (415) 983-1000
    Facsimile:    (415) 983-1200
 6
    WILLIAM G. McGUINNESS (pro hac vice)
 7  william.mcguinness@friedfrank.com
    STEPHANIE J. GOLDSTEIN (pro hac vice)
 8  stephanie.goldstein@friedfrank.com
    SHAHZEB LARI (pro hac vice)
 9  shahzeb.lari@friedfrank.com
    FRIED, FRANK, HARRIS, SHRIVER
10    & JACOBSON LLP
    One New York Plaza
11  New York, New York 10004
    Telephone:    (212) 859-8000
12  Facsimile:    (212) 859-4000

13  Attorneys for Goldman, Sachs & Co., JP Morgan Securities
    LLC, Bear, Stearns & Co., Inc., Deutsche Bank Securities,
14  Inc., UBS Securities, LLC, Credit Suisse Securities (USA)
    LLC, RBS Securities, Inc. and Citigroup Global Markets,
15  Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | No.  C-09-1376-LHK<br><br>**CONSOLIDATED CLASS ACTION**<br>**ECF**<br><br>**UNDERWRITER DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN MOTION BY WELLS FARGO DEFENDANTS AND INDIVIDUAL DEFENDANTS FOR JUDGMENT ON THE PLEADINGS AND PARTIAL SUMMARY JUDGMENT [Doc. 400-04]**<br><br>Date:         July 21, 2011<br>Time:        1:30 p.m.<br>Courtroom:   4 |
|---|---|

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the Underwriter Defendants (GOLDMAN, SACHS
3  & CO., JP MORGAN SECURITIES LLC, BEAR, STEARNS & CO., INC., DEUTSCHE
4  BANK SECURITIES, INC., UBS SECURITIES, LLC, CREDIT SUISSE SECURITIES
5  (USA) LLC, RBS SECURITIES, INC. and CITIGROUP GLOBAL MARKETS, INC.)
6  hereby join in the motion for judgment on the pleadings and partial summary judgment
7  filed on May 5, 2011 by the Wells Fargo Defendants and the Individual Defendants (Doc.
8  402), which is set for hearing on July 21, 2011 at 1:30 p.m.

9  In support of their joinder, and to avoid burdening the Court with repetitive
10 arguments, the Underwriting Defendants hereby adopt and incorporate by reference all
11 papers filed by the moving parties in support of this motion, including their memorandum
12 of points and authorities (Doc. 402), the declaration of David H. Fry (the redacted version,
13 Doc. 403, and the unredacted under-seal version), the request for judicial notice (Doc. 404),
14 the administrative motion re: sealing (Doc. 400 and 401), the declaration filed in
15 compliance with the Order re: Requests to Seal, Doc. 421 (Doc. 424), and the reply papers
16 (Doc. 427).

17  Dated:  June 2, 2011.

18  WILLIAM G. MCGUINNESS (pro hac vice)
    STEPHANIE J. GOLDSTEIN (pro hac vice)
19  SHAHZEB LARI (pro hac vice)
    FRIED, FRANK, HARRIS, SHRIVER
20    & JACOBSON LLP
    One New York Plaza
21  New York, New York 10004

22  PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON
23  ANDREW D. LANPHERE
    50 Fremont Street
24  Post Office Box 7880
    San Francisco, California 94120-7880
25

26  By          /s/ Bruce A. Ericson

27  Attorneys for the Underwriter Defendants

28