PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone:    (415) 983-1000
Facsimile:    (415) 983-1200

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
WILLIAM G. McGUINNESS (pro hac vice)
william.mcguinness@friedfrank.com
STEPHANIE J. GOLDSTEIN (pro hac vice)
stephanie.goldstein@friedfrank.com
SHAHZEB LARI (pro hac vice)
shahzeb.lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities, LLC, Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc., Banc of America Securities, LLC and Citigroup Global Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  C-09-1376-LHK<br><br>**CONSOLIDATED CLASS ACTION - ECF**<br><br>**PROOF OF SERVICE OF ECF DOC. 428 VIA U.S. MAIL** |

I, BRUCE A. ERICSON, the undersigned, hereby declare as follows:

1. I am a member of the bar of this Court and a member of the law firm of Pillsbury Winthrop Shaw Pittman LLP. I am one of the counsel of record for the "Underwriter Defendants" in this action.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On June 2, 2011, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly **UNDERWRITER DEFENDANTS' NOTICE OF JOINDER AND JOINDER IN MOTION BY WELLS FARGO DEFENDANTS AND INDIVIDUAL DEFENDANTS FOR JUDGMENT ON THE PLEADINGS AND PARTIAL SUMMARY JUDGMENT** by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2011, at San Francisco, California.

*/s/ Bruce A. Ericson*
Bruce A. Ericson

## SERVICE LIST

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

Erik David Peterson
Kessler Topaz Meltzer & Check, LLP
580 California Street, Suite 1750
San Francisco, CA 94104

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Jeffrey C. Zwerling
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

Justin M. Tarshis
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Stephanie J. Goldstein
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

- 3 -

1  Takeo A. Kellar
   Bernstein Litwitz Berger & Grossmann LLP
2  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
3

4  William G. McGuinness
   Fried Frank Harris Shriver & Jacobson LLP
5  One New York Plaza
   New York, NY 10004
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE – VIA U.S. MAIL
Case No. C-09-1376 (LHK)