1  MUNGER, TOLLES & OLSON LLP
     Marc T.G. Dworsky (SB# 157413)
2    Kathleen M. McDowell (SB# 115976)
     James C. Rutten (SB# 201791)
3    Erin J. Cox (SB# 267954)
   355 South Grand Avenue, 35th floor
4  Los Angeles, California 90071-1560
   (213) 683-9100; (213) 687-3702 (fax)
5  marc.dworsky@mto.com,
   kathleen.mcdowell@mto.com, james.rutten@mto.com,
6  erin.cox@mto.com

7  MUNGER, TOLLES & OLSON LLP
     David H. Fry (SB# 189276)
8    Carolyn V. Zabrycki (SB# 263541)
   560 Mission Street, 27th floor
9  San Francisco, California 94105-2907
   (415) 512-4000; (415) 512-4077 (fax)
10 david.fry@mto.com, carolyn.zabrycki@mto.com

11 Attorneys for Defendants WELLS FARGO BANK,
   N.A., WELLS FARGO ASSET SECURITIES
12 CORPORATION, FRANKLIN CODEL, DOUGLAS
   JOHNSON, DAVID MOSKOWITZ, and THOMAS
13 NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK) (PSG)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**DECLARATION OF CAROLYN V. ZABRYCKI REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge: Hon. Lucy H. Koh<br>Date: July 21, 2011<br>Time: 1:30 p.m.<br>Ctrm: 4 (5th Floor) |

I, Carolyn V. Zabrycki, declare:

1. I am an attorney in the San Francisco office of the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corp., Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary. I am admitted to practice law in the state of California. I have personal knowledge of the facts stated in this declaration and could testify to them competently if called upon to do so.

2. This declaration is in response to Lead Plaintiffs' Administrative Motion to File Under Seal Material in Connection with their Reply In Further Support of Motion For Class Certification (Dkt 430). Lead Plaintiffs requested that this Court seal (a) Exhibits 23, 24, 25 and 30 to the Declaration of Timothy A. DeLange and (b) portions of the reply which quote or refer to the sealable portions of these exhibits.

3. Exhibit 23 to the DeLange Declaration consists of a portion of Wells Fargo's Amended Response to Lead Plaintiffs' Interrogatory No. 4. Wells Fargo has not and does not designate the portion of its Amended Response to Lead Plaintiffs' Interrogatory No. 4 contained within Exhibit 23 as "Confidential" or "Sensitive Highly Confidential" under the Protective Order.

4. Exhibit 24 to the DeLange Declaration consists of excerpts from the deposition transcript of Wells Fargo's expert witness Stephen D. Prowse. Wells Fargo has not and does not designate the excerpts contained within Exhibit 24 as "Confidential" or "Sensitive Highly Confidential" under the Protective Order.

5. Exhibit 25 to the DeLange Declaration consists of excerpts from the deposition transcript of Wells Fargo's expert witness Bradford Cornell, Ph.D. Wells Fargo has not and does not designate the excerpts contained within Exhibit 25 as "Confidential" or "Sensitive Highly Confidential" under the Protective Order.

6. Exhibit 30 to the DeLange Declaration consists of a copy of Wells Fargo's Response to Lead Plaintiffs' Interrogatory No. 7. Wells Fargo has not and does not designate the

- 1 -

excerpt contained within Exhibit 30 as "Confidential" or "Sensitive Highly Confidential" under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 8, 2011 at San Francisco, California.

                                         */s/ Carolyn V. Zabrycki*
                                          Carolyn V. Zabrycki