PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (pro hac vice)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP Morgan Securities LLC, Bear, Stearns & Co., Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities, Inc. and Citigroup Global Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-01376 (LHK)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**PROOF OF SERVICE – VIA U.S. MAIL** |
|---|---|

I, David A. Kramlick, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On June 9, 2011, I served a true copy of the attached document(s) titled exactly DECLARATION OF SHAHZEB LARI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS IN CONNECTION WITH LEAD PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION (DOC. 430) by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

[See Attached Service List]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of June, 2011, at San Francisco, California.

_____
David A. Kramlick

<u>**Service List**</u>

David Andrew Thorpe
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130

Erik David Peterson
Kessler Topaz Meltzer & Check, LLP
580 California Street
Suite 1750
San Francisco, CA 94104

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
Ne wYork, NY 10169

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Jeffrey C. Zwerling
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

Justin M. Tarshis
Zwerling Schachter & Zwerling, LLP
41 Madison Avenue
32nd Floor
New York, NY 10010

Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

1  Stephanie J. Goldstein
   Fried Frank Harris Shriver & Jacobson LLP
2  One New York Plaza
   New York, NY 10004
3

4  Takeo A. Kellar
   Bernstein Litwitz Berger & Grossmann LLP
5  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
6

7  William G. McGuinness
   Fried Frank Harris Shriver & Jacobson LLP
8  One New York Plaza
   New York, NY 10004
9