BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
NIKI L. MENDOZA (Bar No. 214646)
MATTHEW P. JUBENVILLE (Bar No. 228464)
TAKEO A. KELLAR (Bar No. 234470)
JONATHAN D. USLANER (Bar No. 256898)
PAUL M. JONNA (Bar No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
matthewj@blbglaw.com
takeok@blbglaw.com
jonathanu@blbglaw.com
paulj@blbglaw.com

*Counsel for Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System, Louisiana Sheriffs' Pension and Relief Fund, and the Class, and for additional Plaintiffs Public Employees' Retirement System of Mississippi, and Vermont Pension Investment Committee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**SUMMARY NOTICE**<br><br>**EXHIBIT A-3** |

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED MORTGAGE PASS-THROUGH CERTIFICATES PURSUANT OR TRACEABLE TO WELLS FARGO ASSET SECURITIES CORPORATION'S JULY 29, 2005 REGISTRATION STATEMENT, OCTOBER 20, 2005 REGISTRATION STATEMENT, OR SEPTEMBER 27, 2006 REGISTRATION STATEMENT, AND THE ACCOMPANYING PROSPECTUSES AND PROSPECTUS SUPPLEMENTS IN THE FOLLOWING 28 OFFERINGS AND WERE DAMAGED THEREBY: The WFMBS 2006-1 offering, WFMBS 2006-2 offering, WFMBS 2006-3 offering, WFMBS 2006-4 offering, WFMBS 2006-6 offering, WFMBS 2006-AR1 offering, WFMBS 2006-AR2 offering, WFMBS 2006-AR4 offering, WFMBS 2006-AR5 offering, WFMBS 2006-AR6 offering, WFMBS 2006-AR8 offering, WFMBS 2006-AR10 offering, WFMBS 2006-AR11 offering, WFMBS 2006-AR12 offering, WFMBS 2006-AR14 offering, WFMBS 2006-AR17 offering, WFMBS 2007-11 offering, WFMBS 2006-7 offering, WFMBS 2006-10 offering, WFMBS 2006-AR16 offering, WFMBS 2006-18 offering, WFMBS 2006-AR19 offering, WFMBS 2006-20 offering, WFALT 2007-PA1 offering, WFMBS 2007-AR4 offering, WFMBS 2007-10 offering, WFMBS 2007-13 offering, and WFMBS 2006-AR15 offering.**

YOU ARE HEREBY NOTIFIED that a proposed settlement has been reached in this action. A hearing will be held with respect to the settlement on _____, 2011, at _____ _.m. before the Honorable Lucy H. Koh in the United States District Court for the Northern District of California, 280 South 1st Street, Courtroom 4, 5th Floor, San Jose, CA 95113.

The purpose of the hearing is to determine whether the proposed settlement of the securities class action claims asserted in this litigation, pursuant to which Defendant Wells Fargo will cause to be deposited the sum of one-hundred and twenty-five million dollars ($125,000,000.00) into a settlement fund in exchange for the dismissal of the litigation and a release of claims against Wells Fargo, the other defendants and other related persons and entities, should be approved by the Court as fair, reasonable, adequate and in the best interests of the Settlement Class, which includes all persons and entities who purchased or otherwise acquired certain Wells Fargo Mortgage-Backed Securities pursuant to the registration statements listed above in the offerings listed above and who were damaged thereby.

1  If you purchased or otherwise acquired mortgage pass-through certificates pursuant or traceable
2  to Wells Fargo Asset Securities Corporation's July 29, 2005 Registration Statement, October 20, 2005
3  Registration Statement, or September 27, 2006 Registration Statement, and the accompanying
4  prospectuses and prospectus supplements in the offerings listed above and were damaged thereby, you
5  may be entitled to share in the distribution of the settlement fund if you submit a claim form no later
6  than [120 days after Notice Date], establishing that you are entitled to a recovery.

7  If you are a Class Member, you have the right to object to the settlement, the plan of allocation
8  and/or the request by plaintiffs' Lead Counsel for an award of attorneys' fees and expenses, or otherwise
9  request to be heard, by submitting no later than _____ __, 2011 a written objection in accordance
10 with the procedures described in a more detailed notice that has been mailed to persons or entities
11 known to be potential Class Members, and that is available at www.WellsFargoRMBSlitigation.com.
12 You also have the right to exclude yourself from the class by submitting no later than _____ __,
13 2011 a written request for exclusion from the Settlement Class in accordance with the procedures
14 described in the more detailed notice.  If the settlement is approved by the Court, you will be bound by
15 the settlement and the Court's final order and judgment, including the releases provided for in the final
16 order and judgment, unless you submit a request to be excluded.

17 This notice provides only a summary of matters regarding the litigation and the settlement.  A
18 detailed notice describing the litigation, the proposed settlement, and the rights of members of the
19 Settlement Class to appear in Court at the hearing, to request to be excluded from the Settlement Class
20 and/or to object to the settlement, the plan of allocation and/or the request by plaintiffs' Lead Counsel
21 for an award of attorneys' fees and expenses has been mailed to persons or entities known to be potential
22 Class Members.  You may obtain a copy of this notice, a proof of claim form, or other information by
23 writing to the following address or calling the following telephone number:

Wells Fargo Project Administration
c/o The Garden City Group, Inc.
P.O. Box 9767
Dublin, OH 43017-5667

(888) 378-8728

or by downloading the same from www.WellsFargoRMBSlitigation.com.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**  Inquiries, other than requests for the detailed notice referenced above and a proof of claim form, may be made to plaintiffs' Lead Counsel:

    Bernstein Litowitz Berger & Grossmann LLP
    12481 High Bluff Drive, Suite 300
    San Diego, CA  92130
    Tel:   (858) 793-0070
    Fax:  (858) 793-0323
    Attn:  David R. Stickney, Esq.
           Niki L. Mendoza, Esq.

Dated: _____, 2011         By Order of the Clerk of the Court
                                        United States District Court
                                        for the Northern District of California