MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  Kathleen M. McDowell (SB# 115976)
  James C. Rutten (SB# 201791)
355 South Grand Avenue, 35th floor
Los Angeles, California 90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
kathleen.mcdowell@mto.com
james.rutten@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
560 Mission Street, 27th floor
San Francisco, California 94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A.; WELLS FARGO ASSET SECURITIES CORPORATION; FRANKLIN CODEL; DOUGLAS JOHNSON; DAVID MOSKOWITZ; and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING HEARINGS ON (1) LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; AND (2) DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge: Honorable Lucy H. Koh<br>Courtroom: 4 |

1    WHEREAS, on June 1, 2011, Lead Plaintiffs and the Wells Fargo Defendants advised the
2    Court that they had reached a settlement in principle;
3    WHEREAS, the Court reset the hearing on Lead Plaintiffs' Motion for Class Certification
4    for July 21, 2011, the date previously set for the Wells Fargo Defendants' and Individual
5    Defendants' Motion for Judgment on the Pleadings, but indicated that the hearings on these
6    motions would not proceed if the Parties succeeded in reaching a written settlement agreement;
7    WHEREAS, the Court ordered the Parties to file a motion for preliminary approval of
8    settlement by July 6, 2011, and set a hearing on the matter for July 21, 2011;
9    WHEREAS, the Parties have agreed upon a written Stipulation of Settlement, which was
10   filed with the Court, along with Lead Plaintiffs' Unopposed Motion for Preliminary Approval, on
11   July 6, 2011;
12   WHEREAS, if the Court were to grant Lead Plaintiffs' Unopposed Motion for
13   Preliminary Approval, the motion for class certification and motion for judgment on the pleadings
14   would be moot;
15   NOW, THEREFORE, the Parties hereby stipulate and agree, subject to Court approval,
16   that the hearings on Lead Plaintiffs' Motion for Class Certification and the Wells Fargo
17   Defendants' and Individual Defendants' Motion for Judgment on the Pleadings, currently set for
18   July 21, 2011, shall be vacated, or alternatively, adjourned *sine die*.

20   Date: July 8, 2011                                MUNGER, TOLLES & OLSON LLP

22                                                    By:  _____*/s/ David H. Fry*_____
                                                              David H. Fry

                                                      Attorneys for Wells Fargo Defendants and the
24                                                    Individual Defendants

- 1 -                                    STIPULATION AND [PROPOSED] ORDER TO
                                         VACATE HEARING DATES
                                         NO. 09-CV-1376 (LHK)

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Date: July 8, 2011 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 3 | | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |

By: _____/s/ Bruce A. Ericson_____
Bruce A. Ericson

Attorneys for Underwriter Defendants

Date: July 8, 2011

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: _____/s/ David R. Stickney_____
David R. Stickney

Attorneys for Lead Plaintiffs

Pursuant to the Parties' Stipulation, the hearings on Plaintiffs' Motion for Class Certification and the Wells Fargo Defendants' and Individual Defendants' Motion for Judgment on the pleadings set for July 21, 2011 are hereby VACATED in light of the Court's consideration of Lead Plaintiffs' Unopposed Motion for Preliminary Approval set for hearing on July 21, 2011.

IT IS SO ORDERED.

DATED: July 12, 2011

_/s/ Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court Judge

1 | FILER'S ATTESTATION

2   I, David H. Fry, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, Paragraph X.B, I hereby attest that the other attorneys listed as signatories above have concurred in this filing.

DATED: July 8, 2011        By:    /s/ *David H. Fry*
                                          David H. Fry

- 3 -

STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATES
NO. 09-CV-1376 (LHK)