UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: 09-CV-01376-LHK<br><br>ORDER REGARDING EDITS TO PROPOSED CLASS NOTICE |

As discussed at the preliminary fairness hearing on the proposed settlement in this action, the Court asks that the Plaintiffs submit a revised class notice and proposed order with the following changes:

1) Update Table A with corrected values.
2) Clarify language in notice to indicate that if investors recognized a gain in selling trust certificates, they are not entitled to a recovery.
3) Add illustrative examples for each calculation potential class members might need to complete in ¶¶ 41-43.
4) In the cell describing the consequences of opting out on page 4, clarify that potential class members who opt out may seek recovery through other litigation.
5) In ¶ 59, indicate the total dollar amount of attorneys' fees that may be sought.

1

Case No.: 09-CV-01376-LHK
ORDER REGARDING EDITS TO PROPOSED CLASS NOTICE

IT IS SO ORDERED.

Dated: July 21, 2011

_____
LUCY H. KOH
United States District Judge