UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION

Case No.: 09-CV-01376-LHK

ORDER ON JOINT MOTION FOR INDICATIVE RULING

The parties have submitted a proposed settlement of the claims asserted in this case. The settlement also addresses claims that were previously dismissed by this Court, which are now the subject of several different appeals pending before the Ninth Circuit Court of Appeals. These matters are: *General Retirement System of the City of Detroit v. Goldman Sachs & Co.,* Case No. 10-17647 (9th Cir.); *Vermont Pension Investment Committee v. Goldman Sachs & Co.,* Case No. 11-15087 (9th Cir.); and *First Star bank v. Wells Fargo Mortgage Backed Securities 2006-AR15 Trust,* Case No. 10-17470 (9th Cir.). The Court today grants preliminary approval of the proposed settlement, and upon notice to the settlement class and opportunity to be heard, and upon a finding that the proposed settlement is fair, reasonable and adequate, would grant final approval of the settlement if the Court of Appeals remands for that purpose. Accordingly, the Court issues this Order granting the parties' request for an indicative ruling under Federal Rule of Civil Procedure 62.1(a)(3) and Federal Rule of Appellate Procedure 12.1. Should the Ninth Circuit Court of

1

1  Appeals issue a limited remand of the claims currently pending on appeal in the cases listed above,
2  this Court will consider final approval of the settlement as indicated.
3  IT IS SO ORDERED.
4  Dated: July 26, 2011

_____
LUCY H. KOH
United States District Judge