**FILED**

AUG 09 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FIRST STAR BANK, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR15 TRUST, et al., <br><br> Defendants - Appellees. | No. 10-17470 <br>     10-17647 <br>     11-15087 <br><br> D.C. No. 5:10-cv-03508-LHK <br> D.C. No. 5:09-cv-01376-LHK <br><br> U.S. District Court for Northern California, San Jose <br><br> ORDER |

The unopposed joint motion for a limited remand is granted. The limited remand will remain in effect for 60 days after the date of this order. The parties may move to continue the limited remand if the Rule 60(b) remains pending. In the absence of a motion, the limited remand will terminate and the answering brief will be due within 90 days from the date of this order. The optional reply brief will be due within 14 days after service of the answering brief.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Daryl T. Omura
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

08.05.11/do/pro  mo