# EXHIBIT D

**BERNSTEIN LITOWITZ BERGER & GROSSMANN**
**TIME REPORT**
Inception through September 19, 2011

| NAME | HOURS | HOURLY RATE ($) | LODESTAR ($) |
|---|---|---|---|
| **Partners:** | | | |
| Max Berger | 61.25 | 975.00 | 59,718.75 |
| Timothy DeLange | 1,459.75 | 700.00 | 1,021,825.00 |
| Blair Nicholas | 45.00 | 800.00 | 36,000.00 |
| Gerald Silk | 101.00 | 800.00 | 80,800.00 |
| David Stickney | 1,001.85 | 800.00 | 801,480.00 |
| **Senior Counsel:** | | | |
| Niki Mendoza | 211.00 | 600.00 | 126,600.00 |
| **Associates:** | | | |
| Ian Berg | 55.00 | 475.00 | 26,125.00 |
| Joseph Goodman | 64.50 | 500.00 | 32,250.00 |
| Paul Jonna | 155.75 | 425.00 | 66,193.75 |
| Matthew Jubenville | 1,823.20 | 450.00 | 820,440.00 |
| Takeo Kellar | 1,325.50 | 475.00 | 629,612.50 |
| Ann Lipton | 213.50 | 490.00 | 104,615.00 |
| David Thorpe | 86.25 | 450.00 | 38,812.50 |
| Jonathan Uslaner | 1,539.65 | 475.00 | 731,333.75 |
| **Staff Associates:** | | | |
| Dave Duncan | 16.25 | 425.00 | 6,906.25 |
| **Staff Attorneys:** | | | |
| Adam Donaton | 137.00 | 375.00 | 51,375.00 |
| Andrew Kushnick | 880.50 | 375.00 | 330,187.50 |
| Paula Miller | 893.50 | 395.00 | 352,932.50 |
| Michelle Samuels | 764.50 | 340.00 | 259,930.00 |
| Nathan Shultz | 446.50 | 375.00 | 167,437.50 |
| Eva Taylor | 400.30 | 340.00 | 136,102.00 |
| **Paralegals:** | | | |
| Dena Bielasz | 22.00 | 265.00 | 5,830.00 |
| Lisa Cox | 29.20 | 265.00 | 7,738.00 |
| Virginia Gonzalez | 96.50 | 250.00 | 24,125.00 |
| Sam Jones | 176.50 | 245.00 | 43,242.50 |
| Kaye A. Martin | 962.75 | 265.00 | 255,128.75 |
| Kelly Nester | 105.00 | 225.00 | 23,625.00 |
| Kristina Sousek | 51.00 | 245.00 | 12,495.00 |
| **Document Clerks:** | | | |
| Michael Andres | 86.25 | 190.00 | 16,387.50 |

CASE NO. 09-CV-1376-LHK

| Kevin Kazules | 32.50 | 190.00 | 6,175.00 |
|---|---|---|---|
| **Director of Financial Analysis:** | | | |
| Nick DeFilippis | 8.00 | 465.00 | 3,720.00 |
| **Director of Investor Services:** | | | |
| Adam Weinschel | 23.50 | 375.00 | 8,812.50 |
| **Financial and Case Analysts:** | | | |
| Amanda Beth Hollis | 17.00 | 295.00 | 5,015.00 |
| Rochelle Moses | 13.00 | 295.00 | 3,835.00 |
| Clayton Ramsey | 101.25 | 225.00 | 22,781.25 |
| Sharon Safran | 42.25 | 295.00 | 12,463.75 |
| Ryan S. Ting | 128.00 | 235.00 | 30,080.00 |
| **Investigators:** | | | |
| Lisa C. Burr | 179.00 | 265.00 | 47,435.00 |
| **Litigation Support:** | | | |
| Fred Reyes | 263.50 | 260.00 | 68,510.00 |
| **TOTAL LODESTAR** | **14,018.95** | | **$6,478,076.25** |

## KLAUSNER & KAUFMAN, P.A.
### TIME REPORT
### Inception through September 12, 2011

| NAME | HOURS | HOURLY RATE ($) | LODESTAR ($) |
|---|---|---|---|
| **Partners:** | | | |
| Robert Klausner | 120 | 650.00 | 78,000.00 |
| **TOTAL LODESTAR** | **120** | | **$78,000.00** |

-3-

## BERNSTEIN LITOWITZ
### EXPENSE REPORT
Inception through September 8, 2011

| CATEGORY | AMOUNT ($) |
|---|---:|
| Court Fees | 970.00 |
| Service of Process | 4,549.45 |
| PSLRA Notice Cost | 910.00 |
| On-Line Legal Research | 79,945.13 |
| On-Line Factual Research | 12,093.20 |
| Telephone | 498.06 |
| Postage and Express Mail | 8,051.15 |
| Internal Copying | 21,887.00 |
| Outside Copying | 3,677.77 |
| Out of Town Travel | 48,070.75 |
| Court Reporters & Transcripts | 31,335.63 |
| Special Publications | 82.95 |
| Document Management & Litigation Support | 56,042.55 |
| Experts | 559,818.90 |
| Mediation Fees | 28,975.00 |
| TOTAL EXPENSES: | $856,907.54 |

## KLAUSNER & KAUFMAN, P.A.
### EXPENSE REPORT
Inception through September 12, 2011

| CATEGORY | AMOUNT ($) |
|---|---:|
| Out of Town Travel (transportation, meals, lodging) for Deposition Preparation and Lead Plaintiff Deposition | $3,556.00 |
| TOTAL EXPENSES: | $3,556.00 |