BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
TIMOTHY A. DeLANGE (Bar No. 190768)
NIKI L. MENDOZA (Bar No. 214646)
MATTHEW J. JUBENVILLE (Bar No. 228464)
TAKEO A. KELLAR (Bar No. 234470)
JONATHAN D. USLANER (Bar No. 256898)
PAUL M. JONNA (Bar No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
matthewj@blbglaw.com
takeok@blbglaw.com
jonthanu@blbglaw.com
paulj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System, Louisiana Sheriffs' Pension and Relief Fund, Public Employees' Retirement System of Mississippi, and Vermont Pension Investment Committee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2. That on September 22, 2011, the following documents:

- Lead Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof;

- Lead Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; Memorandum of Points and Authorities in Support Thereof;

- Declaration of David R. Stickney in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Motion for Approval of Attorneys' Fees and Expenses, including:

    Exhibit A: Declaration of Layn R. Phillips in Support of Final Approval of Class Action Settlement;

    Exhibit B: Lead Plaintiff Declarations;

    Exhibit C: Declaration of Jennifer M. Keough Re Notice Dissemination and Publication;

    Exhibit D: BLBG Lodestar and Expense Charts;

    Exhibit E: Additional Plaintiffs' Counsel's Lodestar and Expense Declarations;

    Exhibit F: Declaration of Brett Brandenberg in Support of Plan of Allocation;

    Exhibit G: Ninth Circuit August 9, 2011 Order;

    Exhibit H: BLBG Firm Resume; and

- Declaration of Service

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3. I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the

following electronic mail address provided by the Securities Class Action Clearinghouse: **scac@law.stanford.edu**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 22nd day of September 2011.

*Kaye a Martin*
KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

# SERVICE LIST

| Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc. ||
|---|---|
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |
| **Additional Counsel to General Retirement System of City of Detroit** ||
| Denis F. Sheils<br>**KOHN, SWIFT & GRAF, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Tel: (215) 238-1700<br>dsheils@kohnswift.com | |
| **Plaintiffs' Counsel to Class Representative Plumbers & Steamfitters Local 60 Pension Plan** ||
| Christopher J. Keller<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>ckeller@labaton.com | |
| **Plaintiffs' Counsel to Class Representative Southeastern Pennsylvania Transportation Authority** ||
| Kimberly Donaldson Smith<br>**CHIMICLES & TIKELLIS LLP**<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Tel: (610) 642-8500<br>Fax: (610) 649-3633<br>kimdonaldsonsmith@chimicles.com | |

*Non-ECF participants to be served by email.

9/22/2011

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)