PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co., JP
Morgan Securities LLC, Bear, Stearns & Co., Inc.,
Deutsche Bank Securities, Inc., UBS Securities, LLC,
Credit Suisse Securities (USA) LLC, RBS Securities Inc.,
Banc of America Securities, LLC, Merrill Lynch, Piece,
Fenner & Smith, Inc., and Citigroup Global Markets, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In Re WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  09-CV-01376 (LHK)<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**UNDERWRITER DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:  October 27, 2011<br>Time:  1:30 p.m.<br>Courtroom:  4, 5th Floor<br>Judge:  Lucy H. Koh |

09-cv-01376-[LHK] UNDERWRITER DEFENDANTS' STATEMENT OF NON-OPPOSITION TO SETTLEMENT

1 | Defendants Goldman, Sachs & Co., J.P. Morgan Securities LLC, Bear, Stearns & Co., Deutsche Bank Securities, Inc., UBS Securities, LLC, Credit Suisse Securities (USA) LLC, RBS Securities Inc., f.k.a. Greenwich Capital Markets, Inc., Banc of America Securities, LLC, Merrill Lynch, Pierce, Fenner & Smith Inc. and Citigroup Global Markets, Inc. (collectively, the "Underwriter Defendants") hereby state pursuant to Civil Local Rule 7-3(b) that they do not oppose Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for Attorney's Fees and Reimbursement of Litigation Expenses (the "Motions"), filed with this Court on September 22, 2011 (Doc. 451-454).  The Underwriter Defendants hereby submit this statement in connection with the proposed settlement of this action solely to make clear that they neither adopt nor join in the factual or legal discussions included in the Motions and the supporting documents.  While the Underwriter Defendants have entered into the settlement to resolve this litigation and therefore support its approval by the Court, they deny wrongdoing or liability in all respects and reserve all rights to contest the facts and legal analyses set forth in the Motions and the supporting documents in the event that, for any reason, the settlement is not approved and litigation of the claims herein resumes.

//
//
//

| | |
|---|---|
| 1 | Dated: October 4, 2011 |

<div style="margin-left:3em">

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ *Bruce A. Ericson*
      Bruce A. Ericson

50 Fremont Street
San Francisco, California 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
bruce.ericson@pillsbury.com


FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

William G. McGuinness
Shahzeb Lari
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
william.mcguinness@friedfrank.com
shahzeb.lari@friedfrank.com

*Attorneys for Underwriter Defendants*

</div>