Kathy D. Patrick
Scott A. Humphries
Gibbs & Bruns LLP
1100 Louisiana Street, Ste. 5300
Houston, Texas  77002
Tele:  713-650-8805
Fax:  713-750-0903
Email:  kpatrick@gibbsbruns.com
Email: shumphries@gibbsbruns.com
Attorneys for Neuberger Berman Europe, Ltd. and Bayerische Landesbank

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CASE NO. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION - ECF |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE THAT the undersigned counsel from Gibbs & Bruns, L.L.P. hereby appear on behalf of the following Settlement objectors:  Neuberger Berman Europe, Ltd., as Agent for Sealink Funding, Ltd., and Bayerische Landesbank.

Dated:  October 6, 2011

Respectfully submitted,

GIBBS & BRUNS, LLP

//s// Scott A. Humphries
Kathy D. Patrick
Scott A. Humphries
1100 Louisiana St., Ste. 5300
Houston, Texas 77002
Phone: 713/650-8805
Fax: (713) 750-0903
Email: kpatrick@gibbsbruns.com
Email: shumphries@gibbsbruns.com

Attorneys for Objectors, Neuberger Berman Europe, Ltd., and Bayerische Landesbank

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2011, copies of the foregoing Notice of Appearance were served via CM/ECF on all parties.

//s// Scott A. Humphries
Scott A. Humprhies