Charles M. Kagay - CBN 73377
Spiegel Liao & Kagay, LLP
388 Market Street, Suite 900
San Francisco, California  94111
Telephone:  (415) 956-5959
Fax:   (415) 362-1431
Email: cmk@slksf.com

Attorneys for Neuberger Berman Europe, Ltd.
and Bayerische Landesbank.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CASE NO. 09-CV-1376-LHK (PSG)<br><br>NOTICE OF APPEARANCE |

Please take notice that Charles M. Kagay of Spiegel Liao & Kagay hereby appears in this action on behalf of objectors Neuberger Berman Europe, Ltd. and Bayerische Landesbank.  Mr. Kagay's e-mail address is cmk@slksf.com.

Dated: October 6, 2011

                        Respectfully submitted,

                        SPIEGEL LIAO & KAGAY, LLP

                        /s/Charles M. Kagay
                        Charles M. Kagay
                        388 Market Street, Suite 900
                        San Francisco, California  94111
                        Telephone:  (415) 956-5959
                        Fax:   (415) 362-1431
                        Email: cmk@slksf.com

**1**