1  Kathy D. Patrick – Texas Bar No. 15581400
   Scott A. Humphries – Texas Bar No. 00796800
2  Gibbs & Bruns LLP
   1100 Louisiana Street, Ste. 5300
3  Houston, Texas 77002
   Tele: 713-650-8805
4  Fax: 713-750-0903
   Email: kpatrick@gibbsbruns.com
5  Email: shumphries@gibbsbruns.com

6  (Pending Pro Hac Vice Admission)

7  Charles M. Kagay - CBN 73377
   Spiegel Liao & Kagay, LLP
8  388 Market Street, Suite 900
   San Francisco, California 94111
9  Telephone: (415) 956-5959
   Fax: (415) 362-1431
10 Email: cmk@slksf.com

11 Attorneys for Neuberger Berman Europe, Ltd.
   and Bayerische Landesbank.

12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CASE NO. 09-CV-1376-LHK (PSG) CONSOLIDATED CLASS ACTION-ECF  ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ATTORNEY PRO HAC VICE |
|---|---|

Kathy D. Patrick, whose business address and telephone number is 1100 Louisiana Street, Suite 5300, Houston, Texas 77002, (713) 650-8805 and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Neuberger Berman Europe, Ltd., as Agent for Sealink Funding, Ltd. and Bayerische Landesbank.

1

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3    *vice*. Service of papers upon and communication with co-counsel designated in the application will
4    constitute notice to the party. All future filings in this action are subject to the requirements
5    contained in General Order No. 45, *Electronic Case Filing*.
6    Dated:   October 13, 2011

_____
Hon. Lucy H. Koh
United States District Judge