1  Kathy D. Patrick – Texas Bar No. 15581400
   Scott A. Humphries – Texas Bar No. 00796800
2  Gibbs & Bruns LLP
   1100 Louisiana Street, Ste. 5300
3  Houston, Texas 77002
   Tele: 713-650-8805
4  Fax: 713-750-0903
   Email: kpatrick@gibbsbruns.com
5  Email: shumphries@gibbsbruns.com

6  (Pending Pro Hac Vice Admission)

7  Charles M. Kagay - CBN 73377
   Spiegel Liao & Kagay, LLP
8  388 Market Street, Suite 900
   San Francisco, California 94111
9  Telephone: (415) 956-5959
   Fax: (415) 362-1431
10 Email: cmk@slksf.com

11 Attorneys for Neuberger Berman Europe, Ltd.
   and Bayerische Landesbank.

12

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15  IN RE WELLS FARGO MORTGAGE-BACKED    CASE NO. 09-CV-1376-LHK (PSG)
    CERTIFICATES LITIGATION               CONSOLIDATED CLASS ACTION-ECF
16
                                          ORDER GRANTING APPLICATION
17                                        FOR ADMISSION OF ATTORNEY
                                          ATTORNEY PRO HAC VICE
18

19       Scott A. Humphries, whose business address and telephone number is 1100 Louisiana Street,

20  Suite 5300, Houston, Texas 77002, (713) 650-8805 and who is an active member in good standing

21  of the bar of Texas having applied in the above-entitled action for admission to practice in the

22  Northern District of California on a pro hac vice basis, representing Neuberger Berman Europe, Ltd.,

23  as Agent for Sealink Funding, Ltd. and Bayerische Landesbank.

24

1

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*. Service of papers upon and communication with co-counsel designated in the application will
4 constitute notice to the party. All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

6 Dated: October 13, 2011

                                                                             _____
                                                                             Hon. Lucy H. Koh
                                                                             United States District Judge