BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
NIKI L. MENDOZA (Bar No. 214646)
MATTHEW J. JUBENVILLE (Bar No. 228464)
JONATHAN D. USLANER (Bar No. 256898)
PAUL M. JONNA (Bar No. 265389)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
matthewj@blbglaw.com
jonthanu@blbglaw.com
paulj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System, Louisiana Sheriffs' Pension and Relief Fund, Public Employees' Retirement System of Mississippi, and Vermont Pension Investment Committee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**DECLARATION OF SERVICE** |
|---|---|

# DECLARATION OF SERVICE

I, the undersigned, declare:

1.    That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2.    That on October 20, 2011, the following documents:

- Lead Plaintiffs' Reply in Further Support of Motion for Final Approval of Class Action Settlement, including:
    > Exhibit 1: Supplemental Declaration of Jennifer M. Keough Re Notice Dissemination and Publication;
- [Proposed] Final Judgment and Order of Dismissal with Prejudice;
- [Proposed] Order Approving Plan of Allocation;
- [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses; and
- Declaration of Service

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached Service List).

3.    I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse: **scac@law.stanford.edu**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 20th day of October 2011.

*/s/ Kaye A. Martin*
KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

# SERVICE LIST

| Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc. ||
|---|---|
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel:  (212) 859-8000<br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |
| **Additional Counsel to General Retirement System of City of Detroit** ||
| Denis F. Sheils<br>**KOHN, SWIFT & GRAF, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Tel:  (215) 238-1700<br>dsheils@kohnswift.com | |
| **Plaintiffs' Counsel to Class Representative Plumbers & Steamfitters Local 60 Pension Plan** ||
| Christopher J. Keller<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>Tel:      (212) 907-0700<br>Fax:     (212) 818-0477<br>ckeller@labaton.com | |
| **Plaintiffs' Counsel to Class Representative Southeastern Pennsylvania Transportation Authority** ||
| Kimberly Donaldson Smith<br>**CHIMICLES & TIKELLIS LLP**<br>361 West Lancaster Avenue<br>Haverford, PA  19041<br>Tel:      (610) 642-8500<br>Fax:     (610) 649-3633<br>kimdonaldsonsmith@chimicles.com | |

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

| **Counsel for Neuberger Berman Europe, Ltd. and Bayerische Landesbank** ||
|---|---|
| Charles M. Kagay<br>SPIEGEL LIAO & KAGAY, LLP<br>388 Market Street, Suite 900<br>San Francisco, CA 94111<br>Tel: (415) 956-5959<br>Fax: (415) 362-1431<br>cmk@slksf.com | Kathy D. Patrick<br>Scott A. Humphries<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>Tel:  (713) 650-8805<br>Fax:  (713) 750-0903<br>kpatrick@gibbsbruns.com<br>shumphries@gibbsbruns.com |

*Non-ECF participants to be served by email.

10/20/2011

---

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)