MUNGER, TOLLES & OLSON LLP
Marc T.G. Dworsky (SB# 157413)
Kathleen M. McDowell (SB# 115976)
James C. Rutten (SB# 201791)
Erin J. Cox (SB# 267954)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com, kathleen.mcdowell@mto.com,
james.rutten@mto.com, erin.cox@mto.com

MUNGER, TOLLES & OLSON LLP
David H. Fry (SB# 189276)
560 Mission Street, 27th Floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A., WELLS FARGO ASSET SECURITIES CORPORATION, FRANKLIN CODEL, DOUGLAS JOHNSON, DAVID MOSKOWITZ, and THOMAS NEARY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (LHK)<br><br>CONSOLIDATED CLASS ACTION - ECF<br><br>**DECLARATION OF DAVID H. FRY IN SUPPORT OF WELL FARGO'S RESPONSE TO OBJECTION OF NEUBERGER BERMAN EUROPE, LTD. AND BAYERISCHE LANDESBANK**<br><br>Judge:       Hon. Lucy H. Koh<br>Date:         October 27, 2011<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor |

I, David H. Fry, declare:

1. I am a member of the State Bar of California and an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record in the above-captioned action for Defendants Wells Fargo Bank, N.A. ("Wells Fargo"), Wells Fargo Asset Securities Corporation, Franklin Codel, Douglas Johnson, David Moskowitz, and Thomas Neary. I have personal knowledge of the facts stated in this declaration and could testify to them competently if called upon to do so. I make this declaration in support of Wells Fargo's Response to Objection of Neuberger Berman Europe, Ltd. and Bayerische Landesbank.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Pooling and Servicing Agreement for the WFALT 2007-PA1 offering, dated February 27, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Pooling and Servicing Agreement for the WFMBS 2007-10 offering, dated June 28, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Pooling and Servicing Agreement for the WFMBS 2007-13 offering, dated August 29, 2007.

5. The three PSA attached as Exhibits 1-3 related to the three deals with respect to which Objectors have indicated they purchased Certificates.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Wells Fargo & Company's Second Quarter 2011 Form 10-Q, filed with the Securities and Exchange Commission. The entire document is available from the SEC or at https://www.wellsfargo.com/downloads/pdf/invest_relations/2Q11_10Q.pdf.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct, and that this declaration was executed on October 20, 2011 at San Francisco, California.

                                              */s/ David H. Fry*
                                              David H. Fry