UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 46 min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE: 10/27/11

CASE #: C 09-01376LHK

CASE TITLE: In RE WELLS FARGO MORTAGE BACKED SECURITIES LITIGATION

**Appearances for Plaintiff(s)**

**TIMOTHY A. DELANGE & DAVID R. STICKNEY for PLAINTIFFS**

**SCOTT HUMPHRIES & CHARLES KAGAY for OBJECTORS**

**Appearances for Defendant(s)**

**DAVID H. FRY for INDIVIDUAL. DFTS.**

**BRUCE A. ERICSON for UNDERWRITER DEFENDANTS**

**TODAY'S PROCEEDINGS**

{ }ORDER TO SHOW CAUSE { } PRE-TRIAL CONF. {X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { X} | { } | { } | 1. FINAL APPROVAL OF CLASS SETTLEMENT |
| { X} | { } | { } | 2. FOR ATTORNEY FEES |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED [ ] NOT SETTLED [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED [ ] DENIED [ ] SUBMITTED [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to @ For

**ORDER TO BE PREPARED BY:** [ ]PLTF; [ ]DEFT; [ ]COURT
Additional Comments: THE MATTER IS ARGUED. THE COURT WILL ISSUE A WRITTEN ORDER.