UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**[PROPOSED] ORDER AUTHORIZING PUBLICATION OF REMINDERS TO SUBMIT CLAIM FORMS** |

Having reviewed the Supplemental Submission Regarding Plaintiffs' Counsel's Lodestar and Publication of Reminders to Submit Claim Forms, the Court approves the following methods for providing supplemental notice to the Settlement Class:[1]

1. No later than five (5) business days following entry of this Order, Lead Counsel shall publish in *The Wall Street Journal* the announcement substantially in the form attached hereto as Exhibit A;

2. Lead Counsel shall instruct the Claims Administrator to, no later than three (3) business days following entry of this Order, mail a reminder substantially in the form attached hereto as Exhibit B to all potential Settlement Class Members and nominees who have been previously identified; and

3. No later than three (3) business days following entry of this Order, Lead Counsel shall issue a press release substantially in the form attached hereto as Exhibit C.

IT IS SO ORDERED.

DATED: November 9, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

---

[1] This order hereby incorporates by reference the definitions in the Stipulation of Settlement, and all terms used herein shall have the same meanings as set forth in the Stipulation.

# **EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**REMINDER:<br>CLAIM FORM DEADLINE IS<br>DECEMBER 7, 2011** |

**IMPORTANT REMINDER:** The deadline to file a claim in the above-referenced securities class action is approaching. If you are a Settlement Class Member, having purchased or otherwise acquired any of the mortgage pass-through certificates pursuant or traceable to the registration statements and prospectuses described below, and wish to be eligible to participate in the recovery of this settlement, your completed Proof of Claim and Release ("Proof of Claim") and supporting documentation must be mailed to the Claims Administrator, postmarked no later than **DECEMBER 7, 2011.**

The Settlement Class includes: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED MORTGAGE PASS-THROUGH CERTIFICATES PURSUANT OR TRACEABLE TO WELLS FARGO ASSET SECURITIES CORPORATION'S JULY 29, 2005 REGISTRATION STATEMENT, OCTOBER 20, 2005 REGISTRATION STATEMENT, OR SEPTEMBER 27, 2006 REGISTRATION STATEMENT, AND THE ACCOMPANYING PROSPECTUSES AND PROSPECTUS SUPPLEMENTS IN THE FOLLOWING 28 OFFERINGS AND WERE DAMAGED THEREBY: The WFMBS 2006-1 offering, WFMBS 2006-2 offering, WFMBS 2006-3 offering, WFMBS 2006-4 offering, WFMBS 2006-6 offering, WFMBS 2006-AR1 offering, WFMBS 2006-AR2 offering, WFMBS 2006-AR4 offering, WFMBS 2006-AR5 offering, WFMBS 2006-AR6 offering, WFMBS 2006-AR8 offering, WFMBS 2006-AR10 offering, WFMBS 2006-AR11 offering, WFMBS 2006-AR12 offering, WFMBS 2006-AR14

offering, WFMBS 2006-AR17 offering, WFMBS 2007-11 offering, WFMBS 2006-7 offering, WFMBS 2006-10 offering, WFMBS 2006-AR16 offering, WFMBS 2006-18 offering, WFMBS 2006-AR19 offering, WFMBS 2006-20 offering, WFALT 2007-PA1 offering, WFMBS 2007-AR4 offering, WFMBS 2007-10 offering, WFMBS 2007-13 offering, and WFMBS 2006-AR15 offering.

If you meet the definition of the Class and wish to participate in this Settlement, you must mail a Proof of Claim form and supporting documentation to the Claims Administrator at the address listed below, postmarked no later than **December 7, 2011**:

> Wells Fargo Project Administration
> c/o The Garden City Group, Inc.
> P.O. Box 9767
> Dublin, OH 43017-5667

The detailed Notice further describes the litigation, the proposed settlement, and the rights of members of the Settlement Class. You may obtain a copy of the detailed Notice, the Proof of Claim form, and other information by visiting www.WellsFargoRMBSlitigation.com, by calling toll-free (888) 378-8728, or by writing to the address above.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** Inquiries, other than requests for the detailed Notice referenced above and a Proof of Claim form, may be made to plaintiffs' Lead Counsel:

> Bernstein Litowitz Berger & Grossmann LLP
> 12481 High Bluff Drive, Suite 300
> San Diego, CA  92130
> Tel:   (866) 648-2524
> Fax:   (858) 793-0323
> Attn:  David R. Stickney, Esq.
>        Niki L. Mendoza, Esq.

**EXHIBIT B**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF |

*A Federal Court authorized this Notice.*

*This is not a solicitation from a lawyer.*

# IMPORTANT REMINDER
**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS AND WISH TO RECEIVE A PAYMENT FROM THE SETTLEMENT IN THE ABOVE MATTER, YOUR CLAIM FORM MUST BE MUST BE POSTMARKED NO LATER THAN:**

## DECEMBER 7, 2011

You may have already received a copy of the
NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT
and the PROOF OF CLAIM AND RELEASE form.

Additional copies are available at www.WellsFargoRMBSLitigation.com
or by calling toll-free 1 (888) 378-8728.

**IMPORTANT REMINDER:** The deadline to file a claim in the above referenced securities class action is approaching. If you are a Settlement Class Member, having purchased or otherwise acquired any of the mortgage pass-through certificates pursuant or traceable to the registration statements and prospectuses described below, and wish to be eligible to participate in the recovery of this settlement, your completed Proof of Claim and Release ("Proof of Claim") form and supporting documentation must be mailed to the Claims Administrator, postmarked no later than **DECEMBER 7, 2011.**

The Settlement Class includes:      ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED MORTGAGE PASS-THROUGH CERTIFICATES PURSUANT OR TRACEABLE TO WELLS FARGO ASSET SECURITIES CORPORATION'S JULY 29, 2005

REGISTRATION STATEMENT, OCTOBER 20, 2005 REGISTRATION STATEMENT, OR SEPTEMBER 27, 2006 REGISTRATION STATEMENT, AND THE ACCOMPANYING PROSPECTUSES AND PROSPECTUS SUPPLEMENTS IN THE FOLLOWING 28 OFFERINGS AND WERE DAMAGED THEREBY:  The WFMBS 2006-1 offering, WFMBS 2006-2 offering, WFMBS 2006-3 offering, WFMBS 2006-4 offering, WFMBS 2006-6 offering, WFMBS 2006-AR1 offering, WFMBS 2006-AR2 offering, WFMBS 2006-AR4 offering, WFMBS 2006-AR5 offering, WFMBS 2006-AR6 offering, WFMBS 2006-AR8 offering, WFMBS 2006-AR10 offering, WFMBS 2006-AR11 offering, WFMBS 2006-AR12 offering, WFMBS 2006-AR14 offering, WFMBS 2006-AR17 offering, WFMBS 2007-11 offering, WFMBS 2006-7 offering, WFMBS 2006-10 offering, WFMBS 2006-AR16 offering, WFMBS 2006-18 offering, WFMBS 2006-AR19 offering, WFMBS 2006-20 offering, WFALT 2007-PA1 offering, WFMBS 2007-AR4 offering, WFMBS 2007-10 offering, WFMBS 2007-13 offering, and WFMBS 2006-AR15 offering.

If you meet the definition of the Class and wish to participate in this Settlement, you must mail a Proof of Claim form and supporting documentation to the Claims Administrator at the address listed below, postmarked no later than **December 7, 2011**:

Wells Fargo Project Administration
c/o The Garden City Group, Inc.
P.O. Box 9767
Dublin, OH 43017-5667

The detailed Notice further describes the litigation, the proposed settlement, and the rights of members of the Settlement Class.  You may obtain a copy of the detailed Notice, the Proof of Claim form, and other information by visiting www.WellsFargoRMBSlitigation.com, by calling toll-free (888) 378-8728, or by writing to the address above.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**  Inquiries, other than requests for the detailed Notice referenced above and a Proof of Claim form, may be made to plaintiffs' Lead Counsel:

Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:    (866) 648-2524
Fax:    (858) 793-0323
Attn:   David R. Stickney, Esq.
        Niki L. Mendoza, Esq.

# **EXHIBIT C**

**Reminder to Settlement Class Members in *Wells Fargo Mortgage-Backed Certificates Litigation*:  The Deadline to Submit Claim Forms is December 7, 2011.**

NEW YORK, November __, 2011 (Marketwire)

Settlement Class Members who wish to participate in the proposed settlement obtained in the *In re Wells Fargo Mortgage-Backed Certificates Litigation* ("Action") are reminded that a completed Proof of Claim and Release ("Proof of Claim") and supporting documentation must be mailed to the Claims Administrator, **postmarked no later than December 7, 2011.**

The Settlement Class includes: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED MORTGAGE PASS-THROUGH CERTIFICATES PURSUANT OR TRACEABLE TO WELLS FARGO ASSET SECURITIES CORPORATION'S JULY 29, 2005 REGISTRATION STATEMENT, OCTOBER 20, 2005 REGISTRATION STATEMENT, OR SEPTEMBER 27, 2006 REGISTRATION STATEMENT, AND THE ACCOMPANYING PROSPECTUSES AND PROSPECTUS SUPPLEMENTS IN THE FOLLOWING 28 OFFERINGS AND WERE DAMAGED THEREBY:  The WFMBS 2006-1 offering, WFMBS 2006-2 offering, WFMBS 2006-3 offering, WFMBS 2006-4 offering, WFMBS 2006-6 offering, WFMBS 2006-AR1 offering, WFMBS 2006-AR2 offering, WFMBS 2006-AR4 offering, WFMBS 2006-AR5 offering, WFMBS 2006-AR6 offering, WFMBS 2006-AR8 offering, WFMBS 2006-AR10 offering, WFMBS 2006-AR11 offering, WFMBS 2006-AR12 offering, WFMBS 2006-AR14 offering, WFMBS 2006-AR17 offering, WFMBS 2007-11 offering, WFMBS 2006-7 offering, WFMBS 2006-10 offering, WFMBS 2006-AR16 offering, WFMBS 2006-18 offering, WFMBS 2006-AR19 offering, WFMBS 2006-20 offering, WFALT 2007-PA1 offering, WFMBS 2007-AR4 offering, WFMBS 2007-10 offering, WFMBS 2007-13 offering, and WFMBS 2006-AR15 offering.

If you meet the definition of the Class and wish to participate in this Settlement, you must mail a Proof of Claim form and supporting documentation to the Claims Administrator at the address listed below, postmarked no later than **December 7, 2011**:

> Wells Fargo Project Administration
> c/o The Garden City Group, Inc.
> P.O. Box 9767
> Dublin, OH 43017-5667

The detailed Notice further describes the litigation, the proposed settlement, and the rights of members of the Settlement Class.  You may obtain a copy of the detailed Notice, the Proof of Claim form, and other information by visiting www.WellsFargoRMBSlitigation.com, by calling toll-free (888) 378-8728, or by writing to the address above.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**  Inquiries, other than requests for the detailed Notice referenced above and a Proof of Claim form, may be made to plaintiffs' Lead Counsel:

> Bernstein Litowitz Berger & Grossmann LLP
> 12481 High Bluff Drive, Suite 300
> San Diego, CA  92130
> Tel:     (866) 648-2524
> Fax:     (858) 793-0323
> Attn:    David R. Stickney, Esq.
>          Niki L. Mendoza, Esq.

SOURCE:   Bernstein Litowitz Berger & Grossmann LLP