1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

16

17  IN RE WELLS FARGO MORTGAGE-
    BACKED CERTIFICATES LITIGATION

    Case No. 09-CV-1376-LHK (PSG)

18  
    CONSOLIDATED CLASS ACTION
    ECF

19
20  
    **ORDER APPROVING PLAN OF ALLOCATION**

21
22
23
24
25
26
27
28

ORDER APPROVING PLAN OF ALLOCATION
CASE NO. 09-CV-1376-LHK (PSG)

Lead Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion") duly came before the Court for hearing on October 27, 2011. The Court has considered the Motion, including Lead Plaintiffs' proposed Plan of Allocation, and all supporting and other related materials, including the matters presented at the October 27, 2011 hearing. Due and adequate notice having been given to the Class as required by the Court's Order Preliminarily Approving Settlement, Providing For Notice And Scheduling Hearing ("Preliminary Approval Order," ECF No. 447), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the proceedings and good cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated as of July 5, 2011 ("Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and all parties to the Action, including all members of the Settlement Class.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Settlement Class Members, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all such persons and entities to be heard with respect to the Plan of Allocation.

4. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants proposed by Lead Plaintiffs provides a fair and equitable basis upon which to allocate the proceeds of the net Settlement Fund among the Settlement Class Members.

5. The Court hereby finds and concludes that the proposed Plan of Allocation is, in all respects, fair and equitable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation, including the corrected Table A filed on October 20, 2011, submitted by Lead Plaintiffs.

\\

\\

6. The finality of the Judgment entered with respect to the Settlement shall not be affected in any way by this Order, or any appeal from this Order approving the Plan of Allocation.

**IT IS SO ORDERED.**

DATED: November 14, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE