BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
TIMOTHY A. DeLANGE (Bar No. 190768)
NIKI L. MENDOZA (Bar No. 214646)
MATTHEW J. JUBENVILLE (Bar No. 228464)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
matthewj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees'
Retirement Association, Government of Guam Retirement
Fund, New Orleans Employees' Retirement System and
Louisiana Sheriffs' Pension and Relief Fund*

<p style="text-align:center">UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA</p>

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-LHK (PSG)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**DECLARATION OF SERVICE** |

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2. That on January 8, 2013, the following documents:

- Lead Plaintiffs' Notice of Unopposed Motion and Motion for Approval of Distribution Plan; Memorandum of Points and Authorities in Support Thereof;
- [Proposed] Order Approving Distribution Plan;
- Declaration of Jennifer M. Keough in Support of Motion for Approval of Distribution Plan (with exhibits thereto); and
- Declaration of Service

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules. Unredacted copies of the documents that are being filed above as "redacted" have been previously served on the Court and on all parties listed on the attached service list.

3. I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse: scac@law.stanford.edu

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 8th day of January 2013.

*Kelly A. McDaniel*
KELLY A. MCDANIEL

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)

| | |
|---|---|
| <div align="center">SERVICE LIST</div> | |
| <div align="center">**Counsel for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary and Douglas K. Johnson**</div> | |
| David H. Fry<br>Jenny Huang Hong<br>**Munger Tolles & Olson LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>415-512-4082<br>david.fry@mto.com<br>jenny.hong@mto.com | Kathleen Marie McDowell<br>Marc T. Dworsky<br>**Munger, Tolles & Olson LLP**<br>355 S. Grand Avenue, Suite 3500<br>Los Angeles, CA 90071<br>213-683-9134<br>kathleen.mcdowell@mto.com<br>marc.dworsky@mto.com |
| <div align="center">**Counsel for Defendants Goldman Sachs & Co., J.P. Morgan Chase Inc., as successor-in-interest to Bear Stearns & Co., Inc., Morgan Stanley & Co., Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc., Barclays Capital, Inc., Bank of America Securities, LLC, Credit Suisse Securities (USA), LLC, Morgan Stanley & Co., Inc., Countrywide Securities Corporation, Merrill Lynch, Pierce, Fenner & Smith Inc. and Bank of America Corporation as successor-in-interest to Countrywide Financial Corporation**</div> | |
| Bruce A. Ericson<br>Andrew D. Lanphere<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Tel:  (415) 983-1000<br>bruce.ericson@pillsburylaw.com<br>andrew.lanphere@pillsburylaw.com | |
| <div align="center">**Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.**</div> | |
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**\*FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel:  (212) 859-8000<br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |

1/8/2013

DECLARATION OF SERVICE
Case No. 09-cv-01376-LHK (PSG)