BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
NIKI L. MENDOZA (Bar No. 214646)
MATTHEW P. JUBENVILLE  (Bar No. 228464)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
matthewj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees'
Retirement Association, Government of Guam Retirement Fund,
New Orleans Employees' Retirement System and Louisiana
Sheriffs' Pension and Relief Fund*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-cv-01376-LHK<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**LEAD PLAINTIFFS' REPLY AND NOTICE OF NON-OPPOSITION TO MOTION FOR APPROVAL OF DISTRIBUTION PLAN**<br><br>Date:         May 30, 2013<br>Time:        1:30 p.m.<br>Courtroom:  4, 5th Floor<br>Judge:       Lucy H. Koh |

-1-

REPLY AND NOTICE OF NON-OPPOSITION
Case No. 09-cv-01376-LHK

Lead Plaintiffs the Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and Relief Fund ("Lead Plaintiffs") respectfully submit this notice to inform the Court that the deadline for submitting any opposition to Lead Plaintiffs' Unopposed Motion for Approval of Distribution Plan (ECF No. 478, "Distribution Motion" or "Motion") expired on January 22, 2013, and no opposition or objections were filed.

As set forth in Lead Plaintiffs' Distribution Motion, paragraph 26 of the Stipulation of Settlement (ECF No. 440) requires Lead Counsel to apply to the Court, with reasonable advance notice to Defendants, for a Class Distribution Order: (i) approving the Claims Administrator's administrative determinations concerning the acceptance and rejection of the Claims received; (ii) approving payment of any outstanding administration fees and expenses associated with the administration of the Settlement from the Escrow Account; and (iii) if the Effective Date has occurred, directing payment of the Net Settlement Fund to Authorized Claimants from the Escrow Account.

The Effective Date – the date by which the Final Judgment and Order of Dismissal with Prejudice has been entered and the time for appeal has expired – has now occurred. Accordingly, with reasonable advance notice to Defendants, Lead Plaintiffs filed their unopposed Distribution Motion and supporting documents on January 8, 2013. In advance of the May 30, 2013 hearing date, Lead Plaintiffs can now inform the Court that the time for filing any opposition to the Distribution Motion has expired, and the Motion remains unopposed. Lead Plaintiffs, therefore, respectfully request that the Court grant their Distribution Motion so that the funds may be distributed promptly to Class Members.

DATED:   January 29, 2013                           BERNSTEIN LITOWITZ BERGER
                                                                                    & GROSSMANN LLP


                                                                                    */s/ David R. Stickney*
                                                                                    DAVID R. STICKNEY

                                                                                    DAVID R. STICKNEY (Bar No. 188574)
                                                                                    TIMOTHY A. DeLANGE (Bar. No. 190768)
                                                                                    NIKI L. MENDOZA (Bar No. 214646)

-1-

REPLY AND NOTICE OF NON-OPPOSITION
Case No. 09-cv-01376-LHK

-2-

1  MATTHEW P. JUBENVILLE (Bar. No. 228464)
2  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
3  Tel:    (858) 793-0070
   Fax:    (858) 793-0323
4  davids@blbglaw.com
   timothyd@blbglaw.com
5  nikim@blbglaw.com
   matthewj@blbglaw.com

6  *Counsel for Lead Plaintiffs Alameda County*
   *Employees' Retirement Association, Government*
7  *of Guam Retirement Fund, New Orleans*
   *Employees' Retirement System and Louisiana*
8  *Sheriffs' Pension and Relief Fund*

9  KLAUSNER & KAUFMAN, P.A.
   ROBERT D. KLAUSNER
10 STUART A. KAUFMAN
   10059 Northwest 1st Court
11 Plantation, FL 33324
   Tel:    (954) 916-1202
12 Fax:    (954) 916-1232

13 *Additional Counsel for Lead Plaintiff Louisiana*
   *Sheriffs' Pension and Relief Fund*