UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 24 min

**JUDGE LUCY H. KOH**

CRT REPRTR: <u>LEE-ANNE SHORTRIDGE</u>  DATE: <u>5/30/13</u>
COURTROOM DEPUTY: <u>MARTHA PARKER BROWN</u>
CASE #: <u>C09-01376LHK</u>

CASE TITLE: <u>GEN. RETIREMENT SYSTEM OF CITY OF DETROIT</u> VS. <u>WFB MORTGAGE-BACK SECURITIES</u>

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

<u>NIKI L. MENDOZA</u>                     <u>DAVID H. FRY</u>

<u>DAVID R. STICKNEY</u>

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

<u>Pltf.</u>  <u>Deft.</u>  <u>Cross Mot.</u>
{ }   {X}   { }   1. <u>FOR APPROVAL OF DISTRIBUTION PLAN</u>
{ }   { }   { }   2.
{ }   { }   { }   3.
{ }   { }   { }   4.

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS***:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments: <u>THE MATTER IS TAKEN UNDER SUBMISSION BY THE COURT.</u>